David W. Parham
State Bar No. 15459500
John E. Mitchell
State Bar No. 00797095
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile: (214) 978-3099
Email: david.parham@bakermckenzie.com
Email: john.mitchell@bakermckenzie.com

- and -

Erin E. Broderick *(pro hac vice pending)*
Illinois Bar No. 6295974
300 East Randolph Drive, Suite 5000
Chicago, Illinois 60602
Telephone: (312) 861-8000
Facsimile: (312) 861-2899
Email: erin.broderick@bakermckenzie.com

*Attorneys for the Petitioner Robert Marie Mark Karpeles,*
*Foreign Representative of MtGox Co., Ltd., a/k/a MtGox KK*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| In re | ) Chapter 15 |
| | ) |
| MtGox Co., Ltd. (a/k/a MtGox KK) | ) Case No. 14-31229-15 |
| | ) |
| Debtor in a Foreign Proceeding. | ) |
| | ) |

## STATEMENT PURSUANT TO BANKRUPTCY RULE 1007(a)(4)

Robert Marie Mark Karpeles ("Karpeles"), in his capacity as the foreign representative (the "Petitioner") of MtGox Co., Ltd. a/k/a MtGox KK (the "Debtor" or "MtGox"), a debtor in a civil rehabilitation proceeding under Japanese law (the "Japan Proceeding"), currently pending before the Twentieth Civil Division of the Tokyo District Court, Japan (the "Tokyo Court"),

770357-v1\DALDMS

respectfully submits this statement pursuant to Rule 1007(a)(4) of the Federal Rules of Bankruptcy Procedure.

A.  **Corporate Ownership Statement.**

As of the date hereof, the below-listed corporations (as defined in section 101(9) of title 11 of the United States Code (the "Bankruptcy Code")) directly or indirectly own 10% or more of the equity interests in the Debtor:

| Corporation Name | Percentage Ownership |
|---|---|
| Tibanne Co., Ltd. | 88% |

B.  **Persons or Bodies Authorized to Administer Foreign Proceedings of the Foreign Debtor.**

As of the date hereof, Robert Marie Mark Karpeles ("Karpeles") is the sole person or body authorized to administer a "foreign proceeding" with respect to the Debtor. The Japan Proceeding pending before the Tokyo Court is the sole "foreign proceeding" involving the Debtor as of the date hereof.

C.  **Pending Litigation.**

Petitioner is aware of the following litigation involving the following parties currently pending in the United States:

| Court | Case No. | Plaintiff | Additional Defendants |
|---|---|---|---|
| United States District Court for the Western District of Washington | Civil Action No. 2:13-cv-0077 | CoinLab, Inc. | Tibanne Co., Ltd. |
| United States District Court for the Northern District of Illinois | Civil Action No. 1:14-cv-01437 | Gregory Greene, individually on behalf of all others similarly situated | MtGox, Inc., Tibanne Co., Ltd., and Karpeles |

**D.     Provisional Relief.**

The Petitioner is seeking relief under section 1519 of the Bankruptcy Code against CoinLab, Inc. and Gregory Greene to enjoin the continuance of the above-described litigation against the Debtor.

Dated:  March 9, 2014           Respectfully submitted
        Dallas, Texas

                                **BAKER & McKENZIE LLP**

                                By:    /s/ *David W. Parham*
                                       David W. Parham
                                       State Bar No. 15459500
                                       John E. Mitchell
                                       State Bar No. 24056313
                                       2300 Trammell Crow Center
                                       2001 Ross Avenue
                                       Dallas, Texas 75201
                                       Telephone: (214) 978-3000
                                       Facsimile: (214) 978-3099
                                       Email: david.parham@bakermckenzie.com
                                       Email: john.mitchell@bakermckenzie.com

                                       - and -

                                       Erin E. Broderick *(pro hac vice pending)*
                                       Illinois Bar No. 6295974
                                       300 East Randolph Drive, Suite 5000
                                       Chicago, Illinois 60602
                                       Telephone: (312) 861-8000
                                       Facsimile: (312) 861-2899
                                       Email: erin.broderick@bakermckenzie.com

                                       *Attorneys for the Petitioner Robert Marie*
                                       *Mark Karpeles, Foreign Representative of*
                                       *MtGox Co., Ltd., a/k/a MtGox KK*