**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In re | ) Chapter 15 |
| | ) |
| MtGox Co., Ltd. (a/k/a MtGox KK) | ) Case No. 14-31229-15 |
| | ) |
| Debtor in a Foreign Proceeding. | ) |
| | ) |

**ORDER SETTING (I) EMERGENCY HEARING ON APPLICATION FOR AN ORDER GRANTING PROVISIONAL RELIEF PURSUANT TO SECTIONS 105(a) AND 1519 OF THE BANKRUPTCY CODE, (II) SETTING SCHEDULING CONFERENCE FOR RECOGNITION HEARING, AND SPECIFYING FORM AND MANNER OF NOTICE**

Upon the Request for Emergency Hearing on the Application for an Order Granting Provisional Relief Pursuant to Sections 105(a) and 1519 of the Bankruptcy Code, Scheduling Recognition Hearing, and Specifying Form and Manner of Notice (the "Motion") seeking an emergency hearing on March 10, 2014 on the Application for an Order Granting Provisional Relief Pursuant to section 105(a) and 1519 of the Bankruptcy Code, Scheduling Recognition

770353-v1\DALDMS

EXHIBIT A

Hearing, and Specifying Form and Manner of Notice (the "Application")[1] and upon the hearing on the Motion and this Court's review and consideration of the Application, the Petition, the Gamlen Declaration, and the Karpeles Declaration, and the Memorandum of Law;

**IT IS HEREBY FOUND AND DETERMINED THAT**:[2]

A. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and 11 U.S.C. §§ 109 and 1501.

B. The consideration of the Petition and the relief requested therein is a core proceeding under 28 U.S.C. § 157(b)(2)(P).

C. Venue is proper before this Court pursuant to 28 U.S.C. § 1410.

D. In light of the circumstances, good, sufficient, appropriate and timely notice of the Motion has been given by the Petitioner.

E. No objections or other responses were filed that have not been overruled, withdrawn, or otherwise resolved.

F. Absent an emergency hearing on the Application, the Debtor would be irreparably harmed.

**BASED ON THE FOREGOING FINDINGS OF FACT AND AFTER DUE DELIBERATION AND SUFFICIENT CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED THAT:**

1. The Motion is granted.

2. A hearing on the Application shall be held on **March ____, 2014 at __:___ m (Central Time)** before the Honorable _____, United States Bankruptcy

---

[1] Any capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Application.

[2] The findings and conclusions set forth herein and in the record of the hearing on the Petition constitute this Court's findings of facts and conclusions of law pursuant to Rule 52 of the Federal Rules of Civil Procedure, as made applicable herein by Rules 7052 and 9014 of the Federal Rules of Bankruptcy Procedure ("the Bankruptcy Rules"). To the extent any of the findings of fact herein constitute findings of fact, they are adopted here as such. To the extent any of the conclusions of law herein constitute finding of fact, they are adopted as such.

Judge for the Northern District of Texas, Dallas Division, 14th Floor, 1100 Commerce Street, Dallas, Texas 75242.

3. Counsel for the Petitioner will serve copies of this Order, and Notice of the aforementioned hearing via immediate methods to: (i) the Office of the United States Trustee for the Northern District of Texas, Dallas Division; and (ii) counsel to the US Litigation Matters via electronic mail and facsimile. The Petitioner will also contact counsel to the US Litigation Matters via telephone to inform them of this hearing.

# # # END OF ORDER # # #

Prepared and submitted by:

**BAKER & McKENZIE LLP**

/s/ *David W. Parham*
David W. Parham
State Bar No. 15459500
John Mitchell
State Bar No. 24056313
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile: (214) 978-3099
Email: david.parham@bakermckenzie.com
Email: john.mitchell@bakermckenzie.com

- and -

Erin E. Broderick *(pro hac vice pending)*
Illinois Bar No. 6295974
300 East Randolph Drive, Suite 5000
Chicago, Illinois 60602
Telephone: (312) 861-8000
Facsimile: (312) 861-2899
Email: erin.broderick@bakermckenzie.com

*Attorneys for the Petitioner Robert Marie Mark Karpeles,*
*Foreign Representative of MtGox Co., Ltd., a/k/a MtGox KK*