David W. Parham  
State Bar No. 15459500  
John E. Mitchell  
State Bar No. 00797095  
2300 Trammell Crow Center  
2001 Ross Avenue  
Dallas, Texas 75201  
Telephone: (214) 978-3000  
Facsimile: (214) 978-3099  
Email: david.parham@bakermckenzie.com  
Email: john.mitchell@bakermckenzie.com  

- and -

Erin E. Broderick *(pro hac vice pending)*  
Illinois Bar No. 6295974  
300 East Randolph Drive, Suite 5000  
Chicago, Illinois 60602  
Telephone: (312) 861-8000  
Facsimile: (312) 861-2899  
Email: erin.broderick@bakermckenzie.com  

*Attorneys for the Petitioner Robert Marie Mark Karpeles,*  
*Foreign Representative of MtGox Co., Ltd., a/k/a MtGox KK*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| In re | ) Chapter 15 |
| | ) |
| MtGox Co., Ltd. | ) Case No. 14-31229-15 |
| | ) |
| Debtor in a Foreign Proceeding. | ) *(Emergency Hearing Set for March 10, 2014 at 1:30 p.m. CST)* |
| | ) |

**NOTICE OF EMERGENCY HEARING ON (I) APPLICATION FOR AN ORDER GRANTING PROVISIONAL RELIEF PURSUANT TO SECTIONS 105(a) AND 1519 OF THE BANKRUPTCY CODE, (II) SETTING SCHEDULING CONFERENCE FOR RECOGNITION HEARING, AND SPECIFYING FORM AND MANNER OF NOTICE**

**PLEASE TAKE NOTICE** that on March 9, 2014, Robert Marie Mark Karpeles ("Karpeles"), in his capacity as the foreign representative (the "Petitioner") of MtGox Co., Ltd. a/d/a MtGox KK (the "Debtor" or "MtGox"), a debtor in a civil rehabilitation proceeding under

770359-v2\DALDMS

Japanese law (the "Japan Proceeding"), currently pending before the Twentieth Civil Division of the Tokyo District Court, Japan (the "Tokyo Court"), filed a Petition for Recognition and Chapter 15 Relief (the "Petition") with the United States Bankruptcy Court for the Northern District of Texas, Dallas Division (the "Bankruptcy Court").  The Chapter 15 Case (the "Case") is currently pending under Case No. 14- 31229-SGH-15.

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court has scheduled an ***EMERGENCY HEARING*** on the *Application for an Order Granting Provisional Relief Pursuant to Sections 105(a) and 1519 of the Bankruptcy Code, Scheduling Recognition Hearing, and Specifying Form and Manner of Notice* [Dkt. No. 4] for ***1:30 P.M. CST, March 10, 2014***, before the Honorable Harlin D. Hale, United States Bankruptcy Judge, Northern District of Texas, 1100 Commerce Street, Courtroom 3, 14th Floor, Dallas, Texas 75242.

**PLEASE TAKE FURTHER NOTICE**  that the Honorable Judge Hale has approved telephonic appearances for all parties at the Emergency Hearing.  Parties wishing to appear telephonically must register with **Courtcall at 866-582-6878**.  Judge Hale will dial in to Courtcall when the hearing begins.

Dated:   March 10, 2014
        Dallas, Texas

Respectfully submitted,

**BAKER & McKENZIE LLP**

By:   /s/ *John E. Mitchell*
David W. Parham
State Bar No. 15459500
John E. Mitchell
State Bar No. 24056313
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile: (214) 978-3099
Email:  david.parham@bakermckenzie.com
Email:  john.mitchell@bakermckenzie.com

*Attorneys for the Petitioner Robert Marie Mark Karpeles, Foreign Representative of MtGox Co., Ltd., a/k/a MtGox KK*