David W. Parham
State Bar No. 15459500
John E. Mitchell
State Bar No. 00797095
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile: (214) 978-3099
Email: david.parham@bakermckenzie.com
Email: john.mitchell@bakermckenzie.com

- and -

Erin E. Broderick *(pro hac vice pending)*
Illinois Bar No. 6295974
300 East Randolph Drive, Suite 5000
Chicago, Illinois 60602
Telephone: (312) 861-8000
Facsimile: (312) 861-2899
Email: erin.broderick@bakermckenzie.com

*Attorneys for the Petitioner Robert Marie Mark Karpeles,*
*Foreign Representative of MtGox Co., Ltd., a/k/a MtGox KK*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| In re | ) Chapter 15 |
| | ) |
| MtGox Co., Ltd. (a/k/a MtGox KK) | ) Case No. 14-31229-sgj15 |
| | ) |
| Debtor in a Foreign Proceeding. | ) |
| | ) |

**CERTIFICATE OF SERVICE AND NOTICE**

I hereby certify that at 2:30 a.m. on March 10, 2014, a true and correct copy of the Chapter 15 Voluntary Petition [Docket No. 1] filed in the above-referenced case as well as a copy of the following documents were served via electronic mail on the parties listed on the attached Exhibit A:

1.      Verified Petition for Recognition and Chapter 15 Relief [Docket No. 2];

2.      Declaration of Robert Marie Mark Karpeles [Docket No. 3];

3.      Emergency Application for an Order Granting Provisional Relief Pursuant to Sections 105(a) and 1519 of the Bankruptcy Code, Scheduling Recognition Hearing, and Specifying Form and Manner of Notice [Docket No. 4];

4.      Declaration of Tod L. Gamlen [Docket No. 5];

5.      Memorandum of Law in Support of Petition for Recognition and Application for Provisional Relief, Scheduling Hearing, and Approving Form and Manner of Notice [Docket No. 6]

6.      Statement Pursuant to Bankruptcy Rule 1007(a)(4) [Docket No. 7]; and

7.      Request for Emergency Hearing on Application for an Order Granting Provisional Relief Pursuant to Sections 105(a) and 1519 of the Bankruptcy Code, Scheduling Recognition Hearing, and Specifying Form and Manner of Notice [Docket No. 8].

Further, I hereby certify that on the morning of March 10, 2014, I made phone calls to the parties listed on the attached Exhibit A alerting them of the above-listed filings in this case. The parties stated that they did not also require service via facsimile. Shortly thereafter, the following documents were also electronically mailed to the parties listed on the attached Exhibit A:

1.      Minute Entry [Docket No. 9] that a hearing has been set before Judge Hale for March 10, 2014 at 1:30 p.m. on the Application for an Order Granting Provisional Relief Pursuant to Sections 105(a) and 1519 of the Bankruptcy Code, Scheduling Recognition Hearing, and Specifying Form and Manner [Docket No. 4]; and

2.      Notice of Emergency Hearing on (I) Application for an Order Granting Provisional Relief Pursuant to Sections 105(a) and 1519 of the Bankruptcy Code, (II) Setting Scheduling Conference for Recognition Hearing, and Specifying Form and Manner of Notice [Docket No. 10].

Dated:   March 10, 2014           Respectfully submitted,
        Dallas, Texas

**BAKER & McKENZIE LLP**

By:   */s/ John E. Mitchell*
       David W. Parham
       State Bar No. 15459500
       John Mitchell
       State Bar No. 24056313
       2300 Trammell Crow Center
       2001 Ross Avenue
       Dallas, Texas 75201
       Telephone: (214) 978-3000
       Facsimile: (214) 978-3099
       Email:  david.parham@bakermckenzie.com
       Email:  john.mitchell@bakermckenzie.com

       - and –

Erin E. Broderick *(pro hac vice pending)*
Illinois Bar No. 6295974
300 East Randolph Drive, Suite 5000
Chicago, Illinois 60602
Telephone: (312) 861-8000
Facsimile: (312) 861-2899
Email:  erin.broderick@bakermckenzie.com

*Attorneys for the Petitioner Robert Marie*
*Mark Karpeles, Foreign Representative of*
*MtGox Co., Ltd., a/k/a MtGox KK*

**EXHIBIT A**
**SERVICE LIST**

| | |
|---|---|
| Roger M. Townsend<br>Breskin Johnson & Townsend PLLC<br>1111 Third Avenue, Suite 2230<br>Seattle, WA  98101<br>rtownsend@bjtlegal.com<br>(206) 652-8660 | Edgar Sargent<br>Susman Godfrey LLP<br>1201 3rd Avenue, Suite 3800<br>Seattle, WA  98101-3087<br>esargent@susmangodfrey.com<br>(206) 516-3883 |
| Jay Edelson<br>Chistopher L. Dore<br>David I. Mindell<br>Alicia Hwang<br>Edelson PC<br>350 North LaSalle Street, Suite 1300<br>Chicago, IL  60654<br>jedelson@edelson.com<br>cdore@edelson.com<br>dmindell@edelson.com<br>ahwang@edelson.com<br>(312) 589-6370 | Steven L. Woodrow<br>Megan Lindsey<br>Edelson PC<br>999 West 18th Street, Suite 3000<br>Denver, CO  80202<br>swoodrow@edelson.com<br>mlindsey@edelson.com<br>(303) 357-4878 |
| Lisa L. Lambert<br>Office of the U.S. Trustee<br>1100 Commerce Street<br>Dallas, TX 75242<br>Lisa.L.Lambert@usdoj.gov<br>(214) 767-1080 | |