

U.S. BANKRUPTCY COURT

NORTHERN DISTRICT OF TEXAS

# ENTERED

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed March 10, 2014**

**United States Bankruptcy Judge**

_____


### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

|  |  |  |
|---|---|---|
| In re | ) ) | Chapter 15 |
| MtGox Co., Ltd. (a/k/a MtGox KK) | ) ) | Case No. 14-31229-15 |
| Debtor in a Foreign Proceeding. | ) ) ) |  |

### ORDER SETTING (I) EMERGENCY HEARING ON APPLICATION FOR AN ORDER GRANTING PROVISIONAL RELIEF PURSUANT TO SECTIONS 105(a) AND 1519 OF THE BANKRUPTCY CODE, (II) SETTING SCHEDULING CONFERENCE FOR <u>RECOGNITION HEARING, AND SPECIFYING FORM AND MANNER OF NOTICE</u>

Upon the Request for Emergency Hearing on the Application for an Order Granting Provisional Relief Pursuant to Sections 105(a) and 1519 of the Bankruptcy Code, Scheduling Recognition Hearing, and Specifying Form and Manner of Notice (the "<u>Motion</u>") seeking an emergency hearing on March 10, 2014 on the Application for an Order Granting Provisional Relief Pursuant to section 105(a) and 1519 of the Bankruptcy Code, Scheduling Recognition

Hearing, and Specifying Form and Manner of Notice (the "Application")[1] and upon this Court's review and consideration of the Application, the Petition, the Gamlen Declaration, and the Karpeles Declaration, and the Memorandum of Law;

**IT IS HEREBY ORDERED THAT**:

1. The Motion is granted.

2. A hearing on the Application shall be held on **March 10, 2014 at 1:30 pm (Central Time)** before the Honorable Harlin D. Hale, United States Bankruptcy Judge for the Northern District of Texas, Dallas Division, Courtroom #3, 14th Floor, 1100 Commerce Street, Dallas, Texas 75242.

3. Counsel for the Petitioner will serve copies of this Order, and Notice of the aforementioned hearing via immediate methods to: (i) the Office of the United States Trustee for the Northern District of Texas, Dallas Division; and (ii) counsel to the US Litigation Matters via electronic mail and facsimile. The Petitioner will also contact counsel to the US Litigation Matters via telephone to inform them of this hearing.

# # # END OF ORDER # # #

---

[1] Any capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Application.

Prepared and submitted by:

**BAKER & McKENZIE LLP**

/s/ *David W. Parham*
David W. Parham
State Bar No. 15459500
John Mitchell
State Bar No. 24056313
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile: (214) 978-3099
Email:  david.parham@bakermckenzie.com
Email:  john.mitchell@bakermckenzie.com

- and -

Erin E. Broderick *(pro hac vice pending)*
Illinois Bar No. 6295974
300 East Randolph Drive, Suite 5000
Chicago, Illinois 60602
Telephone: (312) 861-8000
Facsimile: (312) 861-2899
Email:  erin.broderick@bakermckenzie.com

*Attorneys for the Petitioner Robert Marie Mark Karpeles,*
*Foreign Representative of MtGox Co., Ltd., a/k/a MtGox KK*