

U.S. BANKRUPTCY COURT

NORTHERN DISTRICT OF TEXAS

# ENTERED

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed March 10, 2014**

**United States Bankruptcy Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| In re | ) Chapter 15 |
| MtGox Co., Ltd. (a/k/a MtGox KK) | ) Case No. 14-31229-sgj15 |
| Debtor in a Foreign Proceeding. | ) |

### ORDER GRANTING APPLICATION FOR
### PROVISIONAL RELIEF, SCHEDULING RECOGNITION
### HEARING, AND SPECIFYING FORM AND MANNER OF NOTICE
*[Relates to Docket Nos. 3, 4, 5 and 6]*

Upon the Application for an Order Granting Provisional Relief, Scheduling Recognition Hearing, and Specifying Form and Manner of Notice (the "Application")[1] seeking certain provisional relief pursuant to sections 105(a) and 1519 of the Bankruptcy Code (the "Bankruptcy Code"); and upon the hearing on the Application and this Court's review and consideration of the Application, the Gamlen Declaration, the Karpeles Declaration, and the Memorandum of Law in Support of Petition for Recognition and the Application for Provisional Relief,

---

[1] Capitalized terms used but not otherwise defined herein shall have the same meanings ascribed to them in the Application.

770356-v2\DALDMS

Scheduling Recognition Hearing, and Approving Form and Manner of Notice; and considering the statements and arguments of counsel present (in person and telephonically) at the hearing;

**IT IS HEREBY FOUND AND DETERMINED THAT:**[2]

A.   This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and 11 U.S.C. §§ 109 and 1501.

B.   The consideration of the Application and the relief requested therein is a core proceeding under 28 U.S.C. § 157(b)(2)(P).

C.   Venue is proper before this Court for the purposes of this hearing pursuant to 28 U.S.C. § 1410.

D.   For the reasons stated on the record the Court finds that cause exists to grant the relief herein.

E.   MtGox Co., Ltd. (a/k/a MtGox KK), (the "Debtor") is entitled to the full protections and rights available pursuant to section 1519(a)(1)-(3) of the Bankruptcy Code.

F.   The form and manner of the proposed Notice to be provided to known affected creditors is appropriate and satisfies the requirements of Bankruptcy Rules 1011(b), 2002(q), and 9007.

---

[2]   The findings and conclusions set forth herein and in the record of the hearing on the Application constitute this Court's findings of facts and conclusions of law pursuant to Rule 52 of the Federal Rules of Civil Procedure, as made applicable herein by Rules 7052 and 9014 of the Federal Rules of Bankruptcy Procedure ("the Bankruptcy Rules"). To the extent any of the findings of fact herein constitute findings of fact, they are adopted here as such. To the extent any of the conclusions of law herein constitute finding of fact, they are adopted as such.

**BASED ON THE FOREGOING FINDINGS OF FACT AND AFTER DUE DELIBERATION AND SUFFICIENT CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED THAT:**

1. The Debtor is entitled to the full protections and rights available pursuant to section 1519(a)(1)-(3) of the Bankruptcy Code. Pursuant to sections 1519(a)(3) and 1521(a)(7) of the Bankruptcy Code, section 362 of the Bankruptcy Code is applicable to the Debtor and its assets until further order of this Court, or as so ordered at the Recognition Hearing.

2. The Recognition Hearing shall be held on *April 1, 2014 at 1:30 p.m.* and continue, if necessary, on *April 2, 2014 at 9:30 a.m. (CST)*, before the *Honorable Stacey G.C. Jernigan, United States Bankruptcy Court, Northern District of Texas, 14th Floor, 1100 Commerce Street, Dallas, Texas 75252.*

3. The form of notice of the Recognition Hearing attached to the Application as Exhibit B (the "Notice") is hereby approved.

4. Petitioner shall serve copies of the Notice and this Order by e-mail and/or express mail, within three business days upon the entry of this Order upon the Notice Parties.

5. If any party files a notice of appearance in this case, Petitioner shall serve the Notice and the Order upon such party within two business days of the filing of such notice of appearance if such documents have not already been served on such party (or its counsel).

6. Service pursuant to this Order shall be good and sufficient service and adequate notice of the Recognition Hearing.

7. Responses or objections, if any, to the Petition must be made in writing describing the basis therefore and shall be filed with this Court and served upon Baker & McKenzie LLP, 2300 Trammell Crow Center, 2001 Ross Avenue, Dallas, Texas 75201 (Attention: David W. Parham and John Mitchell) and Baker & McKenzie LLP, 300 East Randolph Drive, Suite 5000,

Chicago, Illinois 60602 (Attention: Erin E. Broderick), United States counsel to the Petitioner, so as to be received on or before 4:00 p.m. (Central Time) seven days prior to the Recognition Hearing.

# # # END OF ORDER # # #

Prepared and submitted by:

**BAKER & McKENZIE LLP**

/s/ *David W. Parham*
David W. Parham
State Bar No. 15459500
John Mitchell
State Bar No. 24056313
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile: (214) 978-3099
Email:  david.parham@bakermckenzie.com
Email:  john.mitchell@bakermckenzie.com

- and -

Erin E. Broderick *(pro hac vice pending)*
Illinois Bar No. 6295974
300 East Randolph Drive, Suite 5000
Chicago, Illinois 60602
Telephone: (312) 861-8000
Facsimile: (312) 861-2899
Email:  erin.broderick@bakermckenzie.com

*Attorneys for the Petitioner Robert Marie Mark Karpeles,*
*Foreign Representative of MtGox Co., Ltd., a/k/a MtGox KK*