IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 15 |
| | § | |
| MtGox Co., Ltd. (a/k/a MtGox KK) | § | Case No. 14-31229-sgj-15 |
| | § | |
| Debtor in a Foreign Proceeding | § | |
| | § | |

**APPLICATION OF ALICIA E. HWANG FOR ADMISSION *PRO HAC VICE***

1. Name: Hwang, Alicia E.

2. Firm Name: Edelson PC

3. Address: 350 North LaSalle Street, Suite 1300, Chicago, IL 60654

4. Phone: 312.589.6370       Fax: 312.589.6378

    Email: ahwang@edelson.com

5. Name used to sign all pleadings: Alicia E. Hwang

6. Retained by: Gregory Greene

7. Admitted in 2012 and presently a member in good standing of the bar of the highest court of the state of Illinois and issued the bar license number of 6309294.

8. Admitted to practice before the following courts:

    *Court:*                                               *Admission Date:*

    Northern District of Illinois                          November 19, 2012
    Supreme Court of Illinois                              November 1, 2012
    Western District of Michigan                           Jan. 10, 2013

9. Are you presently a member in good standing of the bars of the courts listed above?
    ■ Yes         □ No
    If "No," please list all courts which you are no longer admitted to practice:

10. Have you ever been subject to a grievance proceeding or involuntary removal proceeding while a member of the bar of any state or federal court:

☐ Yes ■ No
If "Yes," please provide details:

11. Other than minor traffic offenses, have you ever been charged, arrested, or convicted of a criminal offense or offenses:

☐ Yes ■ No
If "Yes," please provide details:

12. Please list all cases in the United States Bankruptcy Court, Northern District of Texas in which you have filed for *pro hac vice* admission in the past three years:

*Date of Application*           *Case No. and Style:*

N/A                              _____

13. Local counsel of record: Robin E. Phelan and Stephen Manz, Haynes and Boone, LLP

14. Local counsel's address: 2323 Victory Avenue, Suite 700, Dallas, TX 75219

I respectfully request to be admitted to practice in the United States Bankruptcy Court for the Northern District of Texas for this Chapter 15 case and any related adversary proceedings only.

I certify that I have read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.D.R. 284 (N.D. Tex. 1988) (en banc), and the local civil and bankruptcy rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil and bankruptcy rules.

☐ I am an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and filed the application via ECF with the payment of $25.00.

☒ I am not an ECF filer. I also certify that my co-counsel in this case has served a true and correct copy of this document upon each attorney of record and filed the application via ECF with the payment of $25.00 on March 13, 2014.

Alicia E. Hwang
Printed Name of Applicant

*[signature]*
Signature of Applicant

March 13, 2014
Date