# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 15 |
| | § | |
| MtGox Co., Ltd. (a/k/a MtGox KK) | § | Case No. 14-31229-sgj-15 |
| | § | |
| Debtor in a Foreign Proceeding | § | |
| | § | |

### APPLICATION OF SCOTT B. KITEI FOR ADMISSION *PRO HAC VICE*

1. Name: Kitei, Scott B.

2. Firm Name: Honigman Miller Schwartz and Cohn LLP

3. Address: 2290 First National Bldg., 660 Woodward Ave., Detroit, MI 48226

4. Phone: 313.465.7524     Fax: 313.465.7525

   Email: skitei@honigman.com

5. Name used to sign all pleadings: Scott B. Kitei

6. Retained by: Gregory Greene

7. Admitted in 2014 and presently a member in good standing of the bar of the highest court of the state of Michigan and issued the bar license number of P78064.

8. Admitted to practice before the following courts:

   *Court:*                              *Admission Date:*

   Illinois State Court                  11/4/2004
   Northern District of Illinois         12/2004

9. Are you presently a member in good standing of the bars of the courts listed above?
   ■ Yes     □ No
   If "No," please list all courts which you are no longer admitted to practice:

10. Have you ever been subject to a grievance proceeding or involuntary removal proceeding while a member of the bar of any state or federal court:

    ☐ Yes   ■ No
    If "Yes," please provide details:

11. Other than minor traffic offenses, have you ever been charged, arrested, or convicted of a criminal offense or offenses:

    ☐ Yes   ■ No
    If "Yes," please provide details:

12. Please list all cases in the United States Bankruptcy Court, Northern District of Texas in which you have filed for *pro hac vice* admission in the past three years:

    *Date of Application*          *Case No. and Style:*

    N/A                            _____

13. Local counsel of record: Robin E. Phelan and Stephen Manz, Haynes and Boone, LLP

14. Local counsel's address: 2323 Victory Avenue, Suite 700, Dallas, TX 75219

I respectfully request to be admitted to practice in the United States Bankruptcy Court for the Northern District of Texas for this Chapter 15 case and any related adversary proceedings only.

I certify that I have read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n,* 121 F.D.R. 284 (N.D. Tex. 1988) (en banc), and the local civil and bankruptcy rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil and bankruptcy rules.

☐ I am an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and filed the application via ECF with the payment of $25.00.

■ I am not an ECF filer. I also certify that my co-counsel in this case has served a true and correct copy of this document upon each attorney of record and filed the application via ECF with the payment of $25.00 on March 13, 2014.

Scott B. Kitei  
Printed Name of Applicant

*[signature]*  
Signature of Applicant

March 13, 2014  
Date