IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 15 |
| | § | |
| MtGox Co., Ltd. (a/k/a MtGox KK) | § | Case No. 14-31229-sgj-15 |
| | § | |
| Debtor in a Foreign Proceeding | § | |
| | § | |

**APPLICATION OF STEVEN L. WOODROW FOR ADMISSION *PRO HAC VICE***

1. Name: Woodrow, Steven L.

2. Firm Name: Edelson PC

3. Address: 350 North LaSalle Street, Suite 1300, Chicago, IL 60654

4. Phone: 312.589.6370    Fax: 312.589.6378

   Email: swoodrow@edelson.com

5. Name used to sign all pleadings: Steven L. Woodrow

6. Retained by: Gregory Greene

7. Admitted in 2005 and presently a member in good standing of the bar of the highest court of the state of Illinois and issued the bar license number of 6286718.

   Admitted in 2011 and presently a member in good standing of the bar of the highest court of the state of Colorado and issued the bar license number of 43140.

8. Admitted to practice before the following courts:

   | *Court:* | *Admission Date:* |
   |---|---|
   | Supreme Court of Illinois | November 10, 2005 |
   | Northern District of Illinois | January 12, 2006 |
   | Eastern District of Michigan | June 30, 2010 |
   | U.S. Court of Appeals for the Seventh Circuit | March 28, 2011 |
   | Supreme Court of Colorado | May 11, 2011 |
   | District of Colorado | September 7, 2011 |
   | U.S. Court of Appeals for the Ninth Circuit | September 19, 2012 |
   | Western District of Michigan | April 8, 2013 |

9. Are you presently a member in good standing of the bars of the courts listed above?

   ■ Yes    □ No

   If "No," please list all courts which you are no longer admitted to practice:

10. Have you ever been subject to a grievance proceeding or involuntary removal proceeding while a member of the bar of any state or federal court:

    □ Yes    ■ No

    If "Yes," please provide details:

11. Other than minor traffic offenses, have you ever been charged, arrested, or convicted of a criminal offense or offenses:

    □ Yes    ■ No

    If "Yes," please provide details:

12. Please list all cases in the United States Bankruptcy Court, Northern District of Texas in which you have filed for *pro hac vice* admission in the past three years:

    *Date of Application*            *Case No. and Style:*

    N/A                              _____

13. Local counsel of record:  Robin E. Phelan and Stephen Manz, Haynes and Boone, LLP

14. Local counsel's address:  2323 Victory Avenue, Suite 700, Dallas, TX 75219

I respectfully request to be admitted to practice in the United States Bankruptcy Court for the Northern District of Texas for this Chapter 15 case and any related adversary proceedings only.

I certify that I have read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n,* 121 F.D.R. 284 (N.D. Tex. 1988) (en banc), and the local civil and bankruptcy rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil and bankruptcy rules.

☐ I am an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and filed the application via ECF with the payment of $25.00.

■ I am not an ECF filer. I also certify that my co-counsel in this case has served a true and correct copy of this document upon each attorney of record and filed the application via ECF with the payment of $25.00 on March 13, 2014.

Steven L. Woodrow
Printed Name of Applicant

*/s/ Woodrow*
Signature of Applicant

March 13, 2014
Date