Robin E. Phelan, TBN 15903000
Stephen Manz, TBN 24070211
Haynes and Boone, LLP
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Telephone:  214.651.5000
Facsimile:  214.651.5940
Email: robin.phelan@haynesboone.com
Email: stephen.manz@haynesboone.com

Counsel for Gregory Greene

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 15 |
| | § | |
| MtGox Co., Ltd. (a/k/a MtGox KK) | § | Case No. 14-31229-sgj-15 |
| | § | |
| Debtor in a Foreign Proceeding | § | |
| | § | |

NOTICE OF APPEARANCE AND
REQUEST FOR NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that, pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") the attorneys set forth below hereby appear as counsel for Gregory Greene ("Greene"), a creditor of the above-captioned Debtor and party-in-interest in this bankruptcy case. Request is hereby made, pursuant to Bankruptcy Rules 1004.2, 2002 and 9007 and Section 342 of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this bankruptcy case be given and served on Greene by serving:

Jay Edelson
Steven L. Woodrow
Alicia E. Hwang
Edelson PC
350 North LaSalle Street, Suite 1300
Chicago, IL 60654
Telephone: 312.589.6370
Facsimile:  312.589.6378
Email: jedelson@edelson.com
Email:  swoodrow@edelson.com
Email: ahwang@edelson.com

and

Scott B. Kitei
Honigman Miller Schwartz and Cohn LLP
2290 First National Bldg.
660 Woodward Ave.
Detroit, MI 48226
Telephone: 313.465.7524
Facsimile: 313.465.7525
Email: skitei@honigman.com

and

Robin E. Phelan
Stephen Manz
Haynes and Boone, LLP
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Telephone: 214.651.5000
Facsimile: 214.651.5940
Email: robin.phelan@haynesboone.com
Email: stephen.manz@haynesboone.com

Please take further notice that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, messenger delivery, telephone, facsimile, telegraph, telex or otherwise filed or made with regard to the referenced case and proceedings herein.

This Notice of Appearance and Request for Notices and Papers shall not be deemed or construed to be a waiver of the rights of Greene (i) to have final orders in noncore matters entered only after *de novo* review by a district judge, (ii) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) to assert or exercise any other rights, claims, actions, setoffs, or recoupments to which Greene is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: March 13, 2014

By: */s/ Robin E. Phelan*
Robin E. Phelan, TBN 15903000
Stephen Manz, TBN 24070211
HAYNES AND BOONE, LLP
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Telephone: 214.651.5000
Facsimile: 214.651.5940
Email: robin.phelan@haynesboone.com
Email: stephen.manz@haynesboone.com

and

Jay Edelson (*pro hac vice* application pending)
Steven L. Woodrow (*pro hac vice* application pending)
Alicia E. Hwang (*pro hac vice* application pending)
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, IL 60654
Telephone: 312.589.6370
Facsimile: 312,589.6378
Email: jedelson@edelson.com
Email: swoodrow@edelson.com
Email: ahwang@edelson.com

and

Scott B. Kitei (*pro hac vice* application pending)
HONIGMAN MILLER SCHWARTZ AND COHN LLP
2290 First National Bldg.
660 Woodward Ave.
Detroit, MI 48226
Telephone: 313.465.7524
Facsimile: 313.465.7525
Email: skitei@honigman.com

**ATTORNEYS FOR GREGORY GREENE**

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on March 13, 2014 a true and correct copy of the foregoing document was served (i) via e-mail upon the parties listed below, and (ii) via e-mail upon the parties that receive electronic notice in this case pursuant to the Court's ECF filing system:

David W. Parham
John Mitchell
Baker & McKenzie LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, TX 75201
Email: david.parham@bakermckenzie.com
Email: john.mitchell@bakermckenzie.com

Erin E. Broderick
Baker & McKenzie LLP
300 East Randolph Drive, Suite 500
Chicago, IL 60602
Email: erin.broderick@bakermckenzie.com

Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, TX 75242
Email: ustpregion06.da.ecf@usdoj.gov

                                              */s/ Robin E. Phelan*
                                              Robin E. Phelan