BTXN 104a (rev. 09/12)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS

In Re:

MtGox Co., Ltd.                    §
                                   §    Case No.:    14-31229-sgj15
                                   §
                                   §
                                   §
            Debtor(s)              §

## APPLICATION FOR ADMISSION *PRO HAC VICE*

1. Name: __Broderick_____  __Erin_____  __Elizabeth_____
          *Last*                   *First*              *MI*

2. Firm Name: __Baker & McKenzie LLP_____

3. Address: __300 East Randolph Street, Suite 5000_____
            __Chicago, Illinois  60601_____

4. Phone: __(312) 861-8935_____  FAX: __(312) 698-2698_____
   Email: __erin.broderick@bakermckenzie.com__

5. Name used to sign *all* pleadings: __Erin Broderick_____

6. Retained by: __MtGox, Co. Ltd. a/k/a MtGox KK_____

7. Admitted on __9/2008_____ and presently a member in good standing of the bar of the highest court of the state of __Illinois_____
   and issued the bar license number of __6295974_____ .

8. Admitted to practice before the following courts:

   | Court: | Admission Date: |
   |---|---|
   | U.S. Court of Appeals, Seventh Circuit~United States | 2012 |
   | Illinois~United States | 2008 |
   | U.S. District Court, Northern District of Illinois~United States | 2008 |

*Continued.*

9. Are you presently a member in good standing of the bars of the courts listed above?

   ☒ Yes ☐ No

   If "No," please list all courts which you are no longer admitted to practice:

10. Have you ever been subject to a grievance proceeding or involuntary removal proceeding while a member of the bar of any state or federal court?

    ☐ Yes ☒ No

    If "Yes," please provide details:

11. Other than minor traffic offenses, have you ever been charged, arrested, or convicted of a criminal offense or offenses?

    ☐ Yes ☒ No

    If "Yes," please provide details:

12. Please list all cases in the United States Bankruptcy Court, Northern District of Texas in which you have filed for *pro hac vice* in the past three years:

    | *Date of Application* | *Case No. and Style* |
    |---|---|
    | None available | |

13. Local counsel of record: Baker & McKenzie LLP

14. Local counsel's address: 2001 Ross Avenue, Suite 2300
    Dallas, TX 75201

*Continued.*

I respectfully request to be admitted to practice in the United States Bankruptcy Court for the Northern District of Texas for this cause only.

I certify that I have read *Dondi Properties Corp. V Commerce Savs. & Loan Ass'n*, 121 F.D.R. 284 (N.D. Tex. 1988) (en banc), and the local civil and bankruptcy rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil and bankruptcy rules.

☒ I am an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and filed the application via ECF with the payment of $25.00

☐ I am not an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the US Bankruptcy Court accompanied with the $25.00 filing fee on _____.

Erin Broderick
Printed Name of Applicant

*/s/ Erin Broderick*
Signature of Applicant

3/13/14
Date