Josephine Garrett
State Bar No. 07695400
Josephine Garrett, P.C.
3119 West 5th Street
Fort Worth, Texas 76107
(817) 335-5432 Telephone
jgarrett@jgarrettlaw.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MtGox Co., Ltd. | § | CASE NO. 14-31229-sgj-15 |
| | § | CHAPTER 15 |
| DEBTOR | § | |

**NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE OF NOTICES, PLEADINGS AND ORDERS**

Comes now JOSEPHINE GARRETT, P.C. and enters its appearance pursuant to Bankruptcy Rule 2002, and hereby requests that copies of all pleadings, motions, orders, notices and other matters arising in this case be given to or served upon the undersigned counsel at the address set forth below.

This Notice is simply a demand and request for service and does not constitute consent to the jurisdiction of the Bankruptcy Court.

Dated: March 19, 2014

        Respectfully submitted,

        Josephine Garrett, P.C.
        /s/ Josephine Garrett
        Josephine Garrett
        State Bar No. 07695400
        3119 West 5th Street
        Fort Worth, Texas 76107
        Email: jgarrett@jgarrettlaw.com

        (817) 335-5432 Telephone
        (817) 338-1122 Facsimile

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on March 19, 2014, the electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of the attached document by electronic means.

        /s/ Josephine Garrett
        Josephine Garrett