Alicia E. Hwang
Edelson PC
350 North LaSalle St., Suite 1300
Chicago, IL 60654

Christopher L. Door
Edelson PC
350 North LaSalle St., Suite 1300
Chicago, IL 60654

David W. Parham
Baker & McKenzie LLP
2001 Ross Avenue, Suite 2300
Dallas, TX 75201

Edgar Sargent
Susman Godfrey LLP
1201 3rd Avenue, Suite 3800
Seattle, WA 98101-3087

Erin E. Broderick
Baker & McKenzie LLP
300 East Randolph, Suite 5000
Chicago, IL 60601

Jay Edelson
Edelson PC
350 North LaSalle St., Suite 1300
Chicago, IL 60654

Jean-Denis Marx
Baker & McKenzie (Gaikokuho Joint Ent.)
Ark Hills Sengokuyama Mori Tower 28th Fl
1-9-10 Roppongi
Tokyo 106-0032 Japan

John E. Mitchell
Baker & McKenzie LLP
2001 Ross Avenue, Suite 2300
Dallas, TX 75201

John M. Murphy
Baker & McKenzie LLP
300 East Randolph, Suite 5000
Chicago, IL 60601

```
Josephine Garrett
Josephine Garrett, P.C.
3119 West 5th Street
Fort Worth, TX 76107


Lisa L. Lambert
U.S. Trustee
Office of the U.S. Trustee
1100 Commerce Street
Dallas, TX 75242


Mark Karpeles
6-28-3302, Aobadai 3-chome, Meguro-ku
Tokyo, Japan


Megan Lindsey
Edelson PC
999 West 18th St., Suite 3000
Denver, CO 80202


MtCox, Co. Ltd. a/k/a MtGox KK
11-5, Shibuya 2-chome, Shibuya-ku
Tokyo, Japan


Robin E. Phelan
Haynes and Boone, LLP
2323 Victory Avenue, Suite 700
Dallas, TX 75219


Roger M. Townsend
Breskin Johnson & Townsend PLLC
1111 Third Avenue, Suite 2230
Seattle, WA 98101


Rosa A. Shirley
Baker & McKenzie LLP
2001 Ross Avenue, Suite 2300
Dallas, TX 75201


Scott B. Kitei
Honigman Miller Schwarts and Cohn LLP
2290 First National Bldg.
660 Woodward Ave.
Detroit, MI 48226
```

Stephen Manz
Haynes and Boone, LLP
2323 Victory Avenue, Suite 700
Dallas, TX 75219

Steven L. Woodrow
Edelson PC
350 North LaSalle St., Suite 1300
Chicago, IL 60654

The Honorable Jeh Johnson
Secretary of Homeland Security
Department of Homeland Security
Washington, DC 20528