

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed March 19, 2014**

_____
United States Bankruptcy Judge

_____

BTXN 104b/105b (rev. 09/11)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:  §
MtGox Co., Ltd.  §  Case No.: 14–31229–sgj15
  §  Chapter No.: 15
Debtor(s)  §

## ORDER FOR ADMISSION *PRO HAC VICE*

   The Court, having considered the Application for Admission *Pro Hac Vice* of **Jay Edelson**, to represent Gregory D. Greene, related to document 19, **ORDERS** this application be:

☑ *Granted* – The Clerk of the District Court for the Northern District of Texas shall deposit the application fee to the account of the Non–Appropriated Fund.

☐ *Denied* – The Clerk of the District Court for the Northern District of Texas shall return the admission fee to the applicant.

# # # End of Order # # #

United States Bankruptcy Court
Northern District of Texas

In re:  
MtGox Co., Ltd.  
    Debtor

Case No. 14-31229-sgj  
Chapter 15

## CERTIFICATE OF NOTICE

District/off: 0539-3    User: mmathews    Page 1 of 1    Date Rcvd: Mar 20, 2014  
                  Form ID: pdf012    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2014.
```
aty         +Jay Edelson,    Edelson PC,    350 North LaSalle Street, Suite 1300,    Chicago, IL 60654-7582
cr          +Gregory D. Greene,    5810 Prestonview Blvd., #2074,    Dallas, TX 75240-4728
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2014                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2014 at the address(es) listed below:
```
              David William Parham    on behalf of Debtor   MtGox Co., Ltd. david.parham@bakermckenzie.com,
               julia.rogic@bakermckenzie.com
              John E. Mitchell    on behalf of Debtor   MtGox Co., Ltd. john.mitchell@bakermckenzie.com,
               julia.rogic@bakermckenzie.com
              Josephine  Garrett    on behalf of Interested Party Josephine  Garrett filing@jgarrettlaw.com
              Robin Eric Phelan    on behalf of Creditor Gregory D. Greene robin.phelan@haynesboone.com,
               kim.morzak@haynesboone.com
              United States Trustee    ustpregion06.da.ecf@usdoj.gov,  albert.loftus@usdoj.gov
                                                                                             TOTAL: 5
```