

**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**TAWANA C. MARSHALL, CLERK**
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed March 19, 2014**

_____
**United States Bankruptcy Judge**

_____

BTXN 104b/105b (rev. 09/11)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:                                            §
MtGox Co., Ltd.                                   §        Case No.:   14–31229–sgj15
                                                  §        Chapter No.:   15
                            Debtor(s)             §

## ORDER FOR ADMISSION *PRO HAC VICE*

The Court, having considered the Application for Admission *Pro Hac Vice* of **Erin Elizabeth Broderick**, to represent MtGox Co., Ltd., related to document 21, **ORDERS** this application be:

☑ *Granted* – The Clerk of the District Court for the Northern District of Texas shall deposit the application fee to the account of the Non–Appropriated Fund.

☐ *Denied* – The Clerk of the District Court for the Northern District of Texas shall return the admission fee to the applicant.

# # # End of Order # # #

United States Bankruptcy Court
Northern District of Texas

In re:                                                                  Case No. 14-31229-sgj
MtGox Co., Ltd.                                                         Chapter 15
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0539-3          User: mmathews          Page 1 of 1          Date Rcvd: Mar 20, 2014
                             Form ID: pdf012          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 22, 2014.
aty          +Erin Elizabeth Broderick,    Baker & McKenzie LLP,    300 East Randolph Street, Suite 5000,
              Chicago, IL 60601-6342

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0


          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2014                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 20, 2014 at the address(es) listed below:
          David William Parham   on behalf of Debtor   MtGox Co., Ltd. david.parham@bakermckenzie.com,
           julia.rogic@bakermckenzie.com
          John E. Mitchell    on behalf of Debtor    MtGox Co., Ltd. john.mitchell@bakermckenzie.com,
           julia.rogic@bakermckenzie.com
          Josephine  Garrett    on behalf of Interested Party Josephine  Garrett filing@jgarrettlaw.com
          Robin Eric Phelan    on behalf of Creditor Gregory D. Greene robin.phelan@haynesboone.com,
           kim.morzak@haynesboone.com
          United States Trustee    ustpregion06.da.ecf@usdoj.gov,  albert.loftus@usdoj.gov
                                                                        TOTAL: 5