## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 15 |
| | § | |
| MtGox Co., Ltd. (a/k/a MtGox KK) | § | Case No. 14-31229-sgj-15 |
| | § | |
| Debtor in a Foreign Proceeding | § | |
| | § | |

**ORDER GRANTING CREDITORS GREGORY GREENE AND JOSEPH LACK'S
MOTION FOR TERMINATION OF PROVISIONAL RELIEF**

This matter having come before this Court on the motion (the "<u>Motion</u>")[1] of Creditors Gregory Greene ("<u>Greene</u>") and Joseph Lack ("<u>Lack</u>") (collectively the "<u>Movants</u>"), for an Order pursuant to 11 U.S.C. §1522 terminating the provisional relief granted to the Foreign Representative pursuant to the Court's *Order Granting Application for Provisional Relief, Scheduling Recognition Hearing, and Specifying Form and Manner of Notice* (the "<u>TRO Order</u>") [Docket No. 13] with respect to the Class Action Litigation; it appearing that the relief requested

---

[1] Capitalized terms used but not otherwise defined herein shall have the meaning given to such terms in the Motion.

in the Motion is in the best interests of all parties-in-interest; it appearing that notice of the Motion has been given as set forth in the Motion and that no other or further notice need be given; and after due deliberation thereon and good cause appearing therefor,

**NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. The Motion is GRANTED in its entirety.

2. The automatic stay is hereby lifted solely to allow the Class Action Litigation to proceed against the Debtor in the United States District Court for the Northern District of Illinois.

3. The Court shall retain jurisdiction over any matter or dispute arising from or relating to the implementation of this Order.

# # # END OF ORDER # # #

Submitted by:

Robin E. Phelan, TBN 15903000
Stephen Manz, TBN 24070211
HAYNES AND BOONE, LLP
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Telephone: 214.651.5000
Facsimile: 214.651.5940
Email: robin.phelan@haynesboone.com
Email: stephen.manz@haynesboone.com

and

Steven L. Woodrow (admitted pro hac vice)
EDELSON PC
999 West 18th Street, Suite 3000
Denver, Colorado 80202
Telephone: (303) 357-4878
Facsimile: (303) 446-9111
Email: swoodrow@edelson.com

and

Jay Edelson (admitted *pro hac vice*)
Alicia E. Hwang (admitted *pro hac vice*)
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, IL 60654
Telephone: 312.589.6370
Facsimile: 312,589.6378
Email: jedelson@edelson.com
Email: ahwang@edelson.com

and

Scott B. Kitei (admitted *pro hac vice*)
HONIGMAN MILLER SCHWARTZ AND COHN LLP
2290 First National Bldg.
660 Woodward Ave.
Detroit, MI 48226
Telephone: 313.465.7524
Facsimile: 313.465.7525
Email: skitei@honigman.com

 **ATTORNEYS FOR GREGORY GREENE**
 **AND JOSEPH LACK**

3