Steven L. Woodrow (admitted *pro hac vice*)
Edelson PC
999 West 18th Street, Suite 3000
Denver, Colorado 80202
Telephone: (303) 357-4878
Facsimile: (303) 446-9111
Email: swoodrow@edelson.com

Jay Edelson (admitted *pro hac vice*)
Alicia Hwang (admitted *pro hac vice*)
Edelson PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Telephone: (312) 589-6370
Facsimile: (312) 589-6378
Email: jedelson@edelson.com
Email: ahwang@edelson.com

Scott B. Kitei (admitted *pro hac vice*)
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, Michigan 48226-3506
Telephone: (313) 465-7000
Facsimile: (313) 465-8000
skitei@honigman.com

Robin E. Phelan, TBN 15903000
Stephen Manz, TBN 24070211
Haynes and Boone, LLP
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Telephone:  214.651.5000
Facsimile:  214.651.5940
Email: robin.phelan@haynesboone.com
Email: stephen.manz@haynesboone.com

Counsel for Gregory Greene and Joseph Lack

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 15 |
| | § | |
| MtGox Co., Ltd. (a/k/a MtGox KK) | § | Case No. 14-31229-sgj-15 |
| | § | |
| Debtor in a Foreign Proceeding | § | |
| | § | |

**MOTION FOR SETTING AND REQUEST FOR EXPEDITED HEARING ON
CREDITORS GREGORY GREENE AND JOSEPH LACK'S MOTION
FOR TERMINATION OF PROVISIONAL RELIEF**

1.	Gregory Greene ("Greene") and Joseph Lack ("Lack") (collectively the "Movants") hereby request that a hearing to consider *Creditors Gregory Greene and Joseph Lack's Motion for Termination of Provisional Relief* (the "Stay Motion") be set on Tuesday, April 1, 2014 at 1:30 p.m.

2.	Movants filed the Stay Motion contemporaneously with this motion. The Stay Motion seeks the entry of an Order terminating the automatic stay granted to Robert Marie Mark Karpeles (the "Foreign Representative") with respect to the class action litigation commenced by Greene in the United States District Court for the Northern District of Illinois against the Debtor, the Foreign Representative (in his individual capacity), Tibanne KK, and MtGox Inc. (Case No. 1:14-cv-1437) (the "Class Action Litigation").

      3.      An expedited hearing on the Stay Motion is in the best interest of the parties. A case status conference is scheduled in these proceedings for Tuesday, April 1, 2014 at 1:30 p.m. and all parties plan to attend. Hearing the Stay Motion during the status conference will avoid the need for a subsequent hearing on the Stay Motion.

      4.      Notice of the proposed expedited hearing will be sufficient because all interested parties will be served with the Stay Motion and this request for expedited consideration via electronic mail or first class mail, and once a hearing on the Stay Motion has been set, Movants shall serve notice of such hearing via electronic mail or overnight courier, in accordance with the Federal Rules of Bankruptcy Procedure.

      5.      A hearing was not requested earlier, because Movants had been working with the Foreign Representative to schedule a deposition in the United States on an expedited basis, so as to permit Movants to question the foreign representative about the facts and circumstances leading to the Chapter 15 filing, and the statements made by the Foreign Representative in the *Declaration of Robert Marie Mark Karpeles* in support of the Petition (the "Karpeles Declaration") [Docket No. 3]. On March 21, 2014, counsel to the Foreign Representative informed Movants that the Foreign Representative would not be traveling to the United States for a deposition, and only offered to make the Foreign Representative available from Taipei, Taiwan via video conference, on April 17, 2014.

      6.      In addition, on March 20, 2014, a statement by the Foreign Representative posted on the Debtor's web site, a copy of which is attached to the Woodrow Declaration as Exhibit D, states that on March 7, 2014, the Debtor confirmed that the company had located approximately 200,000 bitcoins. Neither the petition nor any of the pleadings filed by the Foreign Representative on the May 10 petition date in the Chapter 15 proceeding make any mention of this substantial discovery, leaving the plaintiffs in the Class Action Litigation to guess as to what other critical details the Foreign Representative is not disclosing to this Court and its creditors.

      7.      Upon learning the details in paragraphs 5 and 6 herein, Movants promptly filed the Motion within two business days to ensure that the Foreign Representative is unable to continue managing the Debtor's assets and operations without submitting to an examination in the United States, and without any oversight whatsoever by courts in the United States.

Dated: March 25, 2014

By: */s/ Robin E. Phelan*
Robin E. Phelan, TBN 15903000
Stephen Manz, TBN 24070211
HAYNES AND BOONE, LLP
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Telephone: 214.651.5000
Facsimile: 214.651.5940
Email: robin.phelan@haynesboone.com
Email: stephen.manz@haynesboone.com

and

Steven L. Woodrow (admitted *pro hac vice*)
EDELSON PC
999 West 18th Street, Suite 3000
Denver, Colorado 80202
Telephone: (303) 357-4878
Facsimile: (303) 446-9111
Email: swoodrow@edelson.com

and

Jay Edelson (admitted *pro hac vice*)
Alicia E. Hwang (admitted *pro hac vice*)
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, IL 60654
Telephone: 312.589.6370
Facsimile: 312,589.6378
Email: jedelson@edelson.com
Email: ahwang@edelson.com

and

and

Scott B. Kitei (admitted *pro hac vice*)
HONIGMAN MILLER SCHWARTZ AND COHN LLP
2290 First National Bldg.
660 Woodward Ave.
Detroit, MI 48226
Telephone: 313.465.7524
Facsimile:  313.465.7525
Email:  skitei@honigman.com

**ATTORNEYS FOR GREGORY GREENE AND JOSEPH LACK**

**CERTIFICATE OF CONFERENCE**

On March 24, 2014, counsel to Movants contacted counsel to the Foreign Representative regarding the relief requested in the Motion to Expedite. Counsel to the Foreign Representative does not consent to the relief requested in the Motion to Expedite.

By: */s/  Robin E. Phelan*
Robin E. Phelan

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 25, 2014 a true and correct copy of the foregoing document was served (i) upon all parties on the attached Service List via e-mail (if available as indicated thereon) or first class mail, and (ii) via e-mail upon the parties that receive electronic notice in this case pursuant to the Court's ECF filing system:

*/s/  Robin E. Phelan*
Robin E. Phelan

## SERVICE LIST

David W. Parham
John Mitchell
Baker & McKenzie LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, TX 75201
Email: david.parham@bakermckenzie.com
Email: john.mitchell@bakermckenzie.com

Erin E. Broderick
Baker & McKenzie LLP
300 East Randolph Drive, Suite 500
Chicago, IL 60602
Email: erin.broderick@bakermckenzie.com

Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, TX 75242
Email: ustpregion06.da.ecf@usdoj.gov

Christopher L. Door
Edelson PC
350 North LaSalle St., Suite 1300
Chicago, IL 60654

Edgar Sargent
Susman Godfrey LLP
1201 3rd Avenue, Suite 3800
Seattle, WA 98101-3087

Jean-Denis Marx
Baker & McKenzie (Gaikokuho Joint Ent.)
Ark Hills Sengokuyama Mori Tower 28th Fl
1-9-10 Roppongi
Tokyo 106-0032 Japan

John M. Murphy
Baker & McKenzie LLP
300 East Randolph, Suite 5000
Chicago, IL 60601

Josephine Garrett
Josephine Garrett, P.C.
3119 West 5th Street

Fort Worth, TX 76107

Mark Karpeles
6-28-3302, Aobadai 3-chome, Meguro-ku
Tokyo, Japan

Megan Lindsey
Edelson PC
999 West 18th St., Suite 3000
Denver, CO 80202

MtCox, Co. Ltd. a/k/a MtGox KK
11-5, Shibuya 2-chome, Shibuya-ku
Tokyo, Japan

Roger M. Townsend
Breskin Johnson & Townsend PLLC
1111 Third Avenue, Suite 2230
Seattle, WA 98101

Rosa A. Shirley
Baker & McKenzie LLP
2001 Ross Avenue, Suite 2300
Dallas, TX 75201

The Honorable Jeh Johnson
Secretary of Homeland Security
Department of Homeland Security
Washington, DC 20528