**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 15 |
| | § | |
| MtGox Co., Ltd. (a/k/a MtGox KK) | § | Case No. 14-31229-sgj-15 |
| | § | |
| Debtor in a Foreign Proceeding | § | |
| | § | |

**ORDER REGARDING MOTION FOR SETTING AND REQUEST FOR EXPEDITED
HEARING ON CREDITORS GREGORY GREENE AND JOSEPH LACK'S MOTION
<u>FOR TERMINATION OF PROVISIONAL RELIEF</u>**

The request for an expedited hearing on the *Creditors Gregory Greene and Joseph Lack's Motion for Termination of Provisional Relief* is GRANTED/DENIED.

\_\_\_\_ A hearing will be held before the Honorable Stacey G. Jernigan, 1100 Commerce Street, Room 1421, Dallas, Texas, on Tuesday, April 1, 2014 at 1:30 p.m. Counsel for Movants shall serve this Order on interested parties.

\_\_\_\_ No expedited hearing will be scheduled.

# # # END OF ORDER # # #

<u>Submitted by</u>:

Robin E. Phelan, TBN 15903000
Stephen Manz, TBN 24070211
HAYNES AND BOONE, LLP
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Telephone: 214.651.5000
Facsimile: 214.651.5940
Email: robin.phelan@haynesboone.com
Email: stephen.manz@haynesboone.com

and

Steven L. Woodrow (admitted pro hac vice)
EDELSON PC
999 West 18th Street, Suite 3000
Denver, Colorado 80202
Telephone: (303) 357-4878
Facsimile: (303) 446-9111
Email: swoodrow@edelson.com

and

Jay Edelson (admitted *pro hac vice*)
Alicia E. Hwang (admitted *pro hac vice*)
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, IL 60654
Telephone: 312.589.6370
Facsimile: 312,589.6378
Email: jedelson@edelson.com
Email: ahwang@edelson.com

and

Scott B. Kitei (admitted *pro hac vice*)
HONIGMAN MILLER SCHWARTZ AND COHN LLP
2290 First National Bldg.
660 Woodward Ave.
Detroit, MI 48226
Telephone: 313.465.7524
Facsimile: 313.465.7525
Email: skitei@honigman.com

**ATTORNEYS FOR GREGORY GREENE
AND JOSEPH LACK**

D-2253452_1