### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 15 |
| | § | |
| MtGox Co., Ltd. (a/k/a MtGox KK) | § | Case No. 14-31229-sgj-15 |
| | § | |
| Debtor in a Foreign Proceeding | § | |
| | § | |

### ORDER GRANTING CREDITORS GREGORY GREENE AND JOSEPH LACK'S MOTION FOR AN ORDER PURSUANT TO BANKRUPTCY RULE 2004 COMPELLING DEPOSITION TESTIMONY IN THE UNITED STATES FROM THE FOREIGN REPRESENTATIVE

This matter having come before this Court on the motion of Creditor Gregory Greene and Joseph Lack (collectively "Movants"), for an Order pursuant to Fed. R. Bankr. P. 2004 compelling Robert Marie Mark Karpeles (the "Foreign Representative") to submit to an examination in the United States (the "Motion");[1] it appearing that the relief requested in the Motion is in the best interests of all parties-in-interest; it appearing that notice of the Motion has

---

[1] Capitalized terms used but not otherwise defined herein shall have the meaning given to such terms in the Motion.

been given as set forth in the Motion and that no other or further notice need be given; and after due deliberation thereon and good cause appearing therefor,

**<u>NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:</u>**

1. The Motion is GRANTED in its entirety.

2. The Foreign Representative shall appear and submit to deposition testimony upon oral examination by Greene, regarding the matters described in the Motion and any other matters relating to the Petition.

3. The Deposition of the Foreign Representative shall take place in the Northern District of Texas by April 10, 2014, unless otherwise agreed between the Foreign Representative and Greene, pursuant to a subpoena to be issued in furtherance of this Order.

4. In the event Robert Marie Mark Karpeles is replaced as the foreign representative in this chapter 15 case by the court in the Japan Proceeding, this Order shall remain in effect with respect to the 2004 examination in this District of Mr. Karpeles.

5. The Court shall retain jurisdiction over any matter or dispute arising from or relating to the implementation of this Order.

# # # END OF ORDER # # #

Submitted by:

Robin E. Phelan, TBN 15903000
Stephen Manz, TBN 24070211
HAYNES AND BOONE, LLP
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Telephone:  214.651.5000
Facsimile:  214.651.5940
Email: robin.phelan@haynesboone.com
Email: stephen.manz@haynesboone.com

and

Steven L. Woodrow (admitted pro hac vice)
EDELSON PC
999 West 18th Street, Suite 3000
Denver, Colorado 80202
Telephone: (303) 357-4878
Facsimile: (303) 446-9111
Email: swoodrow@edelson.com

and

Jay Edelson (admitted *pro hac vice*)
Alicia E. Hwang (admitted *pro hac vice*)
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, IL 60654
Telephone: 312.589.6370
Facsimile:  312,589.6378
Email:  jedelson@edelson.com
Email: ahwang@edelson.com

and

Scott B. Kitei (admitted *pro hac vice*)
HONIGMAN MILLER SCHWARTZ AND COHN LLP
2290 First National Bldg.
660 Woodward Ave.
Detroit, MI 48226
Telephone: 313.465.7524
Facsimile:  313.465.7525
Email:  skitei@honigman.com

**ATTORNEYS FOR GREGORY GREEN
AND JOSEPH LACK**