David W. Parham
State Bar No. 15459500
John Mitchell
State Bar No. 00797095
Rosa A. Shirley
State Bar No. 24056313
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile: (214) 978-3099
Email: david.parham@bakermckenzie.com
Email: john.mitchell@bakermckenzie.com
Email: rosa.shirley@bakermckenzie.com

- and -

Erin E. Broderick *(pro hac vice pending)*
Illinois Bar No. 6295974
300 East Randolph Drive, Suite 5000
Chicago, Illinois 60602
Telephone: (312) 861-8000
Facsimile: (312) 861-2899
Email: erin.broderick@bakermckenzie.com

*Attorneys for the Petitioner Robert Marie Mark Karpeles,*
*Foreign Representative of MtGox Co., Ltd., a/k/a MtGox KK*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In re | ) Chapter 15 |
| MtGox Co., Ltd. (a/k/a MtGox KK) | ) Case No. 14-31229-sgj15 |
| Debtor in a Foreign Proceeding. | ) |

**NOTICE OF ADJOURNMENT OF RECOGNITION HEARING**
**AND SETTING OF STATUS CONFERENCE**

**PLEASE TAKE NOTICE** that the hearing on the Petitioner's *Verified Petition for Recognition and Chapter 15 Relief* [Dkt. No. 1] (the "Recognition Hearing") set for April 1, 2014 at 1:30 p.m. and to continue, if necessary on April 2, 2014 at 9:30 a.m. (CST) has been adjourned to **May 6, 2014 at 9:30 a.m. (Prevailing Central Time),** and will take place before the **Honorable Stacey G.C. Jernigan, at the United States Bankruptcy Court, Northern District of Texas, 14th Floor, 1100 Commerce Street, Dallas, Texas 75252**.

**PLEASE TAKE FURTHER NOTICE** that the hearing set for **April 1, 2014 at 1:30 p.m. (Prevailing Central Time)** before the **Honorable Stacey G.C. Jernigan, at the United States Bankruptcy Court, Northern District of Texas, 14th Floor, 1100 Commerce Street, Dallas, Texas 75252** has been converted to a status conference on discovery and other matters related to the US Litigation Matters (as defined in the *Emergency Application for an Order Granting Provisional Relief Pursuant to Sections 105(a) and 1519 of the Bankruptcy Code, Scheduling Recognition Hearing, and Specifying Form and Manner of Notice* [Dkt. No. 4]).

Dated:   March 26, 2014
        Dallas, Texas

    Respectfully submitted,

    **BAKER & McKENZIE LLP**

    By:   /s/ *David W. Parham*
        David W. Parham
        State Bar No. 15459500
        John Mitchell
        State Bar No. 24056313
        Rosa A. Shirley
        State Bar No. 24056313
        2300 Trammell Crow Center
        2001 Ross Avenue
        Dallas, Texas 75201
        Telephone: (214) 978-3000
        Facsimile: (214) 978-3099
        Email:  david.parham@bakermckenzie.com
        Email:  john.mitchell@bakermckenzie.com

- and -

Erin E. Broderick *(pro hac vice pending)*
Illinois Bar No. 6295974
300 East Randolph Drive, Suite 5000
Chicago, Illinois 60602
Telephone: (312) 861-8000
Facsimile: (312) 861-2899
Email: erin.broderick@bakermckenzie.com

*Attorneys for the Petitioner Robert Marie Mark Karpeles, Foreign Representative of MtGox Co., Ltd., a/k/a MtGox KK*

## **CERTIFICATE OF SERVICE**

This is to certify that on March 26, 2014, a copy of the foregoing document was served on the parties registered to receive electronic notification via the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas, and via United States first class mail, postage pre-paid to the parties listed below:

| | | |
|---|---|---|
| Alicia E. Hwang<br>Edelson PC<br>350 North LaSalle St., Suite 1300<br>Chicago, IL 60654 | Lisa L. Lambert<br>U.S. Trustee<br>Office of the U.S. Trustee<br>1100 Commerce Street<br>Dallas, TX 75242 | Roger M. Townsend<br>Breskin Johnson & Townsend PLLC<br>1111 Third Avenue, Suite 2230<br>Seattle, WA 98101 |
| Christopher L. Door<br>Edelson PC<br>350 North LaSalle St., Suite 1300<br>Chicago, IL 60654 | Mark Karpeles<br>6-28-3302, Aobadai 3-chome, Meguro-ku<br>Tokyo, Japan | Scott B. Kitei<br>Honigman Miller Schwarts and Cohn LLP<br>2290 First National Bldg.<br>660 Woodward Ave.<br>Detroit, MI 48226 |
| Edgar Sargent<br>Susman Godfrey LLP<br>1201 3rd Avenue, Suite 3800<br>Seattle, WA 98101-3087 | Megan Lindsey<br>Edelson PC<br>999 West 18th St., Suite 3000<br>Denver, CO 80202 | Stephen Manz<br>Haynes and Boone, LLP<br>2323 Victory Avenue, Suite 700<br>Dallas, TX 75219 |

| | | |
|---|---|---|
| Jay Edelson<br>Edelson PC<br>350 North LaSalle St.,<br>Suite 1300<br>Chicago, IL 60654 | MtCox, Co. Ltd. a/k/a MtGox KK<br>11-5, Shibuya 2-chome,<br>Shibuya-ku<br>Tokyo, Japan | Steven L. Woodrow<br>Edelson PC<br>350 North LaSalle St.,<br>Suite 1300<br>Chicago, IL 60654 |
| Josephine Garrett<br>Josephine Garrett, P.C.<br>3119 West 5th Street<br>Fort Worth, TX 76107 | Robin E. Phelan<br>Haynes and Boone, LLP<br>2323 Victory Avenue,<br>Suite 700<br>Dallas, TX 75219 | The Honorable Jeh Johnson<br>Secretary of Homeland Security<br>Department of Homeland Security<br>Washington, DC 20528 |

/s/ Rosa A. Shirley
Rosa A. Shirley