Steven L. Woodrow (admitted *pro hac vice*)
Edelson PC
999 West 18th Street, Suite 3000
Denver, Colorado 80202
Telephone: (303) 357-4878
Facsimile: (303) 446-9111
Email: swoodrow@edelson.com

Jay Edelson (admitted *pro hac vice*)
Alicia Hwang (admitted *pro hac vice*)
Edelson PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Telephone: (312) 589-6370
Facsimile: (312) 589-6378
Email:  jedelson@edelson.com
Email: ahwang@edelson.com

Scott B. Kitei (admitted *pro hac vice*)
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, Michigan 48226-3506
Telephone: (313) 465-7000
Facsimile: (313) 465-8000
skitei@honigman.com

Robin E. Phelan, TBN 15903000
Stephen Manz, TBN 24070211
Haynes and Boone, LLP
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Telephone:  214.651.5000
Facsimile:  214.651.5940
Email: robin.phelan@haynesboone.com
Email: stephen.manz@haynesboone.com

Counsel for Gregory Greene and Joseph Lack

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 15 |
| | § | |
| MtGox Co., Ltd. (a/k/a MtGox KK) | § | Case No. 14-31229-sgj-15 |
| | § | |
| Debtor in a Foreign Proceeding | § | |
| | § | |
| | § | |

## NOTICE OF HEARING ON REQUEST FOR EXPEDITED CONSIDERATION OF CREDITORS GREGORY GREENE AND JOSEPH LACK'S MOTION FOR TERMINATION OF PROVISIONAL RELIEF

**PLEASE TAKE NOTICE** that a hearing on the *Motion for Setting and Request for Expedited Hearing on Creditors Gregory Greene and Joseph Lack's Motion for Termination of Provisional Relief* [Docket No. 38] has been set for **Tuesday, April 1, 2014 at 1:30 p.m.** before the Honorable Stacey G. Jernigan, United States Bankruptcy Court, 1100 Commerce Street, Room 1428, Courtroom #1, Dallas, Texas 75242.

Dated: March 26, 2014

By: */s/ Robin E. Phelan*
Robin E. Phelan, TBN 15903000
Stephen Manz, TBN 24070211
HAYNES AND BOONE, LLP
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Telephone:  214.651.5000
Facsimile:  214.651.5940
Email: robin.phelan@haynesboone.com
Email: stephen.manz@haynesboone.com

and

Steven L. Woodrow (admitted *pro hac vice*)
EDELSON PC
999 West 18th Street, Suite 3000
Denver, Colorado 80202
Telephone: (303) 357-4878
Facsimile: (303) 446-9111
Email: swoodrow@edelson.com

and

Jay Edelson (admitted *pro hac vice*)
Alicia E. Hwang (admitted *pro hac vice*)
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, IL 60654
Telephone: 312.589.6370
Facsimile:  312,589.6378
Email:  jedelson@edelson.com
Email: ahwang@edelson.com

and

and

Scott B. Kitei (admitted *pro hac vice*)
HONIGMAN MILLER SCHWARTZ AND COHN
LLP
2290 First National Bldg.
660 Woodward Ave.
Detroit, MI 48226
Telephone: 313.465.7524
Facsimile:  313.465.7525
Email:  skitei@honigman.com

**ATTORNEYS FOR GREGORY GREENE AND
JOSEPH LACK**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 26, 2014 a true and correct copy of the foregoing document was served (i) upon all parties on the attached Service List in the manner indicated, and (ii) via e-mail upon the parties that receive electronic notice in this case pursuant to the Court's ECF filing system:

*/s/   Robin E. Phelan*
Robin E. Phelan

## SERVICE LIST

David W. Parham
John Mitchell
Baker & McKenzie LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, TX 75201
*via email: david.parham@bakermckenzie.com*
*via email: john.mitchell@bakermckenzie.com*

Erin E. Broderick
Baker & McKenzie LLP
300 East Randolph Drive, Suite 500
Chicago, IL 60602
*via email: erin.broderick@bakermckenzie.com*

Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, TX 75242
*via email: ustpregion06.da.ecf@usdoj.gov*

Christopher L. Dore
Edelson PC
350 North LaSalle St., Suite 1300
Chicago, IL 60654
*via email: cdore@edelson.com*

Edgar Sargent
Susman Godfrey LLP
1201 3rd Avenue, Suite 3800
Seattle, WA 98101-3087
*via email: esargent@susmangodfrey.com*

Jean-Denis Marx
Baker & McKenzie (Gaikokuho Joint Ent.)
Ark Hills Sengokuyama Mori Tower 28th Fl
1-9-10 Roppongi
Tokyo 106-0032 Japan
*via email: jean-denis.marx@bakermckenzie.com*

John M. Murphy
Baker & McKenzie LLP
300 East Randolph, Suite 5000
Chicago, IL 60601
*via email: john.murphy@bakermckenzie.com*

Josephine Garrett
Josephine Garrett, P.C.
3119 West 5th Street
Fort Worth, TX 76107
*via email: filing@jgarrettlaw.com*

Mark Karpeles
6-28-3302, Aobadai 3-chome, Meguro-ku
Tokyo, Japan
*via first class mail*

Megan Lindsey
Edelson PC
999 West 18th St., Suite 3000
Denver, CO 80202
*via email: mlindsey@edelson.com*

MtGox, Co. Ltd. a/k/a MtGox KK
11-5, Shibuya 2-chome, Shibuya-ku
Tokyo, Japan
*via first class mail*

Roger M. Townsend
Breskin Johnson & Townsend PLLC
1111 Third Avenue, Suite 2230
Seattle, WA 98101
*via email: rtownsend@bjtlegal.com*

Rosa A. Shirley
Baker & McKenzie LLP
2001 Ross Avenue, Suite 2300
Dallas, TX 75201
*via email: rosa.shirley@bakermckenzie.com*

The Honorable Jeh Johnson
Secretary of Homeland Security
Department of Homeland Security
Washington, DC 20528
*via first class mail*