| | |
|---|---|
| Steven L. Woodrow (admitted *pro hac vice*) | Scott B. Kitei (admitted *pro hac vice*) |
| Edelson PC | Honigman Miller Schwartz and Cohn LLP |
| 999 West 18th Street, Suite 3000 | 2290 First National Building |
| Denver, Colorado 80202 | 660 Woodward Avenue |
| Telephone: (303) 357-4878 | Detroit, Michigan 48226-3506 |
| Facsimile: (303) 446-9111 | Telephone: (313) 465-7000 |
| Email: swoodrow@edelson.com | Facsimile: (313) 465-8000 |
| | skitei@honigman.com |
| Jay Edelson (admitted *pro hac vice*) | |
| Alicia Hwang (admitted *pro hac vice*) | Robin E. Phelan, TBN 15903000 |
| Edelson PC | Stephen Manz, TBN 24070211 |
| 350 North LaSalle Street, Suite 1300 | Haynes and Boone, LLP |
| Chicago, Illinois 60654 | 2323 Victory Avenue, Suite 700 |
| Telephone: (312) 589-6370 | Dallas, Texas 75219 |
| Facsimile: (312) 589-6378 | Telephone:  214.651.5000 |
| Email:  jedelson@edelson.com | Facsimile:  214.651.5940 |
| Email: ahwang@edelson.com | Email: robin.phelan@haynesboone.com |
| | Email: stephen.manz@haynesboone.com |

Counsel for Gregory Greene and Joseph Lack

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 15 |
| | § | |
| MtGox Co., Ltd. (a/k/a MtGox KK) | § | Case No. 14-31229-sgj-15 |
| | § | |
| Debtor in a Foreign Proceeding | § | |
| | § | |

**NOTICE OF EXPEDITED HEARING ON CREDITORS GREGORY
GREENE AND JOSEPH LACK'S MOTION FOR AN ORDER PURSUANT
TO BANKRUPTCY RULE 2004 COMPELLING DEPOSITION TESTIMONY
IN THE UNITED STATES FROM THE FOREIGN REPRESENTATIVE**

**PLEASE TAKE NOTICE** that the *Motion for Setting and Request for Expedited Hearing on Creditors Gregory Greene and Joseph Lack's Motion for an Order Pursuant to Bankruptcy Rule 2004 Compelling Deposition Testimony in the United States From the Foreign Representative* [Docket No. 40] has been granted by the Court.

**PLEASE TAKE FURTHER NOTICE** that a hearing on *Creditors Gregory Greene and Joseph Lack's Motion for an Order Pursuant to Bankruptcy Rule 2004 Compelling Deposition Testimony in the United States From the Foreign Representative* [Docket No. 39] has been set

for **Tuesday, April 1, 2014 at 1:30 p.m.** before the Honorable Stacey G. Jernigan, United States Bankruptcy Court, 1100 Commerce Street, Room 1428, Courtroom #1, Dallas, Texas 75242.

Dated: March 26, 2014

        By: */s/ Robin E. Phelan*
Robin E. Phelan, TBN 15903000
Stephen Manz, TBN 24070211
HAYNES AND BOONE, LLP
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Telephone: 214.651.5000
Facsimile: 214.651.5940
Email: robin.phelan@haynesboone.com
Email: stephen.manz@haynesboone.com

and

Steven L. Woodrow (admitted *pro hac vice*)
EDELSON PC
999 West 18th Street, Suite 3000
Denver, Colorado 80202
Telephone: (303) 357-4878
Facsimile: (303) 446-9111
Email: swoodrow@edelson.com

and

Jay Edelson (admitted *pro hac vice*)
Alicia E. Hwang (admitted *pro hac vice*)
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, IL 60654
Telephone: 312.589.6370
Facsimile: 312,589.6378
Email: jedelson@edelson.com
Email: ahwang@edelson.com

and

and

Scott B. Kitei (admitted *pro hac vice*)
HONIGMAN MILLER SCHWARTZ AND COHN LLP
2290 First National Bldg.
660 Woodward Ave.
Detroit, MI 48226
Telephone: 313.465.7524
Facsimile: 313.465.7525
Email: skitei@honigman.com

**ATTORNEYS FOR GREGORY GREENE AND JOSEPH LACK**

<b><u>CERTIFICATE OF SERVICE</u></b>

The undersigned hereby certifies that on March 26, 2014 a true and correct copy of the foregoing document was served (i) upon all parties on the attached Service List in the manner indicated, and (ii) via e-mail upon the parties that receive electronic notice in this case pursuant to the Court's ECF filing system:

            */s/ Robin E. Phelan*
            Robin E. Phelan

**SERVICE LIST**

David W. Parham
John Mitchell
Baker & McKenzie LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, TX 75201
*via email: david.parham@bakermckenzie.com*
*via email: john.mitchell@bakermckenzie.com*

Erin E. Broderick
Baker & McKenzie LLP
300 East Randolph Drive, Suite 500
Chicago, IL 60602
*via email: erin.broderick@bakermckenzie.com*

Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, TX 75242
*via email: ustpregion06.da.ecf@usdoj.gov*

Christopher L. Dore
Edelson PC
350 North LaSalle St., Suite 1300
Chicago, IL 60654
*via email: cdore@edelson.com*

Edgar Sargent
Susman Godfrey LLP
1201 3rd Avenue, Suite 3800
Seattle, WA 98101-3087
*via email: esargent@susmangodfrey.com*

Jean-Denis Marx
Baker & McKenzie (Gaikokuho Joint Ent.)
Ark Hills Sengokuyama Mori Tower 28th Fl
1-9-10 Roppongi
Tokyo 106-0032 Japan
*via email: jean-denis.marx@bakermckenzie.com*

John M. Murphy
Baker & McKenzie LLP
300 East Randolph, Suite 5000
Chicago, IL 60601
*via email: john.murphy@bakermckenzie.com*

Josephine Garrett
Josephine Garrett, P.C.
3119 West 5th Street
Fort Worth, TX 76107
*via email: filing@jgarrettlaw.com*

Mark Karpeles
6-28-3302, Aobadai 3-chome, Meguro-ku
Tokyo, Japan
*via first class mail*

Megan Lindsey
Edelson PC
999 West 18th St., Suite 3000
Denver, CO 80202
*via email: mlindsey@edelson.com*

MtGox, Co. Ltd. a/k/a MtGox KK
11-5, Shibuya 2-chome, Shibuya-ku
Tokyo, Japan
*via first class mail*

Roger M. Townsend
Breskin Johnson & Townsend PLLC
1111 Third Avenue, Suite 2230
Seattle, WA 98101
*via email: rtownsend@bjtlegal.com*

Rosa A. Shirley
Baker & McKenzie LLP
2001 Ross Avenue, Suite 2300
Dallas, TX 75201
*via email: rosa.shirley@bakermckenzie.com*

The Honorable Jeh Johnson
Secretary of Homeland Security
Department of Homeland Security
Washington, DC 20528
*via first class mail*