Case 14-31229-sgj15    Doc 45    Filed 03/26/14    Entered 03/26/14 15:43:57    Desc Main
                                  Document      Page 1 of 3

David W. Parham
State Bar No. 15459500
John E. Mitchell
State Bar No. 00797095
Rosa A. Shirley
State Bar No. 24056313
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile: (214) 978-3099
Email: david.parham@bakermckenzie.com
Email: john.mitchell@bakermckenzie.com
Email: rosa.shirley@bakermckenzie.com

- and -

Erin E. Broderick *(admitted pro hac vice)*
Illinois Bar No. 6295974
300 East Randolph Drive, Suite 5000
Chicago, Illinois 60602
Telephone: (312) 861-8000
Facsimile: (312) 861-2899
Email: erin.broderick@bakermckenzie.com

*Attorneys for the Petitioner Robert Marie Mark Karpeles,*
*Foreign Representative of MtGox Co., Ltd., a/k/a MtGox KK*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In re | ) Chapter 15 |
| MtGox Co., Ltd. (a/k/a MtGox KK) | ) Case No. 14-31229-sgj15 |
| Debtor in a Foreign Proceeding. | ) |

**CERTIFICATE OF SERVICE**

     I hereby certify that on March 25, 2014, a true and correct copy of the *Order Granting Adjournment of Recognition Hearing* [Docket No. 36] was served on the parties registered to receive electronic notification via the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas, and via United States first-class mail on those parties listed on the attached Service List

Dated: March 26, 2014
Dallas, Texas

Respectfully submitted,

**BAKER & McKENZIE LLP**
Trammell Crow Center
2001 Ross Avenue, Suite 2300
Dallas, Texas 75201
Tel: (214) 978-3000
Fax: (214) 978-3099
Emails: david.parham@bakermckenzie.com
john.mitchell@bakermckenzie.com
rosa.shirley@bakermckenzie.com

By: */s/ David W. Parham*
David W. Parham, SBT #15459500
John E. Mitchell, SBT #00797095
Rosa A. Shirley, SBT #24056313

*Attorneys for the Petitioner Robert Marie Mark Karpeles, Foreign Representative of MtGox Co., Ltd., a/k/a MtGox KK*

## SERVICE LIST

Alicia E. Hwang
Edelson PC
350 North LaSalle St., Suite 1300
Chicago, IL 60654

Jay Edelson
Edelson PC
350 North LaSalle St., Suite 1300
Chicago, IL 60654

Lisa L. Lambert
U.S. Trustee
Office of the U.S. Trustee
1100 Commerce Street
Dallas, TX 75242

MtCox, Co. Ltd. a/k/a MtGox KK
11-5, Shibuya 2-chome, Shibuya-ku
Tokyo, Japan

Roger M. Townsend
Breskin Johnson & Townsend PLLC
1111 Third Avenue, Suite 2230
Seattle, WA 98101

Steven L. Woodrow
Edelson PC
350 North LaSalle St., Suite 1300
Chicago, IL 60654

Christopher L. Door
Edelson PC
350 North LaSalle St., Suite 1300
Chicago, IL 60654

Jean-Denis Marx
Baker & McKenzie (Gaikokuho Joint Ent.)
Ark Hills Sengokuyama Mori Tower
28th Fl.
1-9-10 Roppongi
Tokyo 106-0032 Japan

Mark Karpeles
6-28-3302, Aobadai 3-chome,
Meguro-ku
Tokyo, Japan

Robin E. Phelan
Haynes and Boone, LLP
2323 Victory Avenue, Suite 700
Dallas, TX 75219

Scott B. Kitei
Honigman Miller Schwarts et al.
2290 First National Bldg.
660 Woodward Ave.
Detroit, MI 48226

The Honorable Jeh Johnson
Secretary of Homeland Security
Department of Homeland Security
Washington, DC 20528

Edgar Sargent
Susman Godfrey LLP
1201 3rd Avenue, Suite 3800
Seattle, WA 98101-3087

Josephine Garrett
Josephine Garrett, P.C.
3119 West 5th Street
Fort Worth, TX 76107

Megan Lindsey
Edelson PC
999 West 18th St., Suite 3000
Denver, CO 80202

John M. Murphy
Baker & McKenzie LLP
300 East Randolph, Suite 5000
Chicago, IL 60601

Stephen Manz
Haynes and Boone, LLP
2323 Victory Avenue, Suite 700
Dallas, TX 75219

774833-v1\DALDMS