

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed March 21, 2014**

_United States Bankruptcy Judge_

___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| In re | Chapter 15 |
| MtGox Co., Ltd. (a/k/a MtGox KK) | Case No. 14-31229-sgj15 |
| Debtor in a Foreign Proceeding. | |

### ORDER GRANTING ADJOURNMENT OF RECOGNITION HEARING

Upon the Petitioner's Motion to Adjourn Recognition Hearing [Dkt. No. 29] (the "Motion"), seeking adjournment of the Recognition Hearing currently set for April 1, 2014 and to continue to April 2, 2014 if necessary, to May 6, 2014 at 9:30 a.m.; and the Court having determined that the relief requested in the Motion is in the best interests of the Debtor, its estate, its creditors, and other parties in interest; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

ORDERED, ADJUDGED AND DECREED that:

1. The Motion is GRANTED.

2. The Recognition Hearing is hereby adjourned to **May 6, 2014 at 9:30 a.m. (Prevailing Central Time), before the Honorable Stacey G.C. Jernigan, United States Bankruptcy Court, Northern District of Texas, 14th Floor, 1100 Commerce Street, Dallas, Texas 75252**.

3. The hearing set for April 1, 2014 at 1:30 p.m. (Prevailing Central Time) is hereby converted to a status conference on discovery and other issues related to the US Litigation Matters.

4. Responses or objections, if any, to the Petition must be made in writing describing the basis therefor and shall be filed with this Court and served upon Baker & McKenzie LLP, 2300 Trammell Crow Center, 2001 Ross Avenue, Dallas, Texas 75201 (Attention: David W. Parham and John Mitchell) and Baker & McKenzie LLP, 300 East Randolph Drive, Suite 5000, Chicago, Illinois 60602 (Attention: Erin E. Broderick), United States counsel to the Petitioner, so as to be received on or before 4:00 p.m. (Central Time) seven days prior to the Recognition Hearing.

5. Pursuant to sections 1519(a)(3) and 1521(a)(7) of the Bankruptcy Code, section 362 of the Bankruptcy Code is applicable to the Debtor and its assets until further order of this Court, or as so ordered at the Recognition Hearing.

6. The form of notice of adjournment of the Recognition Hearing and setting of status conference attached to the Motion as **Exhibit B** (the "Notice") is hereby approved.

7. Petitioner shall serve copies of this Order and the Notice upon the Notice Parties no less than 23 days prior to the Recognition Hearing.

8. Service pursuant to this Order shall be good and sufficient service and adequate notice of the adjournment of the Recognition Hearing and of the setting of the status conference.

# # # END OF ORDER # # #

Prepared and submitted by:

**BAKER & McKENZIE LLP**

/s/ *David W. Parham*
David W. Parham
State Bar No. 15459500
John Mitchell
State Bar No. 24056313
Rosa A. Shirley
State Bar No. 24056313
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile: (214) 978-3099
Email:  david.parham@bakermckenzie.com
Email:  john.mitchell@bakermckenzie.com
Email:  rosa.shirley@bakermckenzie.com

- and -

Erin E. Broderick *(admitted pro hac vice)*
Illinois Bar No. 6295974
300 East Randolph Drive, Suite 5000
Chicago, Illinois 60602
Telephone: (312) 861-8000
Facsimile: (312) 861-2899
Email:  erin.broderick@bakermckenzie.com

*Attorneys for the Petitioner Robert Marie Mark Karpeles,*
*Foreign Representative of MtGox Co., Ltd., a/k/a MtGox KK*

United States Bankruptcy Court
Northern District of Texas

In re:                                                                  Case No. 14-31229-sgj
MtGox Co., Ltd.                                                         Chapter 15
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0539-3           User: bzisk              Page 1 of 1              Date Rcvd: Mar 24, 2014
                               Form ID: pdf012          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2014.
aty           +Erin Elizabeth Broderick,    Baker & McKenzie LLP,    300 East Randolph Street, Suite 5000,
                Chicago, IL 60601-6342

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2014                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2014 at the address(es) listed below:
              David William Parham   on behalf of Debtor   MtGox Co., Ltd. david.parham@bakermckenzie.com,
               julia.rogic@bakermckenzie.com
              John E. Mitchell    on behalf of Debtor   MtGox Co., Ltd. john.mitchell@bakermckenzie.com,
               julia.rogic@bakermckenzie.com
              Josephine  Garrett    on behalf of Interested Party Josephine  Garrett filing@jgarrettlaw.com
              Robin Eric Phelan    on behalf of Creditor Gregory D. Greene robin.phelan@haynesboone.com,
               kim.morzak@haynesboone.com
              Scott B. Kitei    on behalf of Creditor Gregory D. Greene skitei@honigman.com
              United States Trustee    ustpregion06.da.ecf@usdoj.gov,  albert.loftus@usdoj.gov
                                                                                             TOTAL: 6