## NOTICE OF ADJOURNMENT OF RECOGNITION HEARING

*In re MtGox Co., Ltd. (a/k/a MtGox KK)*, **Case No. 14-31229-sgj15**
**United States Bankruptcy Court for the Northern District of Texas, Dallas Division**

**PLEASE TAKE NOTICE** that the hearing on the Petitioner's Petition for Recognition and Chapter 15 Relief [Dkt. No. 1] (the "Recognition Hearing") set for April 1, 2014 at 1:30 p.m. and to continue, if necessary on April 2, 2014 at 9:30 a.m. (CST) has been adjourned to ***May 6, 2014 at 9:30 a.m. (Prevailing Central Time),*** and will take place before the ***Honorable Stacey G.C. Jernigan, at the United States Bankruptcy Court, Northern District of Texas, 14th Floor, 1100 Commerce Street, Dallas, Texas 75252***.

**PLEASE TAKE FURTHER NOTICE** that responses or objections, if any, to the Petitioner's Petition for Recognition and Chapter 15 Relief must be made in writing describing the basis therefor and shall be filed with this Court and served upon Baker & McKenzie LLP, 2300 Trammell Crow Center, 2001 Ross Avenue, Dallas, Texas 75201 (Attention: David W. Parham and John Mitchell) and Baker & McKenzie LLP, 300 East Randolph Drive, Suite 5000, Chicago, Illinois 60602 (Attention: Erin E. Broderick), United States counsel to the Petitioner, so as to be received on or before 4:00 p.m. (Central Time) ***seven days prior to the Recognition Hearing***.

**PLEASE TAKE FURTHER NOTICE** that copies of the Petition for Recognition and Chapter 15 Relief and accompanying papers are available to parties-in-interest on the Bankruptcy Court's Electronic Case Filing System, which can be accessed at this website: http://www.deb.uscourts.gov (a PACER login and password are required to retrieve a document), or upon written notice to the United States counsel to the Petitioner at the contact information above.