

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

**Signed March 28, 2014**

_____
United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | ) | |
|---|---|---|
| In re | ) | Chapter 15 |
| | ) | |
| MtGox Co., Ltd. (a/k/a MtGox KK) | ) | Case No. 14-31229-sgj15 |
| | ) | |
| Debtor in a Foreign Proceeding. | ) | |
| | ) | |

**ORDER GRANTING REQUEST FOR EMERGENCY HEARING**
*[Relates to Dkt. No. 48]*

The Court hereby **GRANTS** the Petitioner's request for emergency hearing on *Emergency Motion to Approve Notice Procedures* [Dkt. No. 48]. Therefore, it is hereby **ORDERED** that:

A hearing on the *Emergency Motion to Approve Notice Procedures* [Dkt. No. 48] is set to occur on **April 1, 2014 at 1:30 p.m. (Prevailing Central Time)** and will take place before the **Honorable Stacey G.C. Jernigan, at the United States Bankruptcy Court, Northern District of Texas, 14th Floor, 1100 Commerce Street, Dallas, Texas 75252**.

# # # END OF ORDER # # #

Prepared and submitted by:

**BAKER & McKENZIE LLP**

/s/ *David W. Parham*
David W. Parham
State Bar No. 15459500
John Mitchell
State Bar No. 24056313
Rosa A. Shirley
State Bar No. 24056313
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile: (214) 978-3099
Email:  david.parham@bakermckenzie.com
Email:  john.mitchell@bakermckenzie.com
Email:  rosa.shirley@bakermckenzie.com

- and -

Erin E. Broderick *(admitted pro hac vice)*
Illinois Bar No. 6295974
300 East Randolph Drive, Suite 5000
Chicago, Illinois 60602
Telephone: (312) 861-8000
Facsimile: (312) 861-2899
Email:  erin.broderick@bakermckenzie.com

*Attorneys for the Petitioner Robert Marie Mark Karpeles,*
*Foreign Representative of MtGox Co., Ltd., a/k/a MtGox KK*

United States Bankruptcy Court
Northern District of Texas

In re:  
MtGox Co., Ltd.  
    Debtor

Case No. 14-31229-sgj  
Chapter 15

## CERTIFICATE OF NOTICE

District/off: 0539-3    User: bzisk    Page 1 of 1    Date Rcvd: Mar 28, 2014  
                   Form ID: pdf012    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2014.  
aty        +Erin Elizabeth Broderick,    Baker & McKenzie LLP,    300 East Randolph Street, Suite 5000, Chicago, IL 60601-6342

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.        TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2014                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2014 at the address(es) listed below:  
       David William Parham    on behalf of Debtor    MtGox Co., Ltd. david.parham@bakermckenzie.com, julia.rogic@bakermckenzie.com  
       John E. Mitchell    on behalf of Debtor    MtGox Co., Ltd. john.mitchell@bakermckenzie.com, julia.rogic@bakermckenzie.com  
       Josephine Garrett    on behalf of Interested Party Josephine Garrett filing@jgarrettlaw.com  
       Robin Eric Phelan    on behalf of Creditor Joseph Lack robin.phelan@haynesboone.com, kim.morzak@haynesboone.com  
       Robin Eric Phelan    on behalf of Creditor Gregory D. Greene robin.phelan@haynesboone.com, kim.morzak@haynesboone.com  
       Rosa A. Shirley    on behalf of Debtor    MtGox Co., Ltd. Rosa.Shirley@bakermckenzie.com, julia.rogic@bakermckenzie.com  
       Scott B. Kitei    on behalf of Creditor Gregory D. Greene skitei@honigman.com  
       United States Trustee    ustpregion06.da.ecf@usdoj.gov, albert.loftus@usdoj.gov  
       TOTAL: 8