David W. Parham
State Bar No. 15459500
John Mitchell
State Bar No. 00797095
Rosa A. Shirley
State Bar No. 24056313
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile: (214) 978-3099
Email: david.parham@bakermckenzie.com
Email: john.mitchell@bakermckenzie.com
Email: rosa.shirley@bakermckenzie.com

- and -

Erin E. Broderick *(admitted pro hac vice)*
Illinois Bar No. 6295974
300 East Randolph Drive, Suite 5000
Chicago, Illinois 60602
Telephone: (312) 861-8000
Facsimile: (312) 861-2899
Email: erin.broderick@bakermckenzie.com

*Attorneys for the Petitioner Robert Marie Mark Karpeles,*
*Foreign Representative of MtGox Co., Ltd., a/k/a MtGox KK*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| In re | ) Chapter 15 |
| | ) |
| MtGox Co., Ltd. (a/k/a MtGox KK) | ) Case No. 14-31229-sgj15 |
| | ) |
| Debtor in a Foreign Proceeding. | ) |

## NOTICE OF FILING
*[Relates to Dkt. No. 3]*

**PLEASE TAKE NOTICE** that Robert Marie Mark Karpeles ("Karpeles"), in his capacity as the foreign representative (the "Petitioner") of MtGox Co., Ltd., a/k/a MtGox KK (the "Debtor" or "MtGox"), a debtor in a civil rehabilitation proceeding under Japanese law (the

775121-v1\DALDMS

"Japan Proceeding") currently pending before the Twentieth Civil Division of the Tokyo District Court, Japan (the "Tokyo Court"), hereby files the English translation of the Civil Rehabilitation Proceeding Commencement Application, attached hereto as **Exhibit A**.

Dated:  March 31, 2014                    Respectfully submitted,
        Dallas, Texas

**BAKER & McKENZIE LLP**

By:    /s/ *David W. Parham*
        David W. Parham
        State Bar No. 15459500
        John Mitchell
        State Bar No. 24056313
        Rosa A. Shirley
        State Bar No. 24056313
        2300 Trammell Crow Center
        2001 Ross Avenue
        Dallas, Texas 75201
        Telephone: (214) 978-3000
        Facsimile: (214) 978-3099
        Email: david.parham@bakermckenzie.com
        Email: john.mitchell@bakermckenzie.com
        Email: rosa.shirley@bakermckenzie.com

        - and -

        Erin E. Broderick *(pro hac vice pending)*
        Illinois Bar No. 6295974
        300 East Randolph Drive, Suite 5000
        Chicago, Illinois 60602
        Telephone: (312) 861-8000
        Facsimile: (312) 861-2899
        Email: erin.broderick@bakermckenzie.com

        *Attorneys for the Petitioner Robert Marie*
        *Mark Karpeles, Foreign Representative of*
        *MtGox Co., Ltd., a/k/a MtGox KK*

## **CERTIFICATE OF SERVICE**

       This is to certify that on March 31, 2014, a copy of the foregoing document was served on the parties registered to receive electronic notification via the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas, and via United States first class mail, postage pre-paid to the parties listed below:

Alicia E. Hwang
Edelson PC
350 N. LaSalle St., Suite 1300
Chicago, IL 60654

Lisa L. Lambert
U.S. Trustee
Office of the U.S. Trustee
1100 Commerce Street
Dallas, TX 75242

Roger M. Townsend
Breskin Johnson & Townsend PLLC
1111 Third Avenue, Suite 2230
Seattle, WA 98101

Christopher L. Door
Edelson PC
350 N. LaSalle St., Suite 1300
Chicago, IL 60654

Mark Karpeles
6-28-3302, Aobadai 3-chome,
Meguro-ku
Tokyo, Japan

Scott B. Kitei
Honigman Miller Schwarts and Cohn LLP
2290 First National Bldg.
660 Woodward Ave.
Detroit, MI 48226

Edgar Sargent
Susman Godfrey LLP
1201 3rd Avenue, Suite 3800
Seattle, WA 98101-3087

Megan Lindsey
Edelson PC
999 West 18th St., Suite 3000
Denver, CO 80202

Stephen Manz
Haynes and Boone, LLP
2323 Victory Avenue, Suite 700
Dallas, TX 75219

Jay Edelson
Edelson PC
350 N. LaSalle St., Suite 1300
Chicago, IL 60654

MtCox, Co. Ltd. a/k/a MtGox KK
11-5, Shibuya 2-chome, Shibuya-ku
Tokyo, Japan

Steven L. Woodrow
Edelson PC
350 North LaSalle St., Suite 1300
Chicago, IL 60654

Josephine Garrett
Josephine Garrett, P.C.
3119 West 5th Street
Fort Worth, TX 76107

Robin E. Phelan
Haynes and Boone, LLP
2323 Victory Avenue, Suite 700
Dallas, TX 75219

The Honorable Jeh Johnson
Secretary of Homeland Security
Department of Homeland Security
Washington, DC 20528

                                      /s/ Rosa A. Shirley
                                      Rosa A. Shirley