1

1  IN THE UNITED STATES DISTRICT COURT
   FOR THE NORTHERN DISTRICT OF ILLINOIS
2  EASTERN DIVISION

3

GREGORY GREENE, individually      )
4  and on behalf of all others      )
   similarly situated,              )
5                                   )
                 Plaintiffs,        )
6                                   )
   -vs-                             )  Case No. 14 C 1437
7                                   )
   MTGOX, INC., a Delaware          )  Chicago, Illinois
8  corporation; MT. GOX KK, a       )  March 11, 2014
   Japanese corporation;            )  10:40 a.m.
9  TIBANNE KK, a Japanese           )
   corporation; and MARK            )
10 KARPELES, an individual,         )
                                    )
11               Defendants.        )

12          TRANSCRIPT OF PROCEEDINGS
      BEFORE THE HONORABLE GARY FEINERMAN
13

14 APPEARANCES:

15 For the Plaintiffs:    EDELSON, P.C.
                          BY:  MR. JAY EDELSON
16                             MR. STEVEN L. WOODROW
                               MR. CHRISTOPHER L. DORE
17                             MS. ALICIA E. HWANG
                          350 North LaSalle Street
18                        Suite 1300
                          Chicago, Illinois  60654
19                        (312) 589-6370

20

21

22 Court Reporter:

23          CHARLES R. ZANDI, CSR, RPR, FCRR
                 Official Court Reporter
24          United States District Court
       219 South Dearborn Street, Room 2128
25             Chicago, Illinois  60604
             Telephone:  (312) 435-5387
         email:  Charles_zandi@ilnd.uscourts.gov



EXHIBIT
A
tabbies®

2

1  APPEARANCES:   (Continued)

2  For Defendant          BAKER & McKENZIE, LLP
   Mt. Gox KK:            BY:  MR. JOHN M. MURPHY
3                         300 East Randolph Street
                          Suite 5000
4                         C/hicago, Illinois  60601-6342
                          (312) 861-8000
5
                          BAKER & McKENZIE, LLP
6                         BY:  MR. TOD L. GAMLEN
                          660 Hansen Way
7                         Palo Alto, California  94304
                          (415) 856-2400
8
                          BAKER & McKENZIE, LLP
9                         BY:  MR. JOHN E. MITCHELL
                          2001 Ross Avenue
10                        Suite 2300
                          Dallas, Texas  75201
11                        (214) 978-3037

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1    The Court is also going to allow the plaintiff to

2 engage in expedited discovery into the three non-debtor

3 defendants' assets.  And you can proceed with that as soon as

4 you'd like.

5    The TRO will last for 14 days.  And I should say, if

6 it turns out that the bankruptcy court in Dallas or the

7 insolvency court in Japan is starting to corral the assets

8 that are subject to the TRO, I would be inclined to stand down

9 and to defer to whatever's happening in the Tokyo insolvency

10 proceeding or the Dallas Chapter 15 proceeding.

11    And my thoughts on this are informed by the Third

12 Circuit's decision in *In Re: ABC Learning Centers, Ltd.*,

13 728 F.3d 301, at page 310, where the court expressed the

14 importance of not allowing domestic plaintiffs to jump in line

15 ahead of all the other creditors of the bankrupt or the debtor

16 in a foreign insolvency proceeding.

17    That hasn't happened yet, but I know there's going to

18 be further proceedings in Dallas.  There may be further

19 proceedings in Tokyo.  So, you know my thoughts on that; and

20 to the extent that there's a motion to modify or vacate the

21 TRO during the time period in which it remains in effect, I'll

22 certainly be open to that.

23    What about bond?  What are your thoughts on the bond,

24 Mr. Edelson, or any of your colleagues want to field that

25 question?



< Wearable tech for tracking when cows are 'in heat'? Sure, why not?

Delta is offering the opportunity to meet entrepreneurs at 35,000 feet >

# Sound familiar? Bitcoin exchange Vircurex freezes customer accounts as it battles insolvency

Just **25** more days until TNW Europe Conference starts. Get your tickets now!

The implosion of Mt. Gox has been widely heralded as a sign of a new era of Bitcoin companies, but there are still examples of the unpredictable and shady side of the cryptocurrency world, as developments at Vircurex demonstrate.

**JON RUSSELL**
*6 days ago*
**Follow**


EXHIBIT
B

The Beijing-based virtual currency exchange is much smaller than Mt. Gox, but it is notable that it has stopped withdrawals of Bitcoin, Litecoin and other coins today, and it will freeze all existing user accounts from Monday after running into serious financial issues.

Vircurex was hacked twice last year and had been using a reserve of 'cold storage' currency to reimburse users whose balances were affected by the hacks.  However, "large fund withdrawals in the last weeks... have lead to a complete depletion" of the reserves, the company says, meaning that it doesn't have the funds to pay back affected users. (The exact amount lost to hackers was never made public by Vircurex.)

Rather than filing for bankruptcy, as Mt. Gox has done, Vircurex is locking down its existing accounts and has a strategy aimed at paying back all affected customers and returning the exchange to positive financial health.

A statement on its website explains:

> 1. We will introduce an additional balance type called "Frozen Funds". Funds in this balance type cannot be used to trade or withdraw. Those are the balances that the exchange will gradually pay back and hence transfer back to the available balance over time.

> 2. We will move all current balances for BTC, LTC, TRC and FTC to the "Frozen Balance", i.e. your balance will be set to 0.

> 3. We'll take the current available cold storage balance and distribute it based on the below described distribution logic.

4. *Monthly we will take the net profit of the exhchange [sic] and credit back that amount distributed to the users based on the described distribution logic.*

*...*

## Distribution logic

*50% of the amount will be distributed top down and the other 50% will be distributed bottom up.*
*Top down means: credit the amount from the largest account balance down to the smaller accounts Bottom up: credit the amount from the smallest account balance to the larger accounts.*

*This approach has the advantages that:*

*- all users will eventually receive their funds, though the timeframe depends on the monthly volume available*

*- new deposits and users are not penalized, thus supporting the ongoing operations of the platform*

*- fund withdrawals from the available funds are guaranteed, no surprises or unecessary [sic] delays*

In order for its plan to work, Vircurex is betting that new users will continue to sign up to use its service despite the fact that it has become insolvent, while it is also relying on not being hacked again. Those are

two huge risk factors, and it remains to be seen how the plan will play out.

The company's most recent report claims that the exchange was seeing over 1,000 new registrations per day during November, but it isn't clear how many customers Vircurex has or the scale of transactions that it processes. The same report, suggests that it was 1,219.81 BTC in arrears at the end of November — that's around $700,000 on today's price.

Mt. Gox found 200,000 missing Bitcoin (worth around $115 million) this week, but the troubled company still has 650,000 BTC unaccounted for. While few exchanges are likely to have issues on anything like that scale, there are smaller volcanoes waiting to go off, it seems.

We've reached out to Vircurex for further details.

*Headline image via Zack Copley / Flickr*

SHOW 15 COMMENTS

Edition: UK US AU Sign in Beta About us

Subscribe

This site uses cookies. By continuing to browse the site you are agreeing to our use of cookies. Find out more here

theguardian

News US World Sports Comment Culture Business Money Environment Science Travel
Tech Media Life & style Data

Search

News
Technology
Bitcoin

# Bitcoin bank Flexcoin closes after hack attack

Bank admits it does not have resources to cover loss of 896 bitcoin worth £365,000 stolen in raid

Share 481
Tweet 402
8+1 54
Share 88

Email

Alex Hern
theguardian.com, Tuesday 4 March 2014 07.33 EST

Technology
Bitcoin · Hacking
Data and computer security

Money

Business
Banking

More news



Flexcoin has lost almost 1000 bitcoins in a hack attack. Photograph: Edgar Su/Reuters

A bitcoin bank has been forced to close after hackers stole 896 bitcoin, worth £365,000, in an attack on Sunday.

The company shut its website and posted a statement on Tuesday morning detailing the loss.

"On March 2nd 2014 Flexcoin was attacked and robbed of all coins in the hot wallet," the statement read. "As Flexcoin does not have the resources, assets, or otherwise to come back from this loss, we are closing our doors immediately."

Not all of the company's assets were stolen. In line with best practices for running a bitcoin financial service, Flexcoin held some bitcoins in "cold storage", keeping them on devices not connected to the internet. Those bitcoins are safe, but only users who explicitly requested their bitcoins be held in cold storage (and paid a 0.5% fee) benefit.

## More on this story



MtGox. That missing £70m of bitcoin? Er, here it is
The currency exchange was forced to close earlier this month after losing 850,000 bitcoin, but has now found 200,000 of those. By Alex Hern

Bitcoins are like 'glass beads', warns Danish national bank

The Mt Gox bitcoin scandal is the best thing to happen to bitcoin in years

Bitcoin may bite the dust, but the notion of a digital currency will endure

Today's best video



What to listen to this week
Alexis Petridis recommends Baltimore trio Future Islands' new album
79 comments



Somersaults on top of a suspension bridge
British free runner illegally scales a suspension bridge in Kiev



The Guardian Film Show
Our critics review Captain America: The Winter Soldier, Muppets Most Wanted and 20 Feet From Stardom
49 comments



Pilot shows off skills
Pilot performs aerobatics over Greece's Corinth canal

Technology
Bitcoin · Hacking · Data and computer security

Money

Business
Banking

"Users who put their coins into cold storage will be contacted by Flexcoin and asked to verify their identity," the statement continues. "Once identified, cold storage coins will be transferred out free of charge. Cold storage coins were held offline and not within reach of the attacker. Flexcoin will attempt to work with law enforcement to trace the source of the hack."

Flexcoin attempted to impose a more conventional banking system over the top of the bitcoin network, enabling instant free transfers between Flexcoin customers while still allowing them to spend money in the wider bitcoin community.

Just six days ago, the company was boasting that it was unscathed by the closure of MtGox, once the world's largest bitcoin exchange.



**flexcoin**
@flexcoin

We hold zero coins in other companies, exchanges etc. While the MtGox closure is unfortunate, we at Flexcoin have not lost anything.

10:52 AM - 26 Feb 2014

155 RETWEETS 149 FAVORITES

Flexcoin's closure reinforces the problem the bitcoin community has with security.

The same day the company came clean about its losses, a second bitcoin firm, Poloniex, also admitted that 12.3% of its reserves had been stolen by hackers. Poloniex is a bitcoin exchange, and the company has committed to operating at a fractional reserve until it can replenish the losses itself.

"I sincerely apologize for this," Poloniex's owner wrote in a statement, "and I am very grateful to the many people who have already expressed their support and belief in my character. I take full responsibility; I will be donating some of my own money, and I will not be taking profit before the debt is paid."

Flexcoin's closure follows that of MtGox's, blamed on hackers stealing 750,000 bitcoins by exploiting a bug known as "transaction malleability". Several other bitcoin businesses, both high- and low-profile, have gone under. Services including Bitcoinica, Inputs.io and MyBitcoin have all been hacked, each losing thousands of bitcoins.

• **Why the bitcoin community is fighting to fix its security problem**



Get the Guardian's Zip file email

For all you need to know about technology in the world this week, news, analysis and comment

Share    Tweet    +1    Share    submit

Janet Yellen: Federal Reserve has no authority to regulate Bitcoin

Bitcoin endorsed by Wall Street strategist

Satoshi Nakamoto: man denies being bitcoin inventor amid media frenzy

Winklevoss twins use bitcoins to buy Virgin Galactic space flight tickets

Bitcoin endorsed by Wall Street strategist

Bitcoin: the Berlin streets where you can shop with virtual money

More news

**More on this story**



MtGox: That missing £70m of bitcoin? Er, here it is
The currency exchange was forced to close earlier this month after losing 850,000 bitcoin, but has now found 200,000 of those By Alex Hern

Bitcoins are like 'glass beads', warns Danish national bank

The Mt Gox bitcoin scandal is the best thing to happen to bitcoin in years

Bitcoin may bite the dust, but the notion of a digital currency will endure

Janet Yellen: Federal Reserve has no authority to regulate Bitcoin

Bitcoin endorsed by Wall Street strategist

Satoshi Nakamoto: man denies being bitcoin inventor amid media frenzy

Winklevoss twins use bitcoins to buy Virgin Galactic space flight tickets

Bitcoin endorsed by Wall Street strategist

Bitcoin: the Berlin streets where you can shop with virtual money

**On the Guardian today**



Media
Faith and a media icon: Newsweek's unconventional new owners



Black death was not spread by rat fleas, say researchers



Charlotte Laws' fight with Hunter Moore, the internet's revenge porn king



Hacking News  Malwares  Cyber Attack  Vulnerabilities  Hacking Groups  Spying  How-to!

# The Hacker News™
Security in a serious way



+1,165,243   131,200
8+1  1.1M   Follow   Like 229+



## Danish Bitcoin exchange BIPS hacked and 1,295 Bitcoins worth $1 Million Stolen

Monday, November 25, 2013 by Swati Khandelwal

8+1  169   Like  590   |   812   |   584   |   Buffer  0   |   Reddit  73   |   38



The breaking news is that, another Bitcoin exchange company gets hacked i.e. BIPS (bips.me), one of the largest European Danish Bitcoin payment processors.

On Friday evening, a bunch of cyber criminals just broke into BIPs -Bitcoin payment processor servers and wiped out around 1,295 Bitcoin from people's wallets, currently worth $1 Million. More than 22,000 consumer wallets have been compromised and BIPS will be contacting the affected users.



Initially on 15th November, Hackers launched Distributed Denial of Service (DDoS) attack on BIPS, originate from Russia and neighboring countries and then hackers attacked again on 17th November. This time somehow they got access to several online Bitcoin wallets, which allowed them to steal the 1,295 BTC.

*"As a consequence Bips will temporarily close down the wallet initiative to focus on real-time merchant processing business which does not include storing of Bitcoins."* company says.

*"All existing users will be asked to transfer bitcoins to other wallet solutions"* said *Mr. Henriksen,* BIPs founder. Even after the robbery, he told his customers, *"Web Wallets are like a regular wallet that you carry cash in and not meant to keep large amounts in"*

One of his customer replied to Henrickson's post, *"In fact, your website said: 'Your data is secure at BIPS.' So*

*yeah, I felt pretty goddamn secure leaving my BTC balance there."*

Saving thousands of dollars in a Bitcoin wallet that's highly susceptible to hackers, so don't store your Bitcoin on the internet.

Follow me on Google+, Twitter or LinkedIn or Contact via Email.



+1    FB Share    Tweet                    RSS    Feedly    Add Comment

*Bitcoin, Bitcoin Exchange Hacked, Cyber Crime, Danish Hacker, Ddos Attack, Digital Currency, Hacking News, Money Hacked*

**Trending Stories**

HACK - A New Open Source Programming Language developed by Facebook
Indian Banks switching to Linux, rather than using extended Windows XP Support
CASH! CASH! Hacking ATM Machines with Just a Text Message
Malaysian flight MH370 tragedy abused by Chinese hackers for Espionage attacks
Snoopy Drone Can Hack Your Smartphones
NSA Hacked Servers of Chinese telecom Huawei, Stole Source Codes
THN » Hacker's Dome - Gamification the Information Security
Microsoft Word Zero-Day Vulnerability is being exploited in the Wild
THN » Multiple Vulnerabilities in Firefox for Android Leak Sensitive Information
How to access Twitter in Turkey - #TwitterisBlockedinTurkey

**You might also like**







THN » Arrested 'Happy Hacker' is the ZeuS Botnet Mastermind

THN » Wifi Protector - Protect Your Android From Wi-Fi Sniffing Attacks

THN » First Ever Windows Malware that can hack your Android Mobile

THN » Ankit Fadia (Ethical Hacker and Cyber Security Expert) is also Not Secure !

THN » BEWARE of new Facebook Malware Claims Malaysia Plane MH370 Has Been Spotted







THN » Facebook vulnerability allows to view hidden Facebook Friend List

THN » iPhone 5s Users Fooled By Apple, NSA and A Fake middle finger

THN » Microsoft's Process Explorer added VirusTotal Multi-Antivirus Scanner support

THN » PREC Tool prevents Android Device from Root Exploit hidden in Malicious apps

THN » Cryptography Hacks - Hash Encryption using DuckDuckGo Search Engine

**Comments**



Security News    Security and Hacking News    Malware    Interviews    Contact Us

Select Langt

Microsoft Office    Microsoft    Payday cash advance    Cash Advances    infolinks

Recent Posts

Previous    Next

## Another Bitcoin exchange from Czech Republic hacked more than $100,000 stolen.

01:04    Abhishek Kumar    Security news    0 Comments

### Free Cloud Storage

softlayer.com/Cloud-Storage

Chat Now to Get Your Free Cloud Storage.
Act Quickly, Limited Time!

Bitcoin *Exchange* based in Czech Republic, was hacked, causing more than 4000 bitcoin wallets to be compromised. The exchange (bitcash.cz) said on evening of November ??th their servers were breached by some Anonymous hackers.



Bitcash said hackers used their emails to send mails to their users asking them to send 2 BTC to wallet cause *company* have suffered a breach and have to use a U.S recovery company to get back the cash.

Company have warned their users on *Facebook page* for any such fraud mails, but still hackers were manage to stole $100,000 from over 4000 bitcoin wallets.

This is not the first time when any Bitcoin exchange have been compromised, just few days back

Chinese Bitcoin exchange GBL shutdown, taking away more than $4.1 virtual *currency* of users away with them.

Before that a similar case was found in Australia when Australian Bitcoin Exchange Tradefortress closed with $1 Million in Bitcoin *fund* missing.




**Rafael Correa** @MashiRafael
RT: Sigan a anonynews.info y su tw @noticiasanonec, van a mostrar la mafia de "Pepe" Serrano, su mujer el espia Rommy Vallejo.



**Rafael Correa** @MashiRafael
Sigan a anonynews.info y su tw @noticiasanonec, van a mostrar la mafia de "Pepe" Serrano, su mujer el espia Rommy Vallejo.







OVERNMEN
ENSORSHI
TECTING YOU FROM REAL

TELEKOMÜNİKASYON

Home    Site Map

Blog Archive

► 2014 (214)
▼ 2013 (448)
  ► 12/29 (15)
  ► 12/22 (13)
  ► 12/15 (21)
  ► 12/08 (5)
  ► 12/01 (7)
  ► 11/24 (11)
  ► 11/17 (6)
  ▼ 11/10 (10)
    Red FM and Sun TV Offi website hacked & def
    #OpUkraine : Anonymo hackers hack the Ukr St...
    1000's of websites Defa Server rooted by Dr. S
    Another Bitcoin exchang Czech Republic hacked
    Anonymous Arabe hack deface Government v
    Facebook asks users to their password after...
    Hacking and worms go t outer Space, Internat
    #OpAustralia, Australian Intelligence Serv...
    Indian Arrested on char Hacking into AIADMK
    17 Military websites of E hacked and defaced :
  ► 11/03 (9)
  ► 10/27 (12)
  ► 10/20 (13)
  ► 10/13 (8)
  ► 10/06 (10)
  ► 09/29 (5)
  ► 09/22 (11)
  ► 09/15 (19)
  ► 09/08 (23)
  ► 09/01 (21)
  ► 08/25 (24)
  ► 08/18 (14)
  ► 08/11 (36)
  ► 08/04 (15)
  ► 07/28 (13)

# Third cryptocurrency exchange becomes hacking victim, loses Bitcoin

*Summary:* Following Mt. Gox and Flexcoin, Poloniex has admitted to losing over 10 percent of customer funds due to cyberattacks.

By Charlie Osborne for Zero Day | March 6, 2014 -- 10:27 GMT (02:27 PST)

Yet another cryptocurrency has come forward and admitted that security and system problems have led to customer funds being pinched by hackers.

Poloniex, a Bitcoin trading post similar to Mt. Gox, has lost 12.3 percent of the Bitcoin stored in hot wallets on the website. However, in stark contrast to how Mt. Gox CEO Mark Karpeles handled his company's Bitcoin losses, the owner of Poloniex, Tristan D'Agosta -- a.k.a. Busoni -- admitted to the loss and asked users how they would like to be compensated.

In a forum post (https://bitcointalk.org/index.php?topic=499580) , Busoni said that a hacker took advantage of a processing flaw in the Bitcoin exchange post. When users submit a withdrawal request, the input is checked against your balance, deducted, and the new amount recorded within a database. However, it was discovered that placing several withdrawals all in practically the same instant meant each request was processed at more -or-less the same time, resulting in a negative balance but "valid insertions into the database, which then get picked up by the withdrawal daemon."

*Read this*



The Mt. Gox bitcoin debacle: Bankruptcy filed, customer bitcoin lost

Read more

According to the Poloniex chief, auditing and security features were not explicitly looking for negative balances, and so the transactions were allowed to proceed. Busoni admitted that another "design flaw" contributed to the theft, as "this could not have happened if withdrawals requests were processed sequentially instead of simultaneously."

Trading was frozen following the discovery of unusual activity, and Busoni says he takes "full responsibility

(http://www.theregister.co.uk/2014/03/06/bitcoin_exchange_bleeds_money_after_hack_attack/) " for the missing 12.3 percent of Bitcoin -- believed to be worth roughly $50,000.

"If I had the money to cover the entire debt right now, I would cover it in a heartbeat." Busoni admitted. "I simply don't, and I can't just pull it out of thin air."

So, to keep everyone from withdrawing their BTC in order to not be left with picking up the debt, everyone's wallet on the trading post has been "temporarily be deducted by 12.3 percent."

"Please understand that this is an absolute necessity -- if I did not make this adjustment, people would most likely withdraw all their BTC as soon as possible in order to make sure they weren't left in that remaining 12.3 percent," Busoni said. "Aside from the obvious drawback of most of the BTC being taken out of the exchange, this would not be fair -- some people would get all of their money right away, and a few would get none right away."

The amounts deducted have been recorded, and the Poloniex chief says that funds will be raised from exchange fees -- and his own pocket -- to try and cover the debt and redistribute funds to users who have had Bitcoin deducted.

In order to prevent further exploits, Poloniex is checking for negative balances and will freeze any accounts that have taken advantage of the processing flaw. In addition, before the trading post is unfrozen, a new daemon will be created to make sure no more accounts with negative balances are running. Withdrawals will also be switched to a queued method.

Mt. Gox, once the dominate Bitcoin trading post online, closed its doors last week (http://www.zdnet.com/the-mt-gox -bitcoin-debacle-whats-happening-7000026750/) and filed for bankruptcy protection in Japan following years of undetected infiltration (http://www.zdnet.com/japan-lays-down-the-bitcoin-law-treat-it-like-gold-7000027009/) that resulted in the theft of 750,000 customer-owned Bitcoin, as well as Mt. Gox's store of roughly 100,000 coins, in total worth almost $500 million. System design flaws, hackers and poor accountancy practices have been blamed for the massive financial losses.

Flexcoin follow suit and closed after hackers stole 896 Bitcoin -- worth approximately $606,000 (http://www.smartplanet.com/blog/bulletin/bitcoin-raid-closes-yet-another-online-exchange/) -- and the trading exchange did not have the funds or resources to recover.

*Topic: Security*



### About Charlie Osborne

London-based medical anthropologist Charlie Osborne is a journalist, freelance photographer and former teacher.

*You May Also Like*



10 SUVs to Steer Clear Of in 2014
(Wall St. Cheat Street)



Top IT Certifications for 2014
(The Night Owl)



10 of the Nicest Cars of 2014
(Insider Car News)

Declaration

My name is Mark Marie Robert Karpeles. I am over the age of 21, and am competent to make this affidavit.

I am the representative director of MtGox Co., Ltd. and the representative director of Tibanne Co., Ltd. In that capacity, I have personal knowledge of the facts stated herein. Attached are true and correct copies of invoices received by Tibanne Co., Ltd. from Softlayer, for rental of servers. These invoices are received and maintained by Tibanne Co., Ltd. in the regularly conducted course of Tibanne Co., Ltd.'s business. These servers are used primarily by Mt.Gox Co. Ltd as backup servers to store information relating to the business of Mt. Gox Co. Ltd. Tibanne Co. Ltd does not use these servers but reinvoices the cost of these servers to MtGox Co., Ltd. as part of the service agreement existing between Tibanne Co., Ltd. and MtGox Co., Ltd.

Further, Affiant sayeth not. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

By: Mark Marie Robert Karpeles



# SOFTLAYER®
## an IBM Company

**Invoice Date**
19 February 2014

Prepared for:
Mark Karpeles
mark@tibanne.com
Tibanne Co. Ltd.
Cerulean Tower 15F
26-1 Sakuragaoka-cho
Shibuya 150-8512
Japan
**Customer No: 212017**
**Invoice No: 0002658010**

Messages:
For services rendered in the current billing period and charges
incurred in the previous billing period.

*All monetary amounts are displayed in US Dollars (USD) unless otherwise specified.*

Contact Us
SoftLayer Dutch Holdings B.V.
Paul van Vlissingenstraat 16
Amsterdam 1096 BK
Netherlands
www.softlayer.com
NL 850455820B01

Sales
sales@softlayer.com
1-866-398-7638
1-214-442-0602

## Summary

| Group Description | | Recurring Fee: |
|---|---:|---:|
| **Server and Attached Services** | $ | **5,139.00** |
| Server | $ | 2,557.00 |
| Network | $ | 132.00 |
| StorageLayer | $ | 0.00 |
| Security | $ | 0.00 |
| Content Delivery Network | $ | 0.00 |
| Software | $ | 0.00 |
| Enterprise Services | $ | 0.00 |
| Other Services | $ | 2,450.00 |
| **Computing Instances and Attached Services** | $ | **0.00** |
| Computing Instances | $ | 0.00 |
| Network | $ | 0.00 |
| StorageLayer | $ | 0.00 |
| Security | $ | 0.00 |
| Content Delivery Network | $ | 0.00 |
| Software | $ | 0.00 |
| Enterprise Services | $ | 0.00 |
| Other Services | $ | 0.00 |
| **Unattached Services** | $ | **406.00** |
| Network | $ | 256.00 |
| StorageLayer | $ | 0.00 |
| Security | $ | 0.00 |
| Content Delivery Network | $ | 0.00 |
| Software | $ | 0.00 |
| Enterprise Services | $ | 0.00 |
| Other Services | $ | 150.00 |

| | |
|---:|---:|
| One Time Charge : | **$0.00** |
| Sub-Total : | **$5,545.00** |
| Taxes : | **$0.00** |
| Total : | **$5,545.00** |
| | |
| Starting Balance : | **$0.00** |
| Recurring Payment Credit - Credit Card ending in 2121: | **-$5,545.00** |
| Ending Balance : | **$0.00** |

SoftLayer Dutch Holdings B.V. • Paul van Vlissingenstraat 16 • Amsterdam 1096 BK • Netherlands



Invoice Date
19 February 2014

## VAT Summary

| | Tax Rate | Taxable Amount | | Taxes Due |
|---|---|---|---|---|
| | 0.000* | $ | 5,545.00 | $ | 0.00 |

|  | | |
|---|---|---|
| **Total Taxes Due:** | $ | 0.00 |
| **USD to EUR Exchange Rate:** | | 0.7525 |
| **Total Taxes Due (EUR):** | | 0.00 |

*EC Supply of services - Reverse Charge*



Invoice Date
19 February 2014

## Server and Attached Services

| Description | | Recurring Fee: |
|---|---|---|
| w001.tx.us.xta.net | $ | 2,671.00 |
| w002.tx.us.xta.net | $ | 2,289.00 |
| x001.tx.us.xta.net | $ | 179.00 |
| | Sub-Total : | $5,139.00 |
| | Taxes : | $0.00 |
| | Total : | $5,139.00 |

# SOFTLAYER®
## an IBM Company

Invoice Date
19 February 2014

# Detailed Billing

| w001.tx.us.xta.net | Location: | | Recurring Fee: | Recurring Tax: | One-Time Fee: | One-Time Tax: |
|---|---|---|---|---|---|---|
| Server: Quad Processor Hex Core Westmere EX 4830 - 2.13GHz - 4 x 24MB cache | Dallas 5, TX | $ | 799.00 $ | 0.00 $ | 0.00 $ | 0.00 |
| Primary IP Addresses: 1 IP Address | Dallas 5, TX | $ | 0.00 $ | 0.00 $ | 0.00 $ | 0.00 |
| Public Static IPv6 Addresses: /64 Block Static Public IPv6 Addresses | Dallas 5, TX | $ | 0.00 $ | 0.00 $ | 0.00 $ | 0.00 |
| Public Secondary Static IP Addresses: 32 Static Public IP Addresses | Dallas 5, TX | $ | 32.00 $ | 0.00 $ | 0.00 $ | 0.00 |
| Disk Controller: SA-SCSI RAID 1 Disk Controller | Dallas 5, TX | $ | 50.00 $ | 0.00 $ | 0.00 $ | 0.00 |
| Second Processor: Hex Core Westmere EX 4830 - 2.13GHz - 4 x 24MB cache* | Dallas 5, TX | $ | 0.00 $ | 0.00 $ | 0.00 $ | 0.00 |
| Uplink Port Speeds: 1 Gbps Dual Public & Private Networks (up to 2 Gbps) | Dallas 5, TX | $ | 40.00 $ | 0.00 $ | 0.00 $ | 0.00 |
| Ram: 96 GB FB-DIMM Registered 533/667 | Dallas 5, TX | $ | 1,600.00 $ | 0.00 $ | 0.00 $ | 0.00 |
| First Hard Drive: 600GB SA-SCSI 15K RPM | Dallas 5, TX | $ | 150.00 $ | 0.00 $ | 0.00 $ | 0.00 |
| Third Processor: Hex Core Westmere EX 4830 - 2.13GHz - 4 x 24MB cache* | Dallas 5, TX | $ | 0.00 $ | 0.00 $ | 0.00 $ | 0.00 |
| Fourth Processor: Hex Core Westmere EX 4830 - 2.13GHz - 4 x 24MB cache* | Dallas 5, TX | $ | 0.00 $ | 0.00 $ | 0.00 $ | 0.00 |
| Operating System: Debian GNU/Linux 5.0 Lenny/Stable (64 bit) | Dallas 5, TX | $ | 0.00 $ | 0.00 $ | 0.00 $ | 0.00 |
| Second Hard Drive: 600GB SA-SCSI 15K RPM | Dallas 5, TX | $ | 0.00 $ | 0.00 $ | 0.00 $ | 0.00 |
| Public Bandwidth: 6000 GB Bandwidth | Dallas 5, TX | $ | 0.00 $ | 0.00 $ | 0.00 $ | 0.00 |
| Public Network Port: 1 Gbps dual public uplinks (up to 2 Gbps)* | Dallas 5, TX | $ | 0.00 $ | 0.00 $ | 0.00 $ | 0.00 |
| | **Sub-Total:** $ | | **2,671.00 $** | **0.00 $** | **0.00 $** | **0.00** |

| w002.tx.us.xta.net | Location: | | Recurring Fee: | Recurring Tax: | One-Time Fee: | One-Time Tax: |
|---|---|---|---|---|---|---|
| Server: Quad Processor Hex Core Westmere EX 4830 - 2.13GHz - 4 x 24MB cache | Dallas 5, TX | $ | 1,599.00 $ | 0.00 $ | 0.00 $ | 0.00 |
| Fourth Processor: Hex Core Westmere EX 4830 - 2.13GHz - 4 x 24MB cache* | Dallas 5, TX | $ | 0.00 $ | 0.00 $ | 0.00 $ | 0.00 |
| Second Processor: Hex Core Westmere EX 4830 - 2.13GHz - 4 x 24MB cache* | Dallas 5, TX | $ | 0.00 $ | 0.00 $ | 0.00 $ | 0.00 |
| Disk Controller: SA-SCSI RAID 1 Disk Controller | Dallas 5, TX | $ | 100.00 $ | 0.00 $ | 0.00 $ | 0.00 |
| Public Bandwidth: 6000 GB Bandwidth | Dallas 5, TX | $ | 0.00 $ | 0.00 $ | 0.00 $ | 0.00 |
| Uplink Port Speeds: 1 Gbps Dual Public & Private Networks (up to 2 Gbps) | Dallas 5, TX | $ | 40.00 $ | 0.00 $ | 0.00 $ | 0.00 |
| Ram: 96 GB DDR3 Registered 1333 | Dallas 5, TX | $ | 400.00 $ | 0.00 $ | 0.00 $ | 0.00 |
| Primary IP Addresses: 1 IP Address | Dallas 5, TX | $ | 0.00 $ | 0.00 $ | 0.00 $ | 0.00 |

SoftLayer Dutch Holdings B.V. • Paul van Vlissingenstraat 16 • Amsterdam 1096 BK • Netherlands

# SOFTLAYER®
## an IBM Company

Invoice Date
19 February 2014

# Detailed Billing

| Description | Location: | Recurring Fee: | Recurring Tax: | One-Time Fee: | One-Time Tax: |
|---|---|---|---|---|---|
| Third Processor: Hex Core Westmere EX 4830 - 2.13GHz - 4 x 24MB cache* | Dallas 5, TX | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| First Hard Drive: 600GB SA-SCSI 15K RPM | Dallas 5, TX | $ 150.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Public Network Port: 1 Gbps dual public uplinks (up to 2 Gbps)* | Dallas 5, TX | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Second Hard Drive: 600GB SA-SCSI 15K RPM | Dallas 5, TX | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Operating System: Debian GNU/Linux 5.0 Lenny/Stable (64 bit) | Dallas 5, TX | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | Sub-Total: | $ 2,289.00 | $ 0.00 | $ 0.00 | $ 0.00 |

| x001.tx.us.xta.net | Location: | Recurring Fee: | Recurring Tax: | One-Time Fee: | One-Time Tax: |
|---|---|---|---|---|---|
| Server: Single Processor Quad Core Xeon 3220 - 2.40GHz (Kentsfield) - 2 x 4MB cache | Dallas 1, TX | $ 159.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Operating System: Debian GNU/Linux 5.0 Lenny/Stable (64 bit) | Dallas 1, TX | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Disk Controller: SATA Disk Controller | Dallas 1, TX | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| First Hard Drive: 250GB SATA II | Dallas 1, TX | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Ram: 4 GB DDR2 667 | Dallas 1, TX | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Public Bandwidth: 3000 GB Bandwidth | Dallas 1, TX | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Second Hard Drive: 250GB SATA II | Dallas 1, TX | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Public Network Port: 1 Gbps public uplink* | Dallas 1, TX | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Primary IP Addresses: 1 IP Address | Dallas 1, TX | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Uplink Port Speeds: 1 Gbps Public & Private Networks | Dallas 1, TX | $ 20.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | Sub-Total: | $ 179.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Public Secondary VLAN IP Addresses: 128 Portable Public and 128 Portable Private IP Addresses | No Location | $ 256.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | Sub-Total: | $ 256.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Network Message Delivery: Enterprise Package | Dallas 5, TX | $ 150.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | Sub-Total: | $ 150.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | Total: | $ 5,545.00 | $ 0.00 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Amount Due: | $5,545.00 |
| Recurring Payment Credit - Credit Card ending in 2121: | -$5,545.00 |

# SOFTLAYER®
## an IBM Company

**Invoice Date**
19 March 2014

**Prepared for:**
Mark Karpeles
mark@tibanne.com
Tibanne Co. Ltd.
Cerulean Tower 15F
26-1 Sakuragaoka-cho
Shibuya 150-8512
Japan
**Customer No: 212017**
**Invoice No: 0002821830**

**Messages:**
For services rendered in the current billing period and charges
incurred in the previous billing period.

*All monetary amounts are displayed in US Dollars (USD) unless
otherwise specified.*

**Contact Us**
SoftLayer Dutch Holdings B.V.
Paul van Vlissingenstraat 16
Amsterdam 1096 BK
Netherlands
www.softlayer.com
NL 850455820B01

**Sales**
sales@softlayer.com
1-866-398-7638
1-214-442-0602

# Summary

| Group Description | | Recurring Fee: |
|---|---:|---:|
| **Server and Attached Services** | $ | **5,139.00** |
| Server | $ | 2,557.00 |
| Network | $ | 132.00 |
| StorageLayer | $ | 0.00 |
| Security | $ | 0.00 |
| Content Delivery Network | $ | 0.00 |
| Software | $ | 0.00 |
| Enterprise Services | $ | 0.00 |
| Other Services | $ | 2,450.00 |
| **Computing Instances and Attached Services** | $ | **0.00** |
| Computing Instances | $ | 0.00 |
| Network | $ | 0.00 |
| StorageLayer | $ | 0.00 |
| Security | $ | 0.00 |
| Content Delivery Network | $ | 0.00 |
| Software | $ | 0.00 |
| Enterprise Services | $ | 0.00 |
| Other Services | $ | 0.00 |
| **Unattached Services** | $ | **406.00** |
| Network | $ | 256.00 |
| StorageLayer | $ | 0.00 |
| Security | $ | 0.00 |
| Content Delivery Network | $ | 0.00 |
| Software | $ | 0.00 |
| Enterprise Services | $ | 0.00 |
| Other Services | $ | 150.00 |

| | |
|---:|---:|
| One Time Charge : | **$0.00** |
| Sub-Total : | **$5,545.00** |
| Taxes : | **$0.00** |
| Total : | **$5,545.00** |
| | |
| Starting Balance : | **0** |
| Ending Balance : | **PENDING** |



Invoice Date
19 March 2014

# VAT Summary

| Tax Rate | | Taxable Amount | | Taxes Due |
|---|---|---|---|---|
| 0.000* | $ | 5,545.00 | $ | 0.00 |
| | | **Total Taxes Due:** | $ | **0.00** |
| | | **USD to EUR Exchange Rate:** | | **0.7421** |
| | | **Total Taxes Due (EUR):** | | **0.00** |

*\* EC Supply of services - Reverse Charge*

SoftLayer Dutch Holdings B.V. • Paul van Vlissingenstraat 16 • Amsterdam 1096 BK • Netherlands



an IBM Company

Invoice Date
19 March 2014

## Server and Attached Services

| Description | Recurring Fee: |
|---|---|
| w001.tx.us.xta.net | $ 2,671.00 |
| w002.tx.us.xta.net | $ 2,289.00 |
| x001.tx.us.xta.net | $ 179.00 |
| Sub-Total : | $5,139.00 |
| Taxes : | $0.00 |
| Total : | $5,139.00 |

SoftLayer Dutch Holdings B.V. • Paul van Vlissingenstraat 16 • Amsterdam 1096 BK • Netherlands

# SOFTLAYER®
## an IBM Company

Invoice Date
19 March 2014

# Detailed Billing

| w001.tx.us.xta.net | Location: | Recurring Fee: | Recurring Tax: | One-Time Fee: | One-Time Tax: |
|---|---|---|---|---|---|
| Server: Quad Processor Hex Core Westmere EX 4830 - 2.13GHz - 4 x 24MB cache | Dallas 5, TX | $ 799.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Second Processor: Hex Core Westmere EX 4830 - 2.13GHz - 4 x 24MB cache* | Dallas 5, TX | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Third Processor: Hex Core Westmere EX 4830 - 2.13GHz - 4 x 24MB cache* | Dallas 5, TX | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Fourth Processor: Hex Core Westmere EX 4830 - 2.13GHz - 4 x 24MB cache* | Dallas 5, TX | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Operating System: Debian GNU/Linux 5.0 Lenny/Stable (64 bit) | Dallas 5, TX | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Disk Controller: SA-SCSI RAID 1 Disk Controller | Dallas 5, TX | $ 50.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| First Hard Drive: 600GB SA-SCSI 15K RPM | Dallas 5, TX | $ 150.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Second Hard Drive: 600GB SA-SCSI 15K RPM | Dallas 5, TX | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Public Bandwidth: 6000 GB Bandwidth | Dallas 5, TX | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Uplink Port Speeds: 1 Gbps Dual Public & Private Networks (up to 2 Gbps) | Dallas 5, TX | $ 40.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Public Network Port: 1 Gbps dual public uplinks (up to 2 Gbps)* | Dallas 5, TX | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Primary IP Addresses: 1 IP Address | Dallas 5, TX | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Public Static IPv6 Addresses: /64 Block Static Public IPv6 Addresses | Dallas 5, TX | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Public Secondary Static IP Addresses: 32 Static Public IP Addresses | Dallas 5, TX | $ 32.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Ram: 96 GB FB-DIMM Registered 533/667 | Dallas 5, TX | $ 1,600.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | Sub-Total: | $ 2,671.00 | $ 0.00 | $ 0.00 | $ 0.00 |

| w002.tx.us.xta.net | Location: | Recurring Fee: | Recurring Tax: | One-Time Fee: | One-Time Tax: |
|---|---|---|---|---|---|
| Server: Quad Processor Hex Core Westmere EX 4830 - 2.13GHz - 4 x 24MB cache | Dallas 5, TX | $ 1,599.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Second Processor: Hex Core Westmere EX 4830 - 2.13GHz - 4 x 24MB cache* | Dallas 5, TX | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Third Processor: Hex Core Westmere EX 4830 - 2.13GHz - 4 x 24MB cache* | Dallas 5, TX | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Fourth Processor: Hex Core Westmere EX 4830 - 2.13GHz - 4 x 24MB cache* | Dallas 5, TX | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Ram: 96 GB DDR3 Registered 1333 | Dallas 5, TX | $ 400.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Disk Controller: SA-SCSI RAID 1 Disk Controller | Dallas 5, TX | $ 100.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| First Hard Drive: 600GB SA-SCSI 15K RPM | Dallas 5, TX | $ 150.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Second Hard Drive: 600GB SA-SCSI 15K RPM | Dallas 5, TX | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

# SOFTLAYER®
## an IBM Company

Invoice Date
19 March 2014

# Detailed Billing

| Description | Location: | | Recurring Fee: | Recurring Tax: | One-Time Fee: | One-Time Tax: |
|---|---|---|---|---|---|---|
| Public Bandwidth: 6000 GB Bandwidth | Dallas 5, TX | $ | 0.00 $ | 0.00 $ | 0.00 $ | 0.00 |
| Uplink Port Speeds: 1 Gbps Dual Public & Private Networks (up to 2 Gbps) | Dallas 5, TX | $ | 40.00 $ | 0.00 $ | 0.00 $ | 0.00 |
| Public Network Port: 1 Gbps dual public uplinks (up to 2 Gbps)* | Dallas 5, TX | $ | 0.00 $ | 0.00 $ | 0.00 $ | 0.00 |
| Primary IP Addresses: 1 IP Address | Dallas 5, TX | $ | 0.00 $ | 0.00 $ | 0.00 $ | 0.00 |
| Operating System: Debian GNU/Linux 5.0 Lenny/Stable (64 bit) | Dallas 5, TX | $ | 0.00 $ | 0.00 $ | 0.00 $ | 0.00 |
| | Sub-Total: $ | | 2,289.00 $ | 0.00 $ | 0.00 $ | 0.00 |

| x001.tx.us.xta.net | Location: | | Recurring Fee: | Recurring Tax: | One-Time Fee: | One-Time Tax: |
|---|---|---|---|---|---|---|
| Server: Single Processor Quad Core Xeon 3220 - 2.40GHz (Kentsfield) - 2 x 4MB cache | Dallas 1, TX | $ | 159.00 $ | 0.00 $ | 0.00 $ | 0.00 |
| Operating System: Debian GNU/Linux 5.0 Lenny/Stable (64 bit) | Dallas 1, TX | $ | 0.00 $ | 0.00 $ | 0.00 $ | 0.00 |
| Ram: 4 GB DDR2 667 | Dallas 1, TX | $ | 0.00 $ | 0.00 $ | 0.00 $ | 0.00 |
| Disk Controller: SATA Disk Controller | Dallas 1, TX | $ | 0.00 $ | 0.00 $ | 0.00 $ | 0.00 |
| First Hard Drive: 250GB SATA II | Dallas 1, TX | $ | 0.00 $ | 0.00 $ | 0.00 $ | 0.00 |
| Second Hard Drive: 250GB SATA II | Dallas 1, TX | $ | 0.00 $ | 0.00 $ | 0.00 $ | 0.00 |
| Public Bandwidth: 3000 GB Bandwidth | Dallas 1, TX | $ | 0.00 $ | 0.00 $ | 0.00 $ | 0.00 |
| Uplink Port Speeds: 1 Gbps Public & Private Networks | Dallas 1, TX | $ | 20.00 $ | 0.00 $ | 0.00 $ | 0.00 |
| Public Network Port: 1 Gbps public uplink* | Dallas 1, TX | $ | 0.00 $ | 0.00 $ | 0.00 $ | 0.00 |
| Primary IP Addresses: 1 IP Address | Dallas 1, TX | $ | 0.00 $ | 0.00 $ | 0.00 $ | 0.00 |
| | Sub-Total: $ | | 179.00 $ | 0.00 $ | 0.00 $ | 0.00 |
| Public Secondary VLAN IP Addresses: 128 Portable Public and 128 Portable Private IP Addresses | No Location | $ | 256.00 $ | 0.00 $ | 0.00 $ | 0.00 |
| | Sub-Total: $ | | 256.00 $ | 0.00 $ | 0.00 $ | 0.00 |
| Network Message Delivery: Enterprise Package | Dallas 5, TX | $ | 150.00 $ | 0.00 $ | 0.00 $ | 0.00 |
| | Sub-Total: $ | | 150.00 $ | 0.00 $ | 0.00 $ | 0.00 |
| | Total: $ | | 5,545.00 $ | 0.00 $ | 0.00 $ | 0.00 |

Amount Due:          $5,545.00