UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: MtGox Co., Ltd. (a/k/a MtGox KK)

Plaintiff(s)

v.

Defendant(s)

§
§
§ Case No.: 14-31229
§
§
§ Adversary No.:
§
§
§
§

APPLICATION FOR ADMISSION *PRO HAC VICE*

1. Name: __Novak,_____ __Vincent_____ __J._____
        *Last*                             *First*                         *MI*

2. Firm Name: Morrison & Foerster LLP

3. Address: 425 Market Street
   San Francisco, CA 94105

4. Phone: (415) 268-7000     FAX: (415) 268-7522

   Email: VNovak@mofo.com

5. Name used to sign *all* pleadings: Vincent J. Novak

6. Retained by: Coinlab, Inc.

7. Admitted on 6/21/2006 and presently a member in good standing of the bar of the highest court of the state of California and issued the bar license number of 233003.

8. Admitted to practice before the following courts:

   | Court: | Admission Date: |
   |---|---|
   | U.S. Bankruptcy Court (Northern District of California) | 2/14/05 |
   | U.S. Bankruptcy Court (Eastern District of California) | 6/15/06 |
   | U.S. Bankruptcy Court (Central District of California) | 6/22/06 |

*Continued.*

9. Are you presently a member in good standing of the bars of the courts listed above?

   ☒ Yes ☐ No

   If "No," please list all courts which you are no longer admitted to practice:

10. Have you ever been subject to a grievance proceeding or involuntary removal proceeding while a member of the bar of any state or federal court?

    ☐ Yes ☒ No

    If "Yes," please provide details:

11. Other than minor traffic offenses, have you ever been charged, arrested, or convicted of a criminal offense or offenses?

    ☐ Yes ☒ No

    If "Yes," please provide details:

12. Please list all cases in the United States Bankruptcy Court, Northern District of Texas in which you have filed for *pro hac vice* in the past three years:

    | Date of Application | Case No. and Style |
    |---|---|
    | None | |
    | | |
    | | |

13. Local counsel of record: Barry Barnett, Susman Godfrey L.L.P.

14. Local counsel's address: 901 Main Street Suite 5100 Dallas, TX 75202-3775

*Continued.*

I respectfully request to be admitted to practice in the United States Bankruptcy Court for the Northern District of Texas for this cause only.

I certify that I have read *Dondi Properties Corp. V Commerce Savs. & Loan Ass'n*, 121 F.D.R. 284 (N.D. Tex. 1988) (en banc), and the local civil and bankruptcy rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil and bankruptcy rules.

☐ I am an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and filed the application via ECF with the payment of $25.00

☒ I am not an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the US Bankruptcy Court accompanied with the $25.00 filing fee on March 31, 2014      .

Vincent J. Novak                                                             March 31, 2014
Printed Name of Applicant                                         Date

*[signature]*

Signature of Applicant