G. Larry Engel (*pro hac vice* pending)
Vincent J. Novak (*pro hac vice* pending)
Kristin A. Hiensch (*pro hac vice* pending)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522
LEngel@mofo.com; VNovak@mofo.com;
KHiensch@mofo.com

Barry C. Barnett (TX Bar No. 01778700)
SUSMAN GODFREY L.L.P.
901 Main Street, Suite 5100
Dallas, TX 75202
Telephone: 214.754.1903
Facsimile: 214.754.1933
bbarnett@SusmanGodfrey.com

*Attorneys for Creditor CoinLab, Inc.*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re: | Chapter 15 |
| MTGOX CO., LTD. (A/K/A MTGOX KK), | Case No.  14-31229-sgj-15 |
| Debtor in a foreign proceeding | |

**NOTICE OF APPEARANCE AND REQUEST FOR
SERVICE OF ALL PLEADINGS AND DOCUMENTS**

PLEASE TAKE NOTICE that, pursuant Bankruptcy Rules 2002, 9007 and 9010 and 2002 (the "Bankruptcy Rules"), CoinLab, Inc. ( "CoinLab"), a creditor, by and through its undersigned counsel, hereby appears in the above-captioned Chapter 15 case of MtGox Co., Ltd. (the "Debtor") and requests that all papers, pleadings, motions and applications served or required to be served in these cases, be given to and served upon the following:

sf-3400406

MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2383
G. Larry Engel
Vincent J. Novak
Kristin A. Hiensch
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522
Email:  LEngel@mofo.com; VNovak@mofo.com; KHiensch@mofo.com

-and-

SUSMAN GODFREY L.L.P.
901 Main Street, Suite 5100
Dallas, TX 75202
Barry C. Barnett (TX Bar No. 01778700)
Telephone: 214.754.1903
Facsimile: 214.754.1933
Email: bbarnett@SusmanGodfrey.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and the papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by ordinary mail, hand delivery, telephone, facsimile, electronic mail, or otherwise, which may affect or seek to affect in any way any rights or interests of CoinLab with respect to the Debtor's estate, or any related entities, or property or proceeds thereof in which the Debtor's estate may claim an interest.

PLEASE TAKE FURTHER NOTICE that this appearance shall not be deemed or construed to be a waiver of the right of CoinLab (i) to have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) to trial by jury in any proceeding so triable in these cases or any case, (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions,

setoffs, or recoupments to which CoinLab is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments CoinLab expressly reserves.

Dated: March 31, 2014    By: /s/ Vincent J. Novak

G. Larry Engel (*pro hac vice* pending)
Vincent J. Novak (*pro hac vice* pending)
Kristin A. Hiensch (*pro hac vice* pending)
Morrison & Foerster LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522
LEngel@mofo.com;
VNovak@mofo.com;
KHhiensch@mofo.com

-and-

Barry C. Barnett (TX Bar No. 01778700)
Susman Godfrey L.L.P.
901 Main Street, Suite 5100
Dallas, TX 75202
Telephone: 214.754.1903
Facsimile: 214.754.1933
bbarnett@susmangodfrey.com

*Counsel for Creditor CoinLab, Inc.*