

**U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS**

**ENTERED**

**TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed April 4, 2014**

_____
United States Bankruptcy Judge
_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 15 |
| | § | |
| MtGox Co., Ltd. (a/k/a MtGox KK) | § | Case No. 14-31229-sgj-15 |
| | § | |
| Debtor in a Foreign Proceeding | § | |
| | § | |

## ORDER GRANTING, WITH MODIFICATIONS, THE MOTION OF CREDITORS GREGORY GREENE AND JOSEPH LACK FOR ORDER COMPELLING DEPOSITION TESTIMONY IN THE UNITED STATES FROM THE FOREIGN REPRESENTATIVE

This matter having come before this Court on the motion of creditors Gregory Greene and Joseph Lack (collectively "Movants"), for an order pursuant to Fed. R. Bankr. P. 2004 compelling Robert Marie Mark Karpeles to submit to an examination in the United States (the "Motion");[1] it appearing that the relief requested in the Motion, as modified herein, is in the best interests of all parties-in-interest; it appearing that notice of the Motion has been given as set

---

[1] Docket No. 39. Capitalized terms used but not otherwise defined herein shall have the meaning given to such terms in the Motion.

forth in the Motion and that no other or further notice need be given; and after due deliberation thereon and good cause appearing therefor,

## **NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. The Motion is GRANTED as modified herein.

2. Pursuant to Bankruptcy Rules 1018 and 7030 *et seq.* Robert Marie Mark Karpeles ("Mr. Karpeles") is ordered and directed to appear (as set forth herein) and submit to deposition testimony upon oral examination by Movants, CoinLab, Inc. ("CoinLab"), and the office of the United States Trustee (the "U.S. Trustee") regarding the matters described below and any other matters relevant to whether an order for recognition is appropriate in this chapter 15 case.

3. The Deposition of Mr. Karpeles shall occur on Thursday April 17, 2014, at 9:30 a.m. CST in the offices of Baker & McKenzie LLP, 2300 Trammell Crow Center, 2001 Ross Avenue, Dallas, Texas 75201, unless otherwise agreed upon in writing by Mr. Karpeles, CoinLab, and the Movants.

4. In the event Mr. Karpeles is replaced as the foreign representative in this chapter 15 case, this Order shall remain in effect with respect to the deposition of Mr. Karpeles as ordered herein.

5. The Movants, CoinLab, and the U.S. Trustee shall be entitled to depose Mr. Karpeles on matters relevant to whether an order for recognition is appropriate in this chapter 15 case, whether conditions to recognize are appropriate, and whether provisional relief should be modified or terminated.

6. Pursuant to 11 U.S.C. §§ 306 and 1510, by traveling to the United States and attending the deposition as ordered herein, Mr. Karpeles is not subjecting himself to the jurisdiction of any court in the United States for any other purpose.

7. The Court shall retain jurisdiction over any matter or dispute arising from or relating to the implementation of this Order.

# # # END OF ORDER # # #