G. Larry Engel (Admitted *pro hac vice*)
Vincent J. Novak (Admitted *pro hac vice*)
Kristin A. Hiensch (Admitted *pro hac vice*)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522
LEngel@mofo.com; VNovak@mofo.com;
KHiensch@mofo.com

Barry C. Barnett (TX Bar No. 01778700)
SUSMAN GODFREY L.L.P.
901 Main Street, Suite 5100
Dallas, TX 75202
Telephone: 214.754.1903
Facsimile: 214.754.1933
bbarnett@SusmanGodfrey.com

*Attorneys for Creditor CoinLab, Inc.*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>MTGOX CO., LTD. (A/K/A MTGOX KK),<br><br>Debtor in a foreign proceeding | Chapter 15<br><br>Case No. 14-31229-sgj-15 |

**NOTICE OF HEARING ON COINLAB, INC.'S (I) JOINDER IN CREDITORS
GREGORY GREENE AND JOSEPH LACK'S (A) MOTION FOR AN ORDER
PURSUANT TO BANKRUPTCY RULE 2004 COMPELLING DEPOSITION
TESTIMONY IN THE UNITED STATES FROM THE FOREIGN REPRESENTATIVE,
AND (B) MOTION FOR TERMINATION OF PROVISIONAL RELIEF;
(II) MOTION SEEKING COMPARABLE RELIEF; AND
<u>(III) REQUEST FOR EXPEDITED HEARING</u>**

[Relates to Docket No. 56]

PLEASE TAKE NOTICE that the hearing on *CoinLab, Inc.'s (I) Joinder in Creditors*

*Gregory Greene and Joseph Lack's (A) Motion for an Order Pursuant to Bankruptcy Rule 2004*

*Compelling Deposition Testimony in the United States from the Foreign Representative, and*

*(B) Motion for Termination of Provisional Relief; (II) Motion Seeking Comparable Relief; and*

*(III) Request for Expedited Hearing* [Docket No. 56] is set to occur on **May 6, 2014 at 9:30 a.m.**

**(Prevailing Central Time)** and will take place before the Honorable Stacey G.C. Jernigan, at the

United States Bankruptcy Court, Northern District of Texas, 14th Floor, Courtroom #1, 1100

Commerce Street, Dallas, Texas 75252.

|  |  |
|---|---|
| Dated: April 7, 2014 | By: /s/ Vincent J. Novak |

G. Larry Engel (Admitted *pro hac vice*)
Vincent J. Novak (Admitted *pro hac vice*)
Kristin A. Hiensch (Admitted *pro hac vice*)
Morrison & Foerster LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522
LEngel@mofo.com;
VNovak@mofo.com;
KHhiensch@mofo.com

-and-

Barry C. Barnett (TX Bar No. 01778700)
Susman Godfrey L.L.P.
901 Main Street, Suite 5100
Dallas, TX 75202
Telephone: 214.754.1903
Facsimile: 214.754.1933
bbarnett@susmangodfrey.com

*Counsel for Creditor CoinLab, Inc.*

## CERTIFICATE OF SERVICE

This is to certify that on April 7, 2014, a copy of the foregoing document was served on the parties registered to receive electronic notification via the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas, and via United States first class mail, postage pre-paid to the parties listed below:

| | | |
|---|---|---|
| David W. Parham<br>John Mitchell<br>Baker & McKenzie LLP<br>2300 Tramell Crow Center<br>2001 Ross Avenue<br>Dallas, TX 75201<br>*Via email:*<br>david.parham@bakermckenzie.com<br>john.mitchell@bakermckenzie.com | Erin E. Broderick<br>Baker & McKenzie LLP<br>300 East Randolph Drive, Suite 500<br>Chicago, IL 60602<br>*Via first- class mail:* | Office of the U.S. Trustee<br>1100 Commerce Street, Room 976<br>Dallas, TX 75242<br>*Via email:*<br>ustpregion06.da.ecf@usdoj.gov |
| Rosa A. Shirley<br>Baker & McKenzie LLP<br>2001 Ross Avenue, Suite 2300<br>Dallas, TX 75201<br>*Via email:*<br>rosa.shirley@bakermckenzie.com | Jean-Denis Marx<br>Baker & McKenzie (Gaikokuho Joint Ent.)<br>Ark Hills Sengokuyama Mori Tower 28th Floor<br>1-9-11 Roppongi<br>Tokyo 106-0032 Japan<br>*Via email:*<br>jean-denis.marx@bakermckenzie.com | Roger M. Townsend<br>Breskin Johnson & Townsend PLLC<br>1111 Third Avenue, Suite 2230<br>Seattle, WA 98101<br>*Via email:*<br>rtownsend@bjtlegal.com |
| Jay Edeson<br>Edelson PC<br>350 N. LaSalle St., Suite 1300<br>Chicago, IL 60654<br>*Via first-class mail* | Mark Karpeles<br>6-28-3302, Aobadai 3-chome,<br>Meguro-ku<br>Tokyo, Japan<br>*Via first-class mail* | John M. Murphy<br>Baker & McKenzie LLP<br>300 East Randolph, Suite 5000<br>Chicago, IL 60601<br>*Via email:*<br>john.murphy@bakermckenzie.com |
| Edgar Sargent<br>Susman Godfrey LLP<br>1201 3rd Avenue, Suite 3800<br>Seattle, WA 98101-3087<br>*Via email:*<br>esargent@susmangodfrey.com | Megan Lindsey<br>Edelson PC<br>999 West 18th St., Suite 3000<br>Denver, CO 80202<br>*Via email:*<br>mlindsey@edelson.com | MtCox, Co. Ltd. a/k/a MtGox KK<br>11-5, Shibuya 2-chome, Shibuya-ku<br>Tokyo, Japan<br>*Via first-class mail* |
| Josephine Garrett<br>Josephine Garrett, P.C.<br>3119 West 5th Street<br>Fort Worth, TX 76107<br>*Via email:*<br>filing@jgarrettlaw.com | The Honorable Jeh Johnson<br>Secretary of Homeland Security<br>Department of Homeland Security<br>Washington, DC 20528<br>*Via first class mail* | Steven L. Woodrow/Alicia Hwang<br>Edelson PC<br>350 North LaSalle St., Suite 1300<br>Chicago, IL 60654<br>*Via email and first-class mail:*<br>swoodrow@edelson.com |

| | | |
|---|---|---|
| Scott B. Kitei<br>Honigan Miller Schwartz and Cohn<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI 48226-3506<br>*Via email:*<br>skitei@honigman.com | Robin E. Phelan<br>Stephen Manz<br>Haynes and Boone, LLP<br>2323 Victory Avenue, Suite 700<br>Dallas, TX 75219<br>*Via email:*<br>robin.phelan@haynesboone.com<br>Stephen.manz@haynesboone.com | Barry Barnett<br>Susman Godfrey, LLP<br>901 Main Street, Suite 5100<br>Dallas, TX 75202<br>*Via email:*<br>bbarnett@susmangodfrey.com;<br>rlicon@susmangodfrey.com |

/s/ John Kline
John Kline
