David W. Parham
State Bar No. 15459500
John Mitchell
State Bar No. 00797095
Rosa A. Shirley
State Bar No. 24056313
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile: (214) 978-3099
Email: david.parham@bakermckenzie.com
Email: john.mitchell@bakermckenzie.com
Email: rosa.shirley@bakermckenzie.com

- and -

Erin E. Broderick *(admitted pro hac vice)*
Illinois Bar No. 6295974
300 East Randolph Drive, Suite 5000
Chicago, Illinois 60602
Telephone: (312) 861-8000
Facsimile: (312) 861-2899
Email: erin.broderick@bakermckenzie.com

*Attorneys for the Petitioner Robert Marie Mark Karpeles,*
*Foreign Representative of MtGox Co., Ltd., a/k/a MtGox KK*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In re | ) Chapter 15 |
| | ) |
| MtGox Co., Ltd. (a/k/a MtGox KK) | ) Case No. 14-31229-sgj15 |
| | ) |
| Debtor in a Foreign Proceeding. | ) |
| | ) |

**DEBTOR'S NOTICE OF FILING OF UPDATED SERVICE LIST**

**PLEASE TAKE NOTICE** that the Debtor, through its undersigned counsel, hereby files its Updated Service List as of April 8, 2014, which is attached hereto as **Exhibit A**.

Dated: April 8, 2014
       Dallas, Texas

Respectfully submitted,

**BAKER & McKENZIE LLP**

By:   /s/ *David W. Parham*
      David W. Parham
      State Bar No. 15459500
      John Mitchell
      State Bar No. 24056313
      Rosa A. Shirley
      State Bar No. 24056313
      2300 Trammell Crow Center
      2001 Ross Avenue
      Dallas, Texas 75201
      Telephone: (214) 978-3000
      Facsimile: (214) 978-3099
      Email: david.parham@bakermckenzie.com
      Email: john.mitchell@bakermckenzie.com
      Email: rosa.shirley@bakermckenzie.com

- and -

Erin E. Broderick *(admitted pro hac vice)*
Illinois Bar No. 6295974
300 East Randolph Drive, Suite 5000
Chicago, Illinois 60602
Telephone: (312) 861-8000
Facsimile: (312) 861-2899
Email: erin.broderick@bakermckenzie.com

*Attorneys for the Petitioner Robert Marie Mark Karpeles, Foreign Representative of MtGox Co., Ltd., a/k/a MtGox KK*

## CERTIFICATE OF SERVICE

     This is to certify that on April 8, 2014, a copy of the foregoing document was served on the parties registered to receive electronic notification via the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas, and via United States first-class mail, postage pre-paid to the parties listed on the attached Exhibit A.

                                    /s/ David W. Parham
                                      David. W. Parham