**SERVICE LIST**

| | | |
|---|---|---|
| Alicia E. Hwang<br>Edelson PC<br>350 N. LaSalle St., Suite 1300<br>Chicago, IL 60654 | Lisa L. Lambert<br>U.S. Trustee<br>Office of the U.S. Trustee<br>1100 Commerce Street<br>Dallas, TX 75242 | Roger M. Townsend<br>Breskin Johnson & Townsend PLLC<br>1000 2nd Ave., Suite 3670<br>Seattle, WA 98104 |
| Christopher L. Door<br>Edelson PC<br>350 N. LaSalle St., Suite 1300<br>Chicago, IL 60654 | Mark Karpeles<br>6-28-3302, Aobadai 3-chome,<br>Meguro-ku<br>Tokyo, Japan | Scott B. Kitei<br>Honigman Miller Schwarts and Cohn LLP<br>2290 First National Bldg.<br>660 Woodward Ave.<br>Detroit, MI 48226 |
| Edgar Sargent<br>Susman Godfrey LLP<br>1201 3rd Avenue, Suite 3800<br>Seattle, WA 98101-3087 | Megan Lindsey<br>Edelson PC<br>999 West 18th St., Suite 3000<br>Denver, CO 80202 | Stephen Manz<br>Haynes and Boone, LLP<br>2323 Victory Avenue, Suite 700<br>Dallas, TX 75219 |
| Jay Edelson<br>Edelson PC<br>350 N. LaSalle St., Suite 1300<br>Chicago, IL 60654 | MtCox, Co. Ltd. a/k/a MtGox KK<br>11-5, Shibuya 2-chome, Shibuya-ku<br>Tokyo, Japan | Steven L. Woodrow<br>Edelson PC<br>350 N. LaSalle St., Suite 1300<br>Chicago, IL 60654 |
| Josephine Garrett<br>Josephine Garrett, P.C.<br>3119 West 5th Street<br>Fort Worth, TX 76107 | Robin E. Phelan<br>Haynes and Boone, LLP<br>2323 Victory Avenue, Suite 700<br>Dallas, TX 75219 | The Honorable Jeh Johnson<br>Secretary of Homeland Security<br>Department of Homeland Security<br>Washington, DC 20528 |
| Barry C. Barnett<br>Susman Godfrey L.L.P.<br>901 Main St., Suite 5100<br>Dallas, TX 75202 | G. Larry Engel<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, CA 94105-2383 | Vincent J. Novak<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, CA 94105-2383 |
| Kristin A. Hiensch<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, CA 94105-2383 | David W. Parham<br>Baker & McKenzie LLP<br>2001 Ross Avenue, Suite 2300<br>Dallas, TX 75201 | John E. Mitchell<br>Baker & McKenzie LLP<br>2001 Ross Avenue, Suite 2300<br>Dallas, TX 75201 |
| Rosa A. Shirley<br>Baker & McKenzie LLP<br>2001 Ross Avenue, Suite 2300<br>Dallas, TX 75201 | John M. Murphy<br>Baker & McKenzie LLP<br>300 East Randolph, Suite 5000<br>Chicago, IL 60601 | Erin E. Broderick<br>Baker & McKenzie LLP<br>300 East Randolph, Suite 5000<br>Chicago, IL 60601 |
| Jean-Denis Marx<br>Baker & McKenzie<br>(Gaikokuho Joint Ent.)<br>Ark Hills Sengokuyama Mori<br>Tower 28th Fl<br>1-9-10 Roppongi<br>Tokyo 106-0032 Japan | | |

775596-v1\DALDMS          **EXHIBIT A**