**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

|  |  |  |
|---|---|---|
| | ) | |
| In re | ) | Chapter 15 |
| | ) | |
| MtGox Co., Ltd. (a/k/a MtGox KK) | ) | Case No. 14-31229-sgj15 |
| | ) | |
| Debtor in a Foreign Proceeding. | ) | |
| | ) | |

## ORDER GRANTING CONTINUANCE OF DEPOSITION

Upon the emergency motion of MtGox Co., Ltd., a/k/a MtGox KK (the "Debtor" or

"MtGox") [Dkt. No. ___] (the "Motion"), seeking continuance of the Bankruptcy Deposition[1]

currently set for April 17, 2014 to May 5, 2014; and upon hearing on the Motion; and the Court

having determined that the relief requested in the Motion is in the best interests of the Debtor, its

estate, its creditors, and other parties in interest; and it appearing that proper and adequate notice

of the Motion has been given and that no other or further notice is necessary; and upon the record

---

[1] All capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

herein; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

ORDERED, ADJUDGED AND DECREED that:

1.      The Motion is GRANTED.

2.      The Bankruptcy Deposition is hereby continued to May 5, 2014 at 9:30 a.m. (Prevailing Central Time), in the offices of Baker & McKenzie LLP, 2300 Trammell Crow Center, 2001 Ross Avenue, Dallas, Texas  75201, unless otherwise agreed upon in writing by Karpeles, CoinLab, Inc., Gregory Greene and Joseph Lack.

3.      Petitioner shall serve copies of this Order upon the Notice Parties via electronic mail.

4.      Service pursuant to this Order shall be good and sufficient service and adequate notice of the continuance of the Bankruptcy Deposition.

# # # END OF ORDER # # #

Prepared and submitted by:

**BAKER & McKENZIE LLP**

/s/ *David W. Parham*
David W. Parham
State Bar No. 15459500
John Mitchell
State Bar No. 24056313
Rosa A. Shirley
State Bar No. 24056313
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile: (214) 978-3099
Email:  david.parham@bakermckenzie.com
Email:  john.mitchell@bakermckenzie.com
Email:  rosa.shirley@bakermckenzie.com

- and -

Erin E. Broderick *(admitted pro hac vice)*
Illinois Bar No. 6295974
300 East Randolph Drive, Suite 5000
Chicago, Illinois 60602
Telephone: (312) 861-8000
Facsimile: (312) 861-2899
Email:  erin.broderick@bakermckenzie.com

*Attorneys for the Petitioner Robert Marie Mark Karpeles,*
*Foreign Representative of MtGox Co., Ltd., a/k/a MtGox KK*