David W. Parham
State Bar No. 15459500
John Mitchell
State Bar No. 00797095
Rosa A. Shirley
State Bar No. 24056313
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile: (214) 978-3099
Email: david.parham@bakermckenzie.com
Email: john.mitchell@bakermckenzie.com
Email: rosa.shirley@bakermckenzie.com

- and -

Erin E. Broderick *(admitted pro hac vice)*
Illinois Bar No. 6295974
300 East Randolph Drive, Suite 5000
Chicago, Illinois 60602
Telephone: (312) 861-8000
Facsimile: (312) 861-2899
Email: erin.broderick@bakermckenzie.com

*Attorneys for MtGox Co., Ltd., a/k/a MtGox KK*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re | ) Chapter 15 |
| | ) |
| MtGox Co., Ltd. (a/k/a MtGox KK) | ) Case No. 14-31229-sgj15 |
| | ) |
| Debtor in a Foreign Proceeding. | ) **Emergency Hearing on Motion for Continuance Requested for April 16, 2014 at 9:30 a.m. (CDT)** |

**DEBTOR'S REQUEST FOR EMERGENCY CONSIDERATION OF
MOTION FOR CONTINUANCE OF DEPOSITION**

MtGox Co., Ltd., a/k/a MtGox KK (the "Debtor" or "MtGox"), a debtor in a civil rehabilitation proceeding under Japanese law (the "Japan Proceeding"), currently pending before the Twentieth Civil Division of the Tokyo District Court, Japan (the "Tokyo Court"), by counsel, hereby requests (the "Request") that this Court set an emergency hearing for April 16, 2014 at

9:30 a.m. on the Debtor's *Emergency Motion for Continuance of Deposition* [Dkt. No. 76] (the "Motion").

## CAUSE EXISTS FOR EMERGENCY CONSIDERATION

1. For the reasons set forth in the Motion, MtGox seeks a continuance of the deposition of Mr. Robert Marie Mark Karpeles ("Karpeles"), currently scheduled for April 17, 2014, to May 5, 2014.

2. Emergency consideration of the Motion on April 16, 2014 at 9:30 a.m. is warranted since the Bankruptcy Deposition sought to be continued is scheduled for April 17, 2014 (three days away).

3. Notice of an emergency hearing will be sent via electronic mail (where electronic mail addresses are available) and/or overnight mail to all parties listed on the Debtor's Master Service List.

## CERTIFICATE OF CONFERENCE

4. On April 14, 2014, counsel to MtGox contacted counsel to the parties to the US Matters[1] and the UST via email and informed those parties that Mr. Karpeles would not be attending the deposition on April 17, 2014.

WHEREFORE, MtGox respectfully requests that the Court grant the Request and enter an order setting the hearing on the Motion for April 16, 2014 at 9:30 a.m. and granting MtGox such other and further relief as the Court deems just and proper.

---

[1] The U.S. Litigation Matters are *CoinLab, Inc. v. Mt. Gox KK and Tibanne KK*, No. 2:13-cv-0777 (W.D. Wash. May 2, 2013) and *Gregory Greene v. MtGox Inc., Mt. Gox KK, Tibanne KK and Mark Karpeles*, No. 1:14-cv-01437 (N.D. Ill. February 27, 2014).

Dated: April 14, 2014
      Dallas, Texas

Respectfully submitted,

**BAKER & McKENZIE LLP**

By: /s/ *David W. Parham*
    David W. Parham
    State Bar No. 15459500
    John Mitchell
    State Bar No. 24056313
    Rosa A. Shirley
    State Bar No. 24056313
    2300 Trammell Crow Center
    2001 Ross Avenue
    Dallas, Texas 75201
    Telephone: (214) 978-3000
    Facsimile: (214) 978-3099
    Email: david.parham@bakermckenzie.com
    Email: john.mitchell@bakermckenzie.com
    Email: rosa.shirley@bakermckenzie.com

    - and -

    Erin E. Broderick *(admitted pro hac vice)*
    Illinois Bar No. 6295974
    300 East Randolph Drive, Suite 5000
    Chicago, Illinois 60602
    Telephone: (312) 861-8000
    Facsimile: (312) 861-2899
    Email: erin.broderick@bakermckenzie.com

    *Attorneys for MtGox Co., Ltd., a/k/a MtGox KK*

## CERTIFICATE OF SERVICE

       This is to certify that on April 14, 2014, a copy of the foregoing document was served on the parties registered to receive electronic notification via the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas, and via United States first class mail, postage pre-paid to the parties listed below:

Alicia E. Hwang
Edelson PC
350 North LaSalle St., Suite 1300
Chicago, IL 60654

Barry C. Barnett
Susman Godfrey L.L.P.
901 Main St., Suite 5100
Dallas, TX  75202

Christopher L. Door
Edelson PC
350 North LaSalle St., Suite 1300
Chicago, IL 60654

Edgar Sargent
Susman Godfrey LLP
1201 3rd Avenue, Suite 3800
Seattle, WA 98101-3087

G. Larry Engel, Vincent J. Novak, and Kristin A. Hiensch
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2383

Jay Edelson
Edelson PC
350 North LaSalle St., Suite 1300
Chicago, IL 60654

Josephine Garrett
Josephine Garrett, P.C.
3119 West 5th Street
Fort Worth, TX 76107

Lisa L. Lambert
U.S. Trustee
Office of the U.S. Trustee
1100 Commerce Street
Dallas, TX 75242

Mark Karpeles
6-28-3302, Aobadai 3-chome,
Meguro-ku
Tokyo, Japan

Megan Lindsey
Edelson PC
999 West 18th St., Suite 3000
Denver, CO 80202

MtCox, Co. Ltd. a/k/a MtGox KK
11-5, Shibuya 2-chome, Shibuya-ku
Tokyo, Japan

Robin E. Phelan
Haynes and Boone, LLP
2323 Victory Avenue, Suite 700
Dallas, TX 75219

Roger M. Townsend
Breskin Johnson & Townsend PLLC
1000 2nd Ave., Suite 3670
Seattle, WA  98104

Scott B. Kitei
Honigman Miller Schwarts and Cohn LLP
2290 First National Bldg.
660 Woodward Ave.
Detroit, MI 48226

Stephen Manz
Haynes and Boone, LLP
2323 Victory Avenue, Suite 700
Dallas, TX 75219

Steven L. Woodrow
Edelson PC
350 North LaSalle St., Suite 1300
Chicago, IL 60654

The Honorable Jeh Johnson
Secretary of Homeland Security
Department of Homeland Security
Washington, DC 20528

                                              /s/ David W. Parham
                                              David W. Parham