David W. Parham
State Bar No. 15459500
John Mitchell
State Bar No. 00797095
Rosa A. Shirley
State Bar No. 24056313
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile: (214) 978-3099
Email: david.parham@bakermckenzie.com
Email: john.mitchell@bakermckenzie.com
Email: rosa.shirley@bakermckenzie.com

- and -

Erin E. Broderick *(admitted pro hac vice)*
Illinois Bar No. 6295974
300 East Randolph Drive, Suite 5000
Chicago, Illinois 60602
Telephone: (312) 861-8000
Facsimile: (312) 861-2899
Email: erin.broderick@bakermckenzie.com

*Attorneys for the Petitioner Robert Marie Mark Karpeles,*
*Foreign Representative of MtGox Co., Ltd., a/k/a MtGox KK*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In re | ) Chapter 15 |
| | ) |
| MtGox Co., Ltd. (a/k/a MtGox KK) | ) Case No. 14-31229-sgj15 |
| | ) |
| Debtor in a Foreign Proceeding. | ) |

**NOTICE OF EMERGENCY HEARING**

*[Relates to Dkt. No. 76]*

**PLEASE TAKE NOTICE** that the hearing on the Petitioner's *Emergency Motion for Continuance of Deposition* [Dkt. No. 476] is set to occur on **April 16, 2014 at 9:30 a.m. (Prevailing Central Time)** and will take place before the **Honorable Stacey G.C. Jernigan, at**

775892-v1\DALDMS

the United States Bankruptcy Court, Northern District of Texas, 14th Floor, 1100 Commerce Street, Dallas, Texas 75252.

| | |
|---|---|
| Dated: April 14, 2014<br>Dallas, Texas | Respectfully submitted,<br><br>**BAKER & McKENZIE LLP**<br><br>By: /s/ *David W. Parham*<br>David W. Parham<br>State Bar No. 15459500<br>John Mitchell<br>State Bar No. 24056313<br>Rosa A. Shirley<br>State Bar No. 24056313<br>2300 Trammell Crow Center<br>2001 Ross Avenue<br>Dallas, Texas 75201<br>Telephone: (214) 978-3000<br>Facsimile: (214) 978-3099<br>Email: david.parham@bakermckenzie.com<br>Email: john.mitchell@bakermckenzie.com<br><br>- and -<br><br>Erin E. Broderick *(admitted pro hac vice)*<br>Illinois Bar No. 6295974<br>300 East Randolph Drive, Suite 5000<br>Chicago, Illinois 60602<br>Telephone: (312) 861-8000<br>Facsimile: (312) 861-2899<br>Email: erin.broderick@bakermckenzie.com<br><br>*Attorneys for the Petitioner Robert Marie Mark Karpeles, Foreign Representative of MtGox Co., Ltd., a/k/a MtGox KK* |