## Lambert, Lisa (USTP)

| | |
|---|---|
| **From:** | Parham, David <David.Parham@bakermckenzie.com> |
| **Sent:** | Friday, April 04, 2014 4:13 PM |
| **To:** | Lambert, Lisa (USTP); Mitchell, John E. |
| **Cc:** | LEngel@mofo.com; Phelan, Robin E.; rtownsend@bjtlegal.com; SKitei@honigman.com; Yates, Jarom; Steve Woodrow |
| **Subject:** | RE: Mt. Gox Docket for 04/01/14 at 1:30 pm |
| **Attachments:** | Notice of Appearance.pdf; Activity in Case 1:14-cv-01437 Greene v. MtGox Inc. et al attorney appearance; Activity in Case 1:14-cv-01437 Greene v. MtGox Inc. et al attorney appearance |

Lisa,
FYI.

David W. Parham
Baker & McKenzie
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Tel: 1 214 978 3034
Fax: 1 214 978 3099
david.parham@bakermckenzie.com

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein.

**From:** Lambert, Lisa (USTP) [mailto:Lisa.L.Lambert@usdoj.gov]
**Sent:** Friday, April 04, 2014 11:42 AM
**To:** Parham, David; Mitchell, John E.
**Cc:** Engel, Larry (LEngel@mofo.com); Phelan, Robin E.; rtownsend@bjtlegal.com; Kitei, Scott B. (SKitei@honigman.com); Yates, Jarom; Steve Woodrow
**Subject:** RE: Mt. Gox Docket for 04/01/14 at 1:30 pm

Dave and John:

During the 04/01/14 hearing, you indicated that Mr. Karpeles was retaining counsel. I have not seen a notice of appearance, though I might have missed it. Can you please provide the contact information for the attorney?

Thanks,

Lisa

Pursuant to requirements related to practice before the Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for the purposes of (i) avoiding penalties imposed under the United States Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message. Please visit www.bakermckenzie.com/disclaimers for other important information concerning this message.

U.S. Trustee- Exhibit A

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of Gregory Greene and Joseph Lack, individually and on behalf of all others similarly situated, <br><br> v.             Plaintiffs, <br><br> MtGox, Inc., a Delaware Corporation, Mt. Gox KK, a Japanese corporation, Tibanne KK, a Japanese corporation, Mt. Gox North America, Inc, a New York corporation, Mizuho Bank, Ltd., a Japanese financial institution, Mark Karpeles, an individual, Gonzague Gay-Bouchery, an individual, Jed McCaleb, an individual, and John Doe Defendants, <br><br>             Defendants. | Case Number:   14-cv-01437 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

**TIBANNE KK, a Japanese corporation and MARK KARPELES, an individual**

| | |
|---|---|
| NAME (Type or print)   Richard G. Douglass | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br>     s/Richard G. Douglass | |
| FIRM   Novack and Macey LLP | |
| STREET ADDRESS   100 N. Riverside Plaza | |
| CITY/STATE/ZIP   Chicago, Illinois 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6282777 | TELEPHONE NUMBER  (312) 419-6900 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")   **No** | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")   **No** | |

| | |
|---|---|
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") Yes | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") No | |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. RETAINED COUNSEL | APPOINTED COUNSEL |

## Lambert, Lisa (USTP)

| | |
|---|---|
| **From:** | usdc_ecf_ilnd@ilnd.uscourts.gov |
| **Sent:** | Friday, April 04, 2014 4:04 PM |
| **To:** | ecfmail_ilnd@ilnd.uscourts.gov |
| **Subject:** | Activity in Case 1:14-cv-01437 Greene v. MtGox Inc. et al attorney appearance |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States District Court

Northern District of Illinois - CM/ECF LIVE, Ver 6,1

### Notice of Electronic Filing

The following transaction was entered by Macey, Eric on 4/4/2014 at 4:03 PM CDT and filed on 4/4/2014

| | |
|---|---|
| **Case Name:** | Greene v. MtGox Inc. et al |
| **Case Number:** | 1:14-cv-01437 |
| **Filer:** | Mark Karpeles |
| | Tibanne KK |
| **Document Number:** | 52 |

**Docket Text:**
**ATTORNEY Appearance for Defendants Mark Karpeles, Tibanne KK by Eric Neal Macey (Macey, Eric)**

**1:14-cv-01437 Notice has been electronically mailed to:**

Alicia Elaine Hwang     ahwang@edelson.com

Benjamin Scott Thomassen     bthomassen@edelson.com

Christopher Lillard Dore     cdore@edelson.com

Eric Neal Macey     emacey@novackandmacey.com, odetteg@novackandmacey.com

Jay Edelson     jedelson@kamberedelson.com

Jeffrey Resetarits     jeffrey.resetarits@shearman.com

1

Jerome Steven Fortinsky    jfortinsky@shearman.com

John A. Nathanson    john.nathanson@shearman.com

John Eugene Mitchell    john.mitchell@bakermckenzie.com

John Michael Murphy    john.murphy@bakermckenzie.com,
DocketDepartment.Chicago@bakermckenzie.com, james.brown@bakermckenzie.com

Jonathan Stuart Quinn    jquinn@ngelaw.com, ecfdocket@ngelaw.com, ggomez@ngelaw.com

Richard George Douglass    rdouglass@novackandmacey.com, ntendy@novackandmacey.com

Steven Lezell Woodrow    swoodrow@edelson.com

Tod L. Gamlen    tod.gamlen@bakermckenzie.com

**1:14-cv-01437 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1040059490 [Date=4/4/2014] [FileNumber=12873292-0
] [08b663648aa2d9a8ec3a95090d2ff721451598a073493b876a5cfc5764377f77436
6f90ee79df1cf0f07b88ec20bcc623232e493d45280d2e2e4e248124d4c3e]]

## Lambert, Lisa (USTP)

| | |
|---|---|
| **From:** | usdc_ecf_ilnd@ilnd.uscourts.gov |
| **Sent:** | Friday, April 04, 2014 4:06 PM |
| **To:** | ecfmail_ilnd@ilnd.uscourts.gov |
| **Subject:** | Activity in Case 1:14-cv-01437 Greene v. MtGox Inc. et al attorney appearance |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### United States District Court

### Northern District of Illinois - CM/ECF LIVE, Ver 6,1

### Notice of Electronic Filing

The following transaction was entered by Hinkley, Amanda on 4/4/2014 at 4:06 PM CDT and filed on 4/4/2014

| | |
|---|---|
| **Case Name:** | Greene v. MtGox Inc. et al |
| **Case Number:** | 1:14-cv-01437 |
| **Filer:** | Mark Karpeles |
| | Tibanne KK |
| **Document Number:** | 53 |

**Docket Text:**
**ATTORNEY Appearance for Defendants Mark Karpeles, Tibanne KK by Amanda Marie Hinkley (Hinkley, Amanda)**


**1:14-cv-01437 Notice has been electronically mailed to:**

Alicia Elaine Hwang    ahwang@edelson.com

Amanda Marie Hinkley    ahinkley@novackmacey.com, mwolfe@novackmacey.com

Benjamin Scott Thomassen    bthomassen@edelson.com

Christopher Lillard Dore    cdore@edelson.com

Eric Neal Macey    emacey@novackandmacey.com, odetteg@novackandmacey.com

Jay Edelson    jedelson@kamberedelson.com

1

Jeffrey Resetarits     jeffrey.resetarits@shearman.com

Jerome Steven Fortinsky     jfortinsky@shearman.com

John A. Nathanson     john.nathanson@shearman.com

John Eugene Mitchell     john.mitchell@bakermckenzie.com

John Michael Murphy     john.murphy@bakermckenzie.com, DocketDepartment.Chicago@bakermckenzie.com, james.brown@bakermckenzie.com

Jonathan Stuart Quinn     jquinn@ngelaw.com, ecfdocket@ngelaw.com, ggomez@ngelaw.com

Richard George Douglass     rdouglass@novackandmacey.com, ntendy@novackandmacey.com

Steven Lezell Woodrow     swoodrow@edelson.com

Tod L. Gamlen     tod.gamlen@bakermckenzie.com

**1:14-cv-01437 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1040059490 [Date=4/4/2014] [FileNumber=12873313-0
] [99686dd29b0fe89aa808e5514b94306809bde0b174b24e8fc8c3b42d09f8df11fde
97f402c6603c8cfcd2ab257116aea85c0a43f8f769af27c7b1754c4b4cd44]]

**Lambert, Lisa (USTP)**

| | |
|---|---|
| **From:** | Lambert, Lisa (USTP) |
| **Sent:** | Tuesday, April 08, 2014 2:55 PM |
| **To:** | 'Phelan, Robin E.'; david.parham@bakermckenzie.com; 'Mitchell, John E.'; swoodrow@edelson.com; Kitei, Scott B. (SKitei@honigman.com) |
| **Subject:** | RE: Travel and Orders |

I am available this afternoon. I would also like to discuss where we are on the edited notice and the accompanying order that I asked you about in my emails. As a third point, while the Court orally set May 20, 2014 as the recognition hearing, May 13, 2014, as the objection deadline, and May 6, 2014 as the stay reconsideration hearing, the only entered order -- the order continuing the 04/01 recognition hearing -- refers to May 6, 2014 as the recognition hearing. (Docket entry 36, entered 03/24/14.)

Thank you for forwarding the contact information for Mr. Karpeles's attorneys in the Chicago putative class action. They have not yet filed notices of appearance in the Chapter 15. If we should include them in this call, please let us know.

Lisa

**From:** Phelan, Robin E. [mailto:Robin.Phelan@haynesboone.com]
**Sent:** Tuesday, April 08, 2014 2:37 PM
**To:** david.parham@bakermckenzie.com; 'Mitchell, John E.'; swoodrow@edelson.com; Kitei, Scott B. (SKitei@honigman.com); Lambert, Lisa (USTP)
**Subject:** Travel

Dave:

We (Steve) asked you several days ago to provide us with Karpeles's travel plans for the deposition so that we could make arrangements and have repeated the request. You have not responded. As you know, airline tickets vary considerably in price and unless your client is just trying to ensure that we pay the highest price for a ticket I can't think of a reason that we have not been provided with the travel plans. Since the deposition is less than 10 days away we can't wait much longer. Consequently, Please let us know when you would be available by phone to discuss Karpeles's travel plans.

Have a nice day

Robin

**haynes**boone
**Robin E. Phelan**
Senior Counsel
robin.phelan@haynesboone.com

**Haynes and Boone, LLP**
2323 Victory Avenue
Suite 700
Dallas, TX 75219-7673

(t) 214.651.5612
(f) 214.200.0649
(m) 214.315.4749

vCard | Bio | Website

U.S. Trustee - Exhibit B

CIRCULAR 230 NOTICE: To ensure compliance with requirements imposed by
U.S. Treasury Regulations, Haynes and Boone, LLP informs you that any
U.S. tax advice contained in this communication (including any
attachments) was not intended or written to be used, and cannot be
used, for the purpose of (i) avoiding penalties under the Internal
Revenue Code or (ii) promoting, marketing or recommending to another
party any transaction or matter addressed herein.

CONFIDENTIALITY NOTICE: This electronic mail transmission is confidential,
may be privileged and should be read or retained only by the intended
recipient. If you have received this transmission in error, please
immediately notify the sender and delete it from your system.

## Lambert, Lisa (USTP)

**From:** Parham, David <David.Parham@bakermckenzie.com>
**Sent:** Tuesday, April 08, 2014 3:26 PM
**To:** Phelan, Robin E.; Mitchell, John E.; swoodrow@edelson.com; SKitei@honigman.com; Lambert, Lisa (USTP)
**Subject:** RE: Travel

Robin,
We will make the travel plans.

David W. Parham
Baker & McKenzie
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Tel: 1 214 978 3034
Fax: 1 214 978 3099
david.parham@bakermckenzie.com

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein.

**From:** Phelan, Robin E. [mailto:Robin.Phelan@haynesboone.com]
**Sent:** Tuesday, April 08, 2014 2:37 PM
**To:** Parham, David; Mitchell, John E.; swoodrow@edelson.com; Kitei, Scott B. (SKitei@honigman.com); Lambert, Lisa (USTP) (Lisa.L.Lambert@usdoj.gov)
**Subject:** Travel

Dave:

We (Steve) asked you several days ago to provide us with Karpeles's travel plans for the deposition so that we could make arrangements and have repeated the request. You have not responded. As you know, airline tickets vary considerably in price and unless your client is just trying to ensure that we pay the highest price for a ticket I can't think of a reason that we have not been provided with the travel plans. Since the deposition is less than 10 days away we can't wait much longer. Consequently, Please let us know when you would be available by phone to discuss Karpeles's travel plans.

Have a nice day

Robin

## haynesboone
**Robin E. Phelan**
Senior Counsel
robin.phelan@haynesboone.com

**Haynes and Boone, LLP**
2323 Victory Avenue
Suite 700
Dallas, TX 75219-7673

(t) 214.651.5612
(f) 214.200.0649
(m) 214.315.4749

1