BTXN 208 (rev. 07/09)

IN RE: MtGox Co., Ltd.  Emergency motion to continue deposition (doc. 76)  Case # 14−31229−sgj15

**DEBTOR**

**TYPE OF HEARING**

MtGox Co., Ltd.  *VS*  Gregory D. Greene and Joseph Lack

**PLAINTIFF / MOVANT**  **DEFENDANT / RESPONDENT**

D. Parham  R. Phelan

**ATTORNEY**  **ATTORNEY**

**EXHIBITS**

Debtor Exhibit A: Japanese Court Orders with Translation

Debtor Exhibit B: Announcement of the Order for Provisional Administrator dated April 16, 2014

D. Harden  4/16/2014  Stacey G. Jernigan

REPORTED BY  HEARING DATE  JUDGE PRESIDING