

**U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS**

# ENTERED
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed April 15, 2014**

_____
United States Bankruptcy Judge
_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| IN RE: § | |
| § | |
| MtGox Co., Ltd. (a/k/a MtGox KK) § | Bankruptcy Case No. |
| § | 14-31229-SGJ-15 |
| Debtor. § | |

**ORDER DENYING MOTION TO RECONSIDER [DE # 79] FILED BY GREEN
PLAINTIFFS, BUT SETTING GENERAL STATUS CONFERENCE
ON APRIL 16, 2014 AT 9:30 A.M.**

On April 14, 2014, a "Motion to Reconsider Setting for Hearing on Creditors Gregory Greene and Joseph Lack's Motion for Termination of Provisional Relief" was filed [DE #79] (the "Motion to Reconsider," and when referring to the movants thereon, the "Green Plaintiffs"). The Motion to Reconsider was filed just a few hours after MtGox Co., Ltd. ("MtGox") filed an Emergency Motion for Continuance of Deposition [DE #76] (the "Motion for Continuance"). MtGox is seeking a continuance of the

1

deposition of the Foreign Representative, Mark Karpeles, that was ordered to occur April 17, 2014 in Dallas, Texas, U.S.A., to May 5, 2014 (it appears due to Mr. Karpeles' desire to obtain personal counsel, which situation may have been further complicated due to a FinCEN subpoena that was served on one of Mr. Karpeles' U.S. lawyers (in the state of Illinois) on April 7, 2014, purporting to command Mr. Karpeles' appearance in Washington, D.C. on April 18, 2014). The Motion for Continuance also states that MtGox "cannot guarantee that Mr. Karpeles will attend the deposition on May 5, 2014, either."

The court is denying the Motion to Reconsider, as the Motion for Termination of Provisional Relief (on which the Green Plaintiffs now seek an immediate hearing) **is already set for May 6, 2014, which is fairly soon**. A possible continuance of Mr. Karpeles' U.S. deposition in connection with the Chapter 15 case, until May 5, 2014, does not *per se* seem to constitute grounds to hear the Motion for Termination of Provisional Relief any earlier than May 6, 2014. However, the court naturally has some concerns about delay in this matter. MtGox filed its Petition for Recognition in the United States Bankruptcy Court on March 9, 2014, stating that it was "in an effort to maximize recoveries to, and provide for an equitable distribution of value among, all creditors." Verified Petition for Recognition and Chapter 15 Relief, ¶ 14. The court earlier granted provisional relief in

2

these proceedings, based on a belief, among other things, that it would avoid immediate and irreparable harm to the estate and creditors, that there was a substantial likelihood that MtGox would be entitled to recognition, that it would serve the public interest, and not substantially harm other parties.  Parties-in-interest are entitled to have certain basic discovery, to assess whether the Petition for Recognition is warranted, and they should not be delayed prejudicially on this.

Accordingly, the bankruptcy court will hold a status conference on ***April 16, 2014, at 9:30 a.m.***  At such status conference, the court expects to hear a report from MtGox regarding the following: (a) what happened at the hearing that was to occur on April 15, 2014 at 10:30 a.m. in the Japanese Civil Rehabilitation Proceeding ("JCRP"); (b) is the Examiner's/Supervisor's Report still expected to be filed on May 9, 2014 in the JCRP; (c) has Mr. Karpeles been deposed in connection with the JCRP; (d) what can be offered by MtGox in the way of discovery between now and May 5, 2014 (*i.e.,* the new date proposed by MtGox for a deposition of Mr. Karpeles in connection with the Chapter 15 case) in an effort to keep things on track; and (e) what is currently the status of MtGox generally (*i.e.,* with regard to what was earlier reported as an "intensive investigation of what led to the missing bitcoins", with regard to the rehabilitation efforts, and orders entered by the court in

3

the JCRP, *etc.*).

****END OF ORDER****

4

United States Bankruptcy Court
Northern District of Texas

In re:  
MtGox Co., Ltd.  
    Debtor

Case No. 14-31229-sgj  
Chapter 15

## CERTIFICATE OF NOTICE

District/off: 0539-3     User: mmathews     Page 1 of 1     Date Rcvd: Apr 15, 2014  
                       Form ID: pdf012     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2014.  
aty        +Erin Elizabeth Broderick,   Baker & McKenzie LLP,   300 East Randolph Street, Suite 5000,    Chicago, IL 60601-6342

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2014                               Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2014 at the address(es) listed below:

      Barry Barnett   on behalf of Creditor   Coinlab, Inc bbarnett@susmangodfrey.com, rlicon@susmangodfrey.com  
      David William Parham   on behalf of Debtor   MtGox Co., Ltd. david.parham@bakermckenzie.com, julia.rogic@bakermckenzie.com  
      George Larry Engel   on behalf of Creditor   Coinlab, Inc lengel@mofo.com  
      John E. Mitchell   on behalf of Debtor   MtGox Co., Ltd. john.mitchell@bakermckenzie.com, julia.rogic@bakermckenzie.com  
      Josephine Garrett   on behalf of Interested Party Josephine Garrett filing@jgarrettlaw.com  
      Kristin A. Hiensch   on behalf of Creditor   Coinlab, Inc khiensch@mofo.com  
      Robin Eric Phelan   on behalf of Creditor Gregory D. Greene robin.phelan@haynesboone.com, kim.morzak@haynesboone.com  
      Robin Eric Phelan   on behalf of Creditor Joseph Lack robin.phelan@haynesboone.com, kim.morzak@haynesboone.com  
      Rosa A. Shirley   on behalf of Debtor   MtGox Co., Ltd. Rosa.Shirley@bakermckenzie.com, julia.rogic@bakermckenzie.com  
      Scott B. Kitei   on behalf of Creditor Gregory D. Greene skitei@honigman.com  
      United States Trustee    ustpregion06.da.ecf@usdoj.gov, albert.loftus@usdoj.gov  
      Vincent J. Novak   on behalf of Creditor   Coinlab, Inc vnovak@mofo.com  
                                                                         TOTAL: 12