

**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED
**TAWANA C. MARSHALL, CLERK**
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed April 15, 2014**

_____
**United States Bankruptcy Judge**
_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 15 |
| | ) | |
| MtGox Co., Ltd. (a/k/a MtGox KK) | ) | Case No. 14-31229-sgj15 |
| | ) | |
| Debtor in a Foreign Proceeding. | ) | |
| | ) | |

## ORDER GRANTING REQUEST FOR EMERGENCY HEARING
*[Relates to Dkt. Nos. 76, 77]*

The Court hereby **GRANTS** the Debtor's request for emergency consideration [Dkt. No. 77] of Debtor's *Emergency Motion for Continuance of Deposition*. Therefore, it is hereby **ORDERED** that:

A hearing on the Debtor's *Emergency Motion for Continuance of Deposition* [Dkt. No. 76] is set to occur on **April 16, 2014 at 9:30 a.m. (Prevailing Central Time)** and will take place before the **Honorable Stacey G.C. Jernigan, at the United States Bankruptcy Court, Northern District of Texas, 14th Floor, 1100 Commerce Street, Dallas, Texas 75252**.

# # # END OF ORDER # # #

Prepared and submitted by:

**BAKER & McKENZIE LLP**

/s/ *David W. Parham*
David W. Parham
State Bar No. 15459500
John Mitchell
State Bar No. 24056313
Rosa A. Shirley
State Bar No. 24056313
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile: (214) 978-3099
Email:  david.parham@bakermckenzie.com
Email:  john.mitchell@bakermckenzie.com
Email:  rosa.shirley@bakermckenzie.com

- and -

Erin E. Broderick *(admitted pro hac vice)*
Illinois Bar No. 6295974
300 East Randolph Drive, Suite 5000
Chicago, Illinois 60602
Telephone: (312) 861-8000
Facsimile: (312) 861-2899
Email:  erin.broderick@bakermckenzie.com

*Attorneys for the Petitioner Robert Marie Mark Karpeles,*
*Foreign Representative of MtGox Co., Ltd., a/k/a MtGox KK*

United States Bankruptcy Court
Northern District of Texas

In re:                                                                                          Case No. 14-31229-sgj
MtGox Co., Ltd.                                                                                 Chapter 15
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0539-3          User: mmathews              Page 1 of 1              Date Rcvd: Apr 15, 2014
                              Form ID: pdf012             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2014.
aty          +Erin Elizabeth Broderick,    Baker & McKenzie LLP,   300 East Randolph Street, Suite 5000,
              Chicago, IL 60601-6342

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2014                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2014 at the address(es) listed below:
              Barry  Barnett    on behalf of Creditor    Coinlab, Inc bbarnett@susmangodfrey.com,
               rlicon@susmangodfrey.com
              David William Parham    on behalf of Debtor    MtGox Co., Ltd. david.parham@bakermckenzie.com,
               julia.rogic@bakermckenzie.com
              George Larry Engel    on behalf of Creditor    Coinlab, Inc lengel@mofo.com
              John E. Mitchell    on behalf of Debtor    MtGox Co., Ltd. john.mitchell@bakermckenzie.com,
               julia.rogic@bakermckenzie.com
              Josephine  Garrett    on behalf of Interested Party Josephine  Garrett filing@jgarrettlaw.com
              Kristin A. Hiensch    on behalf of Creditor    Coinlab, Inc khiensch@mofo.com
              Robin Eric Phelan    on behalf of Creditor Gregory D. Greene robin.phelan@haynesboone.com,
               kim.morzak@haynesboone.com
              Robin Eric Phelan    on behalf of Creditor Joseph  Lack robin.phelan@haynesboone.com,
               kim.morzak@haynesboone.com
              Rosa A. Shirley    on behalf of Debtor    MtGox Co., Ltd. Rosa.Shirley@bakermckenzie.com,
               julia.rogic@bakermckenzie.com
              Scott B. Kitei    on behalf of Creditor Gregory D. Greene skitei@honigman.com
              United States Trustee    ustpregion06.da.ecf@usdoj.gov,    albert.loftus@usdoj.gov
              Vincent J. Novak    on behalf of Creditor    Coinlab, Inc vnovak@mofo.com
                                                                                              TOTAL: 12