

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed April 14, 2014**

_United States Bankruptcy Judge_

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| In re | ) Chapter 15 |
| | ) |
| MtGox Co., Ltd. (a/k/a MtGox KK) | ) Case No. 14-31229-sgj15 |
| | ) |
| Debtor in a Foreign Proceeding. | ) |

### ORDER ADJOURNING RECOGNITION HEARING
### AND GRANTING EMERGENCY MOTION TO APPROVE NOTICE PROCEDURES

Upon the Petitioner's Emergency Motion to Approve Notice Procedures [Dkt. No. 48] (the "Motion"), seeking approval of the manner of service of the Recognition Hearing Notice[1] pursuant to sections 105(a) and 1514 of title 11 of the United States Code (the "Bankruptcy Code"), and Rules 2002, 9006, 9007 and 9008 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and upon hearing on the Motion on April 1, 2014; and the Court having determined that the relief requested in the Motion is in the best interests of the Debtor, its estate, its creditors, and other parties in interest; and it appearing that proper and adequate notice of the

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

Motion has been given and that no other or further notice is necessary; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED AND DECREED** that:

1. The Motion is GRANTED.

2. The Recognition Hearing is hereby adjourned to May 20, 2014 at 9:30 a.m. (Prevailing Central Time), before the Honorable Stacey G.C. Jernigan, United States Bankruptcy Court, Northern District of Texas, 14th Floor, 1100 Commerce Street, Dallas, Texas 75252.

3. The Petitioner shall serve the Recognition Hearing Notice upon the Notice Parties that are known to the Petitioner as of the date hereof on or before April 14, 2014 via United States First Class Mail and/or electronic mail (at their last known mailing or email address, if for whom the Petitioner has such addresses). In addition, the Petitioner shall notice each of the Debtor's customers via electronic mail on or before April 25, 2014.

4. The form of abbreviated version of the Recognition Hearing Notice attached hereto as **Exhibit A** (the "Publication Notice") is hereby approved.

5. The Petitioner shall cause the Publication Notice to be published in the Debtors' website, https://www.mtgox.com/ and in http://www.reddit.com/.

6. If any party files a notice of appearance in this case, Petitioner shall serve the Recognition Hearing Notice upon such party by the later of (a) twenty-three (23) days prior to the Recognition Hearing; or (b) three (3) business days following the filing of such notice of appearance, unless such party or its counsel has otherwise already been served with the Recognition Hearing Notice.

      7.      Service pursuant to this Order shall be good and sufficient service and adequate notice of the Recognition Hearing.

### # # # END OF ORDER # # #

Prepared and submitted by:

**BAKER & McKENZIE LLP**

/s/ *David W. Parham*
David W. Parham
State Bar No. 15459500
John Mitchell
State Bar No. 24056313
Rosa A. Shirley
State Bar No. 24056313
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile: (214) 978-3099
Email: david.parham@bakermckenzie.com
Email: john.mitchell@bakermckenzie.com
Email: rosa.shirley@bakermckenzie.com

- and -

Erin E. Broderick *(admitted pro hac vice)*
Illinois Bar No. 6295974
300 East Randolph Drive, Suite 5000
Chicago, Illinois 60602
Telephone: (312) 861-8000
Facsimile: (312) 861-2899
Email: erin.broderick@bakermckenzie.com

*Attorneys for the Petitioner Robert Marie Mark Karpeles,*
*Foreign Representative of MtGox Co., Ltd., a/k/a MtGox KK*

# EXHIBIT A TO ORDER GRANTING EMERGENCY MOTION
# TO APPROVE NOTICE PROCEDURES

### NOTICE OF ADJOURNMENT OF RECOGNITION HEARING

*In re MtGox Co., Ltd. (a/k/a MtGox KK)*, **Case No. 14-31229-sgj15**
**United States Bankruptcy Court for the Northern District of Texas, Dallas Division**

  **PLEASE TAKE NOTICE** that the hearing on the Petitioner's Petition for Recognition and Chapter 15 Relief [Dkt. No. 1] (the "Recognition Hearing") set for April 1, 2014 at 1:30 p.m. and to continue, if necessary on April 2, 2014 at 9:30 a.m. (CST) has been adjourned to ***May 20, 2014 at 9:30 a.m. (Prevailing Central Time),*** and will take place before the ***Honorable Stacey G.C. Jernigan, at the United States Bankruptcy Court, Northern District of Texas, 14th Floor, 1100 Commerce Street, Dallas, Texas 75252***.

  **PLEASE TAKE FURTHER NOTICE** that responses or objections, if any, to the Petitioner's Petition for Recognition and Chapter 15 Relief shall be filed with this Court and served by mail or email upon United States counsel to the Petitioner: Baker & McKenzie LLP, 2300 Trammell Crow Center, 2001 Ross Ave., Dallas, TX 75201 (Attn: David W. Parham, david.parham@bakermckenzie.com, and John Mitchell, john.mitchell@bakermckenzie.com); counsel to the United States Trustee: Lisa.L.Lambert@usdoj.gov; counsel to plaintiffs in Chicago putative class action or "Green" action: Haynes and Boone, LLP, 2323 Victory Ave., Ste. 700, Dallas, TX 75219 (Attn: Robin E. Phelan, robin.phelan@haynesboone.com, and Stephen Manz, stephen.manz@haynesboone.com) so as to be received on or before 4:00 p.m. (Central Time) ***seven days prior to the Recognition Hearing***.

  **PLEASE TAKE FURTHER NOTICE** that copies of the Petition for Recognition and Chapter 15 Relief and accompanying papers are available to parties-in-interest on the Bankruptcy Court's Electronic Case Filing System, which can be accessed at this website: http://www.txnb.uscourts.gov/ (a PACER login and password are required to retrieve a document), or upon written notice, by mail or email, to the United States counsel to the Petitioner at the contact information above.

774634-v4\DALDMS

United States Bankruptcy Court
Northern District of Texas

In re:                                                                Case No. 14-31229-sgj
MtGox Co., Ltd.                                                       Chapter 15
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0539-3          User: mmathews          Page 1 of 1          Date Rcvd: Apr 15, 2014
                              Form ID: pdf012         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2014.
aty         +Erin Elizabeth Broderick,   Baker & McKenzie LLP,   300 East Randolph Street, Suite 5000,
              Chicago, IL 60601-6342

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2014                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2014 at the address(es) listed below:
              Barry Barnett    on behalf of Creditor    Coinlab, Inc bbarnett@susmangodfrey.com,
               rlicon@susmangodfrey.com
              David William Parham    on behalf of Debtor    MtGox Co., Ltd. david.parham@bakermckenzie.com,
               julia.rogic@bakermckenzie.com
              George Larry Engel    on behalf of Creditor    Coinlab, Inc lengel@mofo.com
              John E. Mitchell    on behalf of Debtor    MtGox Co., Ltd. john.mitchell@bakermckenzie.com,
               julia.rogic@bakermckenzie.com
              Josephine Garrett    on behalf of Interested Party Josephine  Garrett filing@jgarrettlaw.com
              Kristin A. Hiensch    on behalf of Creditor    Coinlab, Inc khiensch@mofo.com
              Robin Eric Phelan    on behalf of Creditor Gregory D. Greene robin.phelan@haynesboone.com,
               kim.morzak@haynesboone.com
              Robin Eric Phelan    on behalf of Creditor Joseph  Lack robin.phelan@haynesboone.com,
               kim.morzak@haynesboone.com
              Rosa A. Shirley    on behalf of Debtor    MtGox Co., Ltd. Rosa.Shirley@bakermckenzie.com,
               julia.rogic@bakermckenzie.com
              Scott B. Kitei    on behalf of Creditor Gregory D. Greene skitei@honigman.com
              United States Trustee    ustpregion06.da.ecf@usdoj.gov, albert.loftus@usdoj.gov
              Vincent J. Novak    on behalf of Creditor    Coinlab, Inc vnovak@mofo.com
                                                                                             TOTAL: 12