

**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED
**TAWANA C. MARSHALL, CLERK**
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed April 16, 2014**

_____
United States Bankruptcy Judge
_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| In re | ) Chapter 15 |
| | ) |
| MtGox Co., Ltd. (a/k/a MtGox KK) | ) Case No. 14-31229-sgj15 |
| | ) |
| Debtor in a Foreign Proceeding. | ) |

### ORDER GRANTING CONTINUANCE OF DEPOSITION

Upon the emergency motion of MtGox Co., Ltd., a/k/a MtGox KK (the "Debtor" or "MtGox") [Dkt. No. 76] (the "Motion"), seeking continuance of the Bankruptcy Deposition[1] from April 17, 2014 to May 5, 2014; and upon the hearing on the Motion and the status conference held by this Court on April 16, 2014; and the Court having determined that given the recent developments in the Japan Proceeding, the relief requested in the Motion is in the best interests of the Debtor, its estate, its creditors, and other parties in interest; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is

---

[1] All capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

necessary; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED AND DECREED** that:

1. The Motion is **GRANTED**.

2. The Bankruptcy Deposition of Mr. Karpeles is hereby continued to a date that will be determined by this Court at a future hearing on or after April 24, 2014. .

3. This Court will hold a status conference (the "Status Conference") on April 24, 2014 at 9:30 a.m. or at such date and time shortly thereafter when Mr. Nobuaki Kobayashi can attend telephonically.

4. Any interested party may submit a letter brief on the issue of the scope of the automatic stay under Japanese bankruptcy law. The brief must be submitted with the Court by noon on the day immediately preceding the date of the Status Conference.

5. This Court will address the issue of the Debtor's responses to written discovery by Gregory Greene and Joseph Lack, and by CoinLab, Inc. at the Status Conference.

6. Prior to the Status Conference, the parties shall meet and confer to develop a proposed schedule for matters in this Chapter 15 case.

7. All objections to the Motion not otherwise addressed herein are overruled.

# # # END OF ORDER # # #

Prepared and submitted by:

**BAKER & McKENZIE LLP**

/s/ *David W. Parham*
David W. Parham
State Bar No. 15459500
John Mitchell
State Bar No. 24056313
Rosa A. Shirley
State Bar No. 24056313
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile: (214) 978-3099
Email:  david.parham@bakermckenzie.com
Email:  john.mitchell@bakermckenzie.com
Email:  rosa.shirley@bakermckenzie.com

- and -

Erin E. Broderick *(admitted pro hac vice)*
Illinois Bar No. 6295974
300 East Randolph Drive, Suite 5000
Chicago, Illinois 60602
Telephone: (312) 861-8000
Facsimile: (312) 861-2899
Email:  erin.broderick@bakermckenzie.com

*Attorneys for MtGox Co., Ltd., a/k/a MtGox KK and Nobuaki Kobayashi, Provisional Administrator and Proposed Foreign Representative of MtGox Co., Ltd., a/k/a MtGox KK*

United States Bankruptcy Court
Northern District of Texas

```
In re:                                                           Case No. 14-31229-sgj
MtGox Co., Ltd.                                                  Chapter 15
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0539-3          User: mmathews              Page 1 of 1            Date Rcvd: Apr 17, 2014
                              Form ID: pdf012             Total Noticed: 6
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 19, 2014.
```
db             MtGox Co., Ltd.,   Level 15-F, Cerulean Tower,   26-1 Sakuragaoka-cho,   Shibuya-ku,
                 Tokyo,   150-8152,   JAPAN
aty           +Alicia E. Hwang,    Edelson,   350 North LaSalle St., Ste. 1300,   Chicago, IL 60654-7582
aty           +Erin Elizabeth Broderick,   Baker & McKenzie LLP,   300 East Randolph Street, Suite 5000,
                 Chicago, IL 60601-6342
aty           +Jay Edelson,   Edelson PC,   350 North LaSalle Street, Suite 1300,   Chicago, IL 60654-7582
aty           +Steven L. Woodrow,   Edelson PC,   350 North LaSalle Street, Ste. 1300,   Chicago, IL 60654-7582
cr            +Gregory D. Greene,   5810 Prestonview Blvd., #2074,   Dallas, TX 75240-4728
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2014                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 17, 2014 at the address(es) listed below:
```
              Barry   Barnett    on behalf of Creditor    Coinlab, Inc bbarnett@susmangodfrey.com,
               rlicon@susmangodfrey.com
              David William Parham    on behalf of Debtor    MtGox Co., Ltd. david.parham@bakermckenzie.com,
               julia.rogic@bakermckenzie.com
              George Larry Engel    on behalf of Creditor    Coinlab, Inc lengel@mofo.com
              John E. Mitchell    on behalf of Debtor    MtGox Co., Ltd. john.mitchell@bakermckenzie.com,
               julia.rogic@bakermckenzie.com
              Josephine   Garrett    on behalf of Interested Party Josephine   Garrett filing@jgarrettlaw.com
              Kristin A. Hiensch    on behalf of Creditor    Coinlab, Inc khiensch@mofo.com
              Robin Eric Phelan    on behalf of Creditor Gregory D. Greene robin.phelan@haynesboone.com,
               kim.morzak@haynesboone.com
              Robin Eric Phelan    on behalf of Creditor Joseph   Lack robin.phelan@haynesboone.com,
               kim.morzak@haynesboone.com
              Rosa A. Shirley    on behalf of Debtor    MtGox Co., Ltd. Rosa.Shirley@bakermckenzie.com,
               julia.rogic@bakermckenzie.com
              Scott B. Kitei    on behalf of Creditor Gregory D. Greene skitei@honigman.com
              United States Trustee    ustpregion06.da.ecf@usdoj.gov,   albert.loftus@usdoj.gov
              Vincent J. Novak    on behalf of Creditor    Coinlab, Inc vnovak@mofo.com
                                                                                             TOTAL: 12
```