David W. Parham
State Bar No. 15459500
John E. Mitchell
State Bar No. 00797095
Rosa A. Shirley
State Bar No. 24056313
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile: (214) 978-3099
Email: david.parham@bakermckenzie.com
Email: john.mitchell@bakermckenzie.com
Email: rosa.shirley@bakermckenzie.com

- and -

Erin E. Broderick *(admitted pro hac vice)*
Illinois Bar No. 6295974
300 East Randolph Drive, Suite 5000
Chicago, Illinois 60602
Telephone: (312) 861-8000
Facsimile: (312) 861-2899
Email: erin.broderick@bakermckenzie.com

*Attorneys for the Petitioner Robert Marie Mark Karpeles,*
*Foreign Representative of MtGox Co., Ltd., a/k/a MtGox KK*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 15 |
| | ) | |
| MtGox Co., Ltd. (a/k/a MtGox KK) | ) | Case No. 14-31229-sgj15 |
| | ) | |
| Debtor in a Foreign Proceeding. | ) | |

### CERTIFICATE OF SERVICE

      I hereby certify that on April 17, 2014, a true and correct copy of the *Order Granting Continuance of Deposition* [Docket No. 90] was served on the parties registered to receive electronic notification via the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas, and via United States first-class mail on those parties listed on the attached Service List.

Dated: April 21, 2014
       Dallas, Texas

Respectfully submitted,

**BAKER & McKENZIE LLP**
Trammell Crow Center
2001 Ross Avenue, Suite 2300
Dallas, Texas 75201
Tel: (214) 978-3000
Fax: (214) 978-3099
Emails: david.parham@bakermckenzie.com
         john.mitchell@bakermckenzie.com
         rosa.shirley@bakermckenzie.com

By: */s/ David W. Parham*
David W. Parham, SBT #15459500
John E. Mitchell, SBT #00797095
Rosa A. Shirley, SBT #24056313

*Attorneys for the Petitioner Robert Marie Mark Karpeles, Foreign Representative of MtGox Co., Ltd., a/k/a MtGox KK*

## SERVICE LIST

Alicia E. Hwang
Edelson PC
350 North LaSalle St., Suite 1300
Chicago, IL 60654

Edgar Sargent
Susman Godfrey LLP
1201 3rd Avenue, Suite 3800
Seattle, WA 98101-3087

Josephine Garrett
Josephine Garrett, P.C.
3119 West 5th Street
Fort Worth, TX 76107

Megan Lindsey
Edelson PC
999 West 18th St., Suite 3000
Denver, CO 80202

Roger M. Townsend
Breskin Johnson & Townsend PLLC
1000 2nd Ave., Suite 3670
Seattle, WA 98104

Steven L. Woodrow
Edelson PC
350 North LaSalle St., Suite 1300
Chicago, IL 60654

Barry C. Barnett
Susman Godfrey L.L.P.
901 Main St., Suite 5100
Dallas, TX 75202

G. Larry Engel, Vincent J. Novak, and Kristin A. Hiensch
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2383

Lisa L. Lambert
U.S. Trustee
Office of the U.S. Trustee
1100 Commerce Street
Dallas, TX 75242

MtCox, Co. Ltd. a/k/a MtGox KK
11-5, Shibuya 2-chome, Shibuya-ku
Tokyo, Japan

Scott B. Kitei
Honigman Miller Schwarts and Cohn LLP
2290 First National Bldg.
660 Woodward Ave.
Detroit, MI 48226

The Honorable Jeh Johnson
Secretary of Homeland Security
Department of Homeland Security
Washington, DC 20528

Christopher L. Door
Edelson PC
350 North LaSalle St., Suite 1300
Chicago, IL 60654

Jay Edelson
Edelson PC
350 North LaSalle St., Suite 1300
Chicago, IL 60654

Mark Karpeles
6-28-3302, Aobadai 3-chome,
Meguro-ku
Tokyo, Japan

Robin E. Phelan
Haynes and Boone, LLP
2323 Victory Avenue, Suite 700
Dallas, TX 75219

Stephen Manz
Haynes and Boone, LLP
2323 Victory Avenue, Suite 700
Dallas, TX 75219