David W. Parham
State Bar No. 15459500
John Mitchell
State Bar No. 00797095
Rosa A. Shirley
State Bar No. 24056313
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile: (214) 978-3099
Email: david.parham@bakermckenzie.com
Email: john.mitchell@bakermckenzie.com
Email: rosa.shirley@bakermckenzie.com

- and -

Erin E. Broderick *(admitted pro hac vice)*
Illinois Bar No. 6295974
300 East Randolph Drive, Suite 5000
Chicago, Illinois 60602
Telephone: (312) 861-8000
Facsimile: (312) 861-2899
Email: erin.broderick@bakermckenzie.com

*Attorneys for MtGox Co., Ltd., a/k/a MtGox KK*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re | ) <br> ) Chapter 15 <br> ) |
| MtGox Co., Ltd. (a/k/a MtGox KK) | ) Case No. 14-31229-sgj15 <br> ) |
| Debtor in a Foreign Proceeding. | ) <br> ) |

**CERTIFICATE OF SERVICE**

   This is to certify that on April 23, 2014, copies of the following documents were served on the parties registered to receive electronic notification via the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas, and via electronic mail upon the parties listed on the attached Exhibit A who have email addresses and via facsimile to The Honorable Jeh Johnson:

   1.  *Motion to Adjourn and Reset Status Conference* [Dkt. No. 98];

2. *Order Granting Adjournment and Resetting of Status Conference* [Dkt. No. 99]; and

3. *Notice of Adjournment and Resetting of Status Conference* [Dkt. No. 100].

|  |  |
|---|---|
| Dated: April 23, 2014<br>Dallas, Texas | Respectfully submitted,<br><br>**BAKER & McKENZIE LLP**<br>Trammell Crow Center<br>2001 Ross Avenue, Suite 2300<br>Dallas, Texas 75201<br>Tel: (214) 978-3000<br>Fax: (214) 978-3099<br>Emails: david.parham@bakermckenzie.com<br>john.mitchell@bakermckenzie.com<br>rosa.shirley@bakermckenzie.com<br><br>By: */s/ David W. Parham*<br>David W. Parham, SBT #15459500<br>John E. Mitchell, SBT #00797095<br>Rosa A. Shirley, SBT #24056313<br><br>*Attorneys for MtGox Co., Ltd., a/k/a MtGox KK* |

## SERVICE LIST

**United States Trustee:**

Lisa L. Lambert
U.S. Trustee
Office of the U.S. Trustee
1100 Commerce Street
Dallas, TX 75242
Tel: 214-767-1080
Lisa.L.Lambert@usdoj.gov

**Counsel for Gregory Greene:**

Jay Edelson
Steven L. Woodrow
Alicia E. Hwang
Christopher L. Dore
Megan Lindsey
Edelson PC
350 N. LaSalle St., Suite 1300
Chicago, IL 60654
Fax: 312-589-6378
Tel: 312-589-6370
jedelson@edelson.com
swoodrow@edelson.com
ahwang@edelson.com
cdore@edelson.com
mlindsey@edelson.com

and

Scott B. Kitei
Honigman Miller Schwarts and Cohn LLP
2290 First National Bldg.
660 Woodward Ave.
Detroit, MI 48226
Fax: 313-465-7525
Tel: 313-465-7524
skitei@honigman.com

and

Robin E. Phelan
Stephen Manz
Haynes and Boone, LLP
2323 Victory Avenue, Suite 700
Dallas, TX 75219
Fax: 214-651-5940
Tel: 214-651-5000
robin.phelan@haynesboone.com
stephen.manz@haynesboone.com

**Counsel for CoinLab, Inc.:**

G. Larry Engel
Vincent J. Novak
Kristin A. Hiensch
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2383
Fax: 415-268-7522
Tel: 415-268-7000
LEngel@mofo.com
VNovak@mofo.com
KHiensch@mofo.com

and

Barry C. Barnett
Edgar Sargent
Susman Godfrey L.L.P.
901 Main St., Suite 5100
Dallas, TX 75202
Fax: 214-754-1933
Tel: 214-754-1903
bbarnett@SusmanGodfrey.com
esargent@SusmanGodfrey.com

and

Roger M. Townsend
Breskin Johnson & Townsend PLLC
1000 2nd Ave., Suite 3670
Seattle, WA 98104
Fax: 206-652-8290
Tel: 206-652-8660
rtownsend@bjtlegal.com

**Counsel for Mark Karpeles:**

Eric Macey
Novack and Macey LLP
100 North Riverside Plaza
Chicago, IL 60606-1501
Fax: 312-419-6928
Tel: 312-419-6900
emacey@novackmacey.com

776398-v1\DALDMS            EXHIBIT A

Josephine Garrett
Josephine Garrett, P.C.
3119 West 5th Street
Fort Worth, TX 76107
Fax: 817-338-1122
Tel: 817-335-5432
jgarrett@jgarrettlaw.com

The Honorable Jeh Johnson
Secretary of Homeland Security
Department of Homeland Security
Washington, DC 20528
Fax: 202-612-1976
Tel: 202-282-8000

776398-v1\DALDMS                              EXHIBIT A