David J. Molton (*Pro-Hac* Papers Pending)
Daniel J. Saval (*Pro-Hac* Papers Pending)
Brown Rudnick LLP
Seven Times Square
New York, NY  10036
Telephone:  212.209.4800
Facsimile:  212.209.4801

**LEAD COUNSEL FOR NOBUAKI KOBAYASHI,
IN HIS CAPACITY AS THE TRUSTEE AND
FOREIGN REPRESENTATIVE OF MTGOX CO.,
LTD.**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| IN RE: | § |
| | § Case No. 14-31229-sgj-15 |
| MTGOX CO., LTD. (a/k/a MtGox KK), | § |
| | § (Chapter 15) |
| Debtor in a Foreign Proceeding. | § |
| | § |
| | § |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

**PLEASE TAKE NOTICE** that David J. Molton, Daniel J. Saval, and the law firm of

Brown Rudnick LLP represent Nobuaki Kobayashi, in his capacity as the trustee and foreign

representative of MtGox Co., Ltd. (the **"Foreign Representative"**), as lead counsel and request,

pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure (the

**"Bankruptcy Rules"**), that all notices given or required to be given in this case and all papers

served or required to be served in this case be given to and served on them at the following

address:

David J. Molton
Daniel J. Saval
Brown Rudnick LLP
Seven Times Square
New York, NY  10036
Telephone:  212.209.4800
Facsimile:  212.209.4801
dmolton@brownrudnick.com
dsaval@brownrudnick.com

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**                                                     **1**
Gardere01 - 6441948v.2

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes notices and papers referred to in the Bankruptcy Rules and includes, without limitation, any plans of reorganization, objections, notices of hearings, orders, pleadings, motions, applications, complaints, demands, requests, petitions, disclosure statements, memoranda, briefs and any other documents brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, hand delivery, telephone, telecopier, telegraph, or telefax.

This Notice of Appearance and Request for Notices shall not be deemed or construed to be a waiver of the rights of the Foreign Representative (i) to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (iii) to have a District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) regarding any other rights, claims, actions, setoffs, or recoupments to which it may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated:  April 24, 2014                    Respectfully submitted,

*/s/ Daniel J. Saval*
David J. Molton (*Pro-Hac* Papers Pending)
Daniel J. Saval (*Pro-Hac* Papers Pending)
Brown Rudnick LLP
Seven Times Square
New York, NY  10036
Telephone:  212.209.4800
Facsimile:  212.209.4801
dmolton@brownrudnick.com
dsaval@brownrudnick.com

**LEAD COUNSEL FOR NOBUAKI KOBAYASHI, IN HIS CAPACITY AS THE TRUSTEE AND FOREIGN REPRESENTATIVE OF MTGOX CO., LTD.**

and

GARDERE WYNNE SEWELL LLP

Marcus A. Helt (TX 24052187)
Thomas Scannell (TX 24070559)
Gardere Wynne Sewell LLP
1601 Elm Street, Suite 3000
Dallas, Texas  75201-4761
Telephone:  214.999.3000
Facsimile:  214.999.4667
mhelt@gardere.com
tscannell@gardere.com

**LOCAL COUNSEL FOR NOBUAKI
KOBAYASHI, IN HIS CAPACITY AS THE
TRUSTEE AND FOREIGN
REPRESENTATIVE OF MTGOX CO., LTD.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 24th day of April 2014, a true and correct copy of the foregoing document was served by electronic means via the Court's CM/ECF system.

*/s/ Daniel J. Saval*
Daniel J. Saval