UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:  MtGox Co., Ltd.

§
§  Case No.: 14-31229-sgj-15
§
§
§
Debtor(s)  §

APPLICATION FOR ADMISSION *PRO HAC VICE*

1. Name: Saval, Daniel J.
   Last         First         MI

2. Firm Name: Brown Rudnick LLP

3. Address: Seven Times Square
   New York, NY  10036

4. Phone: 212-209-4905       FAX: 212-938-2893

   Email: dsaval@brownrudnick.com

5. Name used to sign *all* pleadings: Daniel J. Saval

6. Retained by: Nobuaki Kobayashi, Trustee and Foreign Representative

7. Admitted on February 27, 2007 and presently a member in good standing of the bar of the highest court of the state of New York and issued the bar license number of 4489514.

8. Admitted to practice before the following courts:

   | Court: | Admission Date: |
   | --- | --- |
   | State of Massachusetts | December 16, 2002 |
   | U.S. Court of Appeals - 2d Cir. | March 23, 2011 |
   | U.S. Court of Appeals - 3d Cir. | December 13, 2010 |

*Continued.*

9. Are you presently a member in good standing of the bars of the courts listed above?

   ☒ Yes ☐ No

   If "No," please list all courts which you are no longer admitted to practice:

10. Have you ever been subject to a grievance proceeding or involuntary removal proceeding while a member of the bar of any state or federal court?

    ☐ Yes ☒ No

    If "Yes," please provide details:

11. Other than minor traffic offenses, have you ever been charged, arrested, or convicted of a criminal offense or offenses?

    ☐ Yes ☒ No

    If "Yes," please provide details:

12. Please list all cases in the United States Bankruptcy Court, Northern District of Texas in which you have filed for *pro hac vice* in the past three years:

    | *Date of Application* | *Case No. and Style* |
    |---|---|
    | _____ | _____ |
    | _____ | _____ |
    | _____ | _____ |

13. Local counsel of record: __Marcus A. Helt__

14. Local counsel's address: __1601 Elm St., Ste. 3000__
    __Dallas, TX  75201__

*Continued.*

I respectfully request to be admitted to practice in the United States Bankruptcy Court for the Northern District of Texas for this cause only.

I certify that I have read *Dondi Properties Corp. V Commerce Savs. & Loan Ass'n*, 121 F.D.R. 284 (N.D. Tex. 1988) (en banc), and the local civil and bankruptcy rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil and bankruptcy rules.

☒ I am an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and filed the application via ECF with the payment of $25.00

☐ I am not an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the US Bankruptcy Court accompanied with the $25.00 filing fee on _____.

Daniel J. Saval
Printed Name of Applicant

April 24, 2014
Date

_/s/ Daniel J. Saval_
Signature of Applicant