UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: MtGox Co., Ltd.

§
§  Case No.: 14-31229-sgj-15
§
§
§
Debtor(s) §

APPLICATION FOR ADMISSION *PRO HAC VICE*

1. Name: **Molton, David J.**
         *Last*                *First*            *MI*

2. Firm Name: **Brown Rudnick LLP**

3. Address: **Seven Times Square**
   **New York, NY 10036**

4. Phone: **212-209-4822**    FAX: **212-938-2822**
   Email: **dmolton@brownrudnick.com**

5. Name used to sign *all* pleadings: **David J. Molton**

6. Retained by: **Nobuaki Kobayashi, Trustee and Foreign Representative**

7. Admitted on **May 4, 1983** and presently a member in good standing of the bar of the highest court of the state of **New York** and issued the bar license number of **1867944**.

8. Admitted to practice before the following courts:

   *Court:*                                              *Admission Date:*
   See Attached Supplement

*Continued.*

9. Are you presently a member in good standing of the bars of the courts listed above?

   ☒ Yes ☐ No

   If "No," please list all courts which you are no longer admitted to practice:

10. Have you ever been subject to a grievance proceeding or involuntary removal proceeding while a member of the bar of any state or federal court?

    ☐ Yes ☒ No

    If "Yes," please provide details:

11. Other than minor traffic offenses, have you ever been charged, arrested, or convicted of a criminal offense or offenses?

    ☐ Yes ☒ No

    If "Yes," please provide details:

12. Please list all cases in the United States Bankruptcy Court, Northern District of Texas in which you have filed for *pro hac vice* in the past three years:

    | *Date of Application* | *Case No. and Style* |
    |---|---|
    | _____ | _____ |
    | _____ | _____ |
    | _____ | _____ |

13. Local counsel of record: __Marcus A. Helt__

14. Local counsel's address: __1601 Elm St., Ste. 3000__
    __Dallas, TX 75201__

*Continued.*

I respectfully request to be admitted to practice in the United States Bankruptcy Court for the Northern District of Texas for this cause only.

I certify that I have read *Dondi Properties Corp. V Commerce Savs. & Loan Ass'n*, 121 F.D.R. 284 (N.D. Tex. 1988) (en banc), and the local civil and bankruptcy rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil and bankruptcy rules.

☒ I am an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and filed the application via ECF with the payment of $25.00

☐ I am not an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the US Bankruptcy Court accompanied with the $25.00 filing fee on _____.

David J. Molton                                        April 24, 2014
_____                                _____
Printed Name of Applicant                              Date

_____
Signature of Applicant

# DAVID J. MOLTON
# BAR INFORMATION

| STATE | BAR NUMBER | DATE ADMITTED |
|---|---|---|
| CALIFORNIA | 262075 | 12 January 2009 |
| NEW JERSEY | 032511989 | 02 April 1990 |
| NEW YORK | 1867944 | 04 May 1983 |

| COURT | DATE ADMITTED |
|---|---|
| Appellate Division Supreme Court of the State of New York Second Judicial Department | 04 May 1983 |
| United States Court of Appeals For the First Circuit | 23 October 2013 |
| United States Court of Appeals For the Second Circuit | 22 August 1990 renewed: 05 May 2010 |
| United States Court of Appeals For the Third Circuit | 01 June 2010 |
| United States Court of Appeals For the Ninth Circuit | 24 December 1992 |
| United States District Court District of New Jersey | 02 April 1990 |
| United States District Court Northern District of Illinois | 16 February 1994 |
| United States District Court Eastern District of New York | 27 June 1990 |
| United States District Court Northern District of New York | 05 June 2000 |
| United States District Court Southern District of New York | 05 November 1985 |