David J. Molton (*pro hac vice pending*)
Daniel J. Saval (*pro hac vice pending*)
BROWN RUDNICK LLP
Seven Times Square
New York, New York 10036
Telephone:  (212) 209-4800
Facsimile:  (212) 209-4801
Email:  dmolton@brownrudnick.com
Email:  dsaval@brownrudnick.com

-and-

Marcus A. Helt (TX 24052187)
Thomas Scannell (TX 24070559)
GARDERE WYNNE SEWELL LLP
1601 Elm Street, Suite 3000
Dallas, Texas 75201-4761
Telephone:  (214) 999-3000
Facsimile:  (214) 999-4667
Email:  mhelt@gardere.com
Email:  tscannell@gardere.com

*Counsel for Nobuaki Kobayashi, in his capacity
as the Bankruptcy Trustee and Foreign Representative
of MtGox Co., Ltd., a/k/a MtGox KK*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>MtGox Co., Ltd. (a/k/a MtGox KK),<br><br>Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 14-31229-sgj-15 |

**NOTICE PURSUANT TO 11 U.S.C. § 1518 OF CHANGE IN STATUS OF
FOREIGN PROCEEDING AND APPOINTMENT OF FOREIGN REPRESENTATIVE**

Nobuaki Kobayashi, in his capacity as bankruptcy trustee and foreign representative of

MtGox Co., Ltd., a/k/a MtGox KK (the "Debtor"), by and through his United States attorneys,

Brown Rudnick LLP and Gardere Wynne Sewell LLP, hereby submits this notice, pursuant to 11

U.S.C. § 1518, to provide notice of a change in (a) the nature of the Debtor's foreign proceeding, (b) the appointment of Mr. Kobayashi as the Debtor's bankruptcy trustee and foreign representative, and (c) the status of the appointment of Mr. Robert Marie Mark Karpeles as the Debtor's prior foreign representative, and respectfully states as follows:

**THE PRIOR JAPAN CIVIL REHABILITATION PROCEEDING**

1.  On February 28, 2014, the Debtor filed a petition (the "Japan Petition") for the commencement of a civil rehabilitation proceeding (the "Japan Civil Rehabilitation") in the Twentieth Civil Division of the Tokyo District Court, Japan (the "Tokyo Court") pursuant to Article 21(1) of the Japanese Civil Rehabilitation Act (*Minji Saisei Ho*) (the "JCRA"). In the Japan Petition, the Debtor reported that it had lost almost 850,000 bitcoins.[1] A copy of the Japan Petition is attached as Exhibit A to the *Declaration of Robert Marie Mark Karpeles*, previously filed with this Court on March 9, 2014 [Docket No. 3] (the "Karpeles Declaration"). An English translation of the Japan Petition is attached as Exhibit A to the *Notice of Filing*, previously filed with this Court on March 31, 2014 [Docket No. 53].

2.  In addition to the Japan Petition, the Debtor filed with the Tokyo Court applications for a temporary restraining order and for a comprehensive prohibition order, which were issued by the Tokyo Court on February 28, 2014. At the same time, the Tokyo Court issued orders for the appointment of a supervisor and examiner (together with the temporary restraining order and comprehensive prohibition order, collectively, the "Tokyo Court Orders"). The Tokyo Court Orders are attached as Exhibits B, C, D and E to the Karpeles Declaration.

3.  In the orders for the appointment of a supervisor and examiner described in the previous paragraph, the Tokyo Court appointed Mr. Nobuaki Kobayashi as the Debtor's supervisor and examiner. See Karpeles Declaration, Exhibits B and C. Pursuant to the powers

---

[1] Subsequently, the Debtor reported finding approximately 200,000 bitcoins in an old-format wallet.

2

conferred upon him under the Tokyo Court Orders, Mr. Kobayashi issued a consent (the "Consent") allowing the Debtor to hire Baker & McKenzie LLP to commence this Chapter 15 case on behalf of the prior foreign representative of the Debtor, Mr. Robert Marie Mark Karpeles. A copy of the Consent and its English translation is attached as Exhibit F to the Karpeles Declaration. Accordingly, on March 9, 2014, the Debtor filed the *Verified Petition for Recognition and Chapter 15 Relief* [Docket No. 2] and related papers, initiating this Chapter 15 case.

## TRANSITION FROM CIVIL REHABILITATION TO BANKRUPTCY

4. Since the filing of the petition for commencement of the Japan Civil Rehabilitation, the Debtor commenced an investigation with regard to the circumstances that led to the filing of the Japan Petition. However, in mid-April 2014, the Debtor filed a notice with the Tokyo Court stating that the investigation would take a long period of time and there is no specific plan to restart the Debtor's business, and that partly due to the status of the investigation, the process for seeking a buyer in relation to a sale of the Debtor's assets had not commenced, and therefore the Debtor would be unable to prepare a rehabilitation plan. After receipt by the Tokyo Court of a notice from Mr. Kobayashi, in his capacity as supervisor and examiner of the Debtor, regarding the conditions with respect to the commencement of the Japan Civil Rehabilitation, the Tokyo Court decided to dismiss the Japan Petition, recognizing that under the circumstances it would be very difficult for the Debtor to successfully carry out the Japan Civil Rehabilitation.

5. As a result, by separate orders dated April 16, 2014, the Tokyo Court entered judgments as follows: (a) dismissing the Japan Petition; (b) ordering administration of the Debtor's assets by Mr. Kobayashi, in the capacity of a provisional administrator; (c) prohibiting

3

certain actions by creditors with regard to properties of the Debtor during the interim period following the dismissal and prior to the commencement of a bankruptcy procedure for the Debtor (the "Japan Bankruptcy"); and (d) prohibiting Mr. Kobayashi, in his capacity as the provisional administrator, from undertaking certain actions with respect to the Debtor's debt, properties, and claims.  A copy of each of the foregoing orders and their English translations are attached hereto as **Exhibits A, B, C and D**, respectively.

## COMMENCEMENT OF THE JAPAN BANKRUPTCY

6. On April 24, 2014, pursuant to Article 250 of the JCRA, which permits a court to issue an order of commencement of bankruptcy proceedings by its own authority when an order of dismissal of a petition for commencement of Japanese Civil Rehabilitation becomes final and binding, the Tokyo Court entered an order formally commencing the Debtor's Japan Bankruptcy and appointing Mr. Kobayashi as bankruptcy trustee (the "Bankruptcy Order").  A copy of the Bankruptcy Order along with its English translation is attached hereto as **Exhibit E**.

7. As a bankruptcy proceeding under Japanese Bankruptcy Act, the purpose of the Japan Bankruptcy is to liquidate the Debtor's assets and distribute them to creditors in a fair and equitable manner. As bankruptcy trustee, Mr. Kobayashi, among other things, is responsible for administering the Debtor's bankruptcy estate, investigating bankruptcy claims and, if resources are available, distributing dividends.  Importantly, Mr. Kobayashi is the sole person vested with the power to administer and dispose of the property of the Debtor's estate.  Therefore, Mr. Karpeles, as sole director and representative director of the Debtor, no longer has the power to administer and dispose of the Debtor's property.  However, Mr. Karpeles does have a duty under Japanese Bankruptcy Act to cooperate with Mr. Kobayashi, as bankruptcy trustee, at Mr. Kobayashi's request.

8. In sum, as a consequence of the orders of the Tokyo Court and other developments described herein, (a) the "foreign proceeding" (as defined in 11 U.S.C. § 101(23)) that this Chapter 15 case relates to is now the Japan Bankruptcy, and (b) the Debtor's "foreign representative" (as defined in 11 U.S.C. § 101(24)) in this Chapter 15 case is now Mr. Kobayashi, in his capacity as the Debtor's bankruptcy trustee and foreign representative.

Dated: April 28, 2014
       Dallas, Texas

Respectfully submitted,

**GARDERE WYNNE SEWELL LLP**

/s/ *Marcus A. Helt*
Marcus A. Helt (TX 24052187)
Thomas Scannell (TX 24070559)
1601 Elm Street, Suite 3000
Dallas, Texas 75201-4761
Telephone: (214) 999-3000
Facsimile: (214) 999-4667
Email: mhelt@gardere.com
Email: tscannell@gardere.com

- and -

**BROWN RUDNICK LLP**
David J. Molton *(pro hac vice pending)*
Daniel J. Saval *(pro hac vice pending)*
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
Email: dmolton@brownrudnick.com
Email: dsaval@brownrudnick.com

*Counsel for Nobuaki Kobayashi, in his capacity as the Bankruptcy Trustee and Foreign Representative of MtGox Co., Ltd., a/k/a MtGox KK*

5

# **EXHIBIT A**

# **Order Dismissing Japan Civil Rehabilitation Proceeding**

平成26年（再）第12号 再生手続開始申立事件

# 決　　定

東京都渋谷区渋谷二丁目11番5号

再生債務者　　株式会社MTGOX

代表者代表取締役　　カルプレス・マルク・マリ・ロベート

## 主　　文

本件申立てを棄却する。

## 理　　由

本件再生手続開始の申立てには，民事再生法25条3号に定める事由がある。

平成26年4月16日

東京地方裁判所民事第20部

裁判長裁判官　鹿　子　木　　　　康

裁判官　金　澤　秀　樹

裁判官　樋　口　正　樹

これは正本である。
前同日同庁
裁判所書記官　櫻　庭　一　威

EXHIBIT A

[translation]
2014 (rehabilitation) no. 12
Case of Application for Commencement of Rehabilitation Procedure

## DECISION

Shibuya 2-11-5, Shibuya-ku, Tokyo
Rehabilitation debtor MtGox Co., Ltd.
Representative Director Robert Marie Mark Karpeles

## JUDGMENT

The application in this case shall be dismissed.

## REASONS

The application for the commencement of civil rehabilitation procedure in this case has the circumstances as stipulated in Item 3, Article 25 of the Civil Rehabilitation Law.

April 16, 2014

Tokyo District Court 20th Civil Chamber
Head Judge    Yasushi Kanokogi
Judge         Hideki Kanazawa
Judge         Masaki Higuchi

This is an original.
Same date, same court

    Court clerk    Kazui Sakuraba [seal]

# **EXHIBIT B**

## **Order Appointing Provisional Administrator**

平成２６年（再）第１２号　再生手続開始申立事件

## 決　　定

東京都渋谷区渋谷二丁目１１番５号

再生債務者　株式会社ＭＴＧＯＸ

代表者代表取締役　　カルプレス・マルク・マリ・ロベート

## 主　　文

1　株式会社ＭＴＧＯＸについて保全管理人による管理を命ずる。
2　保全管理人として，次の者を選任する。

東京都千代田区紀尾井町３番１２号　紀尾井町ビル
長島・大野・常松法律事務所

弁護士　小林　信明

平成２６年４月１６日

東京地方裁判所民事第２０部

裁判長裁判官　鹿　子　木　　　　康

裁判官　金　澤　秀　樹

裁判官　樋　口　正　樹

これは正本である。

同日同庁

裁判所書記官　櫻　庭　一　威



EXHIBIT B

[translation]
2014 (rehabilitation) no. 12
Case of Application for Commencement of Rehabilitation Procedure

## DECISION

Shibuya 2-11-5, Shibuya-ku, Tokyo
Rehabilitation debtor MtGox Co., Ltd.
Representative Director Robert Marie Mark Karpeles

## JUDGMENT

1. The Court hereby orders the administration by the provisional administrator with respect to MtGox Co., Ltd.
2. The Court hereby appoints the following person as the provisional administrator.
   Kioicho Building, 3-12, Kioicho, Chiyoda-ku, Tokyo
   Nagashima, Ohno & Tsunematsu
   Attorney-at-law Nobuaki Kobayashi

April 16, 2014

Tokyo District Court 20th Civil Chamber
Head Judge    Yasushi Kanokogi
Judge         Hideki Kanazawa
Judge         Masaki Higuchi

This is an original.
Same date, same court

Court clerk    Kazui Sakuraba [seal]

# **EXHIBIT C**

# **Comprehensive Prohibition Order**

平成２６年（再）第１２号　再生手続開始申立事件

# 決　　　　　定

東京都渋谷区渋谷二丁目１１番５号

再生債務者　株式会社ＭＴＧＯＸ

代表者代表取締役　　　カルプレス・マルク・マリ・ロベート

当裁判所は，民事再生法２５１条，破産法２５条２項，１項に規定する特別の事情があるものと認め，次のとおり決定する。

# 主　　　　　文

本件再生手続開始の申立ての棄却後，破産手続開始の決定があるまでの間，すべての債権者は，債務者の財産に対する強制執行等及び国税滞納処分をしてはならない。

平成２６年４月１６日

東京地方裁判所民事第２０部

　　　　　　　　　　裁判長裁判官　　　鹿　子　木　　　　康

　　　　　　　　　　裁判官　　　金　澤　秀　樹

　　　　　　　　　　裁判官　　　樋　口　正　樹

これは正本である。

同日同庁

裁判所書記官　　櫻　庭　一　威



EXHIBIT C

[translation]
2014 (rehabilitation) no. 12
Case of Application for Commencement of Rehabilitation Procedure

## DECISION

Shibuya 2-11-5, Shibuya-ku, Tokyo
Rehabilitation debtor  MtGox Co., Ltd.
Representative Director  Robert Marie Mark Karpeles

The Court acknowledges the existence of special circumstances as stipulated under Article 251 of the Civil Rehabilitation Law, Paragraph 2 of Article 25 of the Bankruptcy Law, Paragraph 1 of said Article 25 and hereby decides as follows.

## JUDGMENT

No forced execution, etc. or procedure for collection of national tax delinquency shall be made by any creditor with regard to the properties of the debtor during the period after the dismissal of the application for commencement of the civil rehabilitation procedure in this case and until a decision shall be made with regard to the commencement of the bankruptcy procedure.

April 16, 2014

Tokyo District Court 20th Civil Chamber

Head Judge    Yasushi Kanokogi
Judge         Hideki Kanazawa
Judge         Masaki Higuchi

This is an original.
Same date, same court

Court clerk    Kazui Sakuraba [seal]

# **EXHIBIT D**

**Order Prohibiting Provisional Administrator
From Undertaking Certain Actions**

平成２６年(再)第１２号　再生手続開始申立事件

# 決　　定

東京都渋谷区渋谷二丁目１１番５号
再 生 債 務 者　　株式会社ＭＴＧＯＸ
代表者代表取締役　　カルプレス・マルク・マリ・ロベート
保 全 管 理 人　　小　林　信　明

## 主　　文

保全管理人は，下記の行為をしてはならない。

記

1　平成２６年２月２７日までの原因に基づいて生じた債務（次のものを除く。）の弁済
　　租税その他国税徴収法の例により徴収される債務
　　再生債務者とその従業員との雇用関係により生じた債務
　　再生債務者の事業所の賃料，水道光熱費，通信に係る債務
2　再生債務者が所有又は占有する財産に係る権利の譲渡，担保権の設定，賃貸その他一切の処分（常務に属する取引に関する場合を除く。）
3　再生債務者の有する債権について譲渡，担保権の設定その他一切の処分（保全管理人による取立てを除く。）

平成２６年４月１６日
東京地方裁判所民事第２０部

　　　　裁判長裁判官　　鹿　子　木　　　康

　　　　裁判官　　金　澤　秀　樹

　　　　裁判官　　樋　口　正　樹

これは正本である。
　前同日同庁
　　裁判所書記官　　櫻　庭　一　威

EXHIBIT D

[translation]
2014 (rehabilitation) no. 12
Case of Application for Commencement of Rehabilitation Procedure


DECISION


Shibuya 2-11-5, Shibuya-ku, Tokyo
Rehabilitation debtor MtGox Co., Ltd.
Representative Director Robert Marie Mark Karpeles
Provisional Administrator Attorney-at-law Nobuaki Kobayashi


JUDGMENT


The provisional administrator is hereby prohibited to do any of the following.
1. Repayment with regard to any debt (except those listed below) having its cause February 27, 2014 or earlier
   Debts collected pursuant to public levy or other national tax law;
   Debts arising from the employment relationship between the rehabilitation debtor and its employees
   Debts related to the rent, utilities and communications of the premises of the rehabilitation debtor
2. The transfer, establishment of a security interest, lease or any other disposition of any rights related to properties owned or held by the rehabilitation debtor (except those made in the ordinary course of trade)
3. The transfer, establishment of a security interest or any other disposition of any claim of the rehabilitation debtor (except the collection of claims by the provisional administrator).


April 16, 2014

Tokyo District Court 20th Civil Chamber
Head Judge    Yasushi Kanokogi
Judge    Hideki Kanazawa
Judge    Masaki Higuchi


This is an original.
Same date, same court

Court clerk    Kazui Sakuraba [seal]

# **EXHIBIT E**

# **Order Commencing Japan Bankruptcy Proceeding**

平成２６年（フ）第３８３０号

# 決　　定

東京都渋谷区渋谷二丁目１１番５号
　　債務者（破産者）　　株式会社ＭＴＧＯＸ
　　代表者代表取締役　　カルプレス・マルク・マリ・ロベート

## 主　　文

債務者株式会社ＭＴＧＯＸについて破産手続を開始する。

## 理　　由

一件記録によれば，債務者が支払不能の状態にあることが認められる。
よって，主文のとおり決定する。
なお，この決定に併せて，下記のとおり定める。

記

1　破産管財人　　　東京都渋谷区渋谷二丁目１１番５号
　　　　　　　　　　株式会社ＭＴＧＯＸ　破産管財人室
　　　　　　　　　　弁護士　小林　信明
2　債権届出期間　　平成２６年１１月２８日まで
3　財産状況報告集会の期日
　　　　　　　　　　平成２６年７月２３日午後１時３０分
4　債権調査期日　　平成２７年２月２５日午前１０時

平成２６年４月２４日午後５時
東京地方裁判所民事第２０部

　　　裁判長裁判官　　鹿　子　木　　　　康

　　　　　裁判官　　金　澤　秀　樹

　　　　　裁判官　　樋　口　正　樹

これは正本である。
平成２６年４月２４日
東京地方裁判所民事第２０部
　　　裁判所書記官　櫻　庭　一　威



EXHIBIT E

［translation］

2014(fu)no.3830

# DECISION

Shibuya2-11-5, Shibuya-ku, Tokyo

Debtor(bankrupt) MtGox Co.,Ltd.

Representative Director Robert Marie Mark Karpeles

# JUDGMENT

A bankruptcy procedure shall commence with regard to debtor MtGox Co.,Ltd.

# REASONS

From the records of a case, it is recognized that the debtor is in a situation of insolvency. Accordingly, this judgment is decided.

Further, together with this decision, it is also hereby decided as follows.

1. Bankruptcy trustee    Attorney-at-law Nobuaki Kobayashi
   Bankruptcy Trustee Room
   MtGox Co.,Ltd.
   Shibuya 2-11-5, Shibuya-ku, Tokyo
2. Period for filing proofs of claims    until November 28,2014
3. Date of Creditors' meeting for reporting the status of property July 23, 2014 1:30pm
4. Date for investigation of claims    February 25, 2015 10am

April 24, 2014 5pm

Tokyo District Court 20th Civil Chamber

Head Judge Yasushi Kanokogi

Judge Hideki Kanazawa

Judge Masaki Higuchi

This is an original.

April 24, 2014

Tokyo District Court 20th Civil Chamber

Court clerk    Kazui Sakuraba [seal]