

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

**Signed April 29, 2014**

_____
United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IN RE: § | |
| § | Case No. 14-31229-sgj-15 |
| MTGOX CO., LTD. (a/k/a MtGox KK), § | |
| § | (Chapter 15) |
| Debtor in a Foreign Proceeding. § | |
| § | |
| § | |

### ORDER GRANTING CONTINUANCE OF BRIEFING DEADLINE

Upon the Foreign Representative's *Motion to Continue Briefing Deadline* [Docket No. 107] (the "Motion"),[1] seeking to adjourn *sine die* the deadline by which any interested party may submit a letter brief on the issue of the scope of the automatic stay under Japanese bankruptcy law, which is currently set for April 29, 2014 at noon (prevailing Central Time), to a later date to be determined; and the Court having determined that the relief requested in the Motion is in the best interests of the Debtor, its estate, its creditors, and other parties in interest; and it appearing

---

[1] Capitalized terms referred to but not defined herein shall have the meanings ascribed to them in the Motion.

**ORDER GRANTING CONTINUANCE OF BRIEFING DEADLINE – PAGE 1**

Gardere01 - 6444750v.1

that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefore, it is hereby

**ORDERED, ADJUDGED AND DECREED** that:

1. The Motion is **GRANTED**.

2. The deadline for submission of the Stay Briefs is hereby adjourned *sine die*.

### # # # END OF ORDER # # #

Prepared and Submitted by:

**GARDERE WYNNE SEWELL LLP**


*/s/  Marcus A. Helt*
Marcus A. Helt (TX 24052187)
Thomas Scannell (TX 24070559)
Gardere Wynne Sewell LLP
1601 Elm Street, Suite 3000
Dallas, Texas 75201-4761
Telephone:  (214) 999-3000
Facsimile:  (214) 999-4667
Email:  mhelt@gardere.com
Email:  tscannell@gardere.com

- and -

**BROWN RUDNICK LLP**
David J. Molton (*pro hac vice pending*)
Daniel J. Saval (*pro hac vice pending*)
Seven Times Square
New York, New York 10036
Telephone:  (212) 209-4800
Facsimile:  (212) 209-4801
Email:  dmolton@brownrudnick.com
Email:  dsaval@brownrudnick.com

*Counsel for Nobuaki Kobayashi, in his capacity
as the Bankruptcy Trustee and Foreign
Representative of MtGox Co., Ltd.,
a/k/a MtGox KK*