

**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED
**TAWANA C. MARSHALL, CLERK**
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed April 29, 2014**

_____
**United States Bankruptcy Judge**

_____

BTXN 104b/105b (rev. 09/11)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:  §
MtGox Co., Ltd.  § Case No.: 14–31229–sgj15
Nobuaki Kobayashi  § Chapter No.: 15
Debtor(s)  §

## ORDER FOR ADMISSION *PRO HAC VICE*

The Court, having considered the Application for Admission *Pro Hac Vice* of **David J. Molton**, to represent Foreign Representative Nobuaki Kobayashi, related to document 105, **ORDERS** this application be:

☑ *Granted* – The Clerk of the District Court for the Northern District of Texas shall deposit the application fee to the account of the Non–Appropriated Fund.

☐ *Denied* – The Clerk of the District Court for the Northern District of Texas shall return the admission fee to the applicant.

# # # End of Order # # #

United States Bankruptcy Court
Northern District of Texas

In re:                                                      Case No. 14-31229-sgj
MtGox Co., Ltd.                                             Chapter 15
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0539-3         User: mmathews        Page 1 of 1         Date Rcvd: Apr 29, 2014
                             Form ID: pdf012       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 01, 2014.
aty         +David J. Molton,   Brown Rudnick LLP,   Seven Times Square,   New York, NY 10036-6536

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 29, 2014 at the address(es) listed below:
              Barry   Barnett    on behalf of Creditor    Coinlab, Inc bbarnett@susmangodfrey.com,
               rlicon@susmangodfrey.com
              David William Parham    on behalf of Debtor    MtGox Co., Ltd. david.parham@bakermckenzie.com,
               julia.rogic@bakermckenzie.com
              George Larry Engel    on behalf of Creditor    Coinlab, Inc lengel@mofo.com
              John E. Mitchell    on behalf of Debtor    MtGox Co., Ltd. john.mitchell@bakermckenzie.com,
               julia.rogic@bakermckenzie.com
              Josephine  Garrett    on behalf of Interested Party Josephine  Garrett filing@jgarrettlaw.com
              Kristin A. Hiensch    on behalf of Creditor    Coinlab, Inc khiensch@mofo.com
              Marcus Alan Helt    on behalf of Foreign Representative Nobuaki  Kobayashi mhelt@gardere.com,
               koliver@gardere.com;ccoleman@gardere.com
              Robin Eric Phelan    on behalf of Creditor Gregory D. Greene robin.phelan@haynesboone.com,
               kim.morzak@haynesboone.com
              Robin Eric Phelan    on behalf of Creditor Joseph  Lack robin.phelan@haynesboone.com,
               kim.morzak@haynesboone.com
              Rosa A. Shirley    on behalf of Debtor    MtGox Co., Ltd. Rosa.Shirley@bakermckenzie.com,
               julia.rogic@bakermckenzie.com
              Scott B. Kitei    on behalf of Creditor Gregory D. Greene skitei@honigman.com
              Thomas C. Scannell    on behalf of Foreign Representative Nobuaki  Kobayashi tscannell@gardere.com,
               koliver@gardere.com;jcharrison@gardere.com
              United States Trustee    ustpregion06.da.ecf@usdoj.gov,  albert.loftus@usdoj.gov
              Vincent J. Novak    on behalf of Creditor    Coinlab, Inc vnovak@mofo.com
                                                                                              TOTAL: 14