

**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED
**TAWANA C. MARSHALL, CLERK**
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed April 29, 2014**

_____
United States Bankruptcy Judge

_____

BTXN 104b/105b (rev. 09/11)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| In Re: § | |
| MtGox Co., Ltd. § | Case No.: 14–31229–sgj15 |
| Nobuaki Kobayashi § | Chapter No.: 15 |
| Debtor(s) § | |

## ORDER FOR ADMISSION *PRO HAC VICE*

The Court, having considered the Application for Admission *Pro Hac Vice* of **Daniel J. Saval**, to represent Foreign Representative Nobuaki Kobayashi, related to document 104, **ORDERS** this application be:

☑ *Granted* – The Clerk of the District Court for the Northern District of Texas shall deposit the application fee to the account of the Non–Appropriated Fund.

☐ *Denied* – The Clerk of the District Court for the Northern District of Texas shall return the admission fee to the applicant.

# # # End of Order # # #

United States Bankruptcy Court
Northern District of Texas

In re:  
MtGox Co., Ltd.  
    Debtor

Case No. 14-31229-sgj  
Chapter 15

# CERTIFICATE OF NOTICE

District/off: 0539-3     User: mmathews     Page 1 of 1     Date Rcvd: Apr 29, 2014  
                     Form ID: pdf012     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2014.  
aty        +Daniel J. Saval,    Brown Rudnick LLP,    Seven Times Square,    New York, NY 10036-6536

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2014            Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2014 at the address(es) listed below:

       Barry Barnett    on behalf of Creditor    Coinlab, Inc bbarnett@susmangodfrey.com, rlicon@susmangodfrey.com  
       David William Parham    on behalf of Debtor    MtGox Co., Ltd. david.parham@bakermckenzie.com, julia.rogic@bakermckenzie.com  
       George Larry Engel    on behalf of Creditor    Coinlab, Inc lengel@mofo.com  
       John E. Mitchell    on behalf of Debtor    MtGox Co., Ltd. john.mitchell@bakermckenzie.com, julia.rogic@bakermckenzie.com  
       Josephine Garrett    on behalf of Interested Party Josephine Garrett filing@jgarrettlaw.com  
       Kristin A. Hiensch    on behalf of Creditor    Coinlab, Inc khiensch@mofo.com  
       Marcus Alan Helt    on behalf of Foreign Representative Nobuaki Kobayashi mhelt@gardere.com, koliver@gardere.com;ccoleman@gardere.com  
       Robin Eric Phelan    on behalf of Creditor Gregory D. Greene robin.phelan@haynesboone.com, kim.morzak@haynesboone.com  
       Robin Eric Phelan    on behalf of Creditor Joseph Lack robin.phelan@haynesboone.com, kim.morzak@haynesboone.com  
       Rosa A. Shirley    on behalf of Debtor    MtGox Co., Ltd. Rosa.Shirley@bakermckenzie.com, julia.rogic@bakermckenzie.com  
       Scott B. Kitei    on behalf of Creditor Gregory D. Greene skitei@honigman.com  
       Thomas C. Scannell    on behalf of Foreign Representative Nobuaki Kobayashi tscannell@gardere.com, koliver@gardere.com;jcharrison@gardere.com  
       United States Trustee    ustpregion06.da.ecf@usdoj.gov, albert.loftus@usdoj.gov  
       Vincent J. Novak    on behalf of Creditor    Coinlab, Inc vnovak@mofo.com

     TOTAL: 14