

**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**TAWANA C. MARSHALL, CLERK**
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed April 29, 2014**

_____
United States Bankruptcy Judge

_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| IN RE: § | |
| § | Case No. 14-31229-sgj-15 |
| MTGOX CO., LTD. (a/k/a MtGox KK), § | |
| § | (Chapter 15) |
| Debtor in a Foreign Proceeding. § | |
| § | |
| § | |

## ORDER GRANTING CONTINUANCE OF BRIEFING DEADLINE

Upon the Foreign Representative's *Motion to Continue Briefing Deadline* [Docket No. 107] (the "Motion"),[1] seeking to adjourn *sine die* the deadline by which any interested party may submit a letter brief on the issue of the scope of the automatic stay under Japanese bankruptcy law, which is currently set for April 29, 2014 at noon (prevailing Central Time), to a later date to be determined; and the Court having determined that the relief requested in the Motion is in the best interests of the Debtor, its estate, its creditors, and other parties in interest; and it appearing

---

[1] Capitalized terms referred to but not defined herein shall have the meanings ascribed to them in the Motion.

**ORDER GRANTING CONTINUANCE OF BRIEFING DEADLINE – PAGE 1**

Gardere01 - 6444750v.1

that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefore, it is hereby

**ORDERED, ADJUDGED AND DECREED** that:

1. The Motion is **GRANTED**.

2. The deadline for submission of the Stay Briefs is hereby adjourned *sine die*.

# # # END OF ORDER # # #

Prepared and Submitted by:

**GARDERE WYNNE SEWELL LLP**


*/s/ Marcus A. Helt*
Marcus A. Helt (TX 24052187)
Thomas Scannell (TX 24070559)
Gardere Wynne Sewell LLP
1601 Elm Street, Suite 3000
Dallas, Texas 75201-4761
Telephone: (214) 999-3000
Facsimile: (214) 999-4667
Email: mhelt@gardere.com
Email: tscannell@gardere.com

- and -

**BROWN RUDNICK LLP**
David J. Molton (*pro hac vice pending*)
Daniel J. Saval (*pro hac vice pending*)
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
Email: dmolton@brownrudnick.com
Email: dsaval@brownrudnick.com

*Counsel for Nobuaki Kobayashi, in his capacity*
*as the Bankruptcy Trustee and Foreign*
*Representative of MtGox Co., Ltd.,*
*a/k/a MtGox KK*

United States Bankruptcy Court
Northern District of Texas

In re:  
MtGox Co., Ltd.  
    Debtor

Case No. 14-31229-sgj  
Chapter 15

## CERTIFICATE OF NOTICE

District/off: 0539-3     User: mmathews     Page 1 of 1     Date Rcvd: Apr 29, 2014  
Form ID: pdf017     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2014.
```
aty         +Daniel J. Saval,    Brown Rudnick LLP,    Seven Times Square,    New York, NY 10036-6536
aty         +David J. Molton,    Brown Rudnick LLP,    Seven Times Square,    New York, NY 10036-6536
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2014          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2014 at the address(es) listed below:

```
          Barry  Barnett    on behalf of Creditor    Coinlab, Inc bbarnett@susmangodfrey.com,
           rlicon@susmangodfrey.com
          David William Parham    on behalf of Debtor    MtGox Co., Ltd. david.parham@bakermckenzie.com,
           julia.rogic@bakermckenzie.com
          George Larry Engel    on behalf of Creditor    Coinlab, Inc lengel@mofo.com
          John E. Mitchell    on behalf of Debtor    MtGox Co., Ltd. john.mitchell@bakermckenzie.com,
           julia.rogic@bakermckenzie.com
          Josephine  Garrett    on behalf of Interested Party Josephine  Garrett filing@jgarrettlaw.com
          Kristin A. Hiensch    on behalf of Creditor    Coinlab, Inc khiensch@mofo.com
          Marcus Alan Helt    on behalf of Foreign Representative Nobuaki  Kobayashi mhelt@gardere.com,
           koliver@gardere.com;ccoleman@gardere.com
          Robin Eric Phelan    on behalf of Creditor Gregory D. Greene robin.phelan@haynesboone.com,
           kim.morzak@haynesboone.com
          Robin Eric Phelan    on behalf of Creditor Joseph  Lack robin.phelan@haynesboone.com,
           kim.morzak@haynesboone.com
          Rosa A. Shirley    on behalf of Debtor    MtGox Co., Ltd. Rosa.Shirley@bakermckenzie.com,
           julia.rogic@bakermckenzie.com
          Scott B. Kitei    on behalf of Creditor Gregory D. Greene skitei@honigman.com
          Thomas C. Scannell    on behalf of Foreign Representative Nobuaki  Kobayashi tscannell@gardere.com,
           koliver@gardere.com;jcharrison@gardere.com
          United States Trustee    ustpregion06.da.ecf@usdoj.gov,   albert.loftus@usdoj.gov
          Vincent J. Novak    on behalf of Creditor    Coinlab, Inc vnovak@mofo.com
                                                                                             TOTAL: 14
```