David W. Parham
State Bar No. 15459500
John Mitchell
State Bar No. 00797095
Rosa A. Shirley
State Bar No. 24056313
BAKER & MCKENZIE LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile: (214) 978-3099
Email: david.parham@bakermckenzie.com
Email: john.mitchell@bakermckenzie.com
Email: rosa.shirley@bakermckenzie.com

- and -

Erin E. Broderick *(admitted pro hac vice)*
BAKER & MCKENZIE LLP
Illinois Bar No. 6295974
300 East Randolph Drive, Suite 5000
Chicago, Illinois 60602
Telephone: (312) 861-8000
Facsimile: (312) 861-2899
Email: erin.broderick@bakermckenzie.com

*Attorneys for Nobuaki Kobayashi,*
*Bankruptcy Trustee and Foreign Representative*
*of MtGox Co., Ltd., a/k/a MtGox KK*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In re | ) Chapter 15 |
| | ) |
| MtGox Co., Ltd. (a/k/a MtGox KK) | ) Case No. 14-31229-sgj15 |
| | ) |
| Debtor in a Foreign Proceeding. | ) |

**BAKER & MCKENZIE LLP'S MOTION TO WITHDRAW AS COUNSEL**
**TO THE FOREIGN REPRESENTATIVE**

Baker & McKenzie LLP ("B&M") hereby files this motion (the "Motion") to withdraw

as counsel to Nobuaki Kobayashi (the "Foreign Representative"), in his capacity as Bankruptcy

1

Trustee and Foreign Representative of MtGox Co., Ltd., a/k/a MtGox KK (the "Debtor"), seeking entry of an order, substantially in the form attached hereto as **Exhibit A.** In support of the Motion, B&M respectfully states as follows:

1. This Motion is unopposed.

2. By this Motion, B&M seeks entry of an order authorizing B&M to withdraw as counsel to the Foreign Representative in this chapter 15 case.

3. The Foreign Representative will continue to be represented in this chapter 15 case by the attorneys whose names are set forth below:

| | |
|---|---|
| David J. Molton | Marcus A. Helt |
| Daniel J. Saval | Thomas Scannell |
| BROWN RUDNICK LLP | GARDERE WYNN SEWELL LLP |
| Seven Times Square | 1601 Elm Street, Suite 3000 |
| New York, NY 10036 | Dallas, Texas 75201 |
| Telephone: 212-209-4905 | Telephone: 214-999-3000 |
| Facsimile: 212-938-2893 | Facsimile: 214-999-3526 |
| Email: dsaval@brownrudnick.com | Email: mhelt@gardere.com |
| Email: dmolton@brownrusnick.com | Email: tscannell@gardere.com |

4. Each of the foregoing attorneys has filed a notice of appearance in this chapter 15 case on behalf of the Foreign Representative. *See* Dkt. Nos. 102, 103, 104, 105.

5. This Motion is based on good cause that following the transition of the Debtor's foreign proceeding in the Twentieth Civil Division of the Tokyo District Court, Japan, from a civil rehabilitation proceeding to a bankruptcy proceeding, Mr. Kobayashi was appointed as the Debtor's Foreign Representative, replacing Mr. Robert Marie Mark Karpeles.

6. No party will be prejudiced by the relief sought in this Motion.

7. Approval of B&M's withdrawal as counsel to the Foreign Representative is not sought for delay but so that justice may be done.

2

**Prayer**

WHEREFORE, Baker & McKenzie LLP respectfully requests that the Court grant this Motion and enter an order substantially in the form attached hereto as Exhibit A, authorizing withdrawal of Baker & McKenzie LLP as counsel to the Foreign Representative and granting such other and further relief as the Court deems proper.

Dated: May 2, 2014  
　　　　Dallas, Texas

Respectfully submitted,

**BAKER & McKENZIE LLP**

By:　/s/ *David W. Parham*  
　　　David W. Parham  
　　　State Bar No. 15459500  
　　　John Mitchell  
　　　State Bar No. 24056313  
　　　Rosa A. Shirley  
　　　State Bar No. 24056313  
　　　2300 Trammell Crow Center  
　　　2001 Ross Avenue  
　　　Dallas, Texas 75201  
　　　Telephone: (214) 978-3000  
　　　Facsimile: (214) 978-3099  
　　　Email:　david.parham@bakermckenzie.com  
　　　Email:　john.mitchell@bakermckenzie.com  
　　　Email:　rosa.shirley@bakermckenzie.com

　　　- and –

　　　Erin E. Broderick *(admitted pro hac vice)*  
　　　Illinois Bar No. 6295974  
　　　300 East Randolph Drive, Suite 5000  
　　　Chicago, Illinois 60602  
　　　Telephone: (312) 861-8000  
　　　Facsimile: (312) 861-2899  
　　　Email:　erin.broderick@bakermckenzie.com

　　　*Attorneys for Nobuaki Kobayashi,*  
　　　*Bankruptcy Trustee and Foreign*  
　　　*Representative of MtGox Co., Ltd., a/k/a*  
　　　*MtGox KK*

## **CERTIFICATE OF SERVICE**

This is to certify that on May 2, 2014, a copy of the foregoing document was served on the parties registered to receive electronic notification via the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas, and via United States first class mail, postage pre-paid to the parties listed below:

| | | |
|---|---|---|
| Alicia E. Hwang<br>Edelson PC<br>350 North LaSalle St., Suite 1300<br>Chicago, IL 60654 | Barry C. Barnett<br>Susman Godfrey L.L.P.<br>901 Main St., Suite 5100<br>Dallas, TX 75202 | Christopher L. Door<br>Edelson PC<br>350 North LaSalle St., Suite 1300<br>Chicago, IL 60654 |
| Edgar Sargent<br>Susman Godfrey LLP<br>1201 3rd Avenue, Suite 3800<br>Seattle, WA 98101-3087 | G. Larry Engel, Vincent J. Novak, and Kristin A. Hiensch<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, CA 94105-2383 | Jay Edelson<br>Edelson PC<br>350 North LaSalle St., Suite 1300<br>Chicago, IL 60654 |
| Josephine Garrett<br>Josephine Garrett, P.C.<br>3119 West 5th Street<br>Fort Worth, TX 76107 | Lisa L. Lambert<br>U.S. Trustee<br>Office of the U.S. Trustee<br>1100 Commerce Street<br>Dallas, TX 75242 | Mark Karpeles<br>6-28-3302, Aobadai 3-chome, Meguro-ku<br>Tokyo, Japan |
| Megan Lindsey<br>Edelson PC<br>999 West 18th St., Suite 3000<br>Denver, CO 80202 | MtGox, Co. Ltd. a/k/a MtGox KK<br>11-5, Shibuya 2-chome, Shibuya-ku<br>Tokyo, Japan | Robin E. Phelan<br>Haynes and Boone, LLP<br>2323 Victory Avenue, Suite 700<br>Dallas, TX 75219 |
| Roger M. Townsend<br>Breskin Johnson & Townsend PLLC<br>1000 2nd Ave., Suite 3670<br>Seattle, WA 98104 | Scott B. Kitei<br>Honigman Miller Schwarts and Cohn LLP<br>2290 First National Bldg.<br>660 Woodward Ave. | Stephen Manz<br>Haynes and Boone, LLP<br>2323 Victory Avenue, Suite 700<br>Dallas, TX 75219 |
| Steven L. Woodrow<br>Edelson PC<br>350 North LaSalle St., Suite 1300<br>Chicago, IL 60654 | The Honorable Jeh Johnson<br>Secretary of Homeland Security<br>Department of Homeland Security<br>Washington, DC 20528 | David J. Molton<br>Brown Rudnick LLP<br>Seven Times Square<br>New York, NY 10036<br>Telephone: 212-209-4905 |
| Marcus A. Helt<br>Gardere Wynn Sewell LLP<br>1601 Elm Street, Suite 3000<br>Dallas, Texas 75201 | Thomas Scannell<br>Gardere Wynn Sewell LLP<br>1601 Elm Street, Suite 3000<br>Dallas, Texas 75201 | Daniel J. Saval<br>Brown Rudnick LLP<br>Seven Times Square<br>New York, NY 10036 |

/s/ David W. Parham
David W. Parham

4

**Exhibit A**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re | ) Chapter 15 |
| MtGox Co., Ltd. (a/k/a MtGox KK) | ) Case No. 14-31229-sgj15 |
| Debtor in a Foreign Proceeding. | ) |

**ORDER GRANTING BAKER & MCKENZIE LLP'S MOTION TO WITHDRAW
AS COUNSEL TO THE FOREIGN REPRESENTATIVE**

Upon the motion of Baker & McKenzie LLP, seeking authorization to withdraw as counsel to the Foreign Representative[1] [Dkt. No. ___]; and the Court having determined that the relief requested in the Motion is in the best interests of the Debtor, its estate, its creditors, and other parties in interest; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby:

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

ORDERED, ADJUDGED AND DECREED that:

1. The Motion is GRANTED.

2. Baker & McKenzie LLP is hereby withdrawn as counsel to the Foreign Representative.

3. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

# # # END OF ORDER # # #

Prepared and submitted by:

**BAKER & McKENZIE LLP**

/s/ *David W. Parham*
David W. Parham
State Bar No. 15459500
John Mitchell
State Bar No. 24056313
Rosa A. Shirley
State Bar No. 24056313
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile: (214) 978-3099
Email: david.parham@bakermckenzie.com
Email: john.mitchell@bakermckenzie.com
Email: rosa.shirley@bakermckenzie.com

- and –

Erin E. Broderick *(admitted pro hac vice)*
Illinois Bar No. 6295974
300 East Randolph Drive, Suite 5000
Chicago, Illinois 60602
Telephone: (312) 861-8000
Facsimile: (312) 861-2899
Email: erin.broderick@bakermckenzie.com

*Attorneys for Nobuaki Kobayashi,*
*Bankruptcy Trustee and Foreign Representative*
*of MtGox Co., Ltd., a/k/a MtGox KK*