

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed May 6, 2014**

_____
United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| In re: | Chapter 15 |
| MtGox Co., Ltd. (a/k/a MtGox KK), | Case No. 14-31229-sgj-15 |
| Debtor in a Foreign Proceeding. | |

### SCHEDULING ORDER

Pursuant to the Status Conference held before this Court on April 30, 2014 at 9:30 a.m. and the reasons stated on the record, the Court ORDERS as follows:

1.     Nobuaki Kobayashi, in his capacity as bankruptcy trustee and foreign representative of the Debtor, will file and serve declaration testimony and supplemental or amended papers in support of the petition for Chapter 15 recognition and related relief (the "Recognition Petition") no later than May 23, 2014, at 5:00 p.m. (CDT).

2. This Court will hold a status conference on May 27, 2014, at 9:30 a.m. (CDT) to discuss pending matters in this proceeding.

3. The hearing on the Recognition Petition is hereby rescheduled to June 17, 2014, at 9:30 a.m. (CDT) before this Court.

4. The May 6, 2014, hearing on the Motion for Termination of Provisional Relief ("Motion to Terminate") [Docket No. 37] and all related filings thereto is continued and removed from the court's calendar pending further order of the court; provided that the rights of all parties with respect to the Motion to Terminate are reserved.

5. All briefing requirements related to the Motion to Terminate are hereby cancelled.

### End of Order ###

Submitted and prepared by:

*/s/ Marcus A. Helt*
Marcus A. Helt (TX 24052187)
Thomas Scannell (TX 24070559)
Gardere Wynne Sewell LLP
1601 Elm Street, Suite 3000
Dallas, Texas 75201-4761
Telephone: (214) 999-3000
Facsimile: (214) 999-4667
Email: mhelt@gardere.com
Email: tscannell@gardere.com

- and -

**BROWN RUDNICK LLP**
David J. Molton (*pro hac vice pending*)
Daniel J. Saval (*pro hac vice pending*)
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
Email: dmolton@brownrudnick.com
Email: dsaval@brownrudnick.com

*Counsel for Nobuaki Kobayashi, in his capacity
as the Trustee and Foreign Representative
of MtGox Co., Ltd., a/k/a MtGox KK*