

**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED
**TAWANA C. MARSHALL, CLERK**
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed May 6, 2014**

_____
United States Bankruptcy Judge

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| In re | ) Chapter 15 |
| MtGox Co., Ltd. (a/k/a MtGox KK) | ) Case No. 14-31229-sgj15 |
| Debtor in a Foreign Proceeding. | ) |

### ORDER GRANTING BAKER & MCKENZIE LLP'S MOTION TO WITHDRAW AS COUNSEL TO THE FOREIGN REPRESENTATIVE

Upon the motion of Baker & McKenzie LLP, seeking authorization to withdraw as counsel to the Foreign Representative[1] [Dkt. No. 117]; and the Court having determined that the relief requested in the Motion is in the best interests of the Debtor, its estate, its creditors, and other parties in interest; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby:

---
[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

ORDERED, ADJUDGED AND DECREED that:

1. The Motion is GRANTED.

2. Baker & McKenzie LLP is hereby withdrawn as counsel to the Foreign Representative.

3. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

# # # END OF ORDER # # #

Prepared and submitted by:

**BAKER & McKENZIE LLP**

/s/ *David W. Parham*
David W. Parham
State Bar No. 15459500
John Mitchell
State Bar No. 24056313
Rosa A. Shirley
State Bar No. 24056313
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile: (214) 978-3099
Email:  david.parham@bakermckenzie.com
Email:  john.mitchell@bakermckenzie.com
Email:  rosa.shirley@bakermckenzie.com

- and –

Erin E. Broderick *(admitted pro hac vice)*
Illinois Bar No. 6295974
300 East Randolph Drive, Suite 5000
Chicago, Illinois 60602
Telephone: (312) 861-8000
Facsimile: (312) 861-2899
Email:  erin.broderick@bakermckenzie.com

*Attorneys for Nobuaki Kobayashi, Bankruptcy Trustee*
*and Foreign Representative of MtGox Co., Ltd., a/k/a MtGox KK*

```
                         United States Bankruptcy Court
                           Northern District of Texas
In re:                                                              Case No. 14-31229-sgj
MtGox Co., Ltd.                                                     Chapter 15
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0539-3          User: mmathews              Page 1 of 1                  Date Rcvd: May 07, 2014
                              Form ID: pdf012             Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 09, 2014.
aty          +David William Parham,    Baker & McKenzie LLP,    2001 Ross Ave., Suite 2300,
               Dallas, TX 75201-2968

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2014                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 7, 2014 at the address(es) listed below:
              Barry Barnett    on behalf of Creditor    Coinlab, Inc bbarnett@susmangodfrey.com,
               rlicon@susmangodfrey.com
              Daniel J. Saval    on behalf of Foreign Representative Nobuaki   Kobayashi dsaval@brownrudnick.com
              David J. Molton    on behalf of Foreign Representative Nobuaki   Kobayashi dmolton@brownrudnick.com,
               jbeiswenger@brownrudnick.com;wlancaster@brownrudnick.com
              David William Parham    on behalf of Debtor    MtGox Co., Ltd. david.parham@bakermckenzie.com,
               julia.rogic@bakermckenzie.com
              George Larry Engel    on behalf of Creditor    Coinlab, Inc lengel@mofo.com
              John E. Mitchell    on behalf of Debtor    MtGox Co., Ltd. john.mitchell@bakermckenzie.com,
               julia.rogic@bakermckenzie.com
              Josephine Garrett    on behalf of Interested Party Josephine   Garrett filing@jgarrettlaw.com
              Kristin A. Hiensch    on behalf of Creditor    Coinlab, Inc khiensch@mofo.com
              Marcus Alan Helt    on behalf of Foreign Representative Nobuaki   Kobayashi mhelt@gardere.com,
               koliver@gardere.com;ccoleman@gardere.com
              Robin Eric Phelan    on behalf of Creditor Gregory D. Greene robin.phelan@haynesboone.com,
               kim.morzak@haynesboone.com
              Robin Eric Phelan    on behalf of Creditor Joseph   Lack robin.phelan@haynesboone.com,
               kim.morzak@haynesboone.com
              Rosa A. Shirley    on behalf of Debtor    MtGox Co., Ltd. Rosa.Shirley@bakermckenzie.com,
               julia.rogic@bakermckenzie.com
              Scott B. Kitei    on behalf of Creditor Gregory D. Greene skitei@honigman.com
              Thomas C. Scannell    on behalf of Foreign Representative Nobuaki   Kobayashi tscannell@gardere.com,
               koliver@gardere.com;jcharrison@gardere.com
              United States Trustee    ustpregion06.da.ecf@usdoj.gov, albert.loftus@usdoj.gov
              Vincent J. Novak    on behalf of Creditor    Coinlab, Inc vnovak@mofo.com
                                                                                               TOTAL: 16