John D. Penn, Bar No. 15752300
**PERKINS COIE LLP**
500 N. Akard Street, Suite 3300
Dallas, TX 75201
Tel: 214.965.7734
Fax: 214.965.7784
jpenn@perkinscoie.com

*Counsel for ePub Bud, LLC*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: § | | |
| § | | Case No. 14-31229-sgj-15 |
| MtGox Co., Ltd. (a/k/a MtGox KK), § | | |
| § | | Chapter 15 |
| Debtor in a Foreign Proceeding. § | | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE AND NOTICE

ePub Bud, LLC (the "ePub") files this *Notice of Appearance and Request for Service and Notice* pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

Pursuant to Bankruptcy Rules 2002, 3017(a) and 9007, ePub requests that all notices given or required to be given in this case be given to and served upon counsel for ePub at the following address, telephone, facsimile, and email:

John D. Penn
**Perkins Coie LLP**
500 N. Akard Street, Suite 3300
Dallas, Texas 75201
Tel: 214.965.7734
Fax: 214.965.7784
jpenn@perkinscoie.com

The foregoing demand includes not only the notices and papers referenced in the Bankruptcy Rules specified above, but also includes, without limitation, the schedules, statement of financial affairs, operating reports, any plan of reorganization or disclosure statement, any

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE AND NOTICE - Page 1
112260-0001/LEGAL121014462.1

letter, application, motion, complaint, objection, claim, demand, hearing, petition, pleading or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with or delivered to the Bankruptcy Clerk, Clerk, Court or Judge (as those terms are defined in Bankruptcy Rule 9001) in connection with and with regard to the above referenced bankruptcy cases and any proceedings related thereto.

ePub does not consent to, or waive any rights, claims, actions, or defenses through the filing and service of this *Notice of Appearance and Request for Service and Notice* with respect to jurisdiction under title 11 of the United States Code, and strictly reserves such rights, including (i) the right to trial by jury in any proceeding triable in this case or any case, controversy or proceeding related to this case, (ii) the right to have final orders in non-core matters entered only with *de novo* review by the District Court, and (iii) the right to seek to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal.

Dated:  May 23, 2014                                             Respectfully submitted,


                                                                 */s/ John D. Penn*
                                                                 John D. Penn, Bar No. 15752300
                                                                 Perkins Coie LLP
                                                                 500 N. Akard Street, Suite 3300
                                                                 Dallas, Texas  75201
                                                                 Phone: 214/965-7734
                                                                 Fax: 214/965-7784
                                                                 Email: jpenn@perkinscoie.com

                                                                 Counsel for ePub Bud, LLC

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and correct copy of the foregoing was served by first class mail and electronic mail via the Court's Electronic Case Filing system to all parties authorized to receive notice in this case on this 23rd day of May, 2014.

                                      */s/ John D. Penn*
                                      John D. Penn