# EXHIBIT E

Beth Belton, USA TODAY 1:59 p.m. EDT May 16, 2014

## Bitcoin consumer platform debuts at Circle

Want to own some Bitcoin? Better yet, want to be able to spend it on stuff in real-time?

Starting Friday at 5:30 a.m. ET, Bitcoin start-up [Circle is launching a Web platform](#) that will allow consumers to purchase Bitcoin in any amount they choose and then use that Bitcoin to spend on online shopping, at restaurants and really any way they might spend dollars — with all the safeguards in place that protect real-time currency transactions in the real world.

The best part for consumers, says Circle.com CEO and founder Jeremy Allaire, is that there are no fees for deposits, withdrawals or Bitcoin storage, and there's free 24/7 phone support for Circle customers.

Circle is hoping its consumer finance platform is the next leap in Bitcoin's evolution. To date, there are approximately 2 million to 3 million owners of Bitcoin worldwide, and the vast majority of those owners are not active users. They're mostly hard-core enthusiasts, who wanted to be in on the ground floor of the world's first digital currency, but who don't necessarily have an interest in using it in their day-to-day lives. Several thousand businesses worldwide will accept Bitcoin as payment, including Amazon, eBay, electric-car maker Tesla and Overstock.com.

Allaire, who unveiled his latest Bitcoin product at a Bitcoin 2014 conference in Amsterdam on Friday, is hoping to change all that. Proponents of the crypto-currency insist that Bitcoin's value, which has fluctuated wildly for a variety of reasons in the early years of its existence, has stabilized as regulators worldwide have begun establishing and implementing existing currency requirements for Bitcoin.

Late Thursday night, 1 bitcoin was worth $447.73, according to [bitcoinexchangerate.org](#) — one of several exchange-rate platforms that publish Bitcoin conversion rates daily. The value has fluctuated from $70 in June 2013, tied to speculation that a Bitcoin bubble was about to burst, to an all-time high of $1,216.73 in November 2013 on the Mt. Gox exchange, which later collapsed after reporting a theft valued at about $450 million.

Regulations and security regarding the usage of Bitcoin are evolving. On March 24, the Internal Revenue Service ruled that though Bitcoin can be used to pay for goods and services, it will be treated for tax purposes as property, meaning, for example, that wages paid in Bitcoin are subject to federal income withholding and payroll taxes.

And on May 8, the Federal Election Commission ruled that political committees could legally accept small Bitcoin campaign donations.

Allaire and co-founding partner Sean Neville want to move consumers en masse beyond worrying about regulations and the daily movement in Bitcoin's value. They're hoping to

convince users of their platform of the benefits of paying for goods and services and exchanging Bitcoin person to person without having to use bank-issued credit or debit cards.

"We're regulated as a money transmitter," Allaire says. That means that Circle must maintain a full reserve of any customer deposits it takes in. He adds that Circle has created and invested in several layers of audited cybersecurity and accountability that will keep customers' funds safe.

Circle is forging ahead despite warnings from many quarters, such as Attorney General Eric Holder, who told Congress on April 8: "Virtual currencies can pose challenges for law enforcement, given the appeal they have among those seeking to conceal illegal activity," such as money laundering associated with drug trafficking or other illegal activities.

However, Circle seems to be pushing hard to assure customers of its audited and regulated security and payment transmitter systems.

"We go to great lengths to know who our users are," says Allaire, pointing out that Circle.com is not for anonymous users. He also emphasizes the advantages to consumer users for the first time that their ability to spend their Bitcoin will occur within minutes, not days, which is the typical transaction time currently.



Jeremy Allaire, CEO of Circle.com.(Photo: Circle.com)