David J. Molton (*admitted pro hac vice*)
Daniel J. Saval (*admitted pro hac vice*)
Brown Rudnick LLP
Seven Times Square
New York, New York 10036
Telephone:  (212) 209-4800
Facsimile:  (212) 209-4801
Email:  dmolton@brownrudnick.com
Email:  dsaval@brownrudnick.com

- and -

Marcus A. Helt (TX 24052187)
Thomas Scannell (TX 24070559)
Gardere Wynne Sewell LLP
1601 Elm Street, Suite 3000
Dallas, Texas 75201-4761
Telephone:  (214) 999-3000
Facsimile:  (214) 999-4667
Email:  mhelt@gardere.com
Email:  tscannell@gardere.com

*Counsel for Nobuaki Kobayashi, in his capacity*
*as the Bankruptcy Trustee and Foreign Representative*
*of MtGox Co., Ltd., a/k/a MtGox KK*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>MtGox Co., Ltd. (a/k/a MtGox KK),<br><br>　　　　Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 14-31229-sgj-15 |

**NOTICE OF RECOGNITION HEARING**

**PLEASE TAKE NOTICE** that a hearing (the "Recognition Hearing") on the *Amended Verified Petition for Recognition and Chapter 15 Relief* [Docket No. 126] (the "Amended Recognition Petition") filed by Nobuaki Kobayashi, in his capacity as the bankruptcy trustee and foreign representative (the "Foreign Representative") of MtGox Co., Ltd., a/k/a MtGox KK (the

"Debtor"), seeking recognition of the Debtor's bankruptcy proceeding, pending before the Twentieth Civil Division of the Tokyo District Court, Japan, as a foreign main proceeding pursuant to Chapter 15 of the United States Bankruptcy Code and other related relief under Chapter 15, has been scheduled for **June 17, 2014 at 9:30 a.m. (prevailing Central Time)**, and will take place before the **Honorable Stacey G.C. Jernigan, at the United States Bankruptcy Court, Northern District of Texas, 14th Floor, 1100 Commerce Street, Dallas, Texas 75252.**

**PLEASE TAKE FURTHER NOTICE** that responses or objections, if any, to the Amended Recognition Petition shall be filed with this Court and served by mail or email upon: (i) the United States lead counsel to the Foreign Representative at Brown Rudnick LLP, Seven Times Square, 47th Floor, New York, NY 10036 (attn: David J. Molton, dmolton@brownrudnick.com and Daniel J. Saval, dsaval@brownrudnick.com); (ii) the United States local counsel to the Foreign Representative at Gardere Wynne Sewell LLP, 1601 Elm Street, Suite 3000, Dallas, TX 75201-3000 (attn: Marcus A. Helt, mhelt@gardere.com and Thomas Scannell, tscannell@gardere.com); (iii) counsel to the United States Trustee at Lisa.L.Lambert@usdoj.gov; (iv) counsel to plaintiffs in the Chicago putative class action or "Greene" action at Haynes and Boone, LLP, 2323 Victory Avenue, Suite 700, Dallas, TX 75219 (attn: Robin E. Phelan, robin.phelan@haynesboone.com and Stephen Manz, stephen.manz@haynesboone.com), Honigman Miller Schwartz and Cohn LLP, 2290 First National Building, 660 Woodward Avenue, Detroit, MI 48226 (attn: Scott B. Kitei, skitei@honigman.com), and Edelson P.C., 350 North LaSalle Street, Suite 1300, Chicago, IL 60654 (attn: Jay Edelson, jedelson@edelson.com and Steven L. Woodrow, swoodrow@edelson.com); and (v) counsel to CoinLab, Inc. at Morrison & Foerster LLP, 425 Market Street, San Francisco, CA 94105 (attn: Larry Engel, lengel@mofo.com and Vincent J.

Novak, vnovak@mofo.com) so as to be received on or before **4:00 p.m. (prevailing Central Time) on June 6, 2014.**

**PLEASE TAKE FURTHER NOTICE** that copies of the Amended Recognition Petition and accompanying papers are available to parties-in-interest on the Bankruptcy Court's Electronic Case Filing System, which can be accessed at this website: http://www.txnb.uscourts.gov/ (a PACER login and password are required to retrieve a document), or upon written notice, by mail or email, to the United States counsel to the Foreign Representative at the contact information above.

Dated:  May 23, 2014
        Dallas, Texas

Respectfully submitted,

**GARDERE WYNNE SEWELL LLP**

*/s/  Marcus A. Helt*
Marcus A. Helt (TX 24052187)
Thomas Scannell (TX 24070559)
Gardere Wynne Sewell LLP
1601 Elm Street, Suite 3000
Dallas, Texas 75201-4761
Telephone:  (214) 999-3000
Facsimile:  (214) 999-4667
Email:  mhelt@gardere.com
Email:  tscannell@gardere.com

- and -

**BROWN RUDNICK LLP**
David J. Molton (*admitted pro hac vice*)
Daniel J. Saval (*admitted pro hac vice*)
Seven Times Square
New York, New York 10036
Telephone:  (212) 209-4800
Facsimile:  (212) 209-4801
Email:  dmolton@brownrudnick.com
Email:  dsaval@brownrudnick.com

*Counsel for Nobuaki Kobayashi, in his capacity as the Bankruptcy Trustee and Foreign Representative of MtGox Co., Ltd., a/k/a MtGox KK*