G. Larry Engel (admitted *pro hac vice*)
Vincent J. Novak (admitted *pro hac vice*)
Kristin A. Hiensch (admitted *pro hac vice*)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522
LEngel@mofo.com; VNovak@mofo.com;
KHiensch@mofo.com

Barry C. Barnett (TX Bar No. 01778700)
SUSMAN GODFREY L.L.P.
901 Main Street, Suite 5100
Dallas, TX 75202
Telephone: 214.754.1903
Facsimile: 214.754.1933
bbarnett@SusmanGodfrey.com

*Attorneys for Creditor CoinLab, Inc.*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re: | Chapter 15 |
| MTGOX CO., LTD. (A/K/A MTGOX KK), | Case No.  14-31229-sgj-15 |
| Debtor in a foreign proceeding | |

**COINLAB, INC.'S REQUEST FOR JUDICIAL NOTICE
IN SUPPORT OF ITS STATUS CONFERENCE STATEMENT**

NOTICE IS HEREBY GIVEN THAT creditor CoinLab, Inc. ("CoinLab") will and hereby does request that this Court take judicial notice of documents attached hereto as Exhibit 1 and Exhibit 2 in support of its *Status Conference Statement*, filed concurrently herewith, pursuant to Federal Rule of Evidence 201, as incorporated by Federal Rule of Bankruptcy Procedure 9017.

Exhibit 1 is a true and correct copy of the *Plaintiffs' Motion for Preliminary Settlement Approval*, filed on April 28, 2014 in the case *Greene v. MtGox Inc.*, currently pending in the

1

sf-3419251

United States District Court for the Northern District of Illinois Eastern Division, Case No. 1:14-cv-01437.

Exhibit 2 is a true and correct copy of the *First Amended Complaint*, filed on November 25, 2013 in the case *CoinLab, Inc. v. Mt. Gox KK, et al.*, currently pending in the United States District Court for the Western District of Washington, Case No. 2:13-cv-00777-MJP.

Federal Rule of Evidence 201(b) provides that "[a] judicially noticed fact must be one not subject to reasonable dispute in that it is . . . (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." "A court shall take judicial notice if requested by a party and supplied with necessary information." Fed. R. Evid. 201(d). "Judicial notice may be taken at any stage of the proceeding." Fed. R. Evid. 201(f). CoinLab submits that the attached documents, as publicly filed court documents, comply with the foregoing requirements. Accordingly, CoinLab respectfully requests this Court take judicial notice of Exhibits 1 and 2 hereto.

Dated: May 23, 2014

By:  /s/ Vincent J. Novak

G. Larry Engel (admitted *pro hac vice*)
Vincent J. Novak (admitted *pro hac vice*)
Kristin A. Hiensch (admitted *pro hac vice*)
Morrison & Foerster LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522
LEngel@mofo.com;
VNovak@mofo.com;
KHhiensch@mofo.com

-and-

Barry C. Barnett (TX Bar No. 01778700)
Susman Godfrey L.L.P.
901 Main Street, Suite 5100
Dallas, TX 75202
Telephone: 214.754.1903
Facsimile: 214.754.1933
bbarnett@susmangodfrey.com

*Counsel for Creditor CoinLab, Inc.*

## CERTIFICATE OF SERVICE

    This is to certify that on May 23, 2014, a copy of the foregoing document was served on the parties registered to receive electronic notification via the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas, and via United States first class mail, postage pre-paid to the parties listed below:

| | | |
|---|---|---|
| MtCox, Co. Ltd. a/k/a MtGox KK<br>Level 15-F, Cerulean Tower<br>26-1 Sakuragaoka-cho<br>Shibuya-ku<br>Tokyo, Japan 150-8152<br>*Via first-class mail* | Erin E. Broderick<br>Baker & McKenzie LLP<br>300 East Randolph Drive, Suite 500<br>Chicago, IL 60602<br>*Via first- class mail:* | Office of the U.S. Trustee<br>1100 Commerce Street, Room 976<br>Dallas, TX 75242<br>*Via email:*<br>ustpregion06.da.ecf@usdoj.gov |
| Roger M. Townsend<br>Breskin Johnson & Townsend PLLC<br>1000 Second Avenue, Suite 3670<br>Seattle, WA 98104<br>*Via email:*<br>rtownsend@bjtlegal.com | Jay Edelson<br>Edelson PC<br>350 N. LaSalle St., Suite 1300<br>Chicago, IL 60654<br>*Via first-class mail* | David J. Molton/Daniel J. Saval<br>Brown Rudnick<br>Seven Times Square<br>New York, NY 10036<br>*Via email:*<br>jdmolton@brownrudnick.com;<br>jbeiswenger@brownrudnick.com;<br>wlancaster@brownrudnick.com;<br>dsaval@brownrudnick.com |
| Barry Barnett<br>Susman Godfrey LLP<br>1201 3rd Avenue, Suite 3800<br>Seattle, WA 98101-3087<br>*Via email:*<br>bbarnet@susmangodfrey.com;<br>rlicon@susmangodfrey.com | Thomas C. Scannell<br>Gardere<br>Thanksgiving Tower, Suite 3000<br>1601 Elm Street<br>Dallas, Texas 75201<br>*Via email:*<br>tscannell@gardere.com;<br>koliver@gardere.com;<br>jcharrison@gardere.com | MtCox, Co. Ltd. a/k/a MtGox KK<br>Level 15-F, Cerulean Tower<br>26-1 Sakuragaoka-cho<br>Shibuya-ku<br>Tokyo, Japan 150-8152<br>*Via first-class mail* |
| Josephine Garrett<br>Josephine Garrett, P.C.<br>3119 West 5th Street<br>Fort Worth, TX 76107<br>*Via email:*<br>filing@jgarrettlaw.com | The Honorable Jeh Johnson<br>Secretary of Homeland Security<br>Department of Homeland Security<br>Washington, DC 20528<br>*Via first class mail* | Steven L. Woodrow/Alicia Hwang/<br>Christopher L. Door<br>Edelson PC<br>350 North LaSalle St., Suite 1300<br>Chicago, IL 60654<br>*Via email and first-class mail:*<br>swoodrow@edelson.com<br>cdoor@edelson.com |
| Scott B. Kitei<br>Honigan Miller Schwartz and Cohn<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI 48226-3506<br>*Via email:*<br>skitei@honigman.com | Robin E. Phelan<br>Stephen Manz<br>Haynes and Boone, LLP<br>2323 Victory Avenue, Suite 700<br>Dallas, TX 75219<br>*Via email:*<br>robin.phelan@haynesboone.com<br>Stephen.manz@haynesboone.com | Marcus Alan Helt<br>Gardere<br>Thanksgiving Tower, Suite 3000<br>1601 Elm Street<br>Dallas, Texas 75201<br>*Via email:*<br>mhelt@gardere.com;<br>koliver@gardere.com;<br>ccoleman@gardere.com |

sf-3406754

John D. Penn
Perkins Coie LLP
500 N. Akard Street, Suite 3300
Dallas, TX 75201
*Via email:*
jpenn@perkinscoie.com;
docketdal@perkinscoie.com

                        /s/ John Kline
                        John Kline