G. Larry Engel (admitted *pro hac vice*)
Vincent J. Novak (admitted *pro hac vice*)
Kristin A. Hiensch (admitted *pro hac vice*)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:   415.268.7000
Facsimile:    415.268.7522
LEngel@mofo.com; VNovak@mofo.com;
KHiensch@mofo.com

Barry C. Barnett (TX Bar No. 01778700)
SUSMAN GODFREY L.L.P.
901 Main Street, Suite 5100
Dallas, Texas 75202
Telephone:   214.754.1903
Facsimile:    214.754.1933
bbarnett@SusmanGodfrey.com

*Attorneys for Creditor CoinLab, Inc.*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re: | Chapter 15 |
| MTGOX CO., LTD. (A/K/A MTGOX KK), | Case No.  14-31229-sgj-15 |
| Debtor in a foreign proceeding | |

**SUPPLEMENT TO
COINLAB, INC.'S STATUS CONFERENCE STATEMENT**

CoinLab, Inc. ("CoinLab"), a creditor and holder of various intellectual property and other rights, licenses, and defenses, hereby files this supplement to its Status Conference Statement (filed on May 23, 2014, Dkt. No. 129).

Attached hereto as Exhibit A is an article entitled "The Willy Report: proof of massive fraudulent trading activity, and how it has affected the price of Bitcoin," posted on May 25, 2014 in an internet forum from an apparently anonymous source. The article carefully analyzes data regarding MtGox trading (which CoinLab understands was leaked and may be unreliable) to conclude that insiders may have been involved in connection with the loss of the bitcoins and how bitcoin pricing appears to have been manipulated.

While this article is naturally of limited evidentiary utility, it illustrates the point that basic data about MtGox bitcoins can have considerable value for purposes of investigating the circumstances surrounding the loss of the missing bitcoins—and also shows the importance of having a well-qualified party conducting the investigation.  CoinLab remains prepared to assist in this investigation and lend its analytical expertise if given a complete list of MtGox's bitcoin addresses and other necessary data, which could be conducted with full transparency with the Trustee and other legitimate parties.  Sunlot, on the other hand, has made no showing of its qualifications to take over the investigation, thus highlighting the need for sufficient protection of creditors' interests at this early stage.

Dated: May 26, 2014  Respectfully submitted,

By:   Vincent J. Novak

G. Larry Engel (admitted *pro hac vice*)
Vincent J. Novak (admitted *pro hac vice*)
Kristin A. Hiensch (admitted *pro hac vice*)
Morrison & Foerster LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522
LEngel@mofo.com;
VNovak@mofo.com;
KHhiensch@mofo.com

-and-

Barry C. Barnett (TX Bar No. 01778700)
Susman Godfrey L.L.P.
901 Main Street, Suite 5100
Dallas, TX 75202
Telephone: 214.754.1903
Facsimile: 214.754.1933
bbarnett@susmangodfrey.com

*Counsel for Creditor CoinLab, Inc.*

3

sf-3420607

# CERTIFICATE OF SERVICE

This is to certify that on May 26, 2014, a copy of the foregoing document was served on the parties registered to receive electronic notification via the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas to the parties listed below:

| | | |
|---|---|---|
| David J. Molton/Daniel J. Saval<br>Brown Rudnick<br>Seven Times Square<br>New York, NY 10036<br>*Via email:*<br>jdmolton@brownrudnick.com;<br>jbeiswenger@brownrudnick.com;<br>wlancaster@brownrudnick.com;<br>dsaval@brownrudnick.com | Roger M. Townsend<br>Breskin Johnson & Townsend PLLC<br>1000 Second Avenue, Suite 3670<br>Seattle, WA 98104<br>*Via email:*<br>rtownsend@bjtlegal.com | Office of the U.S. Trustee<br>1100 Commerce Street, Room 976<br>Dallas, TX 75242<br>*Via email:*<br>ustpregion06.da.ecf@usdoj.gov |
| Barry Barnett<br>Susman Godfrey LLP<br>1201 3rd Avenue, Suite 3800<br>Seattle, WA 98101-3087<br>*Via email:*<br>bbarnet@susmangodfrey.com;<br>rlicon@susmangodfrey.com | Thomas C. Scannell<br>Gardere<br>Thanksgiving Tower, Suite 3000<br>1601 Elm Street<br>Dallas, Texas 75201<br>*Via email:*<br>tscannell@gardere.com;<br>koliver@gardere.com;<br>jcharrison@gardere.com | John D. Penn<br>Perkins Coie LLP<br>500 N. Akard Street, Suite 3300<br>Dallas, TX 75201<br>*Via email:*<br>jpenn@perkinscoie.com;<br>docketdal@perkinscoie.com |
| Josephine Garrett<br>Josephine Garrett, P.C.<br>3119 West 5th Street<br>Fort Worth, TX 76107<br>*Via email:*<br>filing@jgarrettlaw.com | | Steven L. Woodrow/Alicia Hwang/<br>Christopher L. Door<br>Edelson PC<br>350 North LaSalle St., Suite 1300<br>Chicago, IL 60654<br>*Via email and first-class mail:*<br>swoodrow@edelson.com<br>cdoor@edelson.com |
| Scott B. Kitei<br>Honigan Miller Schwartz and Cohn<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI 48226-3506<br>*Via email:*<br>skitei@honigman.com | Robin E. Phelan<br>Stephen Manz<br>Haynes and Boone, LLP<br>2323 Victory Avenue, Suite 700<br>Dallas, TX 75219<br>*Via email:*<br>robin.phelan@haynesboone.com<br>Stephen.manz@haynesboone.com | Marcus Alan Helt<br>Gardere<br>Thanksgiving Tower, Suite 3000<br>1601 Elm Street<br>Dallas, Texas 75201<br>*Via email:*<br>mhelt@gardere.com;<br>koliver@gardere.com;<br>ccoleman@gardere.com |

/s/ John Kline
John Kline

sf-3406754