

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed May 29, 2014**

_____
United States Bankruptcy Judge

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MTGOX CO., LTD. (a/k/a MTGOX KK), | § | CASE NO. 14-31229-SGJ-15 |
| | § | |
| Debtor. | § | |

### ORDER REGARDING TELEPHONIC APPEARANCES

Based on the volume of requests for telephonic appearances, and recognizing the need for counsel and various parties to participate by telephone, the court applies the following protocols for telephonic appearances:

1.  Prior court approval for a telephonic appearance is not required unless counsel is presenting evidence, questioning witnesses, or intending to make extensive legal argument. If counsel is presenting evidence, questioning witnesses, or intending to make extensive legal argument, then counsel must obtain prior court approval for a telephonic appearance by email

request to **sgj_settings@txnb.uscourts.gov** *at least 24 hours* prior to the hearing.

      2.      Prior court approval is also not required for telephonic appearances by non-attorney parties who desire to participate in "listen-in only" mode.

      3.      The court uses Court Call as its conference call operator for all telephonic appearances. There is a fee for this service. Counsel and non-attorney parties must set up each telephonic appearance with Court Call *the day before the hearing, if not sooner*. The contact number for Court Call is: (866) 582-6878. Court Call will prepare a master list of parties appearing by telephone for the court and email the list to the court the afternoon before the hearing. Counsel and parties should indicate whether they desire to be in "listen-in only" mode.

      4.      Participants must join the call no later than ten (10) minutes before the scheduled hearing time. Parties will not be allowed to participate if joining in late.

      5.      To ensure the quality of the call, no speaker phones, cell phones, headsets or public phones may be used. Counsel must be on the handset of the telephone during the appearance. On every occasion before speaking, identification must be made for the record.

      6.      If a technological problem develops, the court will nevertheless proceed with the hearing.

**IT IS SO ORDERED.**

                          **###END OF ORDER###**