

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed May 29, 2014**

United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>MtGox Co., Ltd. (a/k/a MtGox KK),<br><br>　　　　Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 14-31229-sgj-15 |

**ORDER REGARDING RECOGNITION
HEARING AND DISCOVERY PROCEDURES**

    Pursuant to the Status Conference held before this Court on May 27, 2014 and for the reasons stated on the record at the Status Conference, the Court ORDERS as follows:

    1.    The hearing (the "Recognition Hearing") on the *Amended Verified Petition for Recognition and Chapter 15 Relief* [Docket No. 126] (the "Amended Recognition Petition") filed by Nobuaki Kobayashi, in his capacity as the bankruptcy trustee and foreign representative (the "Foreign Representative") of MtGox Co., Ltd., a/k/a MtGox KK (the "Debtor"), seeking

recognition of the Debtor's bankruptcy proceeding under the Bankruptcy Act of Japan, pending before the Twentieth Civil Division of the Tokyo District Court in Japan (the "Japan Proceeding"), as a foreign main proceeding pursuant to Chapter 15 of the United States Bankruptcy Code and other related relief under Chapter 15, shall remain scheduled for **June 17, 2014 at 9:30 a.m. (prevailing Central Time)**.

2. The Foreign Representative shall attend the Recognition Hearing by telephone to answer any questions on issues pertaining to the Amended Recognition Petition.

3. If any party in interest seeks to compel the Foreign Representative's attendance at the Recognition Hearing in person, such party in interest shall file in this Court a motion, for good cause shown, seeking an order requiring the Foreign Representative to attend the Recognition Hearing in person. In the event that the Court grants such a motion, the Recognition Hearing shall be adjourned to a later date subject to the availability of the Court and the Foreign Representative.

4. Prior to the Recognition Hearing, the parties shall meet and confer to discuss informal discovery that may be relevant for the Recognition Hearing. Formal written discovery shall be limited to the subject of servers in Dallas, Texas used in connection with the Debtor's business, but only to the extent relevant to issues concerning the Amended Recognition Petition. The Foreign Representative shall respond to any such written discovery within 10 days of service thereof.

5. If the parties cannot agree that the discovery described in the preceding paragraph is sufficient for purposes of the Recognition Hearing, then the Foreign Representative shall submit to deposition testimony in Japan upon oral examination at a date and time to be agreed

upon by the parties, but such deposition shall be limited to issues relevant to the Amended Recognition Petition.

### End of Order ###

Prepared and Submitted by:

**GARDERE WYNNE SEWELL LLP**

*/s/ Marcus A. Helt*
Marcus A. Helt (TX 24052187)
Thomas Scannell (TX 24070559)
Gardere Wynne Sewell LLP
1601 Elm Street, Suite 3000
Dallas, Texas 75201-4761
Telephone: (214) 999-3000
Facsimile: (214) 999-4667
Email: mhelt@gardere.com
Email: tscannell@gardere.com

- and -

**BROWN RUDNICK LLP**
David J. Molton (admitted *pro hac vice*)
Daniel J. Saval (admitted *pro hac vice*)
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
Email: dmolton@brownrudnick.com
Email: dsaval@brownrudnick.com

*Counsel for Nobuaki Kobayashi, in his capacity*
*as the Bankruptcy Trustee and Foreign Representative*
*of MtGox Co., Ltd., a/k/a MtGox KK*