**Worthington, Cynthia L.  (USTP)**

| | |
|---|---|
| **From:** | Worthington, Cynthia L.  (USTP) |
| **Sent:** | Thursday, May 29, 2014 10:25 AM |
| **To:** | Worthington, Cynthia L.  (USTP) |
| **Subject:** | RE: Objection to the Amended Verified Petition for Recognition |
| **Attachments:** | Cindy Worthington.vcf |

FILED
MAY 29 2014
TAWANA C. MARSHALL, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**From:** Andrew Quent [mailto:aquentinn@gmail.com]
**Sent:** Thursday, May 29, 2014 9:17 AM
**To:** dmolton@brownrudnick.com; dsaval@brownrudnick.com; mhelt@gardere.com; tscannel@gardere.com; Lambert, Lisa (USTP); robin.phelan@haynesboone.com; stephen.manz@haynesboone.com; skitei@honigman.com; Jay Edelson; swoodrow@edelson.com; lengel@mofo.com; vnovak@mofo.com
**Subject:** Objection to the Amended Verified Petition for Recognition

Dear Sir/Madam,

I write to you as a creditor to object to the Japanese proceedings to be recognized as a foreign main proceedings.

The Debtor did not notify the 127,000 creditors, or any of the creditors as far as I am aware, of any of the hearings that were held in Japan on or around the 28th of February, on or around the 28th of March or on or around the 15th of April and or any other hearing, except for the hearing to be held on the 17th of June 2014, contrary to the Japanese legal procedural rules which require notification to all creditors of any pending bankruptcy hearings.

This is a serious procedural error without any explanation. The person that wishes now to be recognized as a foreign representative has emailed the 127,000 creditors to notify them of the hearing on the 17th of June in Texas. The failure by Mr. Mark Karpeles, while he was the foreign representative, or the applicant in the Tokyo court, to notify the creditors of any of the hearings that have been held in Japan or elsewhere was not therefore due to any technical difficulties, but a choice to conduct the bankruptcy proceedings unopposed.

Due to this serious failure which has denied the creditors their right to present their submissions to the Japanese court, thus caused a fundamental injustice to the creditors, I would respectfully ask the court to not recognize the Japanese proceedings.

Please hand over this letter to the judge who will reside over the Recognition Hearing to be herd on the 17th of June.

Yours Sincerely,

Andrew

1



**U.S. Department of Justice**

Office of the United States Trustee
Region 6
Northern & Eastern Districts of Texas

1100 Commerce, Room 976
Dallas, TX 75242

(214) 767-8967
Fax: (214) 767-8971

May 29, 2014

Clerk of Court
United States Bankruptcy Court
for the Northern District of Texas
1100 Commerce, Room 976
Dallas, TX 75242

*In re MtGox Co., Ltd.*, Bankr. No. 14-31229-sgj15

Dear Clerk:

The United States Trustee erroneously received a written objection in the *MtGox Co., Ltd.* case. In accordance with Fed. R. Bankr. P. 5005(c), I forward the communication to you for your attention. The communication was received in our office today, May 29, 2014, at 9:17 a.m.

Sincerely,

WILLIAM T. NEARY
UNITED STATES TRUSTEE

By: Lisa L. Lambert
Assistant U.S. Trustee