

**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**TAWANA C. MARSHALL, CLERK**
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed May 29, 2014**

_____
United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MTGOX CO., LTD. (a/k/a MTGOX KK), | § | CASE NO. 14-31229-SGJ-15 |
| | § | |
| Debtor. | § | |

### ORDER REGARDING TELEPHONIC APPEARANCES

Based on the volume of requests for telephonic appearances, and recognizing the need for counsel and various parties to participate by telephone, the court applies the following protocols for telephonic appearances:

1.      Prior court approval for a telephonic appearance is not required unless counsel is presenting evidence, questioning witnesses, or intending to make extensive legal argument. If counsel is presenting evidence, questioning witnesses, or intending to make extensive legal argument, then counsel must obtain prior court approval for a telephonic appearance by email

request to **sgj_settings@txnb.uscourts.gov** *at least 24 hours* prior to the hearing.

2. Prior court approval is also not required for telephonic appearances by non-attorney parties who desire to participate in "listen-in only" mode.

3. The court uses Court Call as its conference call operator for all telephonic appearances. There is a fee for this service. Counsel and non-attorney parties must set up each telephonic appearance with Court Call *the day before the hearing, if not sooner*. The contact number for Court Call is: (866) 582-6878. Court Call will prepare a master list of parties appearing by telephone for the court and email the list to the court the afternoon before the hearing. Counsel and parties should indicate whether they desire to be in "listen-in only" mode.

4. Participants must join the call no later than ten (10) minutes before the scheduled hearing time. Parties will not be allowed to participate if joining in late.

5. To ensure the quality of the call, no speaker phones, cell phones, headsets or public phones may be used. Counsel must be on the handset of the telephone during the appearance. On every occasion before speaking, identification must be made for the record.

6. If a technological problem develops, the court will nevertheless proceed with the hearing.

**IT IS SO ORDERED.**

### ###END OF ORDER###

```
                          United States Bankruptcy Court
                           Northern District of Texas
In re:                                                                     Case No. 14-31229-sgj
MtGox Co., Ltd.                                                            Chapter 15
        Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0539-3         User: mmathews              Page 1 of 1           Date Rcvd: May 29, 2014
                             Form ID: pdf012             Total Noticed: 9


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 31, 2014.
db            MtGox Co., Ltd.,    Level 15-F, Cerulean Tower,   26-1 Sakuragaoka-cho,   Shibuya-ku,
               Tokyo,   150-8152,    JAPAN
aty          +Alicia E. Hwang,    Edelson,   350 North LaSalle St., Ste. 1300,    Chicago, IL 60654-7582
aty          +David William Parham,    Baker & McKenzie LLP,   2001 Ross Ave., Suite 2300,
               Dallas, TX 75201-2968
aty          +Erin Elizabeth Broderick,    Baker & McKenzie LLP,    300 East Randolph Street, Suite 5000,
               Chicago, IL 60601-6342
aty          +Jay Edelson,   Edelson PC,    350 North LaSalle Street, Suite 1300,    Chicago, IL 60654-7582
aty          +John E. Mitchell,    Baker & McKenzie LLP,   2001 Ross Ave., Suite 2300,    Dallas, TX 75201-2968
aty          +Rosa A. Shirley,    Baker & McKenzie LLP,   2001 Ross Avenue, Suite 2300,    Dallas, TX 75201-2968
aty          +Steven L. Woodrow,    Edelson PC,   350 North LaSalle Street, Ste. 1300,    Chicago, IL 60654-7582
cr           +Gregory D. Greene,    5810 Prestonview Blvd., #2074,    Dallas, TX 75240-4728

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2014                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court’s CM/ECF electronic mail (Email)
system on May 29, 2014 at the address(es) listed below:
              Barry Barnett    on behalf of Creditor    Coinlab, Inc bbarnett@susmangodfrey.com,
               rlicon@susmangodfrey.com
              Daniel J. Saval    on behalf of Foreign Representative Nobuaki   Kobayashi dsaval@brownrudnick.com
              David J. Molton    on behalf of Foreign Representative Nobuaki   Kobayashi dmolton@brownrudnick.com,
               jbeiswenger@brownrudnick.com;wlancaster@brownrudnick.com
              George Larry Engel    on behalf of Creditor    Coinlab, Inc lengel@mofo.com
              John D. Penn    on behalf of Creditor    EPub Bud, LLC jpenn@perkinscoie.com,
               docketdal@perkinscoie.com
              Josephine Garrett    on behalf of Interested Party Josephine   Garrett filing@jgarrettlaw.com
              Kristin A. Hiensch    on behalf of Creditor    Coinlab, Inc khiensch@mofo.com
              Marcus Alan Helt    on behalf of Foreign Representative Nobuaki   Kobayashi mhelt@gardere.com,
               koliver@gardere.com;ccoleman@gardere.com
              Robin Eric Phelan    on behalf of Creditor Joseph   Lack robin.phelan@haynesboone.com,
               kim.morzak@haynesboone.com
              Robin Eric Phelan    on behalf of Creditor Gregory D. Greene robin.phelan@haynesboone.com,
               kim.morzak@haynesboone.com
              Scott B. Kitei    on behalf of Creditor Gregory D. Greene skitei@honigman.com
              Thomas C. Scannell    on behalf of Foreign Representative Nobuaki   Kobayashi tscannell@gardere.com,
               koliver@gardere.com;jcharrison@gardere.com
              United States Trustee    ustpregion06.da.ecf@usdoj.gov,    albert.loftus@usdoj.gov
              Vincent J. Novak    on behalf of Creditor    Coinlab, Inc vnovak@mofo.com
                                                                                             TOTAL: 14
```