# CERTIFICATE OF SERVICE

This is to certify that on June 6, 2014, a copy of the foregoing document was served (i) on the parties below who are registered to receive electronic notification via the Electronic Case Filing ("ECF") System for the United States Bankruptcy Court for the Northern District of Texas, and (ii) via United States first class mail, postage pre-paid, to the remaining parties listed below, as indicated:

| | | |
|---|---|---|
| MtCox, Co. Ltd. a/k/a MtGox KK<br>Level 15-F, Cerulean Tower<br>26-1 Sakuragaoka-cho<br>Shibuya-ku<br>Tokyo, Japan 150-8152<br>*Via first-class mail* | Erin E. Broderick<br>Baker & McKenzie LLP<br>300 East Randolph Drive, Suite 500<br>Chicago, IL 60602<br>*Via first-class mail* | Office of the U.S. Trustee<br>1100 Commerce Street, Room 976<br>Dallas, TX 75242<br>*Via ECF:*<br>ustpregion06.da.ecf@usdoj.gov |
| Roger M. Townsend<br>Breskin Johnson & Townsend PLLC<br>1000 Second Avenue, Suite 3670<br>Seattle, WA 98104<br>*Via ECF:*<br>rtownsend@bjtlegal.com | Jay Edelson<br>Edelson PC<br>350 N. LaSalle St., Suite 1300<br>Chicago, IL 60654<br>*Via first-class mail* | David J. Molton/Daniel J. Saval<br>Brown Rudnick<br>Seven Times Square<br>New York, NY 10036<br>*Via ECF:*<br>jdmolton@brownrudnick.com;<br>jbeiswenger@brownrudnick.com;<br>wlancaster@brownrudnick.com;<br>dsaval@brownrudnick.com |
| Barry Barnett<br>Susman Godfrey LLP<br>1201 3rd Avenue, Suite 3800<br>Seattle, WA 98101-3087<br>*Via ECF:*<br>bbarnet@susmangodfrey.com;<br>rlicon@susmangodfrey.com | Thomas C. Scannell<br>Gardere<br>Thanksgiving Tower, Suite 3000<br>1601 Elm Street<br>Dallas, Texas 75201<br>*Via ECF:*<br>tscannell@gardere.com;<br>koliver@gardere.com;<br>jcharrison@gardere.com | John D. Penn<br>Perkins Coie LLP<br>500 N. Akard Street, Suite 3300<br>Dallas, TX 75201<br>*Via ECF:*<br>jpenn@perkinscoie.com;<br>docketdal@perkinscoie.com |
| Josephine Garrett<br>Josephine Garrett, P.C.<br>3119 West 5th Street<br>Fort Worth, TX 76107<br>*Via ECF:*<br>filing@jgarrettlaw.com | The Honorable Jeh Johnson<br>Secretary of Homeland Security<br>Department of Homeland Security<br>Washington, DC 20528<br>*Via first class mail* | Steven L. Woodrow/Alicia Hwang/<br>Christopher L. Door<br>Edelson PC<br>350 North LaSalle St., Suite 1300<br>Chicago, IL 60654<br>*Via ECF and first-class mail:*<br>swoodrow@edelson.com<br>cdoor@edelson.com |
| Scott B. Kitei<br>Honigan Miller Schwartz and Cohn<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI 48226-3506<br>*Via ECF:*<br>skitei@honigman.com | Robin E. Phelan<br>Stephen Manz<br>Haynes and Boone, LLP<br>2323 Victory Avenue, Suite 700<br>Dallas, TX 75219<br>*Via ECF:*<br>robin.phelan@haynesboone.com<br>Stephen.manz@haynesboone.com | Marcus Alan Helt<br>Gardere<br>Thanksgiving Tower, Suite 3000<br>1601 Elm Street<br>Dallas, Texas 75201<br>*Via ECF:*<br>mhelt@gardere.com;<br>koliver@gardere.com;<br>ccoleman@gardere.com |

/s/ Vincent J. Novak  
Vincent J. Novak

sf-3406754