Steven L. Woodrow (admitted *pro hac vice*)
EDELSON PC
999 West 18th Street, Suite 3000
Denver, Colorado 80202
Telephone:  (303) 357-4878
Facsimile:   (303) 446-9111
Email: swoodrow@edelson.com

Jay Edelson (admitted *pro hac vice*)
Alicia Hwang (admitted *pro hac vice*)
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Telephone:  (312) 589-6370
Facsimile:   (312) 589-6378
Email:  jedelson@edelson.com
Email: ahwang@edelson.com

Scott B. Kitei (admitted *pro hac vice*)
HONIGMAN MILLER SCHWARTZ AND COHN LLP
2290 First National Building
660 Woodward Avenue
Detroit, Michigan 48226-3506
Telephone: (313) 465-7000
Facsimile: (313) 465-8000
Email: skitei@honigman.com

Robin E. Phelan, TBN 15903000
Stephen Manz, TBN 24070211
HAYNES AND BOONE, LLP
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Telephone:  214.651.5000
Facsimile:   214.651.5940
Email: robin.phelan@haynesboone.com
Email: stephen.manz@haynesboone.com

*Counsel for Gregory Greene and Joseph Lack*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 15 |
| | § | |
| MtGox Co., Ltd. (a/k/a MtGox KK) | § | Case No. 14-31229-sgj-15 |
| | § | |
| Debtor in a Foreign Proceeding | § | |
| | § | |

**CREDITORS GREGORY GREENE AND JOSEPH LACK'S RESPONSE REGARDING RECOGNITION AND RESERVATION OF RIGHTS WITH RESPECT TO VENUE**

Gregory Greene and Joseph Lack (collectively, the "Class Action Plaintiffs") by their attorneys, Edelson P.C., Honigman Miller Schwartz and Cohn LLP, and Haynes and Boone LLP, file this response regarding recognition and reservation of rights with respect to venue and respectfully state as follows:

1.     The Class Action Plaintiffs do not oppose recognition by this Court of Nobuaki Kobayashi (the "Trustee") as the foreign representative of the above-captioned debtor (the "Debtor") in a foreign main proceeding.

2. The Class Action Plaintiffs have been in discussions with counsel for the Trustee with respect to whether the Northern District of Texas is the proper venue for this case. The Class Action Plaintiffs have arrived at an understanding with counsel for the Trustee regarding issues surrounding venue and the investigation thereof, and are cautiously optimistic that the Trustee will agree.

3. Since no binding agreement has yet been authorized by the Trustee, out of an abundance of caution, the Class Action Plaintiffs reserve all rights to contest venue and to seek discovery in connection therewith.

Dated: June 6, 2014

Respectfully submitted,

By: */s/ Robin E. Phelan*
Robin E. Phelan, TBN 15903000
Stephen Manz, TBN 24070211
HAYNES AND BOONE, LLP
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Telephone:  214-651-5000
Facsimile:   214-651-5940
Email: robin.phelan@haynesboone.com
Email: stephen.manz@haynesboone.com

and

Steven L. Woodrow (admitted *pro hac vice*)
EDELSON PC
999 West 18th Street, Suite 3000
Denver, Colorado 80202
Telephone: 303-357-4878
Facsimile:  303-446-9111
Email: swoodrow@edelson.com

and

Jay Edelson (admitted *pro hac vice*)
Alicia E. Hwang (admitted *pro hac vice*)
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Telephone: 312-589-6370
Facsimile: 312-589-6378
Email: jedelson@edelson.com
Email: ahwang@edelson.com

and

Scott B. Kitei (admitted *pro hac vice*)
HONIGMAN MILLER SCHWARTZ AND COHN LLP
2290 First National Bldg.
660 Woodward Ave.
Detroit, MI 48226
Telephone: 313-465-7524
Facsimile: 313-465-7525
Email: skitei@honigman.com

***Attorneys for Gregory Greene and Joseph Lack***

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on June 6, 2014 a true and correct copy of the foregoing document was served (i) upon all parties on the attached Service List via e-mail (if available as indicated thereon) or first class mail, and (ii) via e-mail upon the parties that receive electronic notice in this case pursuant to the Court's ECF filing system:

                                                      */s/ Robin E. Phelan*
                                                      Robin E. Phelan

**SERVICE LIST**

David W. Parham
John Mitchell
Baker & McKenzie LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, TX 75201
*via email: david.parham@bakermckenzie.com*
*via email: john.mitchell@bakermckenzie.com*

Erin E. Broderick
Baker & McKenzie LLP
300 East Randolph Drive, Suite 500
Chicago, IL 60602
*via email: erin.broderick@bakermckenzie.com*

Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, TX 75242
*via email: ustpregion06.da.ecf@usdoj.gov*

Christopher L. Dore
Edelson PC
350 North LaSalle St., Suite 1300
Chicago, IL 60654
*via email: cdore@edelson.com*

Edgar Sargent
Susman Godfrey LLP
1201 3rd Avenue, Suite 3800
Seattle, WA 98101-3087
*via email: esargent@susmangodfrey.com*

Jean-Denis Marx
Baker & McKenzie (Gaikokuho Joint Ent.)
Ark Hills Sengokuyama Mori Tower 28th Fl
1-9-10 Roppongi
Tokyo 106-0032 Japan
*via email: jean-denis.marx@bakermckenzie.com*

John M. Murphy
Baker & McKenzie LLP
300 East Randolph, Suite 5000
Chicago, IL 60601
*via email: john.murphy@bakermckenzie.com*

Josephine Garrett
Josephine Garrett, P.C.
3119 West 5th Street
Fort Worth, TX 76107
*via email: filing@jgarrettlaw.com*

Mark Karpeles
6-28-3302, Aobadai 3-chome, Meguro-ku
Tokyo, Japan
*via first class mail*

Megan Lindsey
Edelson PC
999 West 18th St., Suite 3000
Denver, CO 80202
*via email: mlindsey@edelson.com*

MtGox, Co. Ltd. a/k/a MtGox KK
11-5, Shibuya 2-chome, Shibuya-ku
Tokyo, Japan
*via first class mail*

Roger M. Townsend
Breskin Johnson & Townsend PLLC
1111 Third Avenue, Suite 2230
Seattle, WA 98101
*via email: rtownsend@bjtlegal.com*

Rosa A. Shirley
Baker & McKenzie LLP
2001 Ross Avenue, Suite 2300
Dallas, TX 75201
*via email: rosa.shirley@bakermckenzie.com*

The Honorable Jeh Johnson
Secretary of Homeland Security
Department of Homeland Security
Washington, DC 20528
*via first class mail*

G. Larry Engel
Vincent J. Novak
Kristin A. Hiensch
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2383
*via email: LEngel@mofo.com*
*via email: VNovak@mofo.com*
*via email: KHiensch@mofo.com*

Barry C. Barnett
Susman Godfrey L.L.P.
901 Main Street, Suite 5100
Dallas, TX 75202
*via email: bbarnett@SusmanGodfrey.com*

Marcus A. Helt
Thomas Scannell
Gardere Wynne Sewell LLP
1601 Elm Street, Suite 3000
Dallas, TX 75201
*via email: mhelt@gardere.com*
*via email: tscannell@gardere.com*

David J. Molton
Daniel J. Saval
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
*via email: dmolton@brownrudnick.com*
*via email: dsaval@brownrudnick.com*

John D. Penn
Perkins Coie LLP
500 N. Akard Street, Suite 3300
Dallas, TX 75201
*Via email: jpenn@perkinscoie.com*