G. Larry Engel (admitted *pro hac vice*)
Vincent J. Novak (admitted *pro hac vice*)
Kristin A. Hiensch (admitted *pro hac vice*)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:   415.268.7000
Facsimile:    415.268.7522
LEngel@mofo.com; VNovak@mofo.com;
KHiensch@mofo.com

Barry C. Barnett (TX Bar No. 01778700)
SUSMAN GODFREY L.L.P.
901 Main Street, Suite 5100
Dallas, Texas 75202
Telephone:   214.754.1903
Facsimile:    214.754.1933
bbarnett@SusmanGodfrey.com

*Attorneys for Creditor CoinLab, Inc.*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re: | Chapter 15 |
| MTGOX CO., LTD. (A/K/A MTGOX KK), | Case No.  14-31229-sgj-15 |
| Debtor in a foreign proceeding | |

**COINLAB, INC.'S MOTION FOR WITHDRAWAL
AND SUBSTITUTION OF COUNSEL**

Pursuant to Local Bankruptcy Rule 2091-1, creditor CoinLab, Inc. ("CoinLab") moves for an order approving the withdrawal and substitution of its counsel in this matter. CoinLab's current local counsel of record, Susman Godfrey LLP, will withdraw from further representation of CoinLab in this matter. The law firm Fulbright & Jaworski LLP will substitute in as counsel for CoinLab. The firm Morrison & Foerster LLP will continue to represent CoinLab after the substitution.

1

sf-3424752

Upon the Court's approval of this withdrawal and substitution, all future papers and filings should be served on CoinLab through the undersigned Morrison & Foerster LLP attorneys and through:

    Mark A. Platt
    Gregory M. Wilkes
    Fulbright & Jaworski LLP
    2200 Ross Avenue, Suite 2800
    Dallas, Texas 75201-2784
    Tel +1 214 855 8000 | Fax +1 214 855 8200
    mark.platt@nortonrosefulbright.com
    greg.wilkes@nortonrosefulbright.com

Dated: June 6, 2014

Respectfully submitted,

By: /s/ Vincent J. Novak

G. Larry Engel (admitted *pro hac vice*)
Vincent J. Novak (admitted *pro hac vice*)
Kristin A. Hiensch (admitted *pro hac vice*)
Morrison & Foerster LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522
LEngel@mofo.com;
VNovak@mofo.com;
KHhiensch@mofo.com

*Counsel for Creditor CoinLab, Inc.*

-and-

Barry C. Barnett (TX Bar No. 01778700)
Susman Godfrey L.L.P.
901 Main Street, Suite 5100
Dallas, TX 75202
Telephone: 214.754.1903
Facsimile: 214.754.1933
bbarnett@susmangodfrey.com

*Withdrawing Counsel for Creditor CoinLab, Inc.*

sf-3424752

3

**[PROPOSED] ORDER**

Creditor CoinLab, Inc.'s motion for its counsel Susman Godfrey LLP to withdraw and for new counsel Fulbright & Jaworski LLP to substitute is GRANTED.  The firm Morrison & Foerster LLP will continue to represent CoinLab after the substitution.

Dated this _____ day of _____, 2014.

_____
United States Bankruptcy Court Judge

3

sf-3424752