David J. Molton (*pro hac vice pending*)
Daniel J. Saval (*pro hac vice pending*)
BROWN RUDNICK LLP
Seven Times Square
New York, New York 10036
Telephone:  (212) 209-4800
Facsimile:  (212) 209-4801
Email:  dmolton@brownrudnick.com
Email:  dsaval@brownrudnick.com

- and -

Marcus A. Helt (TX 24052187)
Thomas C. Scannell (TX 24070559)
GARDERE WYNNE SEWELL LLP
1601 Elm Street, Suite 3000
Dallas, Texas 75201-4761
Telephone:  (214) 999-3000
Facsimile:  (214) 999-4667
Email:  mhelt@gardere.com
Email:  tscannell@gardere.com

*Counsel for Nobuaki Kobayashi, in his capacity
as the Bankruptcy Trustee and Foreign Representative
of MtGox Co., Ltd., a/k/a MtGox KK*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re: <br><br> MtGox Co., Ltd. (a/k/a MtGox KK), <br><br>     Debtor in a Foreign Proceeding. | Chapter 15 <br><br> Case No. 14-31229-sgj-15 |

**NOTICE OF STATUS CONFERENCE**

     PLEASE TAKE NOTICE that a Status Conference in the above matter has been scheduled for **August 6, 2014, at 2:30 p.m. (CDT)** before the Honorable Stacey G. C. Jernigan, United States Bankruptcy Judge for the Northern District of Texas, 1100 Commerce Street, Courtroom 1428, Dallas, Texas 75242-1496.

**NOTICE OF STATUS CONFERENCE**     Page 1

Gardere01 - 6466671v.2

| | |
|---|---|
| Dated:  Dallas, Texas<br>         June 27, 2014 | **GARDERE WYNNE SEWELL LLP**<br><br>*/s/ Thomas C. Scannell*<br>Marcus A. Helt (TX 24052187)<br>Thomas C. Scannell (TX 24070559)<br>Gardere Wynne Sewell LLP<br>1601 Elm Street, Suite 3000<br>Dallas, Texas 75201-4761<br>Telephone:  (214) 999-3000<br>Facsimile:  (214) 999-4667<br>Email:  mhelt@gardere.com<br>Email:  tscannell@gardere.com<br><br>- and -<br><br>**BROWN RUDNICK LLP**<br>David J. Molton (*pro hac vice pending*)<br>Daniel J. Saval (*pro hac vice pending*)<br>Seven Times Square<br>New York, New York 10036<br>Telephone:  (212) 209-4800<br>Facsimile:  (212) 209-4801<br>Email:  dmolton@brownrudnick.com<br>Email:  dsaval@brownrudnick.com<br><br>*Counsel for Nobuaki Kobayashi, in his capacity*<br>*as the Trustee and Foreign Representative*<br>*of MtGox Co., Ltd., a/k/a MtGox KK* |