

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed August 6, 2014**

United States Bankruptcy Judge

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| In re: | Chapter 15 |
| MtGox Co., Ltd. (a/k/a MtGox KK), | Case No. 14-31229-sgj-15 |
| Debtor in a Foreign Proceeding. | |

### ORDER GRANTING CONTINUANCE OF STATUS CONFERENCE

Upon the Foreign Representative's *Unopposed Motion to Continue Status Conference* [Docket No. 153] (the "Motion"),[1] seeking to continue the Status Conference (the "Status Conference") previously set for August 6, 2014 at 2:30 p.m. (prevailing Central Time) to September 10, 2014 at 1:30 p.m. (prevailing Central Time); and the Court having determined that the relief requested in the Motion is in the best interests of the Debtor, its estate, its creditors, and other parties in interest; and it appearing that proper and adequate notice of the Motion has

---

[1] Capitalized terms referred to but not defined herein shall have the meanings ascribed to them in the Motion.

**ORDER GRANTING CONTINUANCE OF STATUS CONFERENCE – PAGE 1**

Gardere01 - 6481481v.1

been given and that no other or further notice is necessary; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefore, it is hereby

**ORDERED, ADJUDGED AND DECREED** that:

1. The Motion is **GRANTED**.

2. The Status Conference is continued to September 10, 2014 at 1:30 p.m. (prevailing Central Time).

# # # END OF ORDER # # #

Prepared and Submitted by:

**GARDERE WYNNE SEWELL LLP**


/s/  Marcus A. Helt
Marcus A. Helt (TX 24052187)
Thomas Scannell (TX 24070559)
Gardere Wynne Sewell LLP
1601 Elm Street, Suite 3000
Dallas, Texas 75201-4761
Telephone:  (214) 999-3000
Facsimile:  (214) 999-4667
Email:  mhelt@gardere.com
Email:  tscannell@gardere.com

- and -

**BROWN RUDNICK LLP**
David J. Molton
Daniel J. Saval
Seven Times Square
New York, New York 10036
Telephone:  (212) 209-4800
Facsimile:  (212) 209-4801
Email:  dmolton@brownrudnick.com
Email:  dsaval@brownrudnick.com

*Counsel for Nobuaki Kobayashi, in his capacity*
*as the Bankruptcy Trustee and Foreign*
*Representative of MtGox Co., Ltd.,*
*a/k/a MtGox KK*