1      IN THE UNITED STATES BANKRUPTCY COURT
            NORTHERN DISTRICT OF TEXAS (DALLAS)
2

3
                              )  Case No. 14-31229-SGJ-15
4   In re                     )  Dallas, Texas
                              )
5   MTGOX, CO., LTD.,         )
    a/k/a MTGOX KK,           )
6                             )  September 10, 2014
              Debtor.         )  1:34 PM
7   _____)

8
                TRANSCRIPT OF STATUS CONFERENCE
9
        BEFORE THE HONORABLE STACEY G. C. JERNIGAN,
10              UNITED STATES BANKRUPTCY JUDGE

11  APPEARANCES:
    For Nobuaki Kobayashi:        DANIEL J. SAVAL, ESQ.
12                                DAVID J. MOLTON, ESQ.
                                   (TELEPHONICALLY)
13                                BROWN RUDNICK LLP
                                  Seven Times Square
14                                New York, NY 10036

15  For CoinLab:                  LARRY ENGEL, ESQ.
                                  MORRISON & FOERSTER LLP
16                                425 Market Street
                                  San Francisco, CA 94106
17
                                  ROGER M. TOWNSEND, ESQ.
18                                 (TELEPHONICALLY)
                                  BRESKIN JOHNSON & TOWNSEND PLLC
19                                1000 2nd Avenue
                                  Suite 3670
20                                Seattle, WA 98104

21
    For EPub Bud, LLC:            JOHN D. PENN, ESQ.
22                                 (TELEPHONICALLY)
                                  PERKINS COIE LLP
23                                500 North Akard
                                  Suite 330
24                                Dallas, TX 75201

25

1

2   For Greene Plaintiffs:       ROBIN ERIC PHELAN, ESQ.
                                (TELEPHONICALLY)

3                                 HAYNES AND BOONE, LLP
                                2323 Victory Avenue

4                                 Suite 700
                                Dallas, TX 75219

5

20   Transcription Services:          eScribers
21                               700 West 192nd Street
                              Suite #607
22                             New York, NY 10040
                            (973) 406-2250

23

24   PROCEEDINGS RECORDED BY ELECTRONIC SOUND RECORDING.

25   TRANSCRIPT PRODUCED BY TRANSCRIPTION SERVICE.

1          THE COURT:  Please be seated.

2          All right.  We are ready to begin a status conference

3   we have set in the MtGox matter, case number 14-31229.

4          Let's start out by getting appearances from the

5   lawyers in the courtroom.

6          MR. SAVAL:  Good afternoon, Your Honor.  Daniel Saval

7   from Brown Rudnick on behalf of the foreign representative,

8   Mr. Kobayashi.

9          THE COURT:  Okay.

10          MR. SAVAL:  I believe my partner, David Molton, is

11   participating by phone, Your Honor.

12          THE REPORTER:  Your Honor, I can't hear --

13          THE COURT:  All right.

14          THE REPORTER:  Sorry.

15          THE COURT:  Yes.  If during this hearing everyone

16   could make sure they speak into the mic, because the people on

17   the phone I don't think hear.  So did everyone hear that, that

18   was an appearance by Mr. Saval?

19          All right.  Mr. Molton, are you there on the phone?

20          MR. MOLTON:  Your Honor, I am here on the phone.

21   Good afternoon.  David Molton, Brown Rudnick, for the foreign

22   representative.

23          THE COURT:  Okay, thank you.  Other appearances in

24   the courtroom.

25          MR. PHELAN:  Robin Phelan, Haynes and Boone, for the

1 class action plaintiffs.

2 THE COURT: All right. Is there anyone else on the

3 phone?

4 MR. TOWNSEND: Your Honor, Roger Town --

5 THE COURT: Go ahead.

6 MR. TOWNSEND: I'm sorry. Roger Townsend on behalf

7 of CoinLab in the Seattle litigation.

8 THE COURT: Okay, thank you. Anyone else on the

9 phone?

10 MR. ENGEL: Yes. Your Honor, Larry Engel, Morrison &

11 Foerster, for CoinLab.

12 THE COURT: Okay, thank you.

13 MR. PENN: Your Honor, John Penn, Perkins Coie on

14 behalf of EPub Bud, LLC.

15 THE COURT: Okay. Anyone else wanting to appear by

16 phone?

17 All right. Well, Mr. Saval, I think I'm going to

18 start with you. We're now about six months into this Chapter

19 15 case, and we entered an order for recognition, I believe it

20 was in June of this year, and at that time set a status

21 conference out in the future to basically hopefully get a

22 report at this time what's going on in the Japanese

23 proceeding --

24 MR. SAVAL: Um-hum, um-hum.

25 THE COURT: -- what's going on with the company,

1  what's going on, I guess, with the Illinois litigation, the

2  Washington litigation, to the extent anything is. So I'll

3  hear from you.

4       MR. SAVAL: Yes, Your Honor, I'm prepared to address

5  all those issues.

6       THE COURT: Okay.

7       MR. SAVAL: Perhaps we could start with the Chapter

8  15 case --

9       THE COURT: Okay.

10      MR. SAVAL: -- and matters in the U.S., and then

11 travel over to Japan, where I'm prepared to provide an update

12 as to what's going on --

13      THE COURT: All right.

14      MR. SAVAL: -- over there.

15      THE COURT: Very good.

16      MR. SAVAL: The last time we were before Your Honor

17 was the recognition hearing, and this Court did grant the

18 order recognizing the Japanese bankruptcy proceeding as a

19 foreign main proceeding.

20      One thing I'd note, Your Honor, is if you'll recall,

21 we have a stipulation with the class plaintiffs represented by

22 Mr. Phelan in these proceedings, where they have reserved the

23 right within a certain time period to challenge whether venue

24 is appropriate within this court.

25      I'd just note for Your Honor, that they did not file

1    a motion requesting a transfer of venue, and therefore venue

2    is established in this case.  And we understand there's no

3    live objection to venue at this time.

4              THE COURT:  Okay.  The deadline was what, per that

5    stipulation?

6              MR. SAVAL:  It was thirty days from the date of the

7    stipulation --

8              THE COURT:  Okay.

9              MR. SAVAL:  -- which was signed on June 9th.

10             THE COURT:  Okay.  Okay.  All right.  I think CoinLab

11   was maybe a party to that as well, correct, or --

12             MR. SAVAL:  They were.  They had reserved for

13   themselves the right to challenge venue in the event that the

14   class action plaintiffs moved to transfer venue.

15             THE COURT:  Okay.

16             MR. SAVAL:  So because the class action plaintiffs

17   did not move, then our understanding is their rights lapsed as

18   well --

19             THE COURT:  Okay.  Okay.

20             MR. SAVAL:  -- to take a position on the issue --

21             THE COURT:  All right.

22             MR. SAVAL:  -- or to challenge venue.

23             THE COURT:  All right.

24             MR. SAVAL:  Otherwise, Your Honor, there are no

25   pending matters at this time before this Chapter 15 case.

1  Most of the activity in connection with the liquidation

2  proceedings is happening over in Japan, which is natural,

3  because that's where the foreign main proceeding is pending.

4          But one note I would make for Your Honor.  If you'll

5  recall from prior discussion and from our recognition papers,

6  the United States Department of Justice had seized

7  approximately five million dollars of MtGox funds that were

8  held in U.S. accounts.

9          THE COURT:  Um-hum.

10         MR. SAVAL:  We have had preliminary discussions with

11  the Department of Justice to discuss a potential resolution of

12  that matter.  Those discussions are still preliminary, and at

13  this time I don't have any material developments to report --

14         THE COURT:  Okay.

15         MR. SAVAL:  -- in that regard.

16         I'd also note, Your Honor --

17         THE COURT:  And that had happened pre-petition on --

18         MR. SAVAL:  That's right, Your Honor.

19         THE COURT:  Okay.

20         MR. SAVAL:  Those funds had been seized, I believe,

21  in May of last year --

22         THE COURT:  Okay.

23         MR. SAVAL:  -- well before the bankruptcy case --

24         THE COURT:  Okay.

25         MR. SAVAL:  -- had been commenced --

1    THE COURT:  Okay.

2    MR. SAVAL:  -- earlier this year.

3    And although the automatic stay is now in effect as a

4 consequence of recognition, we continue to make ourselves

5 available to the parties that have been active within the

6 U.S., namely the class action plaintiffs in the Illinois

7 proceedings, and CoinLab that's involved in litigation in

8 Seattle.

9    We've appeared at status conferences on the class

10 action proceedings before the Illinois District Court.  Where

11 those proceeding stand, as Your Honor is aware, there was a

12 settlement proposal that essentially involved a third party

13 called Sunlot coming in and making an offer, a plan proposal,

14 that would form the basis of a settlement of that class action

15 proceeding.  That settlement was, of course, contingent on Mr.

16 Kobayashi engaging the class action plaintiffs on that plan

17 proposal and moving forward with it before the Tokyo court,

18 the supervising court.  And so that process is underway.  And

19 I'll get to in a little bit what Mr. Kobayashi is doing with

20 respect to investigating a potential sale of the MtGox --

21    THE COURT:  Okay.

22    MR. SAVAL:  -- exchange.

23    In addition, Your Honor, a few weeks ago we worked

24 for the parties in the CoinLab litigation that is pending

25 before the Seattle Federal District Court, to provide a status

1   report to that court which requested that the parties continue

2   to update the judge in Seattle as to the status of the

3   bankruptcy proceedings.

4           Your Honor, that wraps up what I think is relevant in

5   terms of activities going on here in the U.S., and now I'm

6   going to move on what's going on in Japan.

7           THE COURT:  Okay.

8           MR. SAVAL:  Unless Your Honor has any questions about

9   the U.S. matters?

10          THE COURT:  No.  Well, just clarify again on CoinLab,

11  I wasn't quite clear on what, if anything, had happened.  If

12  you could just repeat what you said?

13          MR. SAVAL:  Yeah.  The court had requested of the

14  parties -- the parties to that litigation are CoinLab being

15  the plaintiff, and MtGox and Tibanne, the parent company to

16  MtGox, as defendants.

17          THE COURT:  Um-hum.

18          MR. SAVAL:  And the court had requested periodic

19  updates from the parties as to the status of the MtGox

20  bankruptcy proceedings.  And I think the judge had requested

21  that because the judge understands there's a stay --

22          THE COURT:  Right.

23          MR. SAVAL:  -- as against MtGox.  And the judge had

24  also entered an administrative stay of the action against

25  Tibanne.

1          THE COURT:  Okay.

2          MR. SAVAL:  I would note that I believe CoinLab has

3   recently moved to lift the stay --

4          THE COURT:  Okay.

5          MR. SAVAL:  -- as against Tibanne.

6          THE COURT:  Okay.

7          MR. SAVAL:  Clearly, they're not moving to lift the

8   stay against us --

9          THE COURT:  Right.

10         MR. SAVAL:  -- they'd have to do it before --

11         THE COURT:  Um-hum.

12         MR. SAVAL:  -- this Court.

13         THE COURT:  Okay.

14         MR. SAVAL:  And I understand that motion is pending.

15         THE COURT:  Okay, all right.

16         MR. SAVAL:  With respect to the developments in

17  Japan, I'd note that on July 23rd Mr. Kobayashi held the first

18  general meetings of creditors where he provided a report on

19  the status of the liquidation.  That report was subsequently

20  posted to the MtGox Web site.

21         THE COURT:  Okay.

22         MR. SAVAL:  If Your Honor would like a copy I do have

23  them available.  So --

24         THE COURT:  A copy of the --

25         MR. SAVAL:  Of the report --

Colloquy                                                     11

1           THE COURT:  -- report.

2           MR. SAVAL:  -- that was handed up to creditors?

3           THE COURT:  Yes, I would.

4           MR. SAVAL:  May I approach?

5           THE COURT:  You may.  So you were probably about to

6    do this, but explain to me how the first meeting of creditors

7    works in Japan.  I'm not used to a trustee giving a report.

8           MR. SAVAL:  Yeah.  So, it essentially was exactly

9    that, for Mr. Kobayashi to speak to creditors publicly --

10          THE COURT:  Okay.

11          MR. SAVAL:  -- about information that was appropriate

12   to disclose on a public basis.

13          THE COURT:  Okay.

14          MR. SAVAL:  And that did involve him providing some

15   update on the investigation --

16          THE COURT:  Okay.

17          MR. SAVAL:  -- and to disclose to creditors,

18   customers and other parties-in-interest, that he had retained

19   the Deloitte firm to pursue the forensic investigation --

20          THE COURT:  Okay.

21          MR. SAVAL:  -- that has begun and is ongoing.  I can

22   report there's a large volume of data that the Deloitte team,

23   and Mr. Kobayashi's team in Japan are wading through and

24   analyzing.

25          Your Honor, as we previously advised, Mr. Kobayashi

1  had set a -- with the approval of the Tokyo court -- a

2  November 28th a deadline to file proofs of claim --

3          THE COURT:  Okay.

4          MR. SAVAL:  -- within the Japanese proceedings.

5  Around the time of the creditor meeting that deadline was

6  extended to May 29th of next year.

7          THE COURT:  Wow.

8          MR. SAVAL:  And let me just tell you the reasons --

9  the main reasons for that.

10          THE COURT:  Okay.

11          MR. SAVAL:  And this was approved by the Tokyo court.

12          The main reason was to give the bankruptcy trustee

13  additional time to craft a claim form that would be

14  appropriate for customers that are located in many different

15  jurisdictions all over the world.  We're not talking about

16  just a handful of countries, we're talking about creditors and

17  customers speaking many different languages in many different

18  jurisdictions.

19          Another issue that plays into the additional time

20  that's necessary, is Mr. Kobayashi needs to make a

21  determination, subject to the approval of the Tokyo district

22  court, as to how he's going to distribute the assets of the

23  estate, one of the issues being whether to make distributions

24  in kind.

25          Specifically, Mr. Kobayashi disclosed at the

1    creditors' meeting, that he's considering whether it's more

2    beneficial to distribute the bitcoin on hand in matters

3    subsequently discovered through -- in the investigation,

4    distribute those to customers and creditors in lieu of

5    liquidating those bitcoin and distributing the cash proceeds

6    thereof.

7              We understand there has been a favorable response

8    from customers as to proceeding in that manner, but the issue

9    is still under consideration and subject to ultimately a

10   decision of the Tokyo district court.

11             THE COURT:  Is there a motion pending at this time on

12   that?

13             MR. SAVAL:  There's not a motion --

14             THE COURT:  Okay.

15             MR. SAVAL:  -- pending, Your Honor --

16             THE COURT:  Okay.

17             MR. SAVAL:  -- as to the manner of distribution.

18             THE COURT:  Okay.

19             MR. SAVAL:  Mr. Kobayashi and his team, as I

20   mentioned previously, have also been focused on a process to

21   sell the exchange.  He and his team have been engaged with

22   several potential purchasers.  He's been currently in the

23   midst of a diligence process with those purchasers, and has

24   been conducting meetings with them.

25             I believe all of the potential buyers are parties to

1   nondisclosure agreements which prevents me getting into

2   publicly the details of where everything stands. But I can

3   disclose to this Court that Mr. Kobayashi is intent on

4   selecting a buyer as soon as reasonably possible, and wants to

5   move forward with that as soon as he can move forward and

6   complete the diligence process that he has underway.

7            THE COURT: Okay. Just educate me, is the process

8   that is typically undertaken in Japan anything like our 363

9   process, where perhaps you put a motion out there to approve

10  an auction process and bidding procedures, and get a stalking

11  horse --

12           MR. SAVAL: Yeah.

13           THE COURT: -- or no?

14           MR. SAVAL: Yeah. It's my understanding that things

15  are run slightly different there. I don't believe that there

16  is an auction process, but I can't confirm exactly how the

17  deal is going to be consummated. The discussions have been

18  largely informal, at this point. No selection has been made.

19  Clearly, the decision as to moving forward with a buyer, if a

20  transaction will be consummated, will be subject to the

21  approval of the district court.

22           THE COURT: Okay, all right.

23           MR. SAVAL: We do understand the assets that would

24  likely be sold, although this is still subject to definitive

25  documentation and reaching an agreement with the purchaser,

1    would be the customer information that's necessary to run the

2    exchange, that customer information being used by a business

3    located and operated from Japan.

4              Your Honor, I'd further note that there's a

5    subsequent creditor meeting scheduled in Tokyo for November

6    26th.  It's expected that Mr. Kobayashi will have a further

7    update for creditors, both in terms of the process of selling

8    the exchange, in terms of the investigation, and in terms of

9    the claims process.

10             THE COURT:  Okay.

11             MR. SAVAL:  So, Your Honor, I think I've covered

12   everything I intended to cover by way of an update to the

13   Court.

14             THE COURT:  Okay.  So it sounds like there really

15   aren't any pending motions going on there right now in Japan,

16   or there really aren't much in the way of court hearings.

17   It's pretty much --

18             MR. SAVAL:  Yeah.  The court --

19             THE COURT:  -- just administrative trustee work at

20   this point.

21             MR. SAVAL:  Yeah.  The court process is a little

22   different over in Japan.  Mr. Kobayashi is required to confer

23   with and speak with the Tokyo District Court.  It's very

24   common in other jurisdictions which maintain a supervisor role

25   over trustees or liquidators.  And so I know there's a meeting

1    tomorrow, for example, that Mr. Kobayashi has with the Tokyo

2    District Court.  I understand that meeting is in private.  But

3    that's given the nature of the role that's played by the court

4    in having to supervise the activities of the trustee.

5             THE COURT:  Okay.  So it's not --

6             MR. SAVAL:  And it's common in other jurisdictions as

7    well.

8             THE COURT:  -- an open, on-the-record, hearing?

9             MR. SAVAL:  Those are meetings.  Those are meetings.

10   And, clearly, public disclosure has come through the meetings,

11   come through the MtGox Web site.

12            THE COURT:  Okay.

13            MR. SAVAL:  Updates are provided on a rolling

14   continual basis.

15            I can tell Your Honor that now customers can access

16   the Web site to get their balance information as to the

17   amounts that at least are on record with MtGox as being what

18   their account balance is.  Mr. Kobayashi continues to provide

19   disclosures on that Web site.  As I mentioned, there'll be

20   another meeting in Japan in a few months.

21            THE COURT:  Okay.

22            MR. SAVAL:  And the report lays out in some greater

23   detail in terms of what's been done, provides disclosures as

24   to the assets that he has on hand.  He's been focused on

25   repatriating cash located around the world, and centralizing

1  those, and obviously pursuing the investigation which is

2  critical to determining where the missing bitcoin are.

3          THE COURT:  Um-hum.  And, obviously, I'll have to

4  read this report, but does it shed anymore light on that as

5  far as have the Deloitte investigations revealed anything we

6  haven't earlier known about?

7          MR. SAVAL:  Well, it's very much in its infancy, Your

8  Honor.  Mr. Kobayashi took over the reins at the end of April,

9  so we're still only a couple of months into this.  The

10  specifics as to where they are with the investigation is still

11  very much isolating the data, compartmentalizing it.  And I

12  understand there's a large volume of information and data that

13  they need to go through.

14          THE COURT:  Okay.

15          MR. SAVAL:  And this is a very unique situation, a

16  very unique case, issues of first impression with virtual

17  currency.  But his team, assisted by Deloitte, had been

18  working to pursue that --

19          THE COURT:  Okay.

20          MR. SAVAL:  -- with all deliberate speed.

21          THE COURT:  But no actual answers yet, no actual

22  recovery of any of the missing bitcoins?

23          MR. SAVAL:  Of the -- not yet, Your Honor.  Not yet.

24          THE COURT:  Okay.  All right.  Any demands or

25  lawsuits, or anything -- as far as recovery, any demands made

1   on anyone, any lawsuits?  I'm assuming no from your report,

2   but --

3          MR. SAVAL:  No, no, no.  In terms of the bitcoin, no.

4          THE COURT:  Okay.  What about Mr. Karpeles, is he

5   having a role in any of this?

6          MR. SAVAL:  Mr. Karpeles has an obligation under the

7   Japan Bankruptcy Act to assist Mr. Kobayashi to the extent

8   that Mr. Kobayashi believes his input is necessary.  So he's

9   essentially at Mr. Kobayashi's disposal.  He has no role in

10  management; he's been cut off from access to MtGox data.

11         THE COURT:  Okay.

12         MR. SAVAL:  So he has no role in the investigation.

13  But to the extent that Mr. Kobayashi believes his services or

14  his knowledge is necessary, he's required under Japanese law

15  to cooperate.

16         THE COURT:  Okay.  All right.

17         MR. SAVAL:  And, certainly, the role that Mr.

18  Karpeles played within MtGox in the loss of bitcoin is

19  something that will need to be investigated, and that's part

20  of what's going on.

21         THE COURT:  Okay.  Just one or two last questions.  I

22  had in my notes that at least the last time we were here Mr.

23  Kobayashi had collected something like 7.5-million fiat cash,

24  equivalent to U.S. dollars, from various bank accounts from

25  around the world.  Is that still pretty much where it stands,

1    or has there been more, by chance?

2            MR. SAVAL:  There is more, Your Honor.  I think

3    within the last week there was an order that was granted by a

4    court in the British Virgin Islands, where one of the service

5    providers was located --  I believe the name was BocaPay --

6    that released approximately five or six million dollars --

7            THE COURT:  Okay.

8            MR. SAVAL:  -- closer to six million dollars, that's

9    been turned over to the bankruptcy trustee.

10           THE COURT:  Okay.

11           MR. SAVAL:  And I understand it's been repatriated to

12   Japan.

13           THE COURT:  All right, very good.

14           All right.  Well, a preview of anything that we might

15   be expecting to happen in this case as far as is the trustee

16   going to need to file any motions, take any discovery, need

17   any assistance from this Court in the near future?

18           MR. SAVAL:  No.  At this point, Your Honor, we're

19   waiting to see what happens in Japan on the fronts that I

20   mentioned, particularly the investigation and the sales

21   process.  And if we're required under Chapter 15, or we

22   consider it necessary to avail ourselves of the rights under

23   Chapter 15, we'll be back before Your Honor.  At this time

24   nothing is specifically contemplated.

25           Clearly, the Chapter 15 was filed -- the primary

1 reason that the Chapter 15 was filed was to get the benefit of

2 the stay, so that creditors around the world would be treated

3 fairly, and it would all be on the same level playing field.

4 And Mr. Kobayashi wants to maintain this Chapter 15 case,

5 including for that purpose, but we -- there still may be

6 developments that need to be brought to this Court and relief

7 that we may need to seek. But at this point, there's nothing

8 immediately we contemplate bringing to this Court.

9 If Your Honor would like, we can schedule a

10 subsequent status conference just to provide this Court with a

11 further update as to where things stand, perhaps in the next

12 sixty or ninety days, I'll leave it to Your Honor as to when

13 you think it would be appropriate for us to be back, in light

14 of any further developments.

15 THE COURT: Well, my initial reaction is if there's

16 going to be another creditor meeting in Japan, November 26th,

17 maybe the week or so after that, to see what transpires.

18 MR. PHELAN: Your Honor, we would very much like to

19 have another status conference in about thirty days.

20 THE COURT: Okay. Well, Mr. Phelan, why don't you

21 come up to the podium, at this point, and give me any thoughts

22 you have and why -- you're approaching the bench with

23 something. Oh, okay. Well, I want the people on the phone to

24 hear you --

25 MR. PHELAN: Oh.

1          THE COURT:  -- so when I said come up here, I meant

2     to the podium actually.

3          All right.

4          MR. PHELAN:  I misunderstood, Your Honor.

5          THE COURT:  Okay.  First, why don't you tell me why

6     your clients, the Greene plaintiffs, would like something

7     sooner?  What are you expecting, you want to talk about?

8          MR. PHELAN:  Well, Your Honor, the case has been

9     pending since March.  Mr. Kobayashi has been in place for a

10    long time.  Mr. Kobayashi has been discussing significant

11    events, we understand, as indicated by his counsel, with

12    potential purchasers.

13         The great number of the creditors/customers are in

14    the United States.  And we feel that given his report at the

15    creditors' meeting, and given his comments today, that within

16    thirty days it would be appropriate to see what progress he

17    has made at that point in time.  I think when you read his

18    report with respect to the creditors' meeting it was roughly

19    along the lines as discussed today, without a lot of detail.

20    And we can understand why, given the nature of what he's

21    doing, maybe that type of information would not be appropriate

22    at that time.

23         On the other hand, this -- the assets are the type of

24    ephemeral assets which are deteriorating or potentially

25    deteriorating every day.  So we think it is appropriate to

1     come back in about thirty days and find out exactly what's

2     going on, what specific progress he's made, and reevaluate the

3     situation at that time, Your Honor.

4             THE COURT: Okay. Well, I'm a little surprised at

5     the length of time it's taking. I mean, I'm wondering what I

6     can do about it, if anything. But it seems rather shocking to

7     me a May 2015 bar date. And I'm not -- I mean I remember a

8     report that there might be 120,000 customers, in a 175

9     different countries, and I guess with the translation and what

10     not is needed, that I don't know -- maybe, Mr. Saval, it would

11     be helpful to have the trustee on the phone with a translator

12     to kind of help us understand. Again, I'm not sure what I can

13     do about it, but I do think it might be helpful for me and the

14     creditors in the U.S. to understand why that much time and due

15     process is necessary, in his view, if nothing else, to manage

16     expectations of people.

17             MR. PHELAN: Your Honor, we also have -- our

18     responsibility is to the court in Chicago, and I believe the

19     CoinLab is -- it's responsibility is the court in Seattle.

20     And just that type of a thirty-day situation I think would be

21     useful to let people know what's happened.

22             THE COURT: Okay. And the other thing is, I guess

23     I'm trying to understand better the whole sale process. You

24     know, certainly, as we all know what we're used to in the U.S.

25     is hopefully getting a robust auction going. If there are

1    more than one parties interested in buying, let's do

2    everything we can to kind of play them off each other, and get

3    all the full information out there, and get the highest and

4    best deal.  And I'm not -- it sounds like there's a lot of

5    closed-door negotiations going on, and I just -- I kind of

6    would like to hear from Mr. Kobayashi to better understand

7    that.

8             MR. PHELAN:  Yes, and --

9             THE COURT:  And, again, there's something like 30,000

10   U.S. creditors, right?

11            MR. SAVAL:  About that, Your Honor.

12            THE COURT:  Okay.

13            MR. SAVAL:  And we can, certainly, relay that message

14   back to Mr. Kobayashi.  Clearly, he has his court that he's

15   reporting to, that, as I mentioned, is supervising his

16   activities.  I did mention that, as would be the case even in

17   a U.S. bankruptcy, where you're pursuing a sale process, the

18   initial stages are to engage purchasers in a process where the

19   purchasers themselves demand nondisclosure agreements, and

20   where it's important to maintain the confidentiality of

21   information so that bids aren't leaked, so that there is not

22   collusive bidding.  And those are considerations that could be

23   very relevant here.

24            One thing I would just note for Your Honor is,

25   notwithstanding Mr. Phelan's concerns about progress and

1    wanting to hear more, we attended a status conference

2    telephonically with the district court in Chicago, where the

3    class action plaintiff case is pending, and they told that

4    court that they're satisfied with the progress of these

5    proceedings.  They're satisfied with the developments.  They

6    understand that Mr. Kobayashi needs to figure out what's the

7    best deal for this estate.  And clearly the class action

8    plaintiffs, their interest in this, is fully aligned with

9    Sunlot's interest as a potential purchaser.

10         And they understand that.  They had requested that

11   Mr. Kobayashi provide them with a customer list, which was

12   necessary to provide disclosure of the class settlement to

13   those who would be covered by the settlement, which would be

14   the U.S. customers.  And clearly the customer list is a

15   valuable asset of estate, if not the most valuable asset of

16   the estate.  And I think they understand they can't move

17   forward with their settlement unless and until Mr. Kobayashi

18   decides they are the purchaser that is going to make the best

19   deal for the exchange and is the best deal for customers and

20   the estate.

21         MR. PHELAN:  Your Honor, do not take my comments

22   today as any criticism whatsoever of Mr. Kobayashi and his

23   investigation, or his sale process, but we simply would like

24   an update in thirty days.

25         THE COURT:  Okay.  All right.  Well let me hear from

1    CoinLab's counsel.  I remember at a prior hearing you

2    expressed --

3         MR. ENGEL:  Yes, Your --

4         THE COURT:  -- some concern about the sale process

5    and that maybe CoinLab might have an interest.  And is there

6    anything you wanted to say about that?

7         MR. ENGEL:  Yes, Your Honor.  Larry Engel for

8    CoinLab.

9         We had filed in your court, as you recall, in

10   connection with a, I believe, a status conference statement, a

11   rather detailed critique of the Sunlot sale proposal.  As far

12   as we know, that criticism is still applicable.  We haven't

13   heard of any reforms in response to that.  And so that's an

14   outstanding issue as far as we know.  And, obviously, the sale

15   process can be and should be enhanced and reformed if --

16   particularly, if they're going to seriously consider that

17   Sunlot proposal.

18        As a separate matter, if I may, just quickly on

19   that -- it's related in a way -- is that I heard counsel say

20   that -- for the trustee, say that Mr. Karpeles was cut off.

21   I'm wondering about that, because as far as we knew Mr.

22   Karpeles controls a hundred percent of Tibanne and acts as

23   Tibanne and is Tibanne.  And Tibanne was still, last we heard,

24   continuing to provide assets, get paid, do deals, provide

25   services, et cetera, for the trustee's estate.  And if that

1    has been terminated, which would be a good thing from our
2    perspective, we're wondering how Tibanne fits into this.  And
3    we hadn't heard a thing about that in the course of this
4    report:  is Tibanne, part of the sale process, which -- I
5    mean, are they part of handling the due diligence?  They seem
6    to be providing the employees and the assets, as you recall.
7    And it's not clear to me, sort of whether they're part of this
8    still going forward or not.  I mean, to the extent that
9    Tibanne is still engaged in this process in a material way,
10   then it seems to me necessarily contrary to what was said.
11   Mr. Karpeles has to be involved because they're the same.
12           So those are the concerns that we have today, unless,
13   Roger, you want to add anything.  The thirty-day request by
14   Mr. Phelan sounds like a good idea to me.
15           MR. TOWNSEND:  My only add would be that just to
16   further elaborate, that if Tibanne's involved, I understand
17   the employees are employees of Tibanne, therefore I think it's
18   tantamount to saying that the assets of the exchange are owned
19   by Tibanne, or at least that that should be clarified as to
20   what assets we're talking about, or what assets that MtGox
21   takes the position is part of the estate, and what assets are
22   part of the -- are outside of the estate.
23           THE COURT:  All right.  Mr. Saval, can you address
24   the Tibanne questions?  We, of course, recall that the actual
25   employees for the debtor were not debtor employees, they were

1    Tibanne employees.  I think there were thirty or so of them,

2    and there were lease arrangements between Tibanne and the

3    estate.  I sort of assumed everything was shut down, and all

4    employees, and all cash flow going to Tibanne had stopped, is

5    that not correct?

6        MR. SAVAL:  Your Honor, that's my understanding.  I

7    believe that there are claims that MtGox has against Tibanne,

8    arising in the ordinary course of their business dealings,

9    separate and apart from what I would call litigation claims.

10   Those have been pursued, and I understand, collected.

11       I had mentioned previously, that Mr. Kobayashi has

12   shut off access for Tibanne and its employees to the data.

13   The exchange is not operational.  He and his team, with

14   assistance of his advisors, have access and access alone to

15   that data.  Mr. Kobayashi and Mr. Kobayashi alone, and his

16   team, are running the sales process.

17       Certainly, the CoinLab folks have their own parochial

18   interest in knowing the division of assets between Tibanne and

19   MtGox, because they brought a lawsuit against both of them.

20   And, of course, their action against MtGox is stayed.  And, as

21   I mentioned earlier, they're seeking to lift the

22   administrative stay against Tibanne.  So I would respectfully

23   suggest that the reason why they're pushing this question is

24   because of the fact that they're pursuing those litigation

25   claims.

1        They do claim they're a creditor of the MtGox's

2   estate, but they're very much a disputed creditor.  And as

3   Your Honor recognized at the recognition hearing, this case is

4   about the customers.  CoinLab's not a customer, they're a

5   competitor.

6        So with all due respect to the question that they

7   raised, I think what I just laid out should satisfy the issues

8   that they have brought before the Court today.

9        One other thing I would note for Your Honor, is that

10  both the class action plaintiffs and the CoinLab have Japanese

11  counsel, they have engaged with Mr. Kobayashi.  There have

12  been communications.  So they're getting information in Japan

13  about these things as well.  So I just want to make sure the

14  record is clear, and that Your Honor is clear, that they are

15  getting information from sources face-to-face in Japan.

16       THE COURT:  Okay.  Anyone else?

17       MR. TOWNSEND:  Your Honor, this is Roger Townsend

18  calling from Seattle.

19       According to the trustee's report on the MtGox web

20  site, MtGox was, at least for a period of time, paying 30,000

21  dollars a month to Tibanne.  And that was our understanding,

22  just to be responsive to your question.

23       Secondly, I would not agree that bankruptcy is really

24  only relevant to MtGox customers.  I think it's relevant, as

25  any bankruptcy, to creditors.  And it's correct, we are a

1   creditor.  We have litigated for a year prior to MtGox filing

2   for bankruptcy under dubious circumstances.  So I think we'd

3   very much like to litigate that claim and feel very strongly

4   about it.  So to the extent that they want to have that

5   dispute we welcome it.

6           THE COURT:  Okay.  And just refresh my memory:  the

7   litigation is pertaining to a license agreement that you had

8   with MtGox -- that CoinLab had with MtGox, that was

9   terminated.  And CoinLab asserts damages, I think, fifty

10  million of liquidated damages or something like that?

11          MR. TOWNSEND:  Yes, excellent memory.  The agreement

12  was with both MtGox and Tibanne.

13          THE COURT:  Okay.

14          MR. TOWNSEND:  And the reasons it's with Tibanne and

15  the reason why I mentioned the point before is that Tibanne is

16  the -- has all the employees and is therefore the owner of

17  U.S. property, and who -- and the copyrights that were created

18  by Tibanne and then presumably transferred to MtGox.  So we

19  have claims against both MtGox and against Tibanne.

20          The intent of that license agreement was that MtGox

21  was -- I mean, CoinLab was to be the exclusive provider of the

22  bitcoin exchange services on the MtGox exchange in both the

23  U.S. and Canada.

24          THE COURT:  Okay.

25          MR. TOWNSEND:  And that's correct, there's a fifty-

1    million-dollar liquidated damages clause that was specifically

2    negotiated, as well trailing revenues and other claims, and an

3    asserted interest to the intellectual property, again.  And of

4    course, to respond to counsel from Brown Rudnick, yes, the

5    reason we're engaged is we do have an interest in the outcome,

6    and we believe a claim -- a valid claim to the assets --

7            THE COURT:  Okay.

8            MR. TOWNSEND:  -- of both entities.

9            THE COURT:  All right.  All right.  Well, if there's

10   nothing further, let me just react a couple of different ways.

11   I've asked a lot of questions; we've sort of had some, I don't

12   know, slightly awkward Q&A here.  And I guess I say awkward

13   because the Court's a little bit in an awkward position.

14   Obviously the U.S. court is just here to assist, as needed,

15   the Japanese court and trustee.  And I don't have motions

16   pending before me, but I do have 30,000 U.S. creditors to be

17   concerned about.  Well, I'm concerned about all the creditors,

18   naturally, but, in particular, the Japanese bankruptcy

19   trustee's petition for recognition and attachment revealed

20   something like likely 30,000 U.S. customer creditors.  So that

21   is a reason for me to ask questions and feel the need to be

22   vigilant here.

23           Also, I mean, obviously I have given MtGox relief.

24   I've given them the benefit of an automatic stay, which stops

25   all those 30,000 U.S. creditors from taking action.  So I

1  think part of the quid pro quo here is, I do need to keep

2  informed, and the creditors are entitled to ask questions

3  here.

4          It's also awkward because, obviously, we're dealing

5  with a different set of laws here.  We're used everything in

6  the U.S. bankruptcy system being done on a motion practice,

7  motions filed, a public record and being served out on the

8  creditor bodies, and there being time for people to object and

9  show up in court and put on evidence, and put in their views

10 about how things should or shouldn't happen.

11         And it sounds like it's a little bit different --

12 well, I'm not entirely sure, but it sounds like, at this

13 point, there's more behind-the-scenes investigating going on

14 and what we would consider maybe ex parte conversations going

15 on between trustee and court.  And if that's their system,

16 that's their system.  I have to respect it.  But, again, it's

17 just a situation where we're not used to it.  We're used to

18 having transparency and disclosure, and lots of information on

19 a step-by-step basis in a bankruptcy case.  And in a lot of

20 cases we would have a full-blown auction process six months

21 into a case.

22         So, anyway, all this to say, that's I think a reason

23 for the status conferences.  We may not get a whole lot

24 accomplished as fast as we would like, but I want to do

25 anything I can to keep things moving for the creditors and to

1   get information to the creditors, because I think they're

2   entitled to it.  And if there's a way we can help in enhancing

3   value, and in helping the liquidation over here in this court,

4   I want to be available to do that.

5           So, again, I don't have any motions before me, so at

6   this point I'm gathering information and listening and making

7   myself available to the parties if they think they need court

8   time.

9           What I would do is sort of compromise on the next

10  status conference.  I'm going to set something the beginning

11  of November, okay, so that's not thirty days out, that's not

12  sixty days out, that's before the next meeting of creditors in

13  Japan, that I'll call my courtroom deputy and see what we can

14  do the first week in November, that would be the week of

15  November 3rd.  Does anyone have a major scheduling conflict

16  they want to share before we nail that down?

17          MR. MOLTON:  Your Honor, hi, it's David Molton.  And

18  I may be out there for that conference, but I do have to be in

19  front of a British Virgin Islands court on November 5th.  So

20  that would require me to head out to the British Virgin

21  Islands on November 4th and come back on November 6th.

22          THE COURT:  Okay, all right.  Maybe we'll shoot for

23  the week before then, the week of October 27th.  Anyone have a

24  problem?  All right, hang on.

25          Traci, the week of October 27th, I need to give MtGox

1    another status conference.

2              MR. PHELAN:  Your Honor, just one bit of warning.

3    That Friday is Halloween, and I may come in costume.

4              THE COURT:  Aren't you always?  Aren't you always?

5    The thing about Mr. Phelan is he does tend to carry out

6    threats like that.  So as one who has seen him in a bald head,

7    it was a real bald head, cut off sleeves, a red tuxedo, shall

8    I go on?  He carries out his threats; those are at least three

9    in the past he's carried out.

10             MR. ENGEL:  Well, Your Honor, this is Larry.  As I

11   understand it, he has more hats than any single person we

12   know.

13             THE COURT:  That is probably true, and he sometimes

14   puts them on whoever's sitting next to him.

15             All right.  October 27th?  28th?  Okay.

16             October 28th, 9:30; okay, we'll go with that.

17             All right.  So if Mr. Kobayashi's counsel could file

18   a notice with the bankruptcy clerk of the October 28th, 9:30

19   hearing.

20             And, certainly, we're available before that if

21   somebody files a motion that they want to seek a hearing on.

22   But, meanwhile, I plan to look at Mr. Kobayashi's report and

23   better educate myself on the Japanese proceedings.  And if I

24   don't hear from you further, we'll see you on the 28th.

25             All right, thank you.

1          MR. SAVAL:  Thank you for your time, Your Honor.

2          MR. ENGEL:  Thank you.

3          THE CLERK:  All rise.

4      (Whereupon these proceedings were concluded at 2:19 PM)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2                      C E R T I F I C A T I O N

3

4          I, Esther Accardi, the court approved transcriber, do

5    hereby certify the foregoing is a true and correct transcript

6    from the official electronic sound recording of the

7    proceedings in the above-entitled matter.

8

9

10

11                                      September 11, 2014

12   _____       _____

13   ESTHER ACCARDI                         DATE

14   AAERT Certified Electronic Transcriber CET**D 485

15

16

17

18

19

20

21

22

23

24

25

**A**

**access (5)**
16:15;18:10;
27:12,14,14
**accomplished (1)**
31:24
**According (1)**
28:19
**account (1)**
16:18
**accounts (2)**
7:8;18:24
**Act (1)**
18:7
**action (13)**
4:1;6:14,16;8:6,
10,14,16;9:24;24:3,
7;27:20;28:10;30:25
**active (1)**
8:5
**activities (3)**
9:5;16:4;23:16
**activity (1)**
7:1
**acts (1)**
25:22
**actual (3)**
17:21,21;26:24
**actually (1)**
21:2
**add (2)**
26:13,15
**addition (1)**
8:23
**additional (2)**
12:13,19
**address (2)**
5:4;26:23
**administrative (3)**
9:24;15:19;27:22
**advised (1)**
11:25
**advisors (1)**
27:14
**afternoon (2)**
3:6,21
**again (6)**
9:10;22:12;23:9;
30:3;31:16;32:5
**against (10)**
9:23,24;10:5,8;
27:7,19,20,22;29:19,
19
**ago (1)**
8:23
**agree (1)**
28:23
**agreement (4)**
14:25;29:7,11,20
**agreements (2)**
14:1;23:19

**ahead (1)**
4:5
**aligned (1)**
24:8
**alone (2)**
27:14,15
**along (1)**
21:19
**although (2)**
8:3;14:24
**always (2)**
33:4,4
**amounts (1)**
16:17
**analyzing (1)**
11:24
**anymore (1)**
17:4
**apart (1)**
27:9
**appear (1)**
4:15
**appearance (1)**
3:18
**appearances (2)**
3:4,23
**appeared (1)**
8:9
**applicable (1)**
25:12
**approach (1)**
11:4
**approaching (1)**
20:22
**appropriate (7)**
5:24;11:11;12:14;
20:13;21:16,21,25
**approval (3)**
12:1,21;14:21
**approve (1)**
14:9
**approved (1)**
12:11
**approximately (2)**
7:7;19:6
**April (1)**
17:8
**arising (1)**
27:8
**Around (4)**
12:5;16:25;18:25;
20:2
**arrangements (1)**
27:2
**asserted (1)**
30:3
**asserts (1)**
29:9
**asset (2)**
24:15,15
**assets (13)**
12:22;14:23;
16:24;21:23,24;

25:24;26:6,18,20,20,
21;27:18;30:6
**assist (2)**
18:7;30:14
**assistance (2)**
19:17;27:14
**assisted (1)**
17:17
**assumed (1)**
27:3
**assuming (1)**
18:1
**attachment (1)**
30:19
**attended (1)**
24:1
**auction (4)**
14:10,16;22:25;
31:20
**automatic (2)**
8:3;30:24
**avail (1)**
19:22
**available (5)**
8:5;10:23;32:4,7;
33:20
**aware (1)**
8:11
**awkward (4)**
30:12,12,13;31:4

**B**

**back (5)**
19:23;20:13;22:1;
23:14;32:21
**balance (2)**
16:16,18
**bald (2)**
33:6,7
**bank (1)**
18:24
**bankruptcy (15)**
5:18;7:23;9:3,20;
12:12;18:7;19:9;
23:17;28:23,25;
29:2;30:18;31:6,19;
33:18
**bar (1)**
22:7
**basically (1)**
4:21
**basis (4)**
8:14;11:12;16:14;
31:19
**begin (1)**
3:2
**beginning (1)**
32:10
**begun (1)**
11:21
**behalf (3)**
3:7;4:6,14

**behind-the-scenes (1)**
31:13
**believes (2)**
18:8,13
**bench (1)**
20:22
**beneficial (1)**
13:2
**benefit (2)**
20:1;30:24
**best (4)**
23:4;24:7,18,19
**better (3)**
22:23;23:6;33:23
**bidding (2)**
14:10;23:22
**bids (1)**
23:21
**bit (4)**
8:19;30:13;31:11;
33:2
**bitcoin (6)**
13:2,5;17:2;18:3,
18;29:22
**bitcoins (1)**
17:22
**BocaPay (1)**
19:5
**bodies (1)**
31:8
**Boone (1)**
3:25
**both (7)**
15:7;27:19;28:10;
29:12,19,22;30:8
**bringing (1)**
20:8
**British (3)**
19:4;32:19,20
**brought (3)**
20:6;27:19;28:8
**Brown (3)**
3:7,21;30:4
**Bud (1)**
4:14
**business (2)**
15:2;27:8
**buyer (2)**
14:4,19
**buyers (1)**
13:25
**buying (1)**
23:1

**C**

**call (2)**
27:9;32:13
**called (1)**
8:13
**calling (1)**
28:18
**can (16)**

11:21;14:2,5;
16:15,15;20:9;
21:20;22:6,12;23:2,
13;25:15;26:23;
31:25;32:2,13
**Canada (1)**
29:23
**carried (1)**
33:9
**carries (1)**
33:8
**carry (1)**
33:5
**case (15)**
3:3;4:19;5:8;6:2,
25;7:23;17:16;
19:15;20:4;21:8;
23:16;24:3;28:3;
31:19,21
**cases (1)**
31:20
**cash (4)**
13:5;16:25;18:23;
27:4
**centralizing (1)**
16:25
**certain (1)**
5:23
**certainly (5)**
18:17;22:24;
23:13;27:17;33:20
**cetera (1)**
25:25
**challenge (3)**
5:23;6:13,22
**chance (1)**
19:1
**Chapter (8)**
4:18;5:7;6:25;
19:21,23,25;20:1,4
**Chicago (2)**
22:18;24:2
**circumstances (1)**
29:2
**claim (6)**
12:2,13;28:1;29:3;
30:6,6
**claims (6)**
15:9;27:7,9,25;
29:19;30:2
**clarified (1)**
26:19
**clarify (1)**
9:10
**class (12)**
4:1;5:21;6:14,16;
8:6,9,14,16;24:3,7,
12;28:10
**clause (1)**
30:1
**clear (3)**
9:11;26:7;28:14,
14

Case 14-31229-sgj15 Doc 160 Filed 09/12/14 Entered 09/12/14 15:09:06 Page 37 of 43
MTGOX CO., LTD., a/k/a MTGOX KK
Case No. 14-31229-SGJ15
September 10, 2014

**Clearly (7)**
10:7;14:19;16:10;
19:25;23:14;24:7,14
**clerk (2)**
33:18;34:3
**clients (1)**
21:6
**closed-door (1)**
23:5
**closer (1)**
19:8
**Coie (1)**
4:13
**CoinLab (16)**
4:7,11;6:10;8:7,
24;9:10,14;10:2;
22:19;25:5,8;27:17;
28:10;29:8,9,21
**CoinLab's (2)**
25:1;28:4
**collected (2)**
18:23;27:10
**collusive (1)**
23:22
**coming (1)**
8:13
**commenced (1)**
7:25
**comments (2)**
21:15;24:21
**common (2)**
15:24;16:6
**communications (1)**
28:12
**company (2)**
4:25;9:15
**compartmentalizing (1)**
17:11
**competitor (1)**
28:5
**complete (1)**
14:6
**compromise (1)**
32:9
**concern (1)**
25:4
**concerned (2)**
30:17,17
**concerns (2)**
23:25;26:12
**concluded (1)**
34:4
**conducting (1)**
13:24
**confer (1)**
15:22
**conference (9)**
3:2;4:21;20:10,19;
24:1;25:10;32:10,
18;33:1
**conferences (2)**
8:9;31:23
**confidentiality (1)**

23:20
**confirm (1)**
14:16
**conflict (1)**
32:15
**connection (2)**
7:1;25:10
**consequence (1)**
8:4
**consider (3)**
19:22;25:16;31:14
**consideration (1)**
13:9
**considerations (1)**
23:22
**considering (1)**
13:1
**consummated (2)**
14:17,20
**contemplate (1)**
20:8
**contemplated (1)**
19:24
**contingent (1)**
8:15
**continual (1)**
16:14
**continue (2)**
8:4;9:1
**continues (1)**
16:18
**continuing (1)**
25:24
**contrary (1)**
26:10
**controls (1)**
25:22
**conversations (1)**
31:14
**cooperate (1)**
18:15
**copy (2)**
10:22,24
**copyrights (1)**
29:17
**costume (1)**
33:3
**counsel (6)**
21:11;25:1,19;
28:11;30:4;33:17
**countries (2)**
12:16;22:9
**couple (2)**
17:9;30:10
**course (6)**
8:15;26:3,24;27:8,
20;30:4
**COURT (141)**
3:1,9,13,15,23;4:2,
5,8,12,15,25;5:6,9,
13,15,17,24;6:4,8,10,
15,19,21,23;7:9,14,
17,19,22,24;8:1,10,

17,18,21,25;9:1,7,10,
13,17,18,22;10:1,4,6,
9,11,12,13,15,21,24;
11:1,3,5,10,13,16,20;
12:1,3,7,10,11,22;
13:10,11,14,16,18;
14:3,7,13,21,22;
15:10,13,14,16,18,
19,21,23;16:2,3,5,8,
12,21;17:3,14,19,21,
24;18:4,11,16,21;
19:4,7,10,13,17;
20:6,8,10,15,20;
21:1,5;22:4,18,19,
22;23:9,12,14,24;2,
4,25;25:4,9;26:23;
28:8,16;29:6,13,24;
30:7,9,14,15;31:9,
15;32:3,7,19,22;
33:4,13
**courtroom (3)**
3:5,24;32:13
**Court's (1)**
30:13
**cover (1)**
15:12
**covered (2)**
15:11;24:13
**craft (1)**
12:13
**created (1)**
29:17
**creditor (7)**
12:5;15:5;20:16;
28:1,2;29:1;31:8
**creditors (20)**
10:18;11:2,6,9,17;
12:16;13:4;15:7;
20:2;22:14;23:10;
28:25;30:16,17,20,
25;31:2,25;32:1,12
**creditors' (3)**
13:1;21:15,18
**creditors/customers (1)**
21:13
**critical (1)**
17:2
**criticism (2)**
24:22;25:12
**critique (1)**
25:11
**currency (1)**
17:17
**currently (1)**
13:22
**customer (6)**
15:1,2;24:11,14;
28:4;30:20
**customers (11)**
11:18;12:14,17;
13:4,8;16:15;22:8;
24:14,19;28:4,24
**cut (3)**

18:10;25:20;33:7

# D

**damages (3)**
29:9,10;30:1
**Daniel (1)**
3:6
**data (6)**
11:22;17:11,12;
18:10;27:12,15
**date (2)**
6:6;22:7
**David (3)**
3:10,21;32:17
**day (1)**
21:25
**days (8)**
6:6;20:12,19;
21:16;22:1;24:24;
32:11,12
**deadline (3)**
6:4;12:2,5
**deal (5)**
14:17;23:4;24:7,
19,19
**dealing (1)**
31:4
**dealings (1)**
27:8
**deals (1)**
25:24
**debtor (2)**
26:25,25
**decides (1)**
24:18
**decision (2)**
13:10;14:19
**defendants (1)**
9:16
**definitive (1)**
14:24
**deliberate (1)**
17:20
**Deloitte (4)**
11:19,22;17:5,17
**demand (1)**
23:19
**demands (2)**
17:24,25
**Department (2)**
7:6,11
**deputy (1)**
32:13
**detail (2)**
16:23;21:19
**detailed (1)**
25:11
**details (1)**
14:2
**deteriorating (2)**
21:24,25
**determination (1)**

12:21
**determining (1)**
17:2
**developments (5)**
7:13;10:16;20:6,
14;24:5
**different (9)**
12:14,17,17;
14:15;15:22;22:9;
30:10;31:5,11
**diligence (3)**
13:23;14:6;26:5
**disclose (3)**
11:12,17;14:3
**disclosed (1)**
12:25
**disclosure (3)**
16:10;24:12;31:18
**disclosures (2)**
16:19,23
**discovered (1)**
13:3
**discovery (1)**
19:16
**discuss (1)**
7:11
**discussed (1)**
21:19
**discussing (1)**
21:10
**discussion (1)**
7:5
**discussions (3)**
7:10,12;14:17
**disposal (1)**
18:9
**dispute (1)**
29:5
**disputed (1)**
28:2
**distribute (3)**
12:22;13:2,4
**distributing (1)**
13:5
**distribution (1)**
13:17
**distributions (1)**
12:23
**District (8)**
8:10,25;12:21;
13:10;14:21;15:23;
16:2;24:2
**division (1)**
27:18
**documentation (1)**
14:25
**dollars (5)**
7:7;18:24;19:6,8;
28:21
**done (2)**
16:23;31:6
**down (2)**
27:3;32:16

**dubious (1)**
29:2
**due (3)**
22:14;26:5;28:6
**during (1)**
3:15

## E

**earlier (3)**
8:2;17:6;27:21
**educate (2)**
14:7;33:23
**effect (1)**
8:3
**elaborate (1)**
26:16
**else (5)**
4:2,8,15;22:15;
28:16
**employees (9)**
26:6,17,17,25,25;
27:1,4,12;29:16
**end (1)**
17:8
**engage (1)**
23:18
**engaged (4)**
13:21;26:9;28:11;
30:5
**engaging (1)**
8:16
**ENGEL (7)**
4:10,10;25:3,7,7;
33:10;34:2
**enhanced (1)**
25:15
**enhancing (1)**
32:2
**entered (2)**
4:19;9:24
**entirely (1)**
31:12
**entities (1)**
30:8
**entitled (2)**
31:2;32:2
**ephemeral (1)**
21:24
**EPub (1)**
4:14
**equivalent (1)**
18:24
**essentially (3)**
8:12;11:8;18:9
**established (1)**
6:2
**estate (10)**
12:23;24:7,15,16,
20;25:25;26:21,22;
27:3;28:2
**et (1)**
25:25

**even (1)**
23:16
**event (1)**
6:13
**events (1)**
21:11
**everyone (2)**
3:15,17
**evidence (1)**
31:9
**ex (1)**
31:14
**exactly (3)**
11:8;14:16;22:1
**example (1)**
16:1
**excellent (1)**
29:11
**exchange (9)**
8:22;13:21;15:2,8;
24:19;26:18;27:13;
29:22,22
**exclusive (1)**
29:21
**expectations (1)**
22:16
**expected (1)**
15:6
**expecting (2)**
19:15;21:7
**explain (1)**
11:6
**expressed (1)**
25:2
**extended (1)**
12:6
**extent (5)**
5:2;18:7,13;26:8;
29:4

## F

**face-to-face (1)**
28:15
**fact (1)**
27:24
**fairly (1)**
20:3
**far (6)**
17:5,25;19:15;
25:11,14,21
**fast (1)**
31:24
**favorable (1)**
13:7
**Federal (1)**
8:25
**feel (3)**
21:14;29:3;30:21
**few (2)**
8:23;16:20
**fiat (1)**
18:23

**field (1)**
20:3
**fifty (1)**
29:9
**fifty- (1)**
29:25
**figure (1)**
24:6
**file (4)**
5:25;12:2;19:16;
33:17
**filed (4)**
19:25;20:1;25:9;
31:7
**files (1)**
33:21
**filing (1)**
29:1
**find (1)**
22:1
**firm (1)**
11:19
**first (5)**
10:17;11:6;17:16;
21:5;32:14
**fits (1)**
26:2
**five (2)**
7:7;19:6
**flow (1)**
27:4
**focused (2)**
13:20;16:24
**Foerster (1)**
4:11
**folks (1)**
27:17
**foreign (4)**
3:7,21;5:19;7:3
**forensic (1)**
11:19
**form (2)**
8:14;12:13
**forward (6)**
8:17;14:5,5,19;
24:17;26:8
**Friday (1)**
33:3
**front (1)**
32:19
**fronts (1)**
19:19
**full (1)**
23:3
**full-blown (1)**
31:20
**fully (1)**
24:8
**funds (2)**
7:7,20
**further (7)**
15:4,6;20:11,14;
26:16;30:10;33:24

**future (2)**
4:21;19:17

## G

**gathering (1)**
32:6
**general (1)**
10:18
**given (6)**
16:3;21:14,15,20;
30:23,24
**giving (1)**
11:7
**Good (6)**
3:6,21;5:15;19:13;
26:1,14
**grant (1)**
5:17
**granted (1)**
19:3
**great (1)**
21:13
**greater (1)**
16:22
**Greene (1)**
21:6
**guess (4)**
5:1;22:9,22;30:12

## H

**Halloween (1)**
33:3
**hand (3)**
13:2;16:24;21:23
**handed (1)**
11:2
**handful (1)**
12:16
**handling (1)**
26:5
**hang (1)**
32:24
**happen (2)**
19:15;31:10
**happened (3)**
7:17;9:11;22:21
**happening (1)**
7:2
**happens (1)**
19:19
**hats (1)**
33:11
**Haynes (1)**
3:25
**head (3)**
32:20;33:6,7
**hear (9)**
3:12,17,17;5:3;
20:24;23:6;24:1,25;
33:24
**heard (4)**

**25:13,19,23;26:3**
**hearing (7)**
3:15;5:17;16:8;
25:1;28:3;33:19,21
**hearings (1)**
15:16
**held (2)**
7:8;10:17
**help (2)**
22:12;32:2
**helpful (2)**
22:11,13
**helping (1)**
32:3
**hi (1)**
32:17
**highest (1)**
23:3
**Honor (50)**
3:6,11,12,20;4:4,
10,13;5:4,16,20,25;
6:24;7:4,16,18;8:11,
23;9:4,8;10:22;
11:25;13:15;14:4,
11;16:15;17:8,23;
19:2,18,23;20:9,12,
18;21:4,8;22:3,17;
23:11,24;24:21;
25:7;27:6;28:3,9,14,
17;32:17;33:2,10;
34:1
**hopefully (2)**
4:21;22:25
**horse (1)**
14:11
**hundred (1)**
25:22

## I

**idea (1)**
26:14
**Illinois (3)**
5:1;8:6,10
**immediately (1)**
20:8
**important (1)**
23:20
**impression (1)**
17:16
**including (1)**
20:5
**indicated (1)**
21:11
**infancy (1)**
17:7
**informal (1)**
14:18
**information (13)**
11:11;15:1,2;
16:16;17:12;21:21;
23:3,21;28:12,15;
31:18;32:1,6

**MTGOX CO., LTD., a/k/a MTGOX KK**
**Case No. 14-31229-SGJ15**

September 10, 2014

**informed (1)**
31:2
**initial (2)**
20:15;23:18
**input (1)**
18:8
**intellectual (1)**
30:3
**intended (1)**
15:12
**intent (2)**
14:3;29:20
**interest (6)**
24:8,9;25:5;27:18;
30:3,5
**interested (1)**
23:1
**into (7)**
3:16;4:18;12:19;
14:1;17:9;26:2;
31:21
**investigated (1)**
18:19
**investigating (2)**
8:20;31:13
**investigation (9)**
11:15,19;13:3;
15:8;17:1,10;18:12;
19:20;24:23
**investigations (1)**
17:5
**involve (1)**
11:14
**involved (4)**
8:7,12;26:11,16
**Islands (3)**
19:4;32:19,21
**isolating (1)**
17:11
**issue (4)**
6:20;12:19;13:8;
25:14
**issues (4)**
5:5;12:23;17:16;
28:7

## J

**Japan (18)**
5:11;7:2;9:6;
10:17;11:7,23;14:8;
15:3,15,22;16:20;
18:7;19:12,19;
20:16;28:12,15;
32:13
**Japanese (6)**
4:22;5:18;12:4;
18:14;28:10;30:15,
18;33:23
**John (1)**
4:13
**judge (4)**
9:2,20,21,23

**July (1)**
10:17
**June (2)**
4:20;6:9
**jurisdictions (4)**
12:15,18;15:24;
16:6
**Justice (2)**
7:6,11

## K

**Karpeles (6)**
18:4,6,18;25:20,
22;26:11
**keep (1)**
31:1,25
**kind (4)**
12:24;22:12;23:2,
5
**knew (1)**
25:21
**knowing (1)**
27:18
**knowledge (1)**
18:14
**known (1)**
17:6
**Kobayashi (32)**
3:8;8:16,19;10:17;
11:9,25;12:20,25;
13:19;14:3;15:6,22;
16:1,18;17:8;18:7,8,
13,23;20:4;21:9,10;
23:6,14;24:6,11,17,
22;27:11,15,15;
28:11
**Kobayashi's (4)**
11:23;18:9;33:17,
22

## L

**laid (1)**
28:7
**languages (1)**
12:17
**lapsed (1)**
6:17
**large (2)**
11:22;17:12
**largely (1)**
14:18
**Larry (3)**
4:10;25:7;33:10
**last (6)**
5:16;7:21;18:21,
22;19:3;25:23
**law (1)**
18:14
**laws (1)**
31:5
**lawsuit (1)**

27:19
**lawsuits (2)**
17:25;18:1
**lawyers (1)**
3:5
**lays (1)**
16:22
**leaked (1)**
23:21
**lease (1)**
27:2
**least (5)**
16:17;18:22;
26:19;28:20;33:8
**leave (1)**
20:12
**length (1)**
22:5
**level (1)**
20:3
**license (2)**
29:7,20
**lieu (1)**
13:4
**lift (3)**
10:3,7;27:21
**light (2)**
17:4;20:13
**likely (2)**
14:24;30:20
**lines (1)**
21:19
**liquidated (2)**
29:10;30:1
**liquidating (1)**
13:5
**liquidation (3)**
7:1;10:19;32:3
**liquidators (1)**
15:25
**list (2)**
24:11,14
**listening (1)**
32:6
**litigate (1)**
29:3
**litigated (1)**
29:1
**litigation (9)**
4:7;5:1,2;8:7,24;
9:14;27:9,24;29:7
**little (5)**
8:19;15:21;22:4;
30:13;31:11
**live (1)**
6:3
**LLC (1)**
4:14
**located (4)**
12:14;15:3;16:25;
19:5
**long (1)**
21:10

**look (1)**
33:22
**loss (1)**
18:18
**lot (5)**
21:19;23:4;30:11;
31:19,23
**lots (1)**
31:18

## M

**main (4)**
5:19;7:3;12:9,12
**maintain (3)**
15:24;20:4;23:20
**major (1)**
32:15
**making (2)**
8:13;32:6
**manage (1)**
22:15
**management (1)**
18:10
**manner (2)**
13:8,17
**many (3)**
12:14,17,17
**March (1)**
21:9
**material (2)**
7:13;26:9
**matter (3)**
3:3;7:12;25:18
**matters (4)**
5:10;6:25;9:9;13:2
**May (11)**
7:21;11:4,5;12:6;
20:5,7,22;7:25:18;
31:23;32:18;33:3
**maybe (7)**
6:11;20:17;21:21;
22:10;25:5;31:14;
32:22
**mean (6)**
22:5,7;26:5,8;
29:21;30:23
**meant (1)**
21:1
**meanwhile (1)**
33:22
**meeting (11)**
11:6;12:5;13:1;
15:5,25;16:2,20;
20:16;21:15,18;
32:12
**meetings (5)**
10:18;13:24;16:9,
9,10
**memory (2)**
29:6,11
**mention (1)**
23:16

**mentioned (7)**
13:20;16:19;
19:20;23:15;27:11,
21;29:15
**message (1)**
23:13
**mic (1)**
3:16
**midst (1)**
13:23
**might (4)**
19:14;22:8,13;
25:5
**million (4)**
7:7;19:6,8;29:10
**million-dollar (1)**
30:1
**missing (2)**
17:2,22
**misunderstood (1)**
21:4
**Molton (6)**
3:10,19,20,21;
32:17,17
**month (1)**
28:21
**months (4)**
4:18;16:20;17:9;
31:20
**more (7)**
13:1;19:1,2;23:1;
24:1;31:13;33:11
**Morrison (1)**
4:10
**Most (2)**
7:1;24:15
**motion (7)**
6:1;10:14;13:11,
13;14:9;31:6;33:21
**motions (5)**
15:15;19:16;
30:15;31:7;32:5
**move (5)**
6:17;9:6;14:5,5;
24:16
**moved (2)**
6:14;10:3
**moving (4)**
8:17;10:7;14:19;
31:25
**MtGox (29)**
3:3;7:7;8:20;9:15,
16,19,23;10:20;
16:11,17;18:10,18;
26:20;27:7,19,20;
28:19,20,24;29:1,8,
8,12,18,19,20,22;
30:23;32:25
**MtGox's (1)**
28:1
**much (9)**
15:16,17;17:7,11;
18:25;20:18;22:14;

28:2;29:3
**myself (2)**
  32:7;33:23

## N

**nail (1)**
  32:16
**name (1)**
  19:5
**namely (1)**
  8:6
**natural (1)**
  7:2
**naturally (1)**
  30:18
**nature (2)**
  16:3;21:20
**near (1)**
  19:17
**necessarily (1)**
  26:10
**necessary (7)**
  12:20;15:1;18:8,
  14;19:22;22:15;
  24:12
**need (10)**
  17:13;18:19;
  19:16,16;20:6,7;
  30:21;31:1;32:7,25
**needed (2)**
  22:10;30:14
**needs (2)**
  12:20;24:6
**negotiated (1)**
  30:2
**negotiations (1)**
  23:5
**next (5)**
  12:6;20:11;32:9,
  12;33:14
**ninety (1)**
  20:12
**nondisclosure (2)**
  14:1;23:19
**note (9)**
  5:20,25;7:4,16;
  10:2,17;15:4;23:24;
  28:9
**notes (1)**
  18:22
**notice (1)**
  33:18
**notwithstanding (1)**
  23:25
**November (9)**
  12:2;15:5;20:16;
  32:11,14,15,19,21,21
**number (2)**
  3:3;21:13

## O

**object (1)**
  31:8
**objection (1)**
  6:3
**obligation (1)**
  18:6
**obviously (6)**
  17:1,3;25:14;
  30:14,23;31:4
**October (5)**
  32:23,25;33:15,16,
  18
**off (5)**
  18:10;23:2;25:20;
  27:12;33:7
**offer (1)**
  8:13
**One (10)**
  5:20;7:4;12:23;
  18:21;19:4;23:1,24;
  28:9;33:2,6
**ongoing (1)**
  11:21
**only (3)**
  17:9;26:15;28:24
**on-the-record (1)**
  16:8
**open (1)**
  16:8
**operated (1)**
  15:3
**operational (1)**
  27:13
**order (3)**
  4:19;5:18;19:3
**ordinary (1)**
  27:8
**Otherwise (1)**
  6:24
**ourselves (2)**
  8:4;19:22
**out (16)**
  3:4;4:21;14:9;
  16:22;22:1;23:3;
  24:6;28:7;31:7;
  32:11,12,18,20;33:5,
  8,9
**outcome (1)**
  30:5
**outside (1)**
  26:22
**outstanding (1)**
  25:14
**over (9)**
  5:11,14;7:2;12:15;
  15:22,25;17:8;19:9;
  32:3
**own (1)**
  27:17
**owned (1)**
  26:18
**owner (1)**
  29:16

## P

**paid (1)**
  25:24
**papers (1)**
  7:5
**parent (1)**
  9:15
**parochial (1)**
  27:17
**part (7)**
  18:19;26:4,5,7,21,
  22;31:1
**parte (1)**
  31:14
**participating (1)**
  3:11
**particular (1)**
  30:18
**particularly (2)**
  19:20;25:16
**parties (9)**
  8:5,24;9:1,14,14,
  19;13:25;23:1;32:7
**parties-in-interest (1)**
  11:18
**partner (1)**
  3:10
**party (2)**
  6:11;8:12
**past (1)**
  33:9
**paying (1)**
  28:20
**pending (10)**
  6:25;7:3;8:24;
  10:14;13:11,15;
  15:15;21:9;24:3;
  30:16
**PENN (2)**
  4:13,13
**people (5)**
  3:16;20:23;22:16,
  21;31:8
**per (1)**
  6:4
**percent (1)**
  25:22
**Perhaps (3)**
  5:7;14:9;20:11
**period (2)**
  5:23;28:20
**periodic (1)**
  9:18
**Perkins (1)**
  4:13
**person (1)**
  33:11
**perspective (1)**
  26:2
**pertaining (1)**
  29:7

**petition (1)**
  30:19
**PHELAN (14)**
  3:25,25;5:22;
  20:18,20,25;21:4,8;
  22:17;23:8;24:21;
  26:14;33:2,5
**Phelan's (1)**
  23:25
**phone (9)**
  3:11,17,19,20;4:3,
  9,16;20:23;22:11
**place (1)**
  21:9
**plaintiff (2)**
  9:15;24:3
**plaintiffs (9)**
  4:1;5:21;6:14,16;
  8:6,16;21:6;24:8;
  28:10
**plan (2)**
  8:13,16;33:22
**play (1)**
  23:2
**played (2)**
  16:3;18:18
**playing (1)**
  20:3
**plays (1)**
  12:19
**Please (1)**
  3:1
**PM (1)**
  34:4
**podium (2)**
  20:21;21:2
**point (9)**
  14:18;15:20;
  19:18;20:7,21;
  21:17;29:15;31:13;
  32:6
**position (3)**
  6:20;26:21;30:13
**possible (1)**
  14:4
**posted (1)**
  10:20
**potential (6)**
  7:11;8:20;13:22,
  25;21:12;24:9
**potentially (1)**
  21:24
**practice (1)**
  31:6
**preliminary (2)**
  7:10,12
**prepared (2)**
  5:4,11
**pre-petition (1)**
  7:17
**presumably (1)**
  29:18
**pretty (2)**

15:17;18:25
**prevents (1)**
  14:1
**preview (1)**
  19:14
**previously (3)**
  11:25;13:20;27:11
**primary (1)**
  19:25
**prior (3)**
  7:5;25:1;29:1
**private (1)**
  16:2
**pro (1)**
  31:1
**probably (2)**
  11:5;33:13
**problem (1)**
  32:24
**procedures (1)**
  14:10
**proceeding (7)**
  4:23;5:18,19;7:3;
  8:11,15;13:8
**proceedings (10)**
  5:22;7:2;8:7,10;
  9:3,20;12:4;24:5;
  33:23;34:4
**proceeds (1)**
  13:5
**process (23)**
  8:18;13:20,23;
  14:6,7,9,10,16;15:7,
  9,21;19:21;22:15,23;
  23:17,18;24:23;25:4,
  15;26:4,9;27:16;
  31:20
**progress (4)**
  21:16;22:2;23:25;
  24:4
**proofs (1)**
  12:2
**property (2)**
  29:17;30:3
**proposal (5)**
  8:12,13,17;25:11,
  17
**provide (8)**
  5:11;8:25;16:18;
  20:10;24:11,12;
  25:24,24
**provided (2)**
  10:18;16:13
**provider (1)**
  29:21
**providers (1)**
  19:5
**provides (1)**
  16:23
**providing (2)**
  11:14;26:6
**public (3)**
  11:12;16:10;31:7

Case 14-31229-sgj15 Doc 160 Filed 09/12/14 Entered 09/12/14 15:09:06 Page 41 of 43
MTGOX CO., LTD., a/k/a MTGOX KK
Case No. 14-31229-SGJ15
September 10, 2014

publicly (2)
11:9;14:2
purchaser (3)
14:25;24:9,18
purchasers (5)
13:22,23;21:12;
23:18,19
purpose (1)
20:5
pursue (2)
11:19;17:18
pursued (1)
27:10
pursuing (3)
17:1;23:17;27:24
pushing (1)
27:23
put (3)
14:9;31:9,9
puts (1)
33:14

**Q**

Q&A (1)
30:12
quickly (1)
25:18
quid (1)
31:1
quite (1)
9:11
quo (1)
31:1

**R**

raised (1)
28:7
rather (2)
22:6;25:11
reaching (1)
14:25
react (1)
30:10
reaction (1)
20:15
read (2)
17:4;21:17
ready (1)
3:2
real (1)
33:7
really (3)
15:14,16;28:23
reason (7)
12:12;20:1;27:23;
29:15;30:5,21;31:22
reasonably (1)
14:4
reasons (3)
12:8,9;29:14
recall (5)

5:20;7:5;25:9;
26:6,24
recently (1)
10:3
recognition (6)
4:19;5:17;7:5;8:4;
28:3;30:19
recognized (1)
28:3
recognizing (1)
5:18
record (3)
16:17;28:14;31:7
recovery (2)
17:22,25
red (1)
33:7
reevaluate (1)
22:2
reformed (1)
25:15
reforms (1)
25:13
refresh (1)
29:6
regard (1)
7:15
reins (1)
17:8
related (1)
25:19
relay (1)
23:13
released (1)
19:6
relevant (4)
9:4;23:23;28:24,
24
relief (2)
20:6;30:23
remember (2)
22:7;25:1
repatriated (1)
19:11
repatriating (1)
16:25
repeat (1)
9:12
report (18)
4:22;7:13;9:1;
10:18,19,25;11:1,7,
22;16:22;17:4;18:1;
21:14,18;22:8;26:4;
28:19;33:22
REPORTER (2)
3:12,14
reporting (1)
23:15
representative (2)
3:7,22
represented (1)
5:21
request (1)

26:13
requested (5)
9:1,13,18,20;24:10
requesting (1)
6:1
require (1)
32:20
required (3)
15:22;18:14;19:21
reserved (2)
5:22;6:12
resolution (1)
7:11
respect (5)
8:20;10:16;21:18;
28:6;31:16
respectfully (1)
27:22
respond (1)
30:4
response (2)
13:7;25:13
responsibility (2)
22:18,19
responsive (1)
28:22
retained (1)
11:18
revealed (2)
17:5;30:19
revenues (1)
30:2
right (32)
3:2,13,19;4:2,17;
5:13,23;6:10,13,21,
23;7:18;9:22;10:9,
15;14:22;15:15;
17:24;18:16;19:13,
14;21:3;23:10;
24:25;26:23;30:9,9;
32:22,24;33:15,17,
25
rights (2)
6:17;19:22
rise (1)
34:3
Robin (1)
3:25
robust (1)
22:25
Roger (4)
4:4,6;26:13;28:17
role (6)
15:24;16:3;18:5,9,
12,17
rolling (1)
16:13
roughly (1)
21:18
Rudnick (3)
3:7,21;30:4
run (2)
14:15;15:1

running (1)
27:16

**S**

sale (8)
8:20;22:23;23:17;
24:23;25:4,11,14;
26:4
sales (2)
19:20;27:16
same (2)
20:3;26:11
satisfied (2)
24:4,5
satisfy (1)
28:7
SAVAL (81)
3:6,6,10,18;4:17,
24;5:4,7,10,14,16;
6:6,9,12,16,20,22,24;
7:10,15,18,20,23,25;
8:2,22;9:8,13,18,23;
10:2,5,7,10,12,14,16,
22,25;11:2,4,8,11,14,
17,21;12:4,8,11;
13:13,15,17,19;
14:12,14,23;15:11,
18,21;16:6,9,13,22;
17:7,15,20,23;18:3,
6,12,17;19:2,8,11,
18;22:10;23:11,13;
26:23;27:6;34:1
saying (1)
26:18
schedule (1)
20:9
scheduled (1)
15:5
scheduling (1)
32:15
seated (1)
3:1
Seattle (6)
4:7;8:8,25;9:2;
22:19;28:18
Secondly (1)
28:23
seek (2)
20:7;33:21
seeking (1)
27:21
seem (1)
26:5
seems (2)
22:6;26:10
seized (2)
7:6,20
selecting (1)
14:4
selection (1)
14:18
sell (1)

13:21
selling (1)
15:7
separate (2)
25:18;27:9
seriously (1)
25:16
served (1)
31:7
service (1)
19:4
services (3)
18:13;25:25;29:22
set (5)
3:3;4:20;12:1;
31:5;32:10
settlement (6)
8:12,14,15;24:12,
13,17
several (1)
13:22
shall (1)
33:7
share (1)
32:16
shed (1)
17:4
shocking (1)
22:6
shoot (1)
32:22
show (1)
31:9
shut (1)
27:3,12
signed (1)
6:9
significant (1)
21:10
simply (1)
24:23
single (1)
33:11
site (5)
10:20;16:11,16,
19;28:20
sitting (1)
33:14
situation (4)
17:15;22:3,20;
31:17
six (4)
4:18;19:6,8;31:20
sixty (2)
20:12;32:12
sleeves (1)
33:7
slightly (2)
14:15;30:12
sold (1)
14:24
somebody (1)
33:21

**sometimes (1)**
33:13
**soon (2)**
14:4,5
**sooner (1)**
21:7
**Sorry (2)**
3:14;4:6
**sort (4)**
26:7;27:3;30:11;
32:9
**sounds (5)**
15:14;23:4;26:14;
31:11,12
**sources (1)**
28:15
**speak (3)**
3:16;11:9;15:23
**speaking (1)**
12:17
**specific (1)**
22:2
**Specifically (3)**
12:25;19:24;30:1
**specifics (1)**
17:10
**speed (1)**
17:20
**stages (1)**
23:18
**stalking (1)**
14:10
**stand (2)**
8:11;20:11
**stands (2)**
14:2;18:25
**start (3)**
3:4;4:18;5:7
**statement (1)**
25:10
**States (2)**
7:6;21:14
**status (14)**
3:2;4:20;8:9,25;
9:2,19;10:19;20:10,
19;24:1;25:10;
31:23;32:10;33:1
**stay (8)**
8:3;9:21,24;10:3,
8;20:2;27:22;30:24
**stayed (1)**
27:20
**step-by-step (1)**
31:19
**still (11)**
7:12;13:9;14:24;
17:9,10;18:25;20:5;
25:12,23;26:8,9
**stipulation (3)**
5:21;6:5,7
**stopped (1)**
27:4
**stops (1)**

**30:24**
**strongly (1)**
29:3
**subject (4)**
12:21;13:9;14:20,
24
**subsequent (2)**
15:5;20:10
**subsequently (2)**
10:19;13:3
**suggest (1)**
27:23
**Sunlot (3)**
8:13;25:11,17
**Sunlot's (1)**
24:9
**supervise (1)**
16:4
**supervising (2)**
8:18;23:15
**supervisor (1)**
15:24
**sure (4)**
3:16;22:12;28:13;
31:12
**surprised (1)**
22:4
**system (3)**
31:6,15,16

**T**

**talk (1)**
21:7
**talking (3)**
12:15,16;26:20
**tantamount (1)**
26:18
**team (7)**
11:22,23;13:19,
21;17:17;27:13,16
**telephonically (1)**
24:2
**tend (1)**
33:5
**terminated (1)**
26:1;29:9
**terms (6)**
9:5;15:7,8,8;
16:23;18:3
**therefore (3)**
6:1;26:17;29:16
**there'll (1)**
16:19
**thereof (1)**
13:6
**third (1)**
8:12
**thirty (7)**
6:6;20:19;21:16;
22:1;24:24;27:1;
32:11
**thirty-day (2)**

**22:20;26:13**
**thoughts (1)**
20:21
**threats (2)**
33:6,8
**three (1)**
33:8
**Tibanne (26)**
9:15,25;10:5;
25:22,23,23,23;26:2,
4,9,17,19,24;27:1,2,
4,7,12,18,22;28:21;
29:12,14,15,18,19
**Tibanne's (1)**
26:16
**today (5)**
21:15,19;24:22;
26:12;28:8
**Tokyo (8)**
8:17;12:1,11,21;
13:10;15:5,23;16:1
**told (1)**
24:3
**tomorrow (1)**
16:1
**took (1)**
17:8
**Town (1)**
4:4
**TOWNSEND (10)**
4:4,6,6;26:15;
28:17,17;29:11,14,
25;30:8
**Traci (1)**
32:25
**trailing (1)**
30:2
**transaction (1)**
14:20
**transfer (2)**
6:1,14
**transferred (1)**
29:18
**translation (1)**
22:9
**translator (1)**
22:11
**transparency (1)**
31:18
**transpires (1)**
20:17
**travel (1)**
5:11
**treated (1)**
20:2
**true (1)**
33:13
**trustee (10)**
11:7;12:12;15:19;
16:4;19:9,15;22:11;
25:20;30:15;31:15
**trustees (1)**
15:25

**trustee's (3)**
25:25;28:19;30:19
**trying (1)**
22:23
**turned (1)**
19:9
**tuxedo (1)**
33:7
**two (1)**
18:21
**type (3)**
21:21,23;22:20
**typically (1)**
14:8

**U**

**ultimately (1)**
13:9
**Um-hum (6)**
4:24,24;7:9;9:17;
10:11;17:3
**under (6)**
13:9;18:6,14;
19:21,22;29:2
**understands (1)**
9:21
**undertaken (1)**
14:8
**underway (2)**
8:18;14:6
**unique (2)**
17:15,16
**United (2)**
7:6;21:14
**Unless (3)**
9:8;24:17;26:12
**up (5)**
9:4;11:2;20:21;
21:1;31:9
**update (7)**
5:11;9:2;11:15;
15:7,12;20:11;24:24
**updates (2)**
9:19;16:13
**used (6)**
11:7;15:2;22:24;
31:5,17,17
**useful (1)**
22:21

**V**

**valid (1)**
30:6
**valuable (2)**
24:15,15
**value (1)**
32:3
**various (1)**
18:24
**venue (7)**
5:23;6:1,1,3,13,14,

**22**
**view (1)**
22:15
**views (1)**
31:9
**vigilant (1)**
30:22
**Virgin (3)**
19:4;32:19,20
**virtual (1)**
17:16
**volume (2)**
11:22;17:12

**W**

**wading (1)**
11:23
**waiting (1)**
19:19
**wants (2)**
14:4;20:4
**warning (1)**
33:2
**Washington (1)**
5:2
**way (5)**
15:12,16;25:19;
26:9;32:2
**ways (1)**
30:10
**Web (5)**
10:20;16:11,16,
19;28:19
**week (7)**
19:3;20:17;32:14,
14,23,23,25
**weeks (1)**
8:23
**welcome (1)**
29:5
**what's (10)**
4:22,25;5:1,12;
9:6;16:23;18:20;
22:1,21;24:6
**whatsoever (1)**
24:22
**Whereupon (1)**
34:4
**whoever's (1)**
33:14
**whole (2)**
22:23;31:23
**within (7)**
5:23,24;8:5;12:4;
18:18;19:3;21:15
**without (1)**
21:19
**wondering (3)**
22:5;25:21;26:2
**work (1)**
15:19
**worked (1)**

MTGOX CO., LTD., a/k/a MTGOX KK
Case No. 14-31229-SGJ15

8:23
**working (1)**
17:18
**works (1)**
11:7
**world (4)**
12:15;16:25;
18:25;20:2
**Wow (1)**
12:7
**wraps (1)**
9:4

**Y**

**year (5)**
4:20;7:21;8:2;
12:6;29:1

**1**

**120,000 (1)**
22:8
**14-31229 (1)**
3:3
**15 (8)**
4:19;5:8;6:25;
19:21,23,25;20:1,4
**175 (1)**
22:8

**2**

**2:19 (1)**
34:4
**2015 (1)**
22:7
**23rd (1)**
10:17
**26th (2)**
15:6;20:16
**27th (3)**
32:23,25;33:15
**28th (5)**
12:2;33:15,16,18,
24
**29th (1)**
12:6

**3**

**30,000 (5)**
23:9;28:20;30:16,
20,25
**363 (1)**
14:8
**3rd (1)**
32:15

**4**

**4th (1)**
32:21

**5**

**5th (1)**
32:19

**6**

**6th (1)**
32:21

**7**

**7.5-million (1)**
18:23

**9**

**9:30 (2)**
33:16,18
**9th (1)**
6:9