<pre>
 1                   IN THE UNITED STATES BANKRUPTCY COURT
                     NORTHERN DISTRICT OF TEXAS (DALLAS)
 2

 3
                                )   Case No. 14-31229-SGJ-15
 4   In re                      )   Dallas, Texas
                                )
 5   MTGOX, CO., LTD.,          )
     a/k/a MTGOX KK,            )
 6                              )   October 28, 2014
                    Debtor.     )   9:34 AM
 7                              )
     _____)
 8
                         TRANSCRIPT OF HEARING
 9        159 NOTICE OF HEARING AND NOTICE OF STATUS CONFERENCE
          FILED BY FOREIGN REPRESENTATIVE NOBUAKI NOBAYASHI
10           BEFORE THE HONORABLE STACEY G. C. JERNIGAN,
                   UNITED STATES BANKRUPTCY JUDGE
11

12   APPEARANCES:

13   For Nobuaki Kobayashi:  DANIEL J. SAVAL, ESQ. (TELEPHONICALLY)
                             DAVID J. MOLTON, ESQ.
14                           BROWN RUDNICK LLP
                             Seven Times Square
15                           New York, NY 10036

16   For Nobuaki Kobayashi:  MARCUS A. HELT, ESQ.
                             GARDERE WYNNE SEWELL LLP
17                           1601 Elm Street
                             Suite 3000
18                           Dallas, TX 75201

19   For CoinLab, Inc.:      G. LARRY ENGEL, ESQ. (TELEPHONICALLY)
                             MORRISON & FOERSTER LLP
20                           425 Mark Street
                             San Francisco, CA 94105
21
     For CoinLab, Inc.:      ROGER TOWNSEND, ESQ. (TELEPHONICALLY)
22                           BRESKIN JOHNSON & TOWSEND PLLC
                             1000 Second Avenue
23                           Suite 3670
                             Seattle, WA 98104
24

25
</pre>

```
 1    For CoinLab, Inc.:          JANE PEARSON, ESQ. (TELEPHONICALLY)
                                  FOSTER PEPPER PLLC
 2                                1111 Third Avenue
                                  Suite 3400
 3                                Seattle, WA 98101

 4    For EPub Bud, LLC:          JOHN D. PENN, ESQ.
                                  PERKINS COIE LLP
 5                                500 North Akard Street
                                  Suite 3300
 6                                Dallas, TX 75201

 7    For Gregory Greene          ROBIN E. PHELAN, ESQ.
      and Joseph Lack:            HAYNES AND BOONE, LLP
 8                                2323 Victory Avenue
                                  Suite 700
 9                                Dallas, TX 75219

10

11    Transcription Services:              eScribers
                                           700 West 192nd Street
12                                         Suite #607
                                           New York, NY 10040
13                                         (973) 406-2250

14

15

16

17

18

19

20

21

22

23

24    PROCEEDINGS RECORDED BY ELECTRONIC SOUND RECORDING.

25    TRANSCRIPT PRODUCED BY TRANSCRIPTION SERVICE.
```

1           THE COURT:  The first matter I am going to take up is

2    MtGox because we have people on the phone on another continent

3    and we need to accommodate them, I think.

4           Okay, so let's go ahead first get appearances in the

5    courtroom from the lawyers in MtGox.

6           MR. MOLTON:  Good morning, Your Honor.  David Molton

7    of Brown Rudnick for the foreign representative of MtGox, Mr.

8    Kobayashi.

9           THE COURT:  Okay.  Good morning.

10          MR. MOLTON:  And with me is Marcus Helt, as well --

11          THE COURT:  Okay.

12          MR. MOLTON:  -- our co-counsel.

13          THE COURT:  Good morning.  Um-hum.

14          MR. PHELAN:  Robin Phelan, Haynes and Boone for the

15    class action plaintiffs.

16          THE COURT:  Good morning.

17          MR. PENN:  Good morning.  John Penn on behalf of ePub

18    Bud.

19          THE COURT:  Okay.  Good morning.  All right.  Now, on

20    the phone, we'll go ahead and take appearances.

21          MR. ENGEL:  Larry Engel, Morrison & Foerster for

22    CoinLab.

23          THE COURT:  Good morning.

24          MR. TOWNSEND:  Your Honor, Roger Townsend, Breskin

25    Johnson & Townsend and Jane Pearson, at Foster Pepper, also

1    for CoinLab.

2              THE COURT:  Okay.  Good morning.

3              MR. SAVAL:  Good morning, Your Honor.  Daniel Saval

4    from Brown Rudnick, also on behalf of the foreign

5    representative, Mr. Kobayashi.

6              THE COURT:  Okay.  Good morning.  All right.

7              THE INTERPRETER:  Good morning.  I'm Seiji Shibasaki.

8    I'm the translator for Mr. Nobuaki Kobayashi.

9              THE COURT:  Okay.  Can you hear us okay?

10             THE INTERPRETER:  Oh, yeah.

11             THE COURT:  Okay.

12             THE INTERPRETER:  I can hear.

13             THE COURT:  All right.  Well, we were last here on

14   September 10th, 2014 for a status conference.  We heard a

15   brief report on September 10th about the status of the

16   Japanese proceeding.  I'll just start, Mr. Molton, by looking

17   at my notes.

18             I think we heard that there had been a report to

19   creditors made by Mr. Kobayashi on July 23rd.  There had been

20   a revised deadline for proofs of claim, I guess, because of

21   notice concerns about a bigger pool of creditors than maybe

22   first thought and that new revised deadline is sometime in May

23   2015, I was told.

24             We also heard a report that Mr. Kobayashi was engaged

25   in discussions with various potential buyers for MtGox's

1   assets.  And finally, my notes show that it was reported that

2   the Deloitte firm had been retained by Mr. Kobayashi to engage

3   in forensic investigations regarding the missing bitcoin.

4           So rolling this now six weeks down the road, can you

5   give us further updates?

6           MR. MOLTON:  It's my pleasure to do so, Your Honor,

7   and as Your Honor does know, the bankruptcy trustee of MtGox,

8   Mr. Kobayashi, who is also the foreign representative is on

9   the phone and he is available with his team and a translator

10  to take all of your questions.

11          What I would like to do, Your Honor, is go through my

12  status report.  It shouldn't take that long.

13          THE COURT:  Okay.

14          MR. MOLTON:  And then to the extent that Your Honor

15  has any questions, open up the telephone for Mr. Kobayashi and

16  anybody else who wants to be heard here.

17          THE COURT:  Okay.

18          MR. MOLTON:  Needless to say, of course, Your Honor,

19  if Your Honor needs to ask Mr. Kobayashi a question during my

20  status report, of course, please feel free to interrupt me.

21          THE COURT:  All right.

22          MR. MOLTON:  Your Honor, I'm going to give a report

23  as to what's happened in the past month and a half and as Your

24  Honor will see, there has been activity around the world, as

25  Your Honor has seen from our 1518 pleading which we filed

1  earlier this month.

2           But just to go back again, the foreign representative

3  filed this Chapter 15 after the bankruptcy was commenced in

4  Japan, and I think it's important to note that we're only six

5  months into this case in Japan, Your Honor.  And the Chapter

6  15 was filed here principally to stay U.S. proceedings to

7  allow the foreign main proceeding to go unfettered in its

8  process forward and to take advantage of the Chapter 15 stay

9  of litigation here in the United States.

10          Currently, as Your Honor does know, there are no

11  pending motions before this Court today and that's because

12  substantially all of the debtors' assets are located in Japan.

13  That's the location of the foreign main proceeding and most of

14  the activity in connection with the sale and the liquidation

15  is presently taking place in the Tokyo court.  I'm going to go

16  and discuss briefly some of the things that have happened in

17  Canada and England, as well --

18          THE COURT:  Okay.

19          MR. MOLTON:  -- and give Your Honor an update as to

20  the status of those two other ancillary proceedings that have

21  been commenced since the last status conference.

22          THE COURT:  Okay.

23          MR. MOLTON:  The next creditors' meeting, Your Honor,

24  is going to be held on November 26th, 2014 at 1 p.m. Tokyo

25  time.  In continuing with his prior procedure, Mr. Kobayashi

1   and his team continues to provide creditor updates on the

2   MtGox Web site.  The last update was made, Your Honor, on

3   September 1st, notifying creditors of various changes in

4   addresses and other things.  But the notice of the November

5   26th meeting is out and we anticipate at our next status

6   conference to be able to report on that event.

7           The first main item that I want to talk to Your Honor

8   about is the overview of the sales process.  I know Your Honor

9   was very interested in that last time and it has progressed

10  and I want to talk about where we are to the extent I can.  Of

11  course, Mr. Kobayashi is on the phone to answer your

12  questions.

13          Since the commencement of the bankruptcy proceedings

14  in Japan, Your Honor, in April, the trustee has received

15  preliminary proposals for MtGox's business from a number of

16  parties and is currently in a final stage of the selection

17  process.  As we've reported before, Your Honor, the bankruptcy

18  trustee periodically meets with the Tokyo court which

19  supervises the trustee's activities, and Mr. Kobayashi can

20  discuss how that works if Your Honor wants to ask him

21  questions regarding that nature.

22          THE COURT:  Okay.

23          MR. MOLTON:  The bankruptcy trustee, Mr. Kobayashi,

24  expects the buyer not only to purchase certain assets of the

25  bankruptcy estate but also to cooperate with him in the

1     bankruptcy proceeding in Japan, particularly with respect to
2     three items: cooperation in the investigation of the lost
3     bitcoins, which I think remains a material subject and
4     principal subject of a lot of the creditors' concerns;
5     cooperation in connection with creating a system for the
6     filing of proof of claim; and cooperation in the distribution
7     of the bankruptcy estate. So those are the three things, in
8     addition to more traditional aspects of a purchase agreement
9     that the trustee is focusing on as he entertains
10    communications and proposals with prospective purchasers.
11            Accordingly, Your Honor, Mr. Kobayashi is taking into
12    consideration the ability and willingness of the prospective
13    purchaser to cooperate with him in all these areas for the
14    benefit of the MtGox creditors and stakeholders. To be sure,
15    the bankruptcy trustee has not made any decision at this time
16    with respect to the nature of the distribution that will go
17    out to creditors.
18            I know I've been asked and other folks here in the
19    U.S. and I -- no doubt one the main concerns I've read about
20    on the blogs is whether the distribution will be in kind,
21    meaning in bitcoins which creates its own challenges and
22    problems -- maybe not insurmountable ones -- or in currency.
23    There's not been any decision made as to that, although
24    certainly the bankruptcy trustee is aware of the issue and is
25    investigating it.

1      As I've noted, Your Honor, the sales process is being

2 supervised by the Tokyo court.  The following general timeline

3 provides a general description of what has taken place to date

4 and where I think we're going based on the information that

5 Mr. Kobayashi and his team have given to me.

6      As Your Honor knows, April 24th was the commencement

7 of the bankruptcy proceeding in Tokyo.  From April to July,

8 the bankruptcy trustee, Mr. Kobayashi, held meetings with

9 candidates for prospective purchasers and/or their legal

10 counsel who have expressed an interest in purchasing the MtGox

11 assets or parts thereof.

12      With respect to those prospective purchasers, he

13 submitted questionnaires for those who are serious in going

14 forward during the period of time from -- over the summer, and

15 by August, he had received responses to those questionnaires.

16      Following that, the bankruptcy trustee requested that

17 candidates, prospective purchasers make final proposals by

18 mid-October 2014.  The bankruptcy trustee, as of now, has

19 received proposals from a number of candidates and is

20 presently evaluating them in accordance with his duties to the

21 creditors and to the bankruptcy court in Japan.  And that is

22 where we are now, Your Honor, in the sales process.

23      To the extent that there is anything further to

24 report in the future, either at the next status conference or

25 by way of a notice of filing, just to give the folks who are

1  paying attention to this docket, information, we will endeavor

2  to do that.  But that's where we are right now.  And Mr.

3  Kobayashi is on the line to answer questions.

4         The second item I want to get to, Your Honor, is the

5  status of the lost bitcoin investigation which, aside from the

6  sale of MtGox assets, the liquidation of MtGox, remains,

7  certainly in the public domain, a concern and of interest to

8  creditors.

9         As we stated at the last status conference, Your

10 Honor, the trustee has hired Deloitte to conduct the

11 investigation with respect to the lost bitcoins and cash on

12 the MtGox exchange.  The bankruptcy trustee has preserved and

13 copied the database used by MtGox to operate the bitcoin

14 exchange, and I can, and have been, allowed to advise Your

15 Honor that based on Deloitte's review of the database, it's

16 revealed that the database that came into the custody of the

17 trustee contains some missing and inconsistent information.

18 So for this and other reasons, Deloitte's investigation into

19 this issue remains ongoing.

20        The bankruptcy trustee, with the assistance of

21 Deloitte, is working to get a complete and consistent database

22 and any other information necessary, so that the investigation

23 can proceed expeditiously.  The bankruptcy trustee, again, is

24 available to answer any questions you may have regarding

25 Deloitte's inquiry in the status of this investigation, but at

1  the present time, that's where we are with respect to that.

2          And I do also want to point, Your Honor, that we are

3  six months into this case.  I know Your Honor, during the last

4  status conference, expressed questions going to the nature of

5  the investigation, the sales process and all that.  And I just

6  do want to say that Deloitte is a sophisticated forensic firm.

7  They're engaging their resources in this and the trustee is

8  committed towards solving or seeking to solve some of the

9  issues regarding the lost bitcoins.  And when and to the

10  extent that information becomes available to act upon that,

11  basically, the trustee will then consider that action.

12          So the status of the proof of claim process in Japan

13  is the next item that I want to talk about, Your Honor.  Under

14  the bankruptcy court's order, the following deadlines were

15  established:  November 28th, initially was -- 2014, as Your

16  Honor noted, was originally the deadline for filing proofs of

17  claim, and September (sic) 25th, 2015, was the deadline for

18  completing the claims investigation process.

19          On July 24th, however, the Tokyo court issued an

20  order extending the deadlines as follows, setting May 29th,

21  2015 as the deadline for filing the proof of claims and

22  September 9th, 2015, is now the deadline for completing the

23  claims investigation process.

24          THE COURT:  Okay.  Say that again, the deadline for

25  investigating the proof of claim process.

1        MR. MOLTON:  Is May -- the deadline for completing

2    the proof of claim investigation process is September 9th,

3    2015.

4        THE COURT:  So that's been moved up?

5        MR. MOLTON:  To -- no, but -- it hasn't been moved

6    up.  May 29th is the deadline for filing proof of claims, of

7    2015 and September 9th, 2015 is the deadline for completing

8    the claims investigation process.

9        THE COURT:  Okay.  I thought you said earlier that

10   the original deadline for completing the proof of claim

11   process was September 25th, 2015.

12       MR. MOLTON:  Oh, no, February 25th, 2015.

13       THE COURT:  Okay.

14       MR. MOLTON:  That's my fault, Your Honor.

15       THE COURT:  Okay.

16       MR. MOLTON:  That was the original deadline set in

17   the bankruptcy court's order.

18       THE COURT:  Okay.  Gotcha.

19       MR. MOLTON:  And I do -- I've been advised by my

20   colleagues and by Mr. Kobayashi's team in Japan that these

21   deadlines may be subject to extension from the bankruptcy

22   court's original order date and that is not remarkable.  And

23   although these are the dates now, they can be further extended

24   based on the bankruptcy court's orders.  But as of now, those

25   are the dates.

1  As we stated at the September 10th, 2014 conference,

2  Your Honor, the bankruptcy trustee requested an extension of

3  the prior November bar date deadline, which then tied into the

4  February 25th, 2015 claims investigation deadline, in order to

5  implement a reasonable and smooth method of filing.

6  For such purposes, it was necessary for the foreign

7  representative to sufficiently confirm with the cooperation of

8  professionals, the details and method of use of data regarding

9  the business of the bankrupt entity, which the bankruptcy

10  trustee preserved and also to consider the situation of the

11  investigation of the background behind the disappearance of

12  the bitcoin.

13  I want to clarify that the current bar date set for

14  May 29th, 2015 was not proposed by the bankruptcy trustee but

15  was established by the Tokyo court. The bankruptcy trustee

16  only expressed his opinion that such extension was reasonable

17  but did not offer a new date when he sought the extension of

18  the original deadline that was in the bankruptcy court order.

19  It was the Tokyo court that set that deadline, and that may

20  have been a misapprehension from the last status conference,

21  or that was unclear in the last status conference.

22  The bankruptcy trustee, Mr. Kobayashi, is available

23  to answer any questions the Court may have regarding the

24  status of the proof of claim form, the considerations for

25  required -- for completing that proof of claim form and the

1 reasons that he thought, based on his judgment as the
2 appointed fiduciary, the trustee, under Japanese law for
3 seeking to extend the original date in the bankruptcy court's
4 original order.

5      The fourth topic that I would like to address, Your
6 Honor, is the status of U.S. proceedings because as I
7 mentioned at the very get-go, the principal purpose of us
8 coming to you and seeking this Chapter 15 recognition for the
9 Japanese proceeding as a foreign main proceeding was the
10 litigation against the debtor that was presently occurring in
11 Illinois in the Greene class action and the CoinLab litigation
12 in Seattle.

13      I'm going to first address the CoinLab litigation in
14 Seattle, Your Honor.  On September 4th, 2014, CoinLab filed a
15 motion for relief from stay seeking to lift the administrative
16 stay against Tibanne.  To refresh your recollection, Your
17 Honor, not only did MtGox obtain a stay in that litigation and
18 then that stay was also accompanied by the Chapter 15 stay,
19 but the other parties, the other defendants, had a stay as
20 well from earlier in the litigation and actually before, I
21 believe, my firm became involved in this matter.

22      On September 15th, Your Honor, of this year, MtGox
23 and Tibanne filed separate objections to CoinLab's motion.
24 And again, this motion was to lift the stay regarding Tibanne
25 only.  On September 19th,  Your Honor, CoinLab filed a reply

1  to MtGox and Tibanne's objections.  Although the motion has

2  been fully briefed and submitted to the Seattle court, the

3  Seattle court, to my knowledge, as I stand here today, has not

4  decided whether it will make a decision based only on the

5  pleadings or whether it will schedule a hearing for oral

6  argument.  Mr. Engel may be able to update that.  I know he's

7  on the phone and he is, of course, CoinLab's counsel.

8          MR. TOWNSEND:  Judge, if I can interject, this is

9  Roger Townsend.  I'm litigation counsel here in Seattle and

10  that's a correct recitation of the facts.  There's been no

11  hearing for oral argument scheduled by Judge Pechman in

12  Seattle.

13          MR. MOLTON:  Thank you.

14          THE COURT:  Okay.

15          MR. MOLTON:  Turning to the Greene class action in

16  Illinois, Your Honor, as Your Honor knows, that there was as

17  proposed class action settlement, vis-a-vis certain settling

18  parties which were not MtGox; that was, of course, dependent

19  on them getting approval from the Japanese court as part of

20  what might be a sales process, or separate from that.  And the

21  district judge in Illinois held a status conference on October

22  2nd, 2014.  I was present on the phone for that status

23  conference, Your Honor.  It was a pretty quick one.

24  Basically, all the parties acknowledged that the sales process

25  was going forward in Japan and that until that sales process

1 resolved itself, one way or another, basically the Greene

2 class action settlement was still in the state it was prior to

3 that. And accordingly, Your Honor, the district judge

4 adjourned the status conference or set a new status conference

5 for December 10th, 2014, to report.

6        One of the last items, Your Honor, that I want to

7 address that's going on here in the United States in terms of

8 the status of the U.S. proceedings, as Your Honor knows, the

9 Department of Justice had seized five million dollars of MtGox

10 funds that were held in another entity account here in the

11 United States and it was seized by the Department of Homeland

12 Security in May 2013. The communications between counsel for

13 the foreign representative here in the United States and the

14 U.S. Attorney's Office and the Department of Justice are

15 ongoing. And we continue to hope they will continue to mature

16 and progress to a point where we can realize what is the hope

17 and aspiration of the foreign representative which is to

18 basically have that money turned over to him and repatriate

19 that money for distribution to MtGox's creditors in Japan.

20        But as Your Honor knows, dealing with the Department

21 of Justice, that's all I can tell you right now. It's an

22 ongoing process.

23        THE COURT: Okay.

24        MR. MOLTON: Okay. I want to go to the status of

25 other proceedings, Your Honor, because we have had activity

1  since the last status conference in other parts of the world.

2          On September 22nd, Your Honor, of this last month,

3  the foreign representative filed under the United Kingdom's

4  Cross-Border Regulation, which enacted the Model Law in

5  England, a recognition application before the High Court of

6  Justice, Chancery Division, Companies Court.  On September

7  26th, as stated in our Section 1518 notice, which we dated --

8  which was dated October 7th, 2014, and is represented by

9  docket entry number 161 on this docket, the United Kingdom

10 High Court of Justice entered an order recognizing the

11 Japanese proceeding as a foreign main proceeding and granting

12 relief.

13         The foreign representative's primary purpose in

14 seeking recognition in the United Kingdom was to have the

15 ability to investigate and repatriate certain MtGox assets

16 located in the United Kingdom, specifically, cash in certain

17 accounts.  Currently, the foreign representative is

18 corresponding with various UK companies that hold MtGox's

19 funds for the purpose of repatriating those funds for

20 distribution -- to Japan for distribution to creditors.  Those

21 communications are ongoing and we will report more on this,

22 Your Honor, when I have something more to report.

23         THE COURT:  Okay.

24         MR. MOLTON:  Also on September 24th, Your Honor, the

25 foreign representative filed a recognition application in

1    Canada before the Ontario Superior Court of Justice in its

2    Commercial List Division.  Again, that was pursuant to

3    Canada's enactment of the Model Law.  And basically, Your

4    Honor, what that recognition proceeding was aimed at was

5    taking advantage of the Model Law's Section 20-A, Article 20-

6    A, which is the equivalent of 1520(a)(1), stay of proceedings

7    because a related class action had been filed and served on

8    MtGox in Japan but that class action was pending and commenced

9    in Canada.

10           On October 3rd, as stated in our 1518 notice, the

11   Ontario Superior Court of Justice entered an order recognizing

12   the Japanese bankruptcy proceeding as a foreign main

13   proceeding and granted relief including the automatic stay.

14           Your Honor, that is, in sum and substance, my report.

15   As Your Honor can see from my report, the foreign

16   representative is engaged globally in order to seek, recover,

17   and repatriate to Japan for purpose of distribution to MtGox,

18   creditor's assets of MtGox and is engaged also in the foreign

19   main proceeding in a deliberate, informed sales process that,

20   hopefully within a short time, I'll be able to report more on.

21           So if Your Honor has no more questions, I'll turn the

22   floor over to others or to Your Honor to ask Mr. Kobayashi,

23   who is on the phone, of any questions.

24           THE COURT:  Well, I do have a couple of questions but

25   I'm first going to turn the -- ask that you yield the podium

1 | to Mr. Phelan.  Do you have anything that you wanted to

2 | report?

3 | MR. PHELAN:  No comments, Your Honor.

4 | THE COURT:  No comments?

5 | MR. PHELAN:  No.

6 | THE COURT:  All right, what about lawyers on the

7 | phone, maybe for CoinLab.  Anything you wanted to put on the

8 | record?

9 | MR. TOWNSEND:  Your Honor, briefly.  This is Roger

10 | Townsend calling with regard to the -- on behalf of CoinLab

11 | and counsel in the Seattle litigation.

12 | I think that was a fair recitation of the facts

13 | regarding the pendency of the request to continue against

14 | Tibanne and that's before Chief Judge Pechman here in the

15 | Western District of Washington and currently pending.

16 | The point that I would add that I think that

17 | shouldn't be lost in this process is that we have -- CoinLab

18 | has exclusive rights that we assert are still valid and that

19 | would survive the bankruptcy process.  I'll let Mr. Engel

20 | respond to any questions regarding the legality of that and

21 | the pending precedent, but we believe that's a well-founded

22 | argument.

23 | And furthermore, pursuant to that litigation,

24 | pursuant to that agreement, the parties agree to the informed

25 | selection clause providing that litigation would occur here in

1   Seattle, Washington.

2          So we continue to monitor the process, continue to

3   look forward to our day in court pursuant to the agreement

4   where that exclusive license agreement of the rights and

5   obligations, the impetus of that get litigated here in

6   Seattle.  So we continue to monitor this process and are

7   seeking relief in Seattle regarding that.

8          We are seeking relief in this proceeding at this time

9   and because that license, ultimately, it should be aware to

10  the parties at this hearing and this Court, that since Tibanne

11  has been -- a hundred percent of the employees of MtGox and

12  Tibanne were, in fact, employees of Tibanne, that therefore,

13  the intellectual property assets, the assets that's purported

14  to be sold here is really an asset of Tibanne and the

15  intellectual property is, therefore, held by Tibanne and that

16  that sale is subject to those rights of Tibanne which are then

17  subject to CoinLab's claims which are against both MtGox and

18  Tibanne.  So any sale will have to take that into consider,

19  and we'll continue to monitor the process here and in Seattle

20  and in Japan for that purpose.

21         We do have counsel in Tokyo and who has been in

22  communication with the trustee, and the trustee's office has

23  been -- we have no complaints or objections regarding the

24  qualifications of the trustee.

25         MR. ENGEL:  Your Honor, this is Larry Engel, if I may

1  just supplement that quickly.  The key question that we would
2  ask Your Honor to ask Kobayashi-san is the nature of his
3  approach to this Court for any U.S. approval of the sale that
4  is proposed to be done in Japan.  Your Honor has heard in our
5  various pleadings before, various precedents on which we rely,
6  365 and Qimonda, et cetera, for the protection of the license.
7  What's new is the Fairfield decision out of the Second Circuit
8  which gives the U.S. Bankruptcy Court in a Chapter 15 further
9  responsibilities, in our view, and further rights for U.S.
10  creditors with respect to sales, and much less deferential
11  than was thought by many before that to foreign
12  representatives approving sales in the foreign main
13  proceeding.
14         So the questions which we're keenly interested in is
15  whether this is purporting to be a sale free and clear of what
16  other -- many things, licenses in particular, whether they're
17  trying to sell free and clear of 365(n) and whether there are
18  any releases of third parties including Tibanne, that would be
19  imposed on U.S. creditors which raises 1506 and other issues,
20  in our view.
21         So the question is when do those issues get joined?
22  Do they get joined before the sale in Japan or will there be a
23  process for the Japanese foreign representative coming here,
24  so that these matters can be raised in a sale approval process
25  in the U.S. following on whatever process they've got going in

1    Japan.  We just need to understand what the game is, so we

2    know when we have to make our move.

3            THE COURT:  All right.  Well, Mr. Molton, I was going

4    to ask a little bit more about the sale process.  I think

5    these questions probably are more for you than Mr. Kobayashi

6    with regard to the 365(n) and Fairfield and whatnot.  Let me

7    just back up, though.

8            With regard to the sale process, I had just an

9    elementary question of are there any more deadlines or is

10   there a timetable at all beyond what you told me so far, the

11   mid-October deadline of submitting proposals?

12           MR. MOLTON:  Your Honor, I think that's a question

13   best asked to Mr. Kobayashi.

14           THE COURT:  Okay.

15           MR. MOLTON:  I'm not sure, and my understanding,

16   which I am not going to guarantee, is that there are no fixed

17   deadlines.  The process is a sales process that's run by the

18   trustee with monitoring and supervision by the bankruptcy

19   court but there's no -- it's not like there's by X day you

20   have to have this, by Y day you have to that.  But I am going

21   to let Mr. Kobayashi answer that question, if you want to

22   raise to him right now or if we wanted me to get to some of

23   the other matters.

24           THE COURT:  All right.  Well, Mr. Kobayashi, my first

25   question for you regarding the sale process is can you give me

1  an idea about timing?  Are there future deadlines that you

2  have imposed on interested buyers or can you otherwise give

3  sort of a time frame for moving forward on the sale process?

4         MR. KOBAYASHI:  This is Nobuaki Kobayashi.  I'm the

5  bankruptcy trustee and thank you for giving me the opportunity

6  to explain the evidentiary proceedings.  At present, MtGox is

7  going through the buyer selection process, and each potential

8  buyer has given its own statement of intention.  And now I'm

9  considering those in order to choose who should be the buyer.

10  And so I believe that we are getting closer to final steps of

11  the selection process, and my view is that I will be able to

12  arrange for contracts to be entered into with the buyer in

13  November.

14         THE COURT:  All right.  Is there anything like an

15  option process or competitive bidding that would take place

16  after that, or would you simply propose what you think is the

17  best offer to the court in Japan?

18         MR. KOBAYASHI:  As I mentioned, each potential buyer

19  has submitted a statement of intention on February 14th,

20  setting out a proposal.  So my intention is to make a decision

21  based on that.  And the proposal that I just mentioned

22  contains the price for the assets of MtGox and that I have

23  also requested them to provide information on the

24  investigation of the lost bitcoins and the establishment of

25  the system for filing of proofs of claim and also the

1    distribution of the bankruptcy estate.  And so I will consider

2    each of them comprehensively and discuss with the court in

3    order to make a final decision.

4            THE COURT:  All right.

5            MR. MOLTON:  If I may, Your Honor?

6            THE COURT:  You may.

7            MR. MOLTON:  Okay.  I'm going to try and address some

8    of those issues.

9            THE COURT:  Okay.  Okay.

10           MR. MOLTON:  First of all, with respect to the

11   summation to the jury given by my friends on the phone

12   regarding the merits arguments on CoinLab, I'm not going to

13   belabor this Court or the people behind me with the foreign

14   representative's position other than to say we vigorously

15   disagree, and our positions vis-a-vis that CoinLab litigation

16   are well known and have been stated here before.

17           In the pleadings, clearly we disagree that MtGox

18   breached anything.  Indeed, we think that on the other hand,

19   it was CoinLab who failed to provide the consideration

20   required by that agreement, giving us rights that it's void ab

21   initio because it's illegal.  They didn't get the approvals

22   that were required under state and federal law.

23           They didn't -- also, it's subject to rescission for

24   that ground and for a number of reasons, they also breached

25   the agreement.

1          Suffice it to say, they also, using a little bit of

2   French, took, absconded, converted, whatever you want to say,

3   a great deal of cash, and all that is subject to dispute and

4   I'm not going to belabor the point with it.

5          But getting to the heart of what Mr. Engel said, the

6   Fairfield decision, I'm very familiar with since I lived with

7   that decision for three-and-a-half years before the Circuit

8   finally agreed with my position and our position, but that's

9   something that we think, Your Honor, is focused on whether

10  there's U.S. assets.  At this point in time, there's no sale.

11  There's no opportunity to analyze whether what is sold is an

12  asset, what is an interest of the debtor within the

13  territorial jurisdiction of the United States pursuant to

14  1520(a)(2).

15         I want to note that in Fairfield, we were dealing

16  with a SIPA claim, with a SIPA trustee in the United States

17  running a SIPA fund located in New York.  Qimonda, another

18  Circuit opinion that wasn't a 363 sort of issue, but dealt

19  with U.S. patents, U.S. interests in U.S. patents, Elpida,

20  which dealt with 363 by Judge Sontchi, I believe it was, also

21  dealt with U.S. intellectual property.

22         There's been no adjudication whatsoever that whatever

23  is being sold in U.S. property.  Clearly if there's U.S.

24  property being sold, we understand pursuant to the statute

25  what needs to be done.  It's fair to say also, Your Honor,

1  that my understanding of the sales process going forward is

2  that they're looking to sell Japanese assets, non-U.S. assets,

3  and assets that would not require approval by any foreign

4  court, whether it be the court in the UK, who would then have

5  under Article 20 of the Model Law, would have certain

6  obligations in Canada with respect to Canadian assets or the

7  U.S. with respect to U.S. assets.

8          But all of what you just heard from my friends at

9  CoinLab is really premature until we have a sale.  So the

10 bottom line is, Your Honor should note that.

11         THE COURT:  Okay.  And the bottom line on the sale

12 process, I mean I am just trying to gain an understanding,

13 it's not necessarily similar to what we're used to in the U.S.

14 courts as far as an auction and bid procedures and

15 protections.  And it's going to play out --

16         MR. MOLTON:  It's going to play --

17         THE COURT:  -- on whatever timetable the Court and

18 professionals think is prudent.  And it doesn't sound like

19 it's necessarily going to be a free and clear kind of thing

20 like we're used to.  The buyer is going to be involved in the

21 process going forward with this concept of cooperation, is

22 that accurate?

23         MR. MOLTON:  Yeah, well it -- I don't want to get

24 into the -- I don't know and I don't want to get into what the

25 eventual sales terms will be.  It may be that the buyer will

1    buy free and clear of all liabilities.

2         But I do want to say a few words about what Your

3    Honor said because I think we all get used to what we do here,

4    and that doesn't mean the rest of the world does it.  But it's

5    clear that what the rest of the world -- what Japan is doing

6    is very similar to what the Commonwealth Courts in England do,

7    is the trustee is supervised, has a supervisory relationship

8    with the presiding court.  I took a look at the Bankruptcy Act

9    of Japan and I confirmed with Mr. Kobayashi's team that the

10   bankruptcy court in Japan does approve the sale there -- does

11   approve the sale there.  That Mr. Kobayashi has authority as

12   their court-appointed bankruptcy trustee to sell assets

13   subject to the approval of the Court.

14        Well, under 363 as Your Honor knows, you can do a

15   private sale under 363.  There's nothing stopping a private

16   sale, although arguably, some of the case law says it's

17   preferable, to get the best and highest bid, to have a public

18   auction process but that isn't necessarily the case in the

19   rest of the world.

20        And if you're going back to the Fairfield decision

21   that was raised by my friend, Mr. Engel, which, of course, I

22   know very well, the bottom line there is that the BVI court in

23   Fairfield approved the sale but approved it under BVI law

24   which meant that was it fair at the time that it was signed

25   and not taking into account which the 363 standards do,

1    subsequent circumstances until the bankruptcy court signs and
2    approves it.  So that was the issue there, is not necessarily
3    the approval of the court but the standard by which the matter
4    is approved.  And suffice it to say that the standard by which
5    the Japanese bankruptcy court is operating is one that's not
6    remarkable, not outside the bounds of what we see from sister
7    jurisdictions, including our English sister jurisdiction, and
8    it will go accordingly.  And until there's such a time as we
9    have a sale, Your Honor, there's really not much more to say
10   than all parties reserve their rights.
11            THE COURT:  Right.
12            MR. MOLTON:  You know?
13            THE COURT:  Right.  Right.  Well, and we're really
14   going to have to wrap it up.
15            MR. MOLTON:  Yeah.
16            THE COURT:  But I always like to ask this question
17   before we end, currency on hand -- fiat currency versus
18   bitcoin.  I know that we heard in prior status conferences
19   that the trustee had been successful in finding different
20   accounts around the world.  What is the status of that right
21   now?
22            MR. MOLTON:  Yeah, I can give a --
23            THE COURT:  Okay.
24            MR. MOLTON:  -- little bit of an update regarding
25   England --

1          THE COURT:  Okay.

2          MR. MOLTON:  -- because the English Cross-Border

3    Regulation proceeding was geared towards that end.  And I'm

4    going to use U.S. dollar figures --

5          THE COURT:  Okay.

6          MR. MOLTON:  -- because when I use yen figures, it

7    confuses me.  So --

8          THE COURT:  Um-hum, me, too.

9          MR. MOLTON:   Okay.  So my understanding, Your Honor,

10   is in England it was discovered that there's approximately --

11   in two accounts or held by two entities, approximately 750,000

12   dollars' worth of U.S. currency.

13         THE COURT:  Okay.

14         MR. MOLTON:  And this is currency -- my understanding

15   it's currency, it's not bitcoin, although because I'm --

16   clearly my -- I think Mr. Kobayashi doesn't want me expending

17   my hours doing the work of my English colleagues, I'm not as

18   pressing and/or up-to-date on those issues as others might be.

19   But that's what I understand has been the -- in terms of a

20   status report, what's happened in the last month is those

21   monies are seeking to be recovered and repatriated to the

22   Japanese proceeding.

23         THE COURT:  All right.  In previous reports, I think

24   we were up to seven million or so --

25         MR. MOLTON:  Yes.

1          THE COURT:  -- of U.S. dollar equivalent fiat --

2          MR. MOLTON:  Yes, I've got nothing new on that, Your

3    Honor, and it may be that Mr. Kobayashi's team has some new

4    information but I don't have anything new here for you on

5    that.

6          THE COURT:  All right.  Well, before we wrap up, I'll

7    just ask Mr. Kobayashi and his team, anything further to add

8    to what Mr. Molton just said about the collection of currency

9    around the world?

10         MR. KOBAYASHI:  I don't have anything to add.

11         THE COURT:  Nothing to add.  All right.  My last

12   question will be Mr. Karpeles, is he continuing to be

13   involved, cooperate or do we know anything about --

14         MR. MOLTON:  Your Honor, I would request that you ask

15   that of Mr. Kobayashi.

16         THE COURT:  All right.  Mr. Kobayashi, I am curious,

17   is Mr. Karpeles assisting or cooperating in your efforts?

18         MR. KOBAYASHI:  In my opinion, Mr. Karpeles is the

19   best person who knows the system and that used by my

20   colleagues, Mr. Karpeles, and therefore, I am asking the

21   questions, the plan information on that, from him and in that

22   sense, he is assisting me in the process.

23         THE COURT:  Okay.

24         MR. KOBAYASHI:  And however, the assets of MtGox are

25   under my supervision and control, so Mr. Karpeles does not

1    have access to those.  So he is prohibited from accessing it.

2         THE COURT:  Okay.

3         MR. MOLTON:  Yeah, and just to wrap that up, Your

4    Honor, that conforms with my understanding and I'm glad Mr.

5    Kobayashi mentioned it, that to the extent there are questions

6    that the trustee has and his team have, that Mr. Karpeles

7    remains available to answer those questions, but as Mr.

8    Kobayashi said, he has no official or other role in terms of

9    the management, administration, decision-making control or

10   otherwise in connection with the debtor and its assets.

11        THE COURT:  All right.  All right, thank you.

12        MR. MOLTON:  Thank you.

13        THE COURT:  Well, Mr. Phelan, briefly, did you have

14   something?

15        MR. PHELAN:  I'll be very brief, just to answer

16   the --

17        THE COURT:  Okay.

18        MR. PHELAN:  -- Fairfield discussion.  I believe that

19   the BVI order was specifically subject to the United States

20   determination and that was noted in the United States opinion.

21   In light of Mr. Townsend's comments and the trustee's

22   comments, every position we have taken in this case or will

23   take is absolutely correct.

24        THE COURT:  Okay.  All right.  Why would I expect

25   anything different, Mr. Phelan?  Well, I just hope we have a

1  sale, so we can think about do I need to approve anything

2  about it or not.

3         All right, well, we wrap this up.  I want to kind of

4  continue on the track of having periodic status conferences.

5  And I'm trying to decide do we go first of the year, does that

6  sound like it makes sense to everyone concerned?  I would love

7  to think there would be a need to do it sooner but I am

8  thinking early January probably makes sense.

9         MR. MOLTON:  Judge, I think that that's probably

10 reasonable in light of the fact that what we'd like to do is

11 come back with material progress to report, and doing this

12 every thirty days or forty-five days just has us at oftentimes

13 saying much of what we've said a month ago.

14        THE COURT:  Exactly.

15        MR. PHELAN:  Your Honor, it may be my notes are

16 incorrect but I thought I heard Mr. Kobayashi say that he

17 would have a decision by the end of November, and so maybe

18 that would dictate a status conference in December.

19        THE COURT:  All right.  Well, someone can move for a

20 status conference if they think there are big things we need

21 to discuss, but otherwise, I am going to ask you, Mr. Molton

22 and Mr. Helt to follow-up with my courtroom deputy and try to

23 get something the first week or two of January.  She's out

24 right now, so I am not going to call her but --

25        MR. MOLTON:  That's perfect, Your Honor.

1          THE COURT:  All right.  Thank you.  Well, if there's

2     nothing further, we're adjourned in MtGox.

3          MR. MOLTON:  Thank you.

4          THE COURT:  All right.  Thank you and we'll hang up

5     on the conference call now.

6          Thank you, Mr. Kobayashi, for participating today.

7          MR. KOBAYASHI:  Thank you very much.

8          THE COURT:  All right.  Thank you.

9       (Whereupon these proceedings were concluded at 10:28 AM)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2                    C E R T I F I C A T I O N

3

4          I, Linda Ferrara, the court approved transcriber, do

5    hereby certify the foregoing is a true and correct transcript

6    from the official electronic sound recording of the

7    proceedings in the above-entitled matter.

8

9

10                                        November 2, 2014

11

12   _____        _____

     LINDA FERRARA                      DATE
13

14

15

16

17

18

19

20

21

22

23

24

25

## A

**ab (1)**
24:20
**ability (2)**
8:12;17:15
**able (4)**
7:6;15:6;18:20;
23:11
**absconded (1)**
25:2
**absolutely (1)**
31:23
**access (1)**
31:1
**accessing (1)**
31:1
**accommodate (1)**
3:3
**accompanied (1)**
14:18
**accordance (1)**
9:20
**Accordingly (3)**
8:11;16:3;28:8
**account (2)**
16:10;27:25
**accounts (3)**
17:17;28:20;29:11
**accurate (1)**
26:22
**acknowledged (1)**
15:24
**act (2)**
11:10;27:8
**action (8)**
3:15;11:11;14:11;
15:15,17;16:2;18:7,8
**activities (1)**
7:19
**activity (3)**
5:24;6:14;16:25
**actually (1)**
14:20
**add (4)**
19:16;30:7,10,11
**addition (1)**
8:8
**address (4)**
14:5,13;16:7;24:7
**addresses (1)**
7:4
**adjourned (2)**
16:4;33:2
**adjudication (1)**
25:22
**administration (1)**
31:9
**administrative (1)**
14:15
**advantage (2)**
6:8;18:5

**advise (1)**
10:14
**advised (1)**
12:19
**again (5)**
6:2;10:23;11:24;
14:24;18:2
**against (4)**
14:10,16;19:13;
20:17
**ago (1)**
32:13
**agree (1)**
19:24
**agreed (1)**
25:8
**agreement (6)**
8:8;19:24;20:3,4;
24:20,25
**ahead (2)**
3:4,20
**aimed (1)**
18:4
**allow (1)**
6:7
**allowed (1)**
10:14
**although (5)**
8:23;12:23;15:1;
27:16;29:15
**always (1)**
28:16
**analyze (1)**
25:11
**ancillary (1)**
6:20
**and/or (2)**
9:9;29:18
**anticipate (1)**
7:5
**appearances (2)**
3:4,20
**application (2)**
17:5,25
**appointed (1)**
14:2
**approach (1)**
21:3
**approval (6)**
15:19;21:3,24;
26:3;27:13;28:3
**approvals (1)**
24:21
**approve (3)**
27:10,11;32:1
**approved (3)**
27:23,23;28:4
**approves (1)**
28:2
**approving (1)**
21:12
**approximately (2)**
29:10,11

**April (3)**
7:14;9:6,7
**areas (1)**
8:13
**arguably (1)**
27:16
**argument (3)**
15:6,11;19:22
**arguments (1)**
24:12
**around (3)**
5:24;28:20;30:9
**arrange (1)**
23:12
**Article (2)**
18:5;26:5
**aside (1)**
10:5
**aspects (1)**
8:8
**aspiration (1)**
16:17
**assert (1)**
19:18
**asset (2)**
20:14;25:12
**assets (19)**
5:1;6:12;7:24;
9:11;10:6;17:15;
18:18;20:13,13;
23:22;25:10;26:2,2,
3,6,7;27:12;30:24;
31:10
**assistance (1)**
10:20
**assisting (2)**
30:17,22
**attention (1)**
10:1
**Attorney's (1)**
16:14
**auction (2)**
26:14;27:18
**August (1)**
9:15
**authority (1)**
27:11
**automatic (1)**
18:13
**available (5)**
5:9;10:24;11:10;
13:22;31:7
**aware (2)**
8:24;20:9

## B

**back (4)**
6:2;22:7;27:20;
32:11
**background (1)**
13:11
**bankrupt (1)**

**13:9**
**bankruptcy (40)**
5:7;6:3;7:13,17,
23,25;8:1,7,15,24;
9:7,8,16,18,21;
10:12,20,23;11:14;
12:17,21,24;13:2,9,
14,15,18,22;14:3;
18:12;19:19;21:8;
22:18;23:5;24:1;
27:8,10,12;28:1,5
**bar (2)**
13:3,13
**based (6)**
9:4;10:15;12:24;
14:1;15:4;23:21
**basically (5)**
11:11;15:24;16:1,
18;18:3
**became (1)**
14:21
**becomes (1)**
11:10
**behalf (3)**
3:17;4:4;19:10
**behind (2)**
13:11;24:13
**belabor (2)**
24:13;25:4
**benefit (1)**
8:14
**best (4)**
22:13;23:17;
27:17;30:19
**beyond (1)**
22:10
**bid (2)**
26:14;27:17
**bidding (1)**
23:15
**big (1)**
32:20
**bigger (1)**
4:21
**bit (3)**
22:4;25:1;28:24
**bitcoin (6)**
5:3;10:5,13;13:12;
28:18;29:15
**bitcoins (5)**
8:3,21;10:11;11:9;
23:24
**blogs (1)**
8:20
**Boone (1)**
3:14
**both (1)**
20:17
**bottom (3)**
26:10,11;27:22
**bounds (1)**
28:6
**breached (2)**

**24:18,24**
**Breskin (1)**
3:24
**brief (2)**
4:15;31:15
**briefed (1)**
15:2
**briefly (3)**
6:16;19:9;31:13
**Brown (2)**
3:7;4:4
**Bud (1)**
3:18
**business (2)**
7:15;13:9
**buy (1)**
27:1
**buyer (8)**
7:24;23:7,8,9,12,
18;26:20,25
**buyers (2)**
4:25;23:2
**BVI (3)**
27:22,23;31:19

## C

**call (2)**
32:24;33:5
**calling (1)**
19:10
**came (1)**
10:16
**Can (19)**
4:9,12;5:4;7:10,
19;10:14,23;12:23;
15:8;16:16,21;
18:15;21:24;22:25;
23:2;27:14;28:22;
32:1,19
**Canada (4)**
6:17;18:1,9;26:6
**Canada's (1)**
18:3
**Canadian (1)**
26:6
**candidates (3)**
9:9,17,19
**case (5)**
6:5;11:3;27:16,18;
31:22
**cash (3)**
10:11;17:16;25:3
**certain (5)**
7:24;15:17;17:15,
16;26:5
**certainly (2)**
8:24;10:7
**cetera (1)**
21:6
**challenges (1)**
8:21
**Chancery (1)**

17:6

**changes (1)**
7:3

**Chapter (6)**
6:3,5,8;14:8,18;
21:8

**Chief (1)**
19:14

**choose (1)**
23:9

**Circuit (3)**
21:7;25:7,18

**circumstances (1)**
28:1

**claim (11)**
4:20;8:6;11:12,17,
25;12:2,10;13:24,25;
23:25;25:16

**claims (7)**
11:18,21,23;12:6,
8;13:4;20:17

**clarify (1)**
13:13

**class (7)**
3:15;14:11;15:15,
17;16:2;18:7,8

**clause (1)**
19:25

**clear (5)**
21:15,17;26:19;
27:1,5

**clearly (3)**
24:17;25:23;29:16

**closer (1)**
23:10

**co-counsel (1)**
3:12

**CoinLab (13)**
3:22;4:1;14:11,13,
14,25;19:7,10,17;
24:12,15,19;26:9

**CoinLab's (3)**
14:23;15:7;20:17

**colleagues (1)**
12:20;29:17;30:20

**collection (1)**
30:8

**coming (2)**
14:8;21:23

**commenced (3)**
6:3,21;18:8

**commencement (2)**
7:13;9:6

**comments (4)**
19:3,4;31:21,22

**Commercial (1)**
18:2

**committed (1)**
11:8

**Commonwealth (1)**
27:6

**communication (1)**
20:22

**communications (3)**
8:10;16:12;17:21

**Companies (2)**
17:6,18

**competitive (1)**
23:15

**complaints (1)**
20:23

**complete (1)**
10:21

**completing (6)**
11:18,22;12:1,7,
10;13:25

**comprehensively (1)**
24:2

**concept (1)**
26:21

**concern (1)**
10:7

**concerned (1)**
32:6

**concerns (3)**
4:21;8:4,19

**concluded (1)**
33:9

**conduct (1)**
10:10

**conference (17)**
4:14;6:21;7:6;
9:24;10:9;11:4;13:1,
20,21;15:21,23;16:4,
4;17:1;32:18,20;
33:5

**conferences (2)**
28:18;32:4

**confirm (1)**
13:7

**confirmed (1)**
27:9

**conforms (1)**
31:4

**confuses (1)**
29:7

**connection (3)**
6:14;8:5;31:10

**consider (4)**
11:11;13:10;
20:18;24:1

**consideration (2)**
8:12;24:19

**considerations (1)**
13:24

**considering (1)**
23:9

**consistent (1)**
10:21

**contains (2)**
10:17;23:22

**continent (1)**
3:2

**continue (8)**
16:15,15;19:13;
20:2,2,6,19;32:4

**continues (1)**
7:1

**continuing (2)**
6:25;30:12

**contracts (1)**
23:12

**control (2)**
30:25;31:9

**converted (1)**
25:2

**cooperate (3)**
7:25;8:13;30:13

**cooperating (1)**
30:17

**cooperation (5)**
8:2,5,6;13:7;26:21

**copied (1)**
10:13

**corresponding (1)**
17:18

**counsel (6)**
9:10;15:7,9;16:12;
19:11;20:21

**couple (1)**
18:24

**course (6)**
5:18,20;7:11;15:7,
18;27:21

**COURT (99)**
3:1,9,11,13,16,19,
23;4:2,6,9,11,13;
5:13,17,21;6:11,15,
18,22;7:18,22;9:2,
21;11:19,24;12:4,9,
13,15,18;13:15,18,
19,23;15:2,3,14,19;
16:23;17:5,6,10,23;
18:1,11,24;19:4,6;
20:3,10,21;23:8,22:3,
14,19,24;23:14,17;
24:2,4,6,9,13;26:4,4,
11,17,17;27:8,10,13,
22;28:1,3,5,11,13,16,
23;29:1,5,8,13,23;
30:1,6,11,16,23;
31:2,11,13,17,24;
32:14,19;33:1,4,8

**court-appointed (1)**
27:12

**courtroom (2)**
3:5;32:22

**courts (2)**
26:14;27:6

**court's (5)**
11:14;12:17,22,
24;14:3

**creates (1)**
8:21

**creating (1)**
8:5

**creditor (1)**
7:1

**creditors (11)**

4:19,21;7:3;8:14,
17;9:21;10:8;16:19;
17:20;21:10,19

**creditors' (2)**
6:23;8:4

**creditor's (1)**
18:18

**Cross-Border (2)**
17:4;29:2

**curious (1)**
30:16

**currency (7)**
8:22;28:17,17;
29:12,14,15;30:8

**current (1)**
13:13

**Currently (4)**
6:10;7:16;17:17;
19:15

**custody (1)**
10:16

**D**

**Daniel (1)**
4:3

**data (1)**
13:8

**database (4)**
10:13,15,16,21

**date (6)**
9:3;12:22;13:3,13,
17;14:3

**dated (2)**
17:7,8

**dates (2)**
12:23,25

**David (1)**
3:6

**day (3)**
20:3;22:19,20

**days (2)**
32:12,12

**deadline (17)**
4:20,22;11:16,17,
21,22,24;12:1,6,7,10,
16;13:3,4,18,19;
22:11

**deadlines (6)**
11:14,20;12:21;
22:9,17;23:1

**deal (1)**
25:3

**dealing (2)**
16:20;25:15

**dealt (3)**
25:18,20,21

**debtor (3)**
14:10;25:12;31:10

**debtors' (1)**
6:12

**December (2)**
16:5;32:18

**decide (1)**
32:5

**decided (1)**
15:4

**decision (10)**
8:15,23;15:4;21:7;
23:20;24:3;25:6,7;
27:20;32:17

**decision-making (1)**
31:9

**defendants (1)**
14:19

**deferential (1)**
21:10

**deliberate (1)**
18:19

**Deloitte (4)**
5:2;10:10,21;11:6

**Deloitte's (3)**
10:15,18,25

**Department (4)**
16:9,11,14,20

**dependent (1)**
15:18

**deputy (1)**
32:22

**description (1)**
9:3

**details (1)**
13:8

**determination (1)**
31:20

**dictate (1)**
32:18

**different (2)**
28:19;31:25

**disagree (2)**
24:15,17

**disappearance (1)**
13:11

**discovered (1)**
29:10

**discuss (4)**
6:16;7:20;24:2;
32:21

**discussion (1)**
31:18

**discussions (1)**
4:25

**dispute (1)**
25:3

**distribution (8)**
8:6,16,20;16:19;
17:20,20;18:17;24:1

**district (3)**
15:21;16:3;19:15

**Division (2)**
17:6;18:2

**docket (3)**
10:1;17:9,9

**dollar (2)**
29:4;30:1

**dollars (1)**

16:9
**dollars' (1)**
  29:12
**domain (1)**
  10:7
**done (2)**
  21:4;25:25
**doubt (1)**
  8:19
**down (1)**
  5:4
**during (3)**
  5:19;9:14;11:3
**duties (1)**
  9:20

## E

**earlier (3)**
  6:1;12:9;14:20
**early (1)**
  32:8
**efforts (1)**
  30:17
**either (1)**
  9:24
**elementary (1)**
  22:9
**Elpida (1)**
  25:19
**else (1)**
  5:16
**employees (2)**
  20:11,12
**enacted (1)**
  17:4
**enactment (1)**
  18:3
**end (3)**
  28:17;29:3;32:17
**endeavor (1)**
  10:1
**engage (1)**
  5:2
**engaged (3)**
  4:24;18:16,18
**engaging (1)**
  11:7
**Engel (8)**
  3:21,21;15:6;
  19:19;20:25,25;
  25:5;27:21
**England (5)**
  6:17;17:5;27:6;
  28:25;29:10
**English (3)**
  28:7;29:2,17
**entered (3)**
  17:10;18:11;23:12
**entertains (1)**
  8:9
**entities (1)**
  29:11

**entity (2)**
  13:9;16:10
**entry (1)**
  17:9
**ePub (1)**
  3:17
**equivalent (2)**
  18:6;30:1
**established (2)**
  11:15;13:15
**establishment (1)**
  23:24
**estate (3)**
  7:25;8:7;24:1
**et (1)**
  21:6
**evaluating (1)**
  9:20
**event (1)**
  7:6
**eventual (1)**
  26:25
**everyone (1)**
  32:6
**evidentiary (1)**
  23:6
**Exactly (1)**
  32:14
**exchange (2)**
  10:12,14
**exclusive (1)**
  19:18;20:4
**expect (1)**
  31:24
**expects (1)**
  7:24
**expeditiously (1)**
  10:23
**expending (1)**
  29:16
**explain (1)**
  23:6
**expressed (3)**
  9:10;11:4;13:16
**extend (1)**
  14:3
**extended (1)**
  12:23
**extending (1)**
  11:20
**extension (4)**
  12:21;13:2,16,17
**extent (5)**
  5:14;7:10;9:23;
  11:10;31:5

## F

**fact (2)**
  20:12;32:10
**facts (2)**
  15:10;19:12
**failed (1)**

24:19
**fair (3)**
  19:12;25:25;27:24
**Fairfield (7)**
  21:7;22:6;25:6,15;
  27:20,23;31:18
**familiar (1)**
  25:6
**far (2)**
  22:10;26:14
**fault (1)**
  12:14
**February (3)**
  12:12;13:4;23:19
**federal (1)**
  24:22
**feel (1)**
  5:20
**few (1)**
  27:2
**fiat (2)**
  28:17;30:1
**fiduciary (1)**
  14:2
**figures (2)**
  29:4,6
**filed (9)**
  5:25;6:3,6;14:14,
  23,25;17:3,25;18:7
**filing (7)**
  8:6;9:25;11:16,21;
  12:6;13:5;23:25
**final (4)**
  7:16;9:17;23:10;
  24:3
**finally (2)**
  5:1;25:8
**finding (1)**
  28:19
**firm (3)**
  5:2;11:6;14:21
**first (10)**
  3:1,4;4:22;7:7;
  14:13;18:25;22:24;
  24:10;32:5,23
**five (1)**
  16:9
**fixed (1)**
  22:16
**floor (1)**
  18:22
**focused (1)**
  25:9
**focusing (1)**
  8:9
**Foerster (1)**
  3:21
**folks (2)**
  8:18;9:25
**following (4)**
  9:2,16;11:14;
  21:25
**follows (1)**

11:20
**follow-up (1)**
  32:22
**foreign (23)**
  3:7;4:4;5:8;6:2,7,
  13;13:6;14:9;16:13,
  17;17:3,11,13,17,25;
  18:12,15,18;21:11,
  12,23;24:13;26:3
**forensic (2)**
  5:3;11:6
**form (2)**
  13:24,25
**forty-five (1)**
  32:12
**forward (7)**
  6:8;9:14;15:25;
  20:3;23:3;26:1,21
**Foster (1)**
  3:25
**fourth (1)**
  14:5
**frame (1)**
  23:3
**free (5)**
  5:20;21:15,17;
  26:19;27:1
**French (1)**
  25:2
**friend (1)**
  27:21
**friends (2)**
  24:11;26:8
**fully (1)**
  15:2
**fund (1)**
  25:17
**funds (3)**
  16:10;17:19,19
**further (7)**
  5:5;9:23;12:23;
  21:8,9;30:7;33:2
**furthermore (1)**
  19:23
**future (2)**
  9:24;23:1

## G

**gain (1)**
  26:12
**game (1)**
  22:1
**geared (1)**
  29:3
**general (2)**
  9:2,3
**get-go (1)**
  14:7
**given (3)**
  9:5;23:8;24:11
**gives (1)**
  21:8

**giving (2)**
  23:5;24:20
**glad (1)**
  31:4
**globally (1)**
  18:16
**Good (11)**
  3:6,9,13,16,17,19,
  23;4:2,3,6,7
**Gotcha (1)**
  12:18
**granted (1)**
  18:13
**granting (1)**
  17:11
**great (1)**
  25:3
**Greene (3)**
  14:11;15:15;16:1
**ground (1)**
  24:24
**guarantee (1)**
  22:16
**guess (1)**
  4:20

## H

**half (1)**
  5:23
**hand (1)**
  24:18;28:17
**hang (1)**
  33:4
**happened (3)**
  5:23;6:16;29:20
**Haynes (1)**
  3:14
**hear (2)**
  4:9,12
**heard (8)**
  4:14,18,24;5:16;
  21:4;26:8;28:18;
  32:16
**hearing (3)**
  15:5,11;20:10
**heart (1)**
  25:5
**held (6)**
  6:24;9:8;15:21;
  16:10;20:15;29:11
**Helt (2)**
  3:10;32:22
**High (2)**
  17:5,10
**highest (1)**
  27:17
**hired (1)**
  10:10
**hold (1)**
  17:18
**Homeland (1)**
  16:11

**Honor (75)**
3:6,24;4:3;5:6,7,
11,14,18,19,22,24,
25;6:5,10,19,23;7:2,
7,8,14,17,20;8:11;
9:1,6,22;10:4,10,15;
11:2,3,13,16;12:14;
13:2;14:6,14,17,22,
25;15:16,16,23;16:3,
6,8,20,25;17:2,22,
24;18:4,14,15,21,22;
19:3,9;20:25;21:2,4;
22:12;24:5;25:9,25;
26:10;27:3,14;28:9;
29:9;30:3,14;31:4;
32:15,25
**hope (3)**
16:15,16;31:25
**hopefully (1)**
18:20
**hours (1)**
29:17
**hundred (1)**
20:11

**I**

**idea (1)**
23:1
**illegal (1)**
24:21
**Illinois (3)**
14:11;15:16,21
**impetus (1)**
20:5
**implement (1)**
13:5
**important (1)**
6:4
**imposed (2)**
21:19;23:2
**including (3)**
18:13;21:18;28:7
**inconsistent (1)**
10:17
**incorrect (1)**
32:16
**Indeed (1)**
24:18
**information (8)**
9:4;10:1,17,22;
11:10;23:23;30:4,21
**informed (2)**
18:19;19:24
**initially (1)**
11:15
**initio (1)**
24:21
**inquiry (1)**
10:25
**insurmountable (1)**
8:22
**intellectual (3)**

20:13,15;25:21
**intention (3)**
23:8;19,20
**interest (3)**
9:10;10:7;25:12
**interested (3)**
7:9;21:14;23:2
**interests (1)**
25:19
**interject (1)**
15:8
**INTERPRETER (3)**
4:7,10,12
**interrupt (1)**
5:20
**into (11)**
6:5;8:11;10:16,18;
11:3;13:3;20:18;
23:12;26:24,24;
27:25
**investigate (1)**
17:15
**investigating (2)**
8:25;11:25
**investigation (14)**
8:2;10:5,11,18,22,
25;11:5,18,23;12:2,
8;13:4,11;23:24
**investigations (1)**
5:3
**involved (3)**
14:21;26:20;30:13
**issue (4)**
8:24;10:19;25:18;
28:2
**issued (1)**
11:19
**issues (5)**
11:9;21:19,21;
24:8;29:18
**item (3)**
7:7;10:4;11:13
**items (2)**
8:2;16:6

**J**

**Jane (1)**
3:25
**January (2)**
32:8,23
**Japan (21)**
6:4,5,12;7:14;8:1;
9:21;11:12;12:20;
15:25;16:19;17:20;
18:8,17;20:20;21:4,
22;22:1;23:17;27:5,
9,10
**Japanese (10)**
4:16;14:2,9;15:19;
17:11;18:12;21:23;
26:2;28:5;29:22
**John (1)**

3:17
**Johnson (1)**
3:25
**joined (2)**
21:21,22
**Judge (7)**
15:8,11,21;16:3;
19:14;25:20;32:9
**judgment (1)**
14:1
**July (3)**
4:19;9:7;11:19
**jurisdiction (2)**
25:13;28:7
**jurisdictions (1)**
28:7
**jury (1)**
24:11
**Justice (7)**
16:9,14,21;17:6,
10;18:1,11

**K**

**Karpeles (6)**
30:12,17,18,20,25;
31:6
**keenly (1)**
21:14
**key (1)**
21:1
**kind (3)**
8:20;26:19;32:3
**Kingdom (3)**
17:9,14,16
**Kingdom's (1)**
17:3
**knowledge (1)**
15:3
**known (1)**
24:16
**knows (6)**
9:6;15:16;16:8,20;
27:14;30:19
**Kobayashi (39)**
3:8;4:5,8,19,24;
5:2,8,15,19;6:25;
7:11,19,23;8:11;9:5,
8;10:3;13:22;18:22;
22:5,13,21,24;23:4,
4,18;27:11;29:16;
30:7,10,15,16,18,24;
31:5,8;32:16;33:6,7
**Kobayashi's (3)**
12:20;27:9;30:3
**Kobayashi-san (1)**
21:2

**L**

**Larry (2)**
3:21;20:25
**last (13)**

4:13;6:21;7:2,9;
10:9;11:3;13:20,21;
16:6;17:1,2;29:20;
30:11
**law (7)**
14:2;17:4;18:3;
24:22;26:5;27:16,23
**Law's (1)**
18:5
**lawyers (2)**
3:5;19:6
**legal (1)**
9:9
**legality (1)**
19:20
**less (1)**
21:10
**liabilities (1)**
27:1
**license (3)**
20:4;9:21:6
**licenses (1)**
21:16
**lift (2)**
14:15,24
**light (2)**
31:21;32:10
**line (4)**
10:3;26:10,11;
27:22
**liquidation (2)**
6:14;10:6
**List (1)**
18:2
**litigated (1)**
20:5
**litigation (11)**
6:9;14:10,11,13,
17,20;15:9;19:11,23,
25;24:15
**little (3)**
22:4;25:1;28:24
**lived (1)**
25:6
**located (3)**
6:12;17:16;25:17
**location (1)**
6:13
**long (1)**
5:12
**look (2)**
20:3;27:8
**looking (2)**
4:16;26:2
**lost (6)**
8:2;10:5,11;11:9;
19:17;23:24
**lot (1)**
8:4
**love (1)**
32:6

**M**

**main (9)**
6:7,13;7:7;8:19;
14:9;17:11;18:12,
19:21:12
**makes (2)**
32:6,8
**management (1)**
31:9
**many (2)**
21:11,16
**Marcus (1)**
3:10
**material (2)**
8:3;32:11
**matter (3)**
3:1;14:21;28:3
**matters (2)**
21:24;22:23
**mature (1)**
16:15
**May (17)**
4:22;10:24;11:20;
12:1,6,21;13:14,19,
23;15:6;16:12;
20:25;24:5,6;26:25;
30:3;32:15
**maybe (4)**
4:21;8:22;19:7;
32:17
**mean (2)**
26:12;27:4
**meaning (1)**
8:21
**meant (1)**
27:24
**meeting (2)**
6:23;7:5
**meetings (1)**
9:8
**meets (1)**
7:18
**mentioned (4)**
14:7;23:18,21;
31:5
**merits (1)**
24:12
**method (2)**
13:5,8
**mid-October (2)**
9:18;22:11
**might (2)**
15:20;29:18
**million (2)**
16:9;29:24
**misapprehension (1)**
13:20
**missing (2)**
5:3;10:17
**Model (4)**
17:4;18:3,5;26:5

**Molton (48)**
3:6,6,10,12;4:16;
5:6,14,18,22;6:19,
23;7:23;12:1,5,12,
14,16,19;15:13,15;
16:24;17:24;22:3,12,
15;24:5,7,10;26:16,
23;28:12,15,22,24;
29:2,6,9,14,25;30:2,
8,14;31:3,12;32:9,
21,25;33:3
**money (2)**
16:18,19
**monies (1)**
29:21
**monitor (3)**
20:2,6,19
**monitoring (1)**
22:18
**month (5)**
5:23;6:1;17:2;
29:20;32:13
**months (2)**
6:5;11:3
**more (9)**
8:8;17:21,22;
18:20,21;22:4,5,9;
28:9
**morning (11)**
3:6,9,13,16,17,19,
23;4:2,3,6,7
**Morrison (1)**
3:21
**most (1)**
6:13
**motion (4)**
14:15,23,24;15:1
**motions (1)**
6:11
**move (2)**
22:2;32:19
**moved (2)**
12:4,5
**moving (1)**
23:3
**MtGox (27)**
3:2,5,7;5:7;7:2;
8:14;9:10;10:6,6,12,
13;14:17,22;15:1,18;
16:9;17:15;18:8,17,
18;20:11,17;23:6,22;
24:17;30:24;33:2
**MtGox's (4)**
4:25;7:15;16:19;
17:18
**much (4)**
21:10;28:9;32:13;
33:7

**N**

**nature (4)**
7:21;8:16;11:4;

21:2
**necessarily (4)**
26:13,19;27:18;
28:2
**necessary (2)**
10:22;13:6
**need (5)**
3:3;22:1;32:1,7,20
**Needless (1)**
5:18
**needs (2)**
5:19;25:25
**new (8)**
4:22;13:17;16:4;
21:7;25:17;30:2,3,4
**next (4)**
6:23;7:5;9:24;
11:13
**Nobuaki (2)**
4:8;23:4
**non-US (1)**
26:2
**note (3)**
6:4;25:15;26:10
**noted (3)**
9:1;11:16;31:20
**notes (3)**
4:17;5:1;32:15
**notice (5)**
4:21;7:4;9:25;
17:7;18:10
**notifying (1)**
7:3
**November (6)**
6:24;7:4;11:15;
13:3;23:13;32:17
**number (4)**
7:15;9:19;17:9;
24:24

**O**

**objections (3)**
14:23;15:1;20:23
**obligations (2)**
20:5;26:6
**obtain (1)**
14:17
**occur (1)**
19:25
**occurring (1)**
14:10
**October (3)**
15:21;17:8;18:10
**offer (2)**
13:17;23:17
**Office (2)**
16:14;20:22
**official (1)**
31:8
**oftentimes (1)**
32:12
**one (5)**

8:19;15:23;16:1,6;
28:5
**ones (1)**
8:22
**ongoing (4)**
10:19;16:15,22;
17:21
**only (6)**
6:4;7:24;13:16;
14:17,25;15:4
**Ontario (2)**
18:1,11
**open (1)**
5:15
**operate (1)**
10:13
**operating (1)**
28:5
**opinion (4)**
13:16;25:18;
30:18;31:20
**opportunity (2)**
23:5;25:11
**option (1)**
23:15
**oral (2)**
15:5,11
**order (13)**
11:14,20;12:17,
22;13:4,18;14:4;
17:10;18:11,16;
23:9;24:3;31:19
**orders (1)**
12:24
**original (6)**
12:10,16,22;
13:18;14:3,4
**originally (1)**
11:16
**others (2)**
18:22;29:18
**otherwise (3)**
23:2;31:10;32:21
**out (6)**
7:5;8:17;21:7;
23:20;26:15;32:23
**outside (1)**
28:6
**over (3)**
9:14;16:18;18:22
**overview (1)**
7:8
**own (2)**
8:21;23:8

**P**

**part (1)**
15:19
**participating (1)**
33:6
**particular (1)**
21:16

**particularly (1)**
8:1
**parties (8)**
7:16;14:19;15:18,
24:19;24;20:10;
21:18;28:10
**parts (2)**
9:11;17:1
**past (1)**
5:23
**patents (2)**
25:19,19
**paying (1)**
10:1
**Pearson (1)**
3:25
**Pechman (2)**
15:11;19:14
**pendency (1)**
19:13
**pending (4)**
6:11;18:8;19:15,
21
**Penn (2)**
3:17,17
**people (2)**
3:2;24:13
**Pepper (1)**
3:25
**percent (1)**
20:11
**perfect (1)**
32:25
**period (1)**
9:14
**periodic (1)**
32:4
**periodically (1)**
7:18
**person (1)**
30:19
**Phelan (10)**
3:14,14;19:1,3,5;
31:13,15,18,25;
32:15
**phone (9)**
3:2,20;5:9;7:11;
15:7,22;18:23;19:7;
24:11
**place (3)**
6:15;9:3;23:15
**plaintiffs (1)**
3:15
**plan (1)**
30:21
**play (2)**
26:15,16
**pleading (1)**
5:25
**pleadings (3)**
15:5;21:5;24:17
**please (1)**
5:20

**pleasure (1)**
5:6
**pm (1)**
6:24
**podium (1)**
18:25
**point (5)**
11:2;16:16;19:16;
25:4,10
**pool (1)**
4:21
**position (4)**
24:14;25:8,8;
31:22
**positions (1)**
24:15
**potential (3)**
4:25;23:7,18
**precedent (1)**
19:21
**precedents (1)**
21:5
**preferable (1)**
27:17
**preliminary (1)**
7:15
**premature (1)**
26:9
**present (3)**
11:1;15:22;23:6
**presently (3)**
6:15;9:20;14:10
**preserved (2)**
10:12;13:10
**presiding (1)**
27:8
**pressing (1)**
29:18
**pretty (1)**
15:23
**previous (1)**
29:23
**price (1)**
23:22
**primary (1)**
17:13
**principal (2)**
8:4;14:7
**principally (1)**
6:6
**prior (4)**
6:25;13:3;16:2;
28:18
**private (2)**
27:15,15
**probably (3)**
22:5;32:8,9
**problems (1)**
8:22
**procedure (1)**
6:25
**procedures (1)**
26:14

**proceed (1)** 10:23
**proceeding (17)** 4:16;6:7,13;8:1; 9:7;14:9,9;17:11,11; 18:4,12,13,19;20:8; 21:13;29:3,22
**proceedings (9)** 6:6,20;7:13;14:6; 16:8,25;18:6;23:6; 33:9
**process (40)** 6:8;7:8,17;9:1,22; 11:5,12,18,23,25; 12:2,8,11;15:20,24, 25;16:22;18:19; 19:17,19;20:2,6,19; 21:23,24,25;22:4,8, 17,17,25;23:3,7,11, 15;26:1,12,21;27:18; 30:22
**professionals (2)** 13:8;26:18
**progress (2)** 16:16;32:11
**progressed (1)** 7:9
**prohibited (1)** 31:1
**proof (9)** 8:6;11:12,21,25; 12:2,6,10;13:24,25
**proofs (3)** 4:20;11:16;23:25
**property (5)** 20:13,15;25:21,23, 24
**proposal (2)** 23:20,21
**proposals (5)** 7:15;8:10;9:17,19; 22:11
**propose (1)** 23:16
**proposed (3)** 13:14;15:17;21:4
**prospective (5)** 8:10,12;9:9,12,17
**protection (1)** 21:6
**protections (1)** 26:15
**provide (3)** 7:1;23:23;24:19
**provides (1)** 9:3
**providing (1)** 19:25
**prudent (1)** 26:18
**public (2)** 10:7;27:17
**purchase (2)**

7:24;8:8
**purchaser (1)** 8:13
**purchasers (4)** 8:10;9:9,12,17
**purchasing (1)** 9:10
**purported (1)** 20:13
**purporting (1)** 21:15
**purpose (5)** 14:7;17:13,19; 18:17;20:20
**purposes (1)** 13:6
**pursuant (6)** 18:2;19:23,24; 20:3;25:13,24
**put (1)** 19:7

**Q**

**Qimonda (2)** 21:6;25:17
**qualifications (1)** 20:24
**questionnaires (2)** 9:13,15
**quick (1)** 15:23
**quickly (1)** 21:1

**R**

**raise (1)** 22:22
**raised (2)** 21:24;27:21
**raises (1)** 21:19
**read (1)** 8:19
**realize (1)** 16:16
**really (4)** 20:14;26:9;28:9, 13
**reasonable (3)** 13:5,16;32:10
**reasons (3)** 10:18;14:1;24:24
**received (3)** 7:14;9:15,19
**recitation (2)** 15:10;19:12
**recognition (5)** 14:8;17:5,14,25; 18:4
**recognizing (2)** 17:10;18:11

**recollection (1)** 14:16
**record (1)** 19:8
**recover (1)** 18:16
**recovered (1)** 29:21
**refresh (1)** 14:16
**regard (3)** 19:10;22:6,8
**regarding (6)** 5:3;7:21;10:24; 11:9;13:8,23;14:24; 19:13,20;20:7,23; 22:25;24:12;28:24
**Regulation (2)** 17:4;29:3
**related (1)** 18:7
**relationship (1)** 27:7
**releases (1)** 21:18
**relief (5)** 14:15;17:12; 18:13;20:7,8
**rely (1)** 21:5
**remains (4)** 8:3;10:6,19;31:7
**remarkable (1)** 12:22;28:6
**repatriate (3)** 16:18;17:15;18:17
**repatriated (1)** 29:21
**repatriating (1)** 17:19
**reply (1)** 14:25
**report (17)** 4:15,18,24;5:12, 20,22;7:6;9:24;16:5; 17:21,22;18:14,15, 20;19:2;29:20;32:11
**reported (2)** 5:1;7:17
**reports (1)** 29:23
**representative (12)** 3:7;4:5;5:8;6:2; 13:7;16:13,17;17:3, 17,25;18:16;21:23
**representatives (1)** 21:12
**representative's (2)** 17:13;24:14
**represented (1)** 17:8
**request (2)** 19:13;30:14

**requested (3)** 9:16;13:2;23:23
**require (1)** 26:3
**required (3)** 13:25;24:20,22
**rescission (1)** 24:23
**reserve (1)** 28:10
**resolved (1)** 16:1
**resources (1)** 11:7
**respect (9)** 8:1,16;9:12;10:11; 11:1;21:10;24:10; 26:6,7
**respond (1)** 19:20
**responses (1)** 9:15
**responsibilities (1)** 21:9
**rest (3)** 27:4,5,19
**retained (1)** 5:2
**revealed (1)** 10:16
**review (1)** 10:15
**revised (2)** 4:20,22
**right (29)** 3:19;4:6,13;5:21; 10:2;16:21;19:6; 22:3,22,24;23:14; 24:4;28:11,13,13,20; 29:23;30:6,11,16; 31:11,11,24;32:3,19, 24;33:1,4,8
**rights (6)** 19:18;20:4,16; 21:9;24:20;28:10
**road (1)** 5:4
**Robin (1)** 3:14
**Roger (3)** 3:24;15:9;19:9
**role (1)** 31:8
**rolling (1)** 5:4
**Rudnick (2)** 3:7;4:4
**run (1)** 22:17
**running (1)** 25:17

**S**

**sale (22)** 6:14;10:6;20:16, 18;21:3,15,22,24; 22:4,8,25;23:3; 25:10;26:9,11;27:10, 11,15,16,23;28:9; 32:1
**sales (13)** 7:8;9:1,22;11:5; 15:20,24,25;18:19; 21:10,12;22:17;26:1, 25
**Saval (2)** 4:3,3
**saying (1)** 32:13
**schedule (1)** 15:5
**scheduled (1)** 15:11
**Seattle (11)** 14:12,14;15:2,3,9, 12;19:11;20:1,6,7,19
**second (2)** 10:4;21:7
**Section (2)** 17:7;18:5
**Security (1)** 16:12
**seek (1)** 18:16
**seeking (8)** 11:8;14:3,8,15; 17:14;20:7,8;29:21
**Seiji (1)** 4:7
**seized (2)** 16:9,11
**selection (4)** 7:16;19:25;23:7, 11
**sell (3)** 21:17;26:2;27:12
**sense (3)** 30:22;32:6,8
**separate (2)** 14:23;15:20
**September (15)** 4:14,15;7:3;11:17, 22;12:2,7,11;13:1; 14:14,22,25;17:2,6, 24
**serious (1)** 9:13
**served (1)** 18:7
**set (4)** 12:16;13:13,19; 16:4
**setting (2)**

11:20;23:20
**settlement (2)**
  15:17;16:2
**settling (1)**
  15:17
**seven (1)**
  29:24
**Shibasaki (1)**
  4:7
**short (1)**
  18:20
**show (1)**
  5:1
**sic (1)**
  11:17
**signed (1)**
  27:24
**signs (1)**
  28:1
**similar (2)**
  26:13;27:6
**simply (1)**
  23:16
**SIPA (3)**
  25:16,16,17
**sister (2)**
  28:6,7
**site (1)**
  7:2
**situation (1)**
  13:10
**six (3)**
  5:4;6:4;11:3
**smooth (1)**
  13:5
**sold (4)**
  20:14;25:11,23,24
**solve (1)**
  11:8
**solving (1)**
  11:8
**someone (1)**
  32:19
**sometime (1)**
  4:22
**Sontchi (1)**
  25:20
**sooner (1)**
  32:7
**sophisticated (1)**
  11:6
**sort (2)**
  23:3;25:18
**sought (1)**
  13:17
**sound (2)**
  26:18;32:6
**specifically (2)**
  17:16;31:19
**stage (1)**
  7:16
**stakeholders (1)**
  8:14

**stand (1)**
  15:3
**standard (2)**
  28:3,4
**standards (1)**
  27:25
**start (1)**
  4:16
**state (2)**
  16:2;24:22
**stated (5)**
  10:9;13:1;17:7;
  18:10;24:16
**statement (1)**
  23:8,19
**States (8)**
  6:9;16:7,11,13;
  25:13,16;31:19,20
**status (30)**
  4:14,15;5:12,20;
  6:20,21;7:5;9:24;
  10:5,9,25;11:4,12;
  13:20,21,24;14:6;
  15:21,22;16:4,4,8,
  24;17:1;28:18,20;
  29:20;32:4,18,20
**statute (1)**
  25:24
**stay (11)**
  6:6,8;14:15,16,17,
  18,18,19,24;18:6,13
**steps (1)**
  23:10
**still (2)**
  16:2;19:18
**stopping (1)**
  27:15
**subject (9)**
  8:3,4;12:21;20:16,
  17;24:23;25:3;
  27:13;31:19
**submitted (3)**
  9:13;15:2;23:19
**submitting (1)**
  22:11
**subsequent (1)**
  28:1
**substance (1)**
  18:14
**substantially (1)**
  6:12
**successful (1)**
  28:19
**Suffice (2)**
  25:1;28:4
**sufficiently (1)**
  13:7
**sum (1)**
  18:14
**summation (1)**
  24:11
**summer (1)**
  9:14

**Superior (2)**
  18:1,11
**supervised (2)**
  9:2;27:7
**supervises (1)**
  7:19
**supervision (2)**
  22:18;30:25
**supervisory (1)**
  27:7
**supplement (1)**
  21:1
**sure (2)**
  8:14;22:15
**survive (1)**
  19:19
**system (3)**
  8:5;23:25;30:19

**T**

**talk (3)**
  7:7,10;11:13
**team (8)**
  5:9;7:1;9:5;12:20;
  27:9;30:3,7;31:6
**telephone (1)**
  5:15
**terms (4)**
  16:7;26:25;29:19;
  31:8
**territorial (1)**
  25:13
**therefore (3)**
  20:12,15;30:20
**thereof (1)**
  9:11
**thinking (1)**
  32:8
**third (1)**
  21:18
**thirty (1)**
  32:12
**though (1)**
  22:7
**thought (5)**
  4:22;12:9;14:1;
  21:11;32:16
**three (2)**
  8:2,7
**three-and-a-half (1)**
  25:7
**Tibanne (12)**
  14:16,23,24;
  19:14;20:10,12,12,
  14,15,16,18;21:18
**Tibanne's (1)**
  15:1
**tied (1)**
  13:3
**timeline (1)**
  9:2
**timetable (2)**

22:10;26:17
**timing (1)**
  23:1
**today (3)**
  6:11;15:3;33:6
**Tokyo (9)**
  6:15,24;7:18;9:2,
  7;11:19;13:15,19;
  20:21
**told (2)**
  4:23;22:10
**took (2)**
  25:2;27:8
**topic (1)**
  14:5
**towards (2)**
  11:8;29:3
**Townsend (7)**
  3:24,24,25;15:8,9;
  19:9,10
**Townsend's (1)**
  31:21
**track (1)**
  32:4
**traditional (1)**
  8:8
**translator (2)**
  4:8;5:9
**trustee (32)**
  5:7;7:14,18,23;
  8:9,15,24;9:8,16,18;
  10:10,12,17,20,23;
  11:7,11;13:2,10,14,
  15,22;14:2;20:22,24;
  22:18;23:5;25:16;
  27:7,12;28:19;31:6
**trustee's (3)**
  7:19;20:22;31:21
**try (2)**
  24:7;32:22
**trying (3)**
  21:17;26:12;32:5
**turn (2)**
  18:21,25
**turned (1)**
  16:18
**Turning (1)**
  15:15
**two (4)**
  6:20;29:11,11;
  32:23

**U**

**UK (2)**
  17:18;26:4
**ultimately (1)**
  20:9
**Um-hum (2)**
  3:13;29:8
**unclear (1)**
  13:21
**Under (9)**

11:13;14:2;17:3;
  24:22;26:5;27:14,15,
  23;30:25
**unfettered (1)**
  6:7
**United (12)**
  6:9;16:7,11,13;
  17:3,9,14,16;25:13,
  16;31:19,20
**up (11)**
  3:1;5:15;12:4,6;
  22:7;28:14;29:24;
  30:6;31:3;32:3;33:4
**update (4)**
  6:19;7:2;15:6;
  28:24
**updates (2)**
  5:5;7:1
**upon (1)**
  11:10
**up-to-date (1)**
  29:18
**use (3)**
  13:8;29:4,6
**used (5)**
  10:13;26:13,20;
  27:3;30:19
**using (1)**
  25:1

**V**

**valid (1)**
  19:18
**various (5)**
  4:25;7:3;17:18;
  21:5,5
**versus (1)**
  28:17
**view (3)**
  21:9,20;23:11
**vigorously (1)**
  24:14
**vis-a-vis (2)**
  15:17;24:15
**void (1)**
  24:20

**W**

**wants (2)**
  5:16;7:20
**Washington (2)**
  19:15;20:1
**way (2)**
  9:25;16:1
**Web (1)**
  7:2
**week (1)**
  32:23
**weeks (1)**
  5:4
**well-founded (1)**

19:21
**Western (1)**
  19:15
**whatnot (1)**
  22:6
**what's (3)**
  5:23;21:7;29:20
**whatsoever (1)**
  25:22
**Whereupon (1)**
  33:9
**willingness (1)**
  8:12
**within (2)**
  18:20;25:12
**words (1)**
  27:2
**work (1)**
  29:17
**working (1)**
  10:21
**works (1)**
  7:20
**world (7)**
  5:24;17:1;27:4,5,
  19;28:20;30:9
**worth (1)**
  29:12
**wrap (4)**
  28:14;30:6;31:3;
  32:3

---

## Y

**year (2)**
  14:22;32:5
**years (1)**
  25:7
**yen (1)**
  29:6
**yield (1)**
  18:25
**York (1)**
  25:17

---

## 1

**1 (1)**
  6:24
**10:28 (1)**
  33:9
**10th (4)**
  4:14,15;13:1;16:5
**14th (1)**
  23:19
**15 (6)**
  6:3,6,8;14:8,18;
  21:8
**1506 (1)**
  21:19
**1518 (3)**
  5:25;17:7;18:10
**1520a1 (1)**

18:6
**1520a2 (1)**
  25:14
**15th (1)**
  14:22
**161 (1)**
  17:9
**19th (1)**
  14:25
**1st (1)**
  7:3

---

## 2

**20 (1)**
  26:5
**20- (1)**
  18:5
**2013 (1)**
  16:12
**2014 (9)**
  4:14;6:24;9:18;
  11:15;13:1;14:14;
  15:22;16:5;17:8
**2015 (11)**
  4:23;11:17,21,22;
  12:3,7,7,11,12;13:4,
  14
**20-A (1)**
  18:5
**22nd (1)**
  17:2
**23rd (1)**
  4:19
**24th (3)**
  9:6;11:19;17:24
**25th (4)**
  11:17;12:11,12;
  13:4
**26th (3)**
  6:24;7:5;17:7
**28th (1)**
  11:15
**29th (3)**
  11:20;12:6;13:14
**2nd (1)**
  15:22

---

## 3

**363 (5)**
  25:18,20;27:14,15,
  25
**365 (1)**
  21:6
**365n (2)**
  21:17;22:6
**3rd (1)**
  18:10

---

## 4

**4th (1)**

14:14

---

## 7

**750,000 (1)**
  29:11
**7th (1)**
  17:8

---

## 9

**9th (3)**
  11:22;12:2,7