David J. Molton
Daniel J. Saval
BROWN RUDNICK LLP
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
Email: dmolton@brownrudnick.com
Email: dsaval@brownrudnick.com

- and -

Marcus A. Helt (TX 24052187)
Thomas Scannell (TX 24070559)
GARDERE WYNNE SEWELL LLP
1601 Elm Street, Suite 3000
Dallas, Texas 75201-4761
Telephone: (214) 999-3000
Facsimile: (214) 999-4667
Email: mhelt@gardere.com
Email: tscannell@gardere.com

*Counsel for Nobuaki Kobayashi, in his capacity
as the Bankruptcy Trustee and Foreign Representative
of MtGox Co., Ltd., a/k/a MtGox KK*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| In re: | Chapter 15 |
| MtGox Co., Ltd. (a/k/a MtGox KK), | Case No. 14-31229-sgj-15 |
| Debtor in a Foreign Proceeding. | |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that, a true and correct copy of the *Notice of Status Conference* [Docket No. 164] was served (i) on November 3, 2014, via this Court's PACER system on all parties receiving electronic notifications in this case, and (ii) on November 4, 2014, via email on the attached list.

**CERTIFICATE OF SERVICE** – Page 1
Gardere01 - 6517688v.1

Dated:  November 5, 2014				Respectfully submitted,

**GARDERE WYNNE SEWELL LLP**


*/s/ Marcus A. Helt*
Marcus A. Helt (TX 24052187)
Thomas Scannell (TX 24070559)
Gardere Wynne Sewell LLP
1601 Elm Street, Suite 3000
Dallas, Texas 75201-4761
Telephone:  (214) 999-3000
Facsimile:  (214) 999-4667
Email:  mhelt@gardere.com
Email:  tscannell@gardere.com

- and -

**BROWN RUDNICK LLP**
David J. Molton
Daniel J. Saval
Seven Times Square
New York, New York 10036
Telephone:  (212) 209-4800
Facsimile:  (212) 209-4801
Email:  dmolton@brownrudnick.com
Email:  dsaval@brownrudnick.com

*Counsel for Nobuaki Kobayashi, in his capacity
as the Trustee and Foreign Representative
of MtGox Co., Ltd., a/k/a MtGox KK*

ahinkley@novackmacey.com
ahwang@edelson.com
bbarnett@susmangodfrey.com
bthomassen@edelson.com
cdore@edelson.com
dbradford@jenner.com
dfumagalli@chuhak.com
dmolton@brownrudnick.com
docketdal@perkinscoie.com
dsaval@brownrudnick.com
emacey@novackmacey.com
esargent@susmangodfrey.com
filing@jgarrettlaw.com
fshort@susmangodfrey.com
mhelt@gardere.com
jbg@hcmp.com
jedelson@edelson.com
jeffrey.resetarits@shearman.com
jfortinsky@shearman.com
jgarrett@jgarrettlaw.com
john.nathanson@shearman.com
jpenn@perkinscoie.com
jquinn@ngelaw.com
KHiensch@mofo.com
Kim.Morzak@haynesboone.com
kmalone@susmangodfrey.com
ldp@hcmp.com
leccles@susmangodfrey.com
LEngel@mofo.com
Lisa.L.Lambert@usdoj.gov
meurich@chuhak.com
mlindsey@edelson.com
prietema@jenner.com
rac@cliffordlaw.com
rdouglass@novackmacey.com
robin.phelan@haynesboone.com
rtownsend@bjtlegal.com
tscannell@gardere.com
skitei@honigman.com
SMM@CliffordLaw.com
stephen.manz@haynesboone.com
swoodrow@edelson.com
ustpregion06.da.ecf@usdoj.gov
VNovak@mofo.com