David J. Molton
Daniel J. Saval
BROWN RUDNICK LLP
Seven Times Square
New York, New York 10036
Telephone:  (212) 209-4800
Facsimile:  (212) 209-4801
Email:  dmolton@brownrudnick.com
Email:  dsaval@brownrudnick.com

- and -

Marcus A. Helt (TX 24052187)
Thomas Scannell (TX 24070559)
GARDERE WYNNE SEWELL LLP
1601 Elm Street, Suite 3000
Dallas, Texas 75201-4761
Telephone:  (214) 999-3000
Facsimile:  (214) 999-4667
Email:  mhelt@gardere.com
Email:  tscannell@gardere.com

*Counsel for Nobuaki Kobayashi, in his capacity*
*as the Bankruptcy Trustee and Foreign Representative*
*of MtGox Co., Ltd., a/k/a MtGox KK*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In re: <br><br> MtGox Co., Ltd. (a/k/a MtGox KK), <br><br> Debtor in a Foreign Proceeding. | Chapter 15 <br><br> Case No. 14-31229-sgj-15 |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, a true and correct copy of the *Notice of Status Conference* [Docket No. 169] was served on January 22, 2015 (i) via this Court's PACER system on all parties receiving electronic notifications in this case, and (ii) via email on the attached list.

**CERTIFICATE OF SERVICE – Page 1**
Gardere01 - 6517688v.2

Dated: January 22, 2015

Respectfully submitted,

**GARDERE WYNNE SEWELL LLP**

*/s/ Thomas Scannell*
Marcus A. Helt (TX 24052187)
Thomas Scannell (TX 24070559)
Gardere Wynne Sewell LLP
1601 Elm Street, Suite 3000
Dallas, Texas 75201-4761
Telephone: (214) 999-3000
Facsimile: (214) 999-4667
Email: mhelt@gardere.com
Email: tscannell@gardere.com

- and -

**BROWN RUDNICK LLP**
David J. Molton
Daniel J. Saval
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
Email: dmolton@brownrudnick.com
Email: dsaval@brownrudnick.com

*Counsel for Nobuaki Kobayashi, in his capacity as the Trustee and Foreign Representative of MtGox Co., Ltd., a/k/a MtGox KK*

ahinkley@novackmacey.com
ahwang@edelson.com
bbarnett@susmangodfrey.com
bthomassen@edelson.com
cdore@edelson.com
dbradford@jenner.com
dfumagalli@chuhak.com
dmolton@brownrudnick.com
docketdal@perkinscoie.com
dsaval@brownrudnick.com
emacey@novackmacey.com
esargent@susmangodfrey.com
filing@jgarrettlaw.com
fshort@susmangodfrey.com
mhelt@gardere.com
JBeiswenger@brownrudnick.com
jbg@hcmp.com
jedelson@edelson.com
jeffrey.resetarits@shearman.com
jfortinsky@shearman.com
jgarrett@jgarrettlaw.com
john.nathanson@shearman.com
jpenn@perkinscoie.com
jquinn@ngelaw.com
KHiensch@mofo.com
Kim.Morzak@haynesboone.com
kmalone@susmangodfrey.com
ldp@hcmp.com
leccles@susmangodfrey.com
LEngel@mofo.com
Lisa.L.Lambert@usdoj.gov
meurich@chuhak.com
mlindsey@edelson.com
prietema@jenner.com
rac@cliffordlaw.com
rdouglass@novackmacey.com
robin.phelan@haynesboone.com
rtownsend@bjtlegal.com
tscannell@gardere.com
skitei@honigman.com
SMM@CliffordLaw.com
stephen.manz@haynesboone.com
swoodrow@edelson.com
ustpregion06.da.ecf@usdoj.gov
VNovak@mofo.com

Gardere01 - 6517688v.2