

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed April 28, 2017

_____
United States Bankruptcy Judge
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| In re: | Chapter 15 |
| MtGox Co., Ltd. (a/k/a MtGox KK), | Case No. 14-31229-sgj-15 |
| Debtor in a Foreign Proceeding. | |

**ORDER APPROVING (I) SETTLEMENT
AGREEMENT WITH U.S. GOVERNMENT;
(II) TRANSFER OF SEIZED FUNDS IN ACCORDANCE
WITH THE SETTLEMENT AGREEMENT, PURSUANT
TO 11 U.S.C. §§363 AND 1520(a)(2); AND (III) REPATRIATION
OF THE RELEASED FUNDS TO JAPAN FOR DISTRIBUTION IN THE
JAPAN BANKRUPTCY PROCEEDING PURSUANT TO 11 U.S.C § 1521(b)**

This matter coming before the Court on the motion (the "Motion") of Nobuaki Kobayashi, in his capacity as the bankruptcy trustee and foreign representative (the "Foreign Representative") of MtGox Co., Ltd., a/k/a MtGox KK, a debtor in a bankruptcy proceeding under Japanese law (the "Japan Bankruptcy"), currently pending before the Twentieth Civil Division of the Tokyo District Court, Japan, for an Order: (i) approving the Settlement

Gardere01 - 10178915v.1

Agreement;[1] (ii) pursuant to Bankruptcy Code Sections 363 and 1520(a)(2), approving the transfer of Released Funds to the Foreign Representative and the forfeiture of the Forfeited Funds to the Government in accordance with the Settlement Agreement; and (iii) pursuant to Bankruptcy Code Section 1521(b), approving the repatriation of the Released Funds to Japan for distribution in the Japan Bankruptcy; and the Court having jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having determined that the legal and factual bases set forth in the Motion establish cause for the relief granted herein;

IT IS HEREBY ORDERED that the Motion is granted to the extent set forth herein;

IT IS FURTHER ORDERED that the Settlement Agreement is approved pursuant to 11 U.S.C. §§ 363 and 1520(a)(2) insofar as it provides for the transfer of an interest of the Debtor in property within the territorial jurisdiction of the United States;

IT IS FURTHER ORDERED that, pursuant to 11 U.S.C. §§ 363 and 1520(a)(2), the Released Funds are authorized to be transferred to the Foreign Representative, and the Foreign Representative is authorized to forfeit the Forfeited Funds to the Government in accordance with the Settlement Agreement;

IT IS FURTHER ORDERED that, pursuant to 11 U.S.C. § 1521(b), the Released Funds are authorized to be repatriated to Japan for distribution in the Japan Bankruptcy; and

IT IS FURTHER ORDERED that the Court retains jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and enforcement of this Order.

### End of Order ###

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

Gardere01 - 10178915v.1