

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed April 28, 2017**

_____
United States Bankruptcy Judge

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>MtGox Co., Ltd. (a/k/a MtGox KK),<br><br>      Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 14-31229-sgj-15 |

### ORDER APPROVING (I) SETTLEMENT
### AGREEMENT WITH U.S. GOVERNMENT;
### (II) TRANSFER OF SEIZED FUNDS IN ACCORDANCE
### WITH THE SETTLEMENT AGREEMENT, PURSUANT
### TO 11 U.S.C. §§363 AND 1520(a)(2); AND (III) REPATRIATION
### OF THE RELEASED FUNDS TO JAPAN FOR DISTRIBUTION IN THE
### JAPAN BANKRUPTCY PROCEEDING PURSUANT TO 11 U.S.C § 1521(b)

This matter coming before the Court on the motion (the "<u>Motion</u>") of Nobuaki Kobayashi, in his capacity as the bankruptcy trustee and foreign representative (the "<u>Foreign Representative</u>") of MtGox Co., Ltd., a/k/a MtGox KK, a debtor in a bankruptcy proceeding under Japanese law (the "<u>Japan Bankruptcy</u>"), currently pending before the Twentieth Civil Division of the Tokyo District Court, Japan, for an Order: (i) approving the Settlement

Agreement;[1] (ii) pursuant to Bankruptcy Code Sections 363 and 1520(a)(2), approving the transfer of Released Funds to the Foreign Representative and the forfeiture of the Forfeited Funds to the Government in accordance with the Settlement Agreement; and (iii) pursuant to Bankruptcy Code Section 1521(b), approving the repatriation of the Released Funds to Japan for distribution in the Japan Bankruptcy; and the Court having jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having determined that the legal and factual bases set forth in the Motion establish cause for the relief granted herein;

IT IS HEREBY ORDERED that the Motion is granted to the extent set forth herein;

IT IS FURTHER ORDERED that the Settlement Agreement is approved pursuant to 11 U.S.C. §§ 363 and 1520(a)(2) insofar as it provides for the transfer of an interest of the Debtor in property within the territorial jurisdiction of the United States;

IT IS FURTHER ORDERED that, pursuant to 11 U.S.C. §§ 363 and 1520(a)(2), the Released Funds are authorized to be transferred to the Foreign Representative, and the Foreign Representative is authorized to forfeit the Forfeited Funds to the Government in accordance with the Settlement Agreement;

IT IS FURTHER ORDERED that, pursuant to 11 U.S.C. § 1521(b), the Released Funds are authorized to be repatriated to Japan for distribution in the Japan Bankruptcy; and

IT IS FURTHER ORDERED that the Court retains jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and enforcement of this Order.

### End of Order ###

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

United States Bankruptcy Court
Northern District of Texas

In re:  Case No. 14-31229-sgj
MtGox Co., Ltd.  Chapter 15
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0539-3     User: cbanks     Page 1 of 1     Date Rcvd: May 01, 2017
                       Form ID: pdf012     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 03, 2017.
db         MtGox Co., Ltd.,   Level 15-F, Cerulean Tower,   26-1 Sakuragaoka-cho,   Shibuya-ku,    Tokyo,    150-8152,    JAPAN

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 1, 2017 at the address(es) listed below:
         Daniel J. Saval    on behalf of Foreign Representative Nobuaki   Kobayashi dsaval@brownrudnick.com
         David J. Molton    on behalf of Foreign Representative Nobuaki   Kobayashi dmolton@brownrudnick.com,
          jbeiswenger@brownrudnick.com;wlancaster@brownrudnick.com
         George Larry Engel    on behalf of Creditor    Coinlab, Inc lengel@mofo.com
         John D. Penn    on behalf of Creditor    EPub Bud, LLC jpenn@perkinscoie.com,
          docketdal@perkinscoie.com;john--penn-1853@ecf.pacerpro.com
         Josephine   Garrett    on behalf of Interested Party Josephine   Garrett filing@jgarrettlaw.com
         Kristin A. Hiensch    on behalf of Creditor    Coinlab, Inc khiensch@mofo.com
         Marcus Alan Helt    on behalf of Foreign Representative Nobuaki   Kobayashi mhelt@gardere.com,
          acordero@gardere.com;chernandez@gardere.com
         Robin Eric Phelan    on behalf of Creditor Gregory D. Greene robin.phelan@haynesboone.com
         Robin Eric Phelan    on behalf of Creditor Joseph   Lack robin.phelan@haynesboone.com
         Scott Bennett Kitei    on behalf of Creditor Gregory D. Greene skitei@honigman.com
         Thomas C. Scannell    on behalf of Foreign Representative Nobuaki   Kobayashi tscannell@gardere.com,
          acordero@gardere.com;chernandez@gardere.com
         United States Trustee    ustpregion06.da.ecf@usdoj.gov
         Vincent J. Novak    on behalf of Creditor    Coinlab, Inc vnovak@mofo.com
                                                                                TOTAL: 13