David J. Molton (*admitted pro hac vice*)
Daniel J. Saval (*admitted pro hac vice*)
Brown Rudnick LLP
Seven Times Square
New York, New York 10036
Telephone:  (212) 209-4800
Facsimile:  (212) 209-4801
Email:  dmolton@brownrudnick.com
Email:  dsaval@brownrudnick.com

- and -

Marcus A. Helt (TX 24052187)
Thomas Scannell (TX 24070559)
Gardere Wynne Sewell LLP
2021 McKinney Avenue, Suite 1600
Dallas, TX 75201
Telephone:  (214) 999-3000
Facsimile:  (214) 999-4667
Email:  mhelt@gardere.com
Email:  tscannell@gardere.com

*Counsel for Nobuaki Kobayashi, in his capacity
as the Bankruptcy Trustee and Foreign Representative
of MtGox Co., Ltd., a/k/a MtGox KK*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re: <br><br> MtGox Co., Ltd. (a/k/a MtGox KK), <br><br> Debtor in a Foreign Proceeding. | Chapter 15 <br><br> Case No. 14-31229-sgj-15 |

**NOTICE OF WITHDRAWAL OF APPEARANCE OF DANIEL J.
SAVAL AND REQUEST FOR REMOVAL FROM SERVICE LIST**

Daniel J. Saval, of Brown Rudnick LLP ("Brown Rudnick"), hereby withdraws his appearance as counsel for Nobuaki Kobayashi, in his capacity as the bankruptcy trustee and foreign representative (the "Foreign Representative") of MtGox Co., Ltd., a/k/a MtGox KK, in

the above-referenced matter and requests that he be removed from the CM/ECF noticing list and any other service list in this case.

Daniel J. Saval makes this request because he is leaving Brown Rudnick and will no longer be representing the Foreign Representative. All other counsel of record from Brown Rudnick will remain the same.

| | |
|---|---|
| Dated: August 24, 2017<br>Dallas, Texas | Respectfully submitted,<br><br>**GARDERE WYNNE SEWELL LLP**<br><br>*/s/ Marcus A. Helt*<br>Marcus A. Helt (TX 24052187)<br>Thomas Scannell (TX 24070559)<br>Gardere Wynne Sewell LLP<br>2021 McKinney Avenue, Suite 1600<br>Dallas, Texas 75201<br>Telephone: (214) 999-3000<br>Facsimile: (214) 999-4667<br>Email: mhelt@gardere.com<br>Email: tscannell@gardere.com<br><br>- and -<br><br>**BROWN RUDNICK LLP**<br>David J. Molton (*admitted pro hac vice*)<br>Daniel J. Saval (*admitted pro hac vice*)<br>Seven Times Square<br>New York, New York 10036<br>Telephone: (212) 209-4800<br>Facsimile: (212) 209-4801<br>Email: dmolton@brownrudnick.com<br>Email: dsaval@brownrudnick.com<br><br>*Counsel for Nobuaki Kobayashi, in his capacity as the Trustee and Foreign Representative of MtGox Co., Ltd., a/k/a MtGox KK* |