平成２９年(再)第３５号　再生手続開始申立事件

# 決　　定

東京都渋谷区渋谷２丁目１１番５号

再　生　債　務　者　　　　株式会社ＭＴＧＯＸ

## 主　　文

1　株式会社ＭＴＧＯＸについて再生手続を開始する。

2　株式会社ＭＴＧＯＸについて管財人による管理を命ずる。

3　管財人として，次の者を選任する。

東京都千代田区麹町三丁目４番地１麹町三丁目ビル２０２号室株式会社ＭＴＧＯＸ管財人室

弁護士　小林　信明

4(1)　報告書（民事再生法１２５条）の提出期限

平成３０年９月２６日

(2)　財産状況報告集会の期日

平成３０年９月２６日午後１時３０分

(3)　再生債権の届出期間

平成３０年１０月２２日まで

(4)　財産評定書（民事再生法１２４条）の提出期限

平成３０年１２月２７日

(5)　認否書の提出期限

平成３１年１月２４日

(6)　再生債権の一般調査期間

平成３１年１月３１日から平成３１年２月７日まで

(7)　再生計画案の提出期限

平成３１年２月１４日

5　管財人が次に掲げる行為（常務に属する取引に関する場合を除く。）をするには，当裁判所の許可を得なければならない。

(1) 再生債務者の財産に係る権利の譲渡，担保権の設定，賃貸その他一切の処分（債権の取立てを除く。）

(2) 無償の債務負担行為又は権利の放棄

(3) 財産の譲受け

(4) 借財，手形割引又は保証

(5) 民事再生法４９条１項の規定による契約の解除

(6) 訴えの提起若しくは民事保全，調停，支払督促その他これらに準ずるものの申立て又はこれらの取下げ

(7) 和解又は仲裁契約

(8) 取戻権，共益債権又は一般優先債権の承認

(9) 別除権の目的である財産の受戻し

理　　由

証拠によれば，再生債務者について，民事再生法２１条１項に該当する事実が認められ，同法２５条各号に該当する事実は認められない。管理命令については，再生債務者の財産の管理又は処分のために特に必要があると認める。

平成３０年６月２２日午後５時００分
東京地方裁判所民事第２０部
　　　裁判長裁判官　　永　谷　典　雄

　　　裁判官　　上　拂　大　作

　　　裁判官　　佐　野　尚　也

- 2 -

これは正本である。

　　　同日同庁

　　　　　裁判所書記官　林　　克　行



*Reference Purpose Only*

[Translation]

2017 (sai) No. 35, In Matter of Petition for Commencement of Rehabilitation Proceedings

## DECISION

Rehabilitation Debtor: MtGox Co., Ltd.

Shibuya 2-11-5, Shibuya-ku, Tokyo

## JUDGMENT

1. Rehabilitation proceedings shall commence for MtGox Co., Ltd.

2. An order is issued for the trustee to administer MtGox Co., Ltd.

3. The following party is appointed as the trustee:

    Nobuaki Kobayashi, attorney-at-law

    MtGox Co., Ltd. Trustee Office, Kojimachi Sanchome Building #202, Kojimachi 3-4-1, Chiyoda-ku, Tokyo

4. (1) Submission deadline for report (Article 125 of Civil Rehabilitation Act)

    September 26, 2018

   (2) Time and date of meeting to report status of property

    1:30 pm on September 26, 2018

   (3) Period for filing proofs of rehabilitation claims

    Until October 22, 2018

   (4) Submission deadline for inventory of assets and balance sheet (Article 124 of Civil Rehabilitation Act)

    27 December, 2018

   (5) Submission deadline for statement of approval or disapproval

    January 24, 2019

   (6) General examination period for rehabilitation claims

    January 31, 2019, through February 7, 2019

   (7) Submission deadline for rehabilitation plan proposal

*Reference Purpose Only*

February 14, 2019

5. If the trustee intends to conduct a following act (excluding cases related to transactions pertaining to regular business), it shall obtain the court's approval:

(1) assigning rights, pledging of security interest, leasing, or disposing in any other way (excluding collecting of claims) in relation to the rehabilitation debtor's property

(2) an act of assuming debts at no charge or waiving rights

(3) accepting transfer of property

(4) borrowing money, bill discounting, or guaranteeing

(5) cancelling an agreement in accordance with Article 49(1) of the Civil Rehabilitation Act

(6) filing a lawsuit; filing a petition for civil preservation, conciliation, demand for payment, or a petition equivalent thereto; or conducting a withdrawal thereto

(7) settlement or arbitration agreement

(8) approving a right of segregation, a common benefit claim, or a general priority claim

(9) foreclosing a property for the purpose of the right of exclusion

# GROUNDS

According to the evidence, the ground under Article 21(1) of the Civil Rehabilitation Act is found in connection with the rehabilitation debtor falls, but no grounds under an item of Article 25 of the Civil Rehabilitation Act were found. It is found to be particularly necessary to issue an administration order in order to administer or dispose of the rehabilitation debtor's property.

5:00 pm on June 22, 2018

20th Civil Division of the Tokyo District Court

Chief Justice Norio Nagaya

Justice Daisaku Ueharai

Justice Naoya Sano

This is the original.
Same date and same office
Court Clerk Katsuyuki Hayashi    [sealed]