**Cicero, Gerard T.**

| | |
|---|---|
| **Subject:** | MTGOX - Notice of Commencement of Civil Rehabilitation Proceedings |
| **Attachments:** | 再生手続開始通知Notice of Commencement of Rehabilitation Proceedings.pdf |

（English follows Japanese）
関係人各位
株式会社MTGOX（以下「MTGOX」といいます。）につき、平成30年6月22日午後5時00分、東京地方裁判所より民事再生手続開始決定がなされ、民事再生手続が開始されました（東京地方裁判所平成29年（再）第35号。以下、「本再生手続」といいます。）。これにより、従前行われていたMTGOXの破産手続は、中止されました。
また、上記民事再生手続開始決定と同時に東京地方裁判所より管理命令が発令され、かかる管理命令に伴い、当職が管財人に選任されました。
今後は、東京地方裁判所の監督のもと、当職において、MTGOXの財産管理、債権調査等の再生手続を遂行していきます。
更に、上記民事再生手続開始決定と同時に東京地方裁判所より調査命令変更決定がなされ、既に調査委員として選任されている伊藤尚弁護士の調査事項が追加されました。これにより、調査委員は、本再生手続の再生計画案の当否について調査を行うほか、本再生手続について裁判所から意見を求められた事項等について調査を行い、裁判所に意見を述べることになります。
東京地方裁判所の依頼により、民事再生手続開始決定通知書を本メールに添付してお送りしておりますので、添付のPDFファイルをご確認ください。
本再生手続に関するより詳細な情報は、MTGOXのウェブサイト（https://protect-us.mimecast.com/s/iSWnCpYX2Gf9v9JAuPQ-An?domain=mtgox.com）に掲載した平成30年6月22日「民事再生手続開始のお知らせ」をご覧ください。
債権届出の方法等に関する情報についても、追って、MTGOXのウェブサイト（https://protect-us.mimecast.com/s/iSWnCpYX2Gf9v9JAuPQ-An?domain=mtgox.com)で開示する予定ですので、しばらくお待ちください。
本再生手続に関するお問い合わせは、下記のコールセンター宛てにお願いいたします。
電話番号　　０３－４５８８－３９２１
受付時間　　月曜日～金曜日　午前10時～午後5時（日本時間）
なお、このメールアドレス（mtgox_trustee@noandt.com）は管財人からの送信専用であり、貴殿が本メールアドレス宛の返信等をされても内容確認及び回答などの対応はできません<mailto:mtgox_trustee@noandt.com）は管財人からの送信専用であり、貴殿が本メールアドレス宛の返信等をされても内容確認及び回答などの対応はできません>。
本再生手続の今後の進行等については、追ってMTGOXのウェブサイト（https://protect-us.mimecast.com/s/iSWnCpYX2Gf9v9JAuPQ-An?domain=mtgox.com）で情報提供をする予定ですので、当該ウェブサイトをご確認ください。
最後に、本メールは、管財人がメールアドレスを認識する方でかつ再生債権を有する可能性のある方に対し、情報提供のためにお送りしているものです。このメールを受信したことで、再生債権者であることが当然に認められるものではありません。管財人は、このメールの送信により、何人に対してもいかなる法的責任も負うものではありません。

再生債務者株式会社MTGOX
管財人　弁護士小林信明

To whom it may concern:

At 5:00 p.m. on June 22, 2018, the Tokyo District Court issued an order for the commencement of civil rehabilitation proceedings vis-？-vis MtGox Co., Ltd. ("MTGOX"), and civil rehabilitation proceedings have commenced (Tokyo District Court Heisei 29 (2017) (sai) No. 35) (the "Civil Rehabilitation Proceedings").  As a result, the previously ongoing bankruptcy proceedings vis-？-vis MTGOX have been stayed.

In addition, simultaneously with the order for the commencement of Civil Rehabilitation Proceedings above, an administration order was issued by the Tokyo District Court, and I have been appointed the Trustee.  I will implement the Civil Rehabilitation Proceedings, including the administration of MTGOX's assets and the investigation of claims, subject to the Tokyo District Court's supervision.

In addition, simultaneously with the order for the commencement of Civil Rehabilitation Proceedings above, the Tokyo District Court issued an order to amend the examination order, which adds matters to be examined by Hisashi Ito, attorney-at-law, who has been appointed as the examiner.  Accordingly, the examiner will examine the appropriateness of the proposed rehabilitation plan under the Civil Rehabilitation Proceedings and matters including opinions requested by the court concerning the Civil Rehabilitation Proceedings, and provide the court with an opinion thereon.

At the request of the Tokyo District Court, a notice of commencement of civil rehabilitation proceedings is attached to this email.  Please kindly check the attached PDF.

For further information on the Civil Rehabilitation Proceedings, kindly refer to the "Announcement of Commencement of Civil Rehabilitation Proceedings" dated June 22, 2018, posted on MTGOX's website(https://protect-us.mimecast.com/s/iSWnCpYX2Gf9v9JAuPQ-An?domain=mtgox.com).  The information, among others, measure to file proof of claim, is expected to be posted on MTGOX's website(https://protect-us.mimecast.com/s/iSWnCpYX2Gf9v9JAuPQ-An?domain=mtgox.com).  I kindly ask you to await such posting.

For inquires on the Civil Rehabilitation Proceedings, kindly contact the call center below.

Telephone number: +81-3-4588-3922

Operating hours: Monday through Friday, 10:00 a.m. to 5:00 p.m. (Japan time) This email address (mtgox_trustee@noandt.com<mailto:mtgox_trustee@noandt.com>) is used only for the purpose of the Trustee sending messages, and we cannot check and respond to any replies to this email address.  We plan to provide information on the Civil Rehabilitation Proceedings by posting it on MTGOX's website(https://protect-us.mimecast.com/s/iSWnCpYX2Gf9v9JAuPQ-An?domain=mtgox.com).  We kindly ask you to check the website.

Finally, this email is sent for the purpose of providing information to those whose email addresses are known to the Trustee and those who may have rehabilitation claims.  Receipt of this email does not mean that you have been certified as a rehabilitation creditor.  The Trustee owes no legal liability to anyone due to the transmission of this document.

Civil Rehabilitation Debtor: MtGox Co., Ltd.

Trustee: Nobuaki Kobayashi, Attorney-at-law

平成 30 年 6 月 22 日

関係人各位

### 再生手続開始通知書

東京地方裁判所民事 20 部<br>裁判所書記官　林克行

| |
|---|
| 事件番号　　　：東京地方裁判所平成 29 年（再）第 35 号　再生手続開始申立事件<br>本店所在地　　：東京都渋谷区渋谷二丁目 11 番 5 号<br>再生債務者　　：株式会社 MTGOX |

1　再生手続開始の通知
　　平成 30 年 6 月 22 日午後 5 時 00 分、上記の者に対し、再生手続開始決定がされましたので、以下のとおり通知します。

（1）再生手続開始決定の主文
　　株式会社 MTGOX について再生手続を開始する。

（2）再生債権の届出期間
　　平成 30 年 10 月 22 日まで
※　債権届出の方法、書式、提出先については、追って株式会社 MTGOX のウェブサイト（https://www.mtgox.com/）で情報提供される予定です。

（3）再生債権の一般調査期間
　　平成 31 年 1 月 31 日から平成 31 年 2 月 7 日まで

（4）再生計画案の提出期間
　　平成 31 年 2 月 14 日まで

（5）財産状況報告集会の日時及び場所
　　平成 30 年 9 月 26 日午後 1 時 30 分
　　東京地方裁判所債権者等集会場 1（家簡地裁合同庁舎 5 階）

2　管理命令発令の通知
　　株式会社 MTGOX に対する上記再生手続開始申立事件（以下「本再生事件」といいます。）について、平成 30 年 6 月 22 日民事再生法による管財人による管理命令が発令されましたので、以下のとおり通知します。

　　　　管財人の氏名　弁護士　小林信明

　なお、再生債務者の財産の所有者及び再生債務者に対して債務を負担する方は、再生債務者にその財産を交付し、または弁済をすることができません。再生債務者の財産を引き渡すとき、もしくは、再生債務者に対して債務を弁済するときは、上記管財人に対してのみすることができます。

3　問い合わせ先

(1) 本再生手続の今後の進行等については、追って株式会社 MTGOX のウェブサイト（https://www.mtgox.com/）上で情報提供がされる予定ですので、当該ウェブサイトをご確認ください。

(2) 本再生手続に関するお問い合わせは、下記のコールセンター宛てにお願いします。
　　電話番号　　０３－４５８８－３９２１
　　受付時間　　月曜日～金曜日　午前 10 時～午後 5 時（日本時間）

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　以上

[Translation]

June 22, 2018

To whom it may concern:

### Notice of Commencement of Rehabilitation Proceedings

Tokyo District Court, 20th Civil Division
Court Clerk: Katsuyuki Hayashi

| | |
|---|---|
| Case No.: | Tokyo District Court, Heisei 29 (2017) (sai) No. 35, In the Matter of a Petition for Commencement of Rehabilitation Proceedings |
| Headquarters: | 2-11-5 Shibuya, Shibuya-ku, Tokyo, Japan |
| Rehabilitation Debtor: | MtGox Co., Ltd. ("**MTGOX**") |

1. Notice of Commencement of Rehabilitation Proceedings
   You are hereby notified as below that, at 5:00 p.m. on June 22, 2018, an order for the commencement of rehabilitation proceedings was issued vis-à-vis the entity described above.

   (1) Main text of Order for Commencement of Rehabilitation Proceedings:
   Rehabilitation proceedings against MTGOX have commenced.

   (2) Period for filing proof of rehabilitation claims:
   Until October 22, 2018
   * Information on the method, form and address for filing proof of rehabilitation claims will be posted on MTGOX's website (https://www.mtgox.com/).

   (3) Ordinary period for investigation of rehabilitation claims:
   From January 31, 2019, to February 7, 2019

   (4) Period of Submission proposed rehabilitation plan:
   Until February 14, 2019

   (5) Date and venue of creditors' meeting for reporting the status of the assets:
   September 26, 2018, 1:30 p.m.
   Courtroom for Creditors' Meeting No.1 of Tokyo District Court (5F, Joint Government Building for the Domestic, Summary and District Courts)

2. Notice of Issuance of Administration Order
   You are hereby notified as below that, on June 22, 2018, an order of administration by Trustee was issued in accordance with the Civil Rehabilitation Act on the petition for the commencement of rehabilitation proceedings above vis-à-vis MTGOX (the "**Rehabilitation Proceedings**").

   Trustee: Nobuaki Kobayashi, Attorney-at-law

   The holders of the assets of the Rehabilitation Debtor or the obligors to the

    Rehabilitation Debtor cannot deliver assets or make any payments to the Rehabilitation Debtor directly. Delivery of the asset of Rehabilitation Debtor or payments to the Rehabilitation Debtor can only be made to the Trustee above.

3. Contact

 (1) Information on the Rehabilitation Proceedings will be posted on MTGOX's website (https://www.mtgox.com/). Please check the website.

 (2) For inquires on the Rehabilitation Proceedings, kindly contact the call center below.
    Telephone number: +81-3-4588-3922
    Operating hours: Monday through Friday, 10:00 a.m. to 5:00 p.m. (Japan time)

                              End of document