David J. Molton (*admitted pro hac vice*)
Howard S. Steel (*pro hac vice pending*)
Gerard T. Cicero (*pro hac vice pending*)
Brown Rudnick LLP
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
Email: dmolton@brownrudnick.com
Email: hsteel@brownrudnick.com
Email: gcicero@brownrudnick.com

- and -

Marcus A. Helt (TX 24052187)
Thomas Scannell (TX 24070559)
Foley & Lardner LLP
2021 McKinney Avenue, Suite 1600
Dallas, Texas 75201
Telephone: (214) 999-4289
Email: mhelt@foley.com
Email: tscannell@foley.com]

*Counsel for Nobuaki Kobayashi, In His Capacities as the Bankruptcy Trustee and Foreign Representative and Trustee of the Second Civil Rehabilitation Proceeding and Proposed Foreign Representative of MtGox Co., Ltd., a/k/a/ MtGox KK*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re: | Chapter 15 |
| MtGox Co., Ltd. (a/k/a MtGox KK), | Case No. 14-31229-sgj-15 |
| Debtor in a Foreign Proceeding. | |

**FOREIGN REPRESENTATIVE'S STATEMENT PURSUANT TO 11 U.S.C. § 1515(C)**

Petitioner Nobuaki Kobayashi (the "Foreign Representative") in his capacities as the bankruptcy trustee and foreign representative of MtGox Co., Ltd., a/k/a MtGox KK (the "Debtor") and as the court-appointed trustee and duly-authorized foreign representative of the Debtor, as a debtor in a civil rehabilitation proceeding under Japanese law (the "Second Civil Rehabilitation Proceeding"), recently commenced and currently pending before the Twentieth Civil Division of the Tokyo District Court, Japan (the "Tokyo Court"), by and through his undersigned U.S. counsel, hereby states as follows:

1. The Debtor is currently subject to an ancillary foreign proceeding pending in Canada, proceeding under the caption: In the matter of MtGox Co., LTD., the DEBTOR IN A CIVIL REHABILITATION PROCEEDING UNDER Civil Rehabilitation Act of Japan, Act No. 225 of 1999 BEFORE the Tokyo District Court TWENTIETH Civil Division, Ontario Superior Court of Justice (Commercial List), Court File No. CV-14-10709-00CL.

Dated: Dallas, Texas
October, 25, 2018

**FOLEY & LARDNER LLP**

*/s/ Marcus A. Helt*
Marcus A. Helt (TX 24052187)
Thomas Scannell (TX 24070559)
Foley & Lardner LLP
2021 McKinney Avenue, Suite 31600
Dallas, Texas 75201
Telephone: (214) 999-4289
Email:    mhelt@foley.com
Email:    tscannell@foley.com

- and -

**BROWN RUDNICK LLP**
David J. Molton (*admitted pro hac vice*)
Howard S. Steel (*pro hac vice pending*)
Gerard T. Cicero (*pro hac vice pending*)
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
Email:    dmolton@brownrudnick.com

*Counsel for Nobuaki Kobayashi, in His Capacities as the Bankruptcy Trustee and Foreign Representative and Trustee of the Second Civil Rehabilitation Proceeding and Proposed Foreign Representative of MtGox Co., Ltd., a/k/a MtGox KK*