David J. Molton (*admitted pro hac vice*)
Howard S. Steel (*pro hac vice pending*)
Gerard T. Cicero (*pro hac vice pending*)
Brown Rudnick LLP
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
Email: dmolton@brownrudnick.com
Email: hsteel@brownrudnick.com
Email: gcicero@brownrudnick.com

- and -

Marcus A. Helt (TX 24052187)
Thomas Scannell (TX 24070559)
Foley & Lardner LLP
2021 McKinney Avenue, Suite 1600
Dallas, Texas 75201
Telephone: (214) 999-4289
Email: mhelt@foley.com
Email: tscannell@foley.com]

*Counsel for Nobuaki Kobayashi, In His Capacities as the Bankruptcy Trustee and Foreign Representative and Trustee of the Second Civil Rehabilitation Proceeding and Proposed Foreign Representative of MtGox Co., Ltd., a/k/a/ MtGox KK*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re: | Chapter 15 |
| MtGox Co., Ltd. (a/k/a MtGox KK), | Case No. 14-31229-sgj-15 |
| Debtor in a Foreign Proceeding. | |

**LIST PURSUANT TO
FEDERAL RULE OF BANKRUPTCY PROCEDURE 1007(a)(4)**

Petitioner Nobuaki Kobayashi, in his capacities as the bankruptcy trustee and foreign representative of MtGox Co., Ltd., a/k/a MtGox KK (the "Debtor"), and as court-appointed trustee and duly-authorized foreign representative of the Debtor (the "Petitioner"), as a debtor in a civil rehabilitation proceeding under Japanese law (the "Second Civil Rehabilitation Proceeding"), currently pending before the Twentieth Civil Division of the Tokyo District Court, Japan (the "Tokyo Court"), by and through his undersigned U.S. counsel, hereby submits the following list in accordance with Rule 1007(a)(4) of the Federal Rules of Bankruptcy Procedure.

**Persons or Bodies Authorized to Administer Foreign Proceedings of the Debtor.**

1.     The duly appointed trustee and foreign representative in the Second Civil Rehabilitation Proceeding is listed below:

*Trustee and Foreign*
*Representative of the Debtor*

Nobuaki Kobayashi
Nagashima Ohno & Tsunematsu
JP Tower
2-7-2 Marunouchi, Chiyouda-ku
Tokyo 100-7036, Japan

**Parties to Litigation Pending in the United States in Which Debtor is a Party.**

2.     The following proceeding in which the Debtor is a defendant and counter-claimant is pending in the United States District Court for the Western District of Washington: *CoinLab, Inc. v. MtGox KK, et al.*, Case No. 13-00777 (MJP) (W.D. Wash. May 2, 2013).

**Parties and Counsel:**

*Coinlab, Inc.*

Roger M. Townsend
Breskin Johnson & Townsend PLLC
1111 Third Avenue, Suite 2230
Seattle, WA 98101

Edgar Sargent
Floyd Short
Lindsey Godrey-Eccles
Kristin Malone
Susman Godfrey LLP
1201 3rd Avenue, Suite 3800
Seattle, WA 98101-3087

*MtGox Co. Ltd, (named as Mt. Gox KK)*

Melanie L. Mayer
Fenwick & West LLP
1191 Second Avenue, 10th Floor
Seattle, WA 98101

*Tibanne Co., Ltd, (named as TibanneKK)*

Mark Karpales (*pro se*)
11-5, Shibuya 2-chrome
Shibuya-Ku
Tokyo, Japan

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

3

| | | |
|---|---|---|
| Dated: | October 25, 2018<br>Dallas, Texas | Respectfully submitted,<br><br>**FOLEY & LARDNER LLP**<br><br>/s/ *Marcus A. Helt*<br>Marcus A. Helt (TX 24052187)<br>Thomas Scannell (TX 24070559)<br>Foley & Lardner LLP<br>2021 McKinney Avenue, Suite 1600<br>Dallas, Texas 75201<br>Telephone:  (214) 999-4289<br>Email:  mhelt@foley.com<br>Email:  tscannell@foley.com]<br><br>- and –<br><br>**BROWN RUDNICK LLP**<br>David J. Molton (*admitted pro hac vice*)<br>Howard S. Steel (*pro hac vice pending*)<br>Gerard T. Cicero (*pro hac vice pending*)<br>Seven Times Square<br>New York, New York 10036<br>Telephone:  (212) 209-4800<br>Facsimile:  (212) 209-4801<br>Email: dmolton@brownrudnick.com<br>Email: hsteel@brownrudnick.com<br>Email: gcicero@brownrudnick.com<br><br>*Counsel for Nobuaki Kobayashi, In His Capacities as the Bankruptcy Trustee and Foreign Representative and Trustee of the Second Civil Rehabilitation Proceeding and Proposed Foreign Representative of MtGox Co., Ltd., a/k/a/ MtGox KK* |