平成29年（再）第35号　再生手続開始申立事件

# 決　　定

東京都渋谷区渋谷2丁目11番5号
再生債務者　　株式会社MTGOX

## 主　　文

当裁判所が平成29年11月24日発令した調査命令に次のとおり付加して，変更する。

4　調査委員は，再生計画案の当否について調査し，別に定める期日までにその結果及び意見を書面で提出しなければならない。

5　調査委員は，民事再生法若しくは民事再生規則又は開始決定主文第5項により裁判所の許可が必要とされる事項について，管財人による許可申請がされ，裁判所から意見を求められた場合には，許可についての意見を述べなければならない。

6　調査委員は，第4項及び前項に定めるもののほか，民事再生事件に関し，調査委員による調査又は意見陳述を必要とする事項として裁判所が指定したものについて，速やかに結果及び意見を提出しなければならない。

平成30年6月22日

東京地方裁判所民事第20部

裁判長裁判官　　永　谷　典　雄

裁判官　　上　拂　大　作

裁判官　　佐　野　尚　也

これは正本である。
平成30年6月22日
東京地方裁判所民事第20部
裁判所書記官　　林　　克　行



*Reference Purpose Only*

[Translation]

2017 (sai) No. 35, In Matter of Petition for Commencement of Rehabilitation Proceedings

# DECISION

Rehabilitation Debtor: MtGox Co., Ltd.

Shibuya 2-11-5, Shibuya-ku, Tokyo

# JUDGMENT

The following amendment is made as an addition to the examination order issued on November 24, 2017, by the court:

4. The examiner shall examine the suitability of the rehabilitation plan proposal and, by the separately stipulated date, submit the result of the examination and its opinion thereto.

5. If the trustee applies for permission regarding a matter for which the court's permission is necessary under the Civil Rehabilitation Act, the Rules of Civil Rehabilitation, or paragraph 5 of the judgment of the commencement order and an opinion is requested by the court, then the examiner shall state its opinion about the permission.

6. Other than those stipulated in paragraphs 4 and 5 above, the examiner shall promptly submit the result of the examination and its opinion regarding matters that the court has stipulated as matters for which an examination, or the stating of an opinion, by the examiner is necessary in relation to the civil rehabilitation case.

June 22, 2018

20th Civil Division of the Tokyo District Court

Chief Justice Norio Nagaya

Justice Daisaku Ueharai

Justice Naoya Sano

This is the original.
June 22, 2018
20th Civil Division of the Tokyo District Court
Court Clerk Katsuyuki Hayashi    [sealed]