[English Translation For Reference Purpose Only]

August 23, 2018

To whom it may concern:

Rehabilitation Debtor: MtGox Co., Ltd.

Rehabilitation Trustee: Nobuaki Kobayashi, Attorney-at-law

**Announcement for Commencement of Filing Proofs of Rehabilitation Claim**

Thank you very much for your understanding and cooperation in the civil rehabilitation proceedings (the "**Civil Rehabilitation Proceedings**") for MtGox Co., Ltd. ("**MTGOX**").

As with the bankruptcy proceedings, the Rehabilitation Trustee has built a system (the "**System**") on which users of MTGOX's Bitcoin exchange ("**Users**") can file proofs of rehabilitation claim with respect to the claims for return of cryptocurrency and money against MTGOX ("**Exchange-Related Rehabilitation Claim(s)**") on the website (https://claims.mtgox.com/assets/index.html#/). By using the System (the "**Online Method**"), Users around the world can, without using time or money, easily participate in the Civil Rehabilitation Proceedings through filing proofs of Exchange-Related Rehabilitation Claim in accordance with the Civil Rehabilitation Act of Japan and other laws and ordinances. Filing proofs of rehabilitation claim with the Online Method will benefit all interested parties in the Civil Rehabilitation Proceedings, including Users themselves, as it will ensure that the Civil Rehabilitation Proceedings are appropriately and smoothly executed. We would therefore like to encourage you to file proofs of Exchange-Related Rehabilitation Claim with the Online Method.

In addition to the Online Method, the Rehabilitation Trustee has prepared a form to file a proof of rehabilitation claim for Users who cannot use the Online Method (the "**Proof of Rehabilitation Claim Form**"). For Users who cannot use the Online Method, it is necessary to file proofs of Exchange-Related Rehabilitation Claim by downloading the Proof of Rehabilitation Claim Form from the System, entering necessary inputs in it with your computer, and then sending a printed version, to which you have written your signature or affixed a name and seal, to the office of the Rehabilitation Trustee at the following address by post (the "**Offline Method**").

MTGOX Co., Ltd Office of Rehabilitation Trustee
Suite 202, Kojimachi 3-chome Building
3-4-1 Kojimachi, Chiyoda-ku,
Tokyo Japan 102-0083

Compared to filing proofs of rehabilitation claim with the Online Method, filing proofs of rehabilitation claim with the Offline Method requires time and money, and the Offline Method has no particular advantages. If you can file a proof of rehabilitation claim with the Online Method, then please use the Online Method.

The deadline for filing proofs of rehabilitation claim set by the Tokyo District Court is **October 22, 2018 (Japan time)**, so please make sure that you file a proof of rehabilitation claim by that deadline.

[English Translation For Reference Purpose Only]

The Rehabilitation Trustee has prepared guidelines for how to use the Online Method and Offline Method as follows, so please refer to them for the details:

- How to Use Online Method:
    https://www.mtgox.com/img/pdf/201808_online_how_to_en.pdf

- How to Use Offline Method:
    https://www.mtgox.com/img/pdf/201808_offline_how_to_en.pdf

* When you read the guidelines, please download the guidelines from the above link and read them with Adobe Acrobat Reader DC.

Further, basic questions and answers are listed in the document titled "Q&As for Filing Proofs of Rehabilitation Claim" dated August 23, 2018 (https://www.mtgox.com/img/pdf/20180823_qa_en.pdf ), so please check this as well.

Currently, the System is not available for corporation users that filed a proof of bankruptcy claim by using the MTGOX online bankruptcy claim filing system.  Please wait for a while until it is released.

The point of contact for inquiries about filing proofs of rehabilitation claim is as follows:

Telephone number: +81-3-4588-3922
Operating hours:  Monday to Friday (excluding Japanese public holidays) 1:00 pm to 10:00 pm (Japan time)

Inquiries made directly to the office of the Rehabilitation Trustee, whether by email or by any other means, cannot be responded to, so please refrain from directly contacting the office.

We are also planning to release additional functions for the System going forward.  We continue to provide notifications, when necessary, via the website and other means, about releases of new functions and other matters that should be notified to all related persons.

We ask each of you for your continued understanding of, and cooperation in, the Civil Rehabilitation Proceedings.


Sincerely yours,

[End of Document]