David J. Molton (*admitted pro hac vice*)
Howard S. Steel (*pro hac vice pending*)
Gerard T. Cicero (*pro hac vice pending*)
Brown Rudnick LLP
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
Email: dmolton@brownrudnick.com
Email: hsteel@brownrudnick.com
Email: gcicero@brownrudnick.com

- and -

Marcus A. Helt (TX 24052187)
Thomas Scannell (TX 24070559)
Foley & Lardner LLP
2021 McKinney Avenue, Suite 1600
Dallas, Texas 75201
Telephone: (214) 999-4289
Email: mhelt@foley.com
Email: tscannell@foley.com]

*Counsel for Nobuaki Kobayashi, In His Capacities as the Bankruptcy Trustee and Foreign Representative and Trustee of the Second Civil Rehabilitation Proceeding and Proposed Foreign Representative of MtGox Co., Ltd., a/k/a/ MtGox KK*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re: | Chapter 15 |
| MtGox Co., Ltd. (a/k/a MtGox KK), | Case No. 14-31229-sgj-15 |
| Debtor in a Foreign Proceeding. | |

**LIST PURSUANT TO
FEDERAL RULE OF BANKRUPTCY PROCEDURE 1007(a)(4)**

Petitioner Nobuaki Kobayashi, in his capacities as the bankruptcy trustee and foreign representative of MtGox Co., Ltd., a/k/a MtGox KK (the "<u>Debtor</u>"), and as court-appointed trustee and duly-authorized foreign representative of the Debtor (the "<u>Petitioner</u>"), as a debtor in a civil rehabilitation proceeding under Japanese law (the "<u>Second Civil Rehabilitation Proceeding</u>"), currently pending before the Twentieth Civil Division of the Tokyo District Court, Japan (the "<u>Tokyo Court</u>"), by and through his undersigned U.S. counsel, hereby submits the following list in accordance with Rule 1007(a)(4) of the Federal Rules of Bankruptcy Procedure.

**Persons or Bodies Authorized to Administer Foreign Proceedings of the Debtor.**

1. The duly appointed trustee and foreign representative in the Second Civil Rehabilitation Proceeding is listed below:

*Trustee and Foreign*
*<u>Representative of the Debtor</u>*

Nobuaki Kobayashi
Nagashima Ohno & Tsunematsu
JP Tower
2-7-2 Marunouchi, Chiyouda-ku
Tokyo 100-7036, Japan

**Parties to Litigation Pending in the United States in Which Debtor is a Party.**

2. The following proceeding in which the Debtor is a defendant and counter-claimant is pending in the United States District Court for the Western District of Washington: *CoinLab, Inc. v. MtGox KK, et al.*, Case No. 13-00777 (MJP) (W.D. Wash. May 2, 2013).

**Parties and Counsel:**

*Coinlab, Inc.*

Roger M. Townsend
Breskin Johnson & Townsend PLLC
1111 Third Avenue, Suite 2230
Seattle, WA 98101

Edgar Sargent
Floyd Short
Lindsey Godrey-Eccles
Kristin Malone
Susman Godfrey LLP
1201 3rd Avenue, Suite 3800
Seattle, WA 98101-3087

*MtGox Co. Ltd, (named as Mt. Gox KK)*

Melanie L. Mayer
Fenwick & West LLP
1191 Second Avenue, 10th Floor
Seattle, WA 98101

*Tibanne Co., Ltd, (named as TibanneKK)*

Mark Karpales (*pro se*)
11-5, Shibuya 2-chrome
Shibuya-Ku
Tokyo, Japan


[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

| | |
|---|---|
| Dated: October 25, 2018<br>Dallas, Texas | Respectfully submitted,<br><br>**FOLEY & LARDNER LLP**<br><br>/s/  *Marcus A. Helt*<br>Marcus A. Helt (TX 24052187)<br>Thomas Scannell (TX 24070559)<br>Foley & Lardner LLP<br>2021 McKinney Avenue, Suite 1600<br>Dallas, Texas 75201<br>Telephone:  (214) 999-4289<br>Email:  mhelt@foley.com<br>Email:  tscannell@foley.com]<br><br>- and –<br><br>**BROWN RUDNICK LLP**<br>David J. Molton (*admitted pro hac vice*)<br>Howard S. Steel (*pro hac vice pending*)<br>Gerard T. Cicero (*pro hac vice pending*)<br>Seven Times Square<br>New York, New York 10036<br>Telephone:  (212) 209-4800<br>Facsimile:  (212) 209-4801<br>Email: dmolton@brownrudnick.com<br>Email: hsteel@brownrudnick.com<br>Email: gcicero@brownrudnick.com<br><br>*Counsel for Nobuaki Kobayashi, In His Capacities as the Bankruptcy Trustee and Foreign Representative and Trustee of the Second Civil Rehabilitation Proceeding and Proposed Foreign Representative of MtGox Co., Ltd., a/k/a/ MtGox KK* |