



CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed December 3, 2018**

United States Bankruptcy Judge

___

BTXN 104b/105b (rev. 09/11)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:                                §
MtGox Co., Ltd.                       §    Case No.:   14–31229–sgj15
Nobuaki Kobayashi                     §    Chapter No.:   15
                    Debtor(s)         §

## ORDER FOR ADMISSION *PRO HAC VICE*

The Court, having considered the Application for Admission *Pro Hac Vice* of **Gerard T. Cicero**, to represent Nobuaki Kobayashi, in his capacities as the Bankruptcy Trustee and Foreign Representative, related to document 191, **ORDERS** this application be:

☑ *Granted* – The Clerk of the District Court for the Northern District of Texas shall deposit the application fee to the account of the Non–Appropriated Fund.

☐ *Denied* – The Clerk of the District Court for the Northern District of Texas shall return the admission fee to the applicant.

# # # End of Order # # #

United States Bankruptcy Court
Northern District of Texas

In re:  
MtGox Co., Ltd.  
    Debtor

Case No. 14-31229-sgj  
Chapter 15

## CERTIFICATE OF NOTICE

District/off: 0539-3     User: mmathews     Page 1 of 1     Date Rcvd: Dec 03, 2018  
                       Form ID: pdf012     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2018.  
aty         +Gerard T. Cicero,    Brown Rudnick LLP,    Seven Times Square,    New York, NY 10036-6524

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2018                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2018 at the address(es) listed below:

         David J. Molton    on behalf of Foreign Representative Nobuaki  Kobayashi dmolton@brownrudnick.com, jbeiswenger@brownrudnick.com;wlancaster@brownrudnick.com  
         George Larry Engel    on behalf of Creditor    Coinlab, Inc lengel@mofo.com  
         John D. Penn    on behalf of Creditor    EPub Bud, LLC jpenn@perkinscoie.com, docketdal@perkinscoie.com;john--penn-1853@ecf.pacerpro.com  
         Josephine  Garrett    on behalf of Interested Party Josephine  Garrett filing@jgarrettlaw.com  
         Kristin A. Hiensch    on behalf of Creditor    Coinlab, Inc khiensch@mofo.com  
         Marcus Alan Helt    on behalf of Foreign Representative Nobuaki  Kobayashi mhelt@foley.com, acordero@foley.com;kprokai@foley.com  
         Robin Eric Phelan    on behalf of Creditor Gregory D. Greene robin.phelan@haynesboone.com  
         Robin Eric Phelan    on behalf of Creditor Joseph  Lack robin.phelan@haynesboone.com  
         Scott Bennett Kitei    on behalf of Creditor Gregory D. Greene skitei@honigman.com  
         Thomas C. Scannell    on behalf of Foreign Representative Nobuaki  Kobayashi tscannell@foley.com, acordero@foley.com;kprokai@foley.com  
         United States Trustee    ustpregion06.da.ecf@usdoj.gov  
         Vincent J. Novak    on behalf of Creditor    Coinlab, Inc vnovak@mofo.com  
                                                      TOTAL: 12