| | |
|---|---|
| 事 件 番 号　平成２９年（再）第３５号<br>Case No.: 2017 (sai) No. 35 | 裁判所・再生管財人使用欄<br>For Court/ Rehabilitation Trustee Use Only |
| 再生債務者　株式会社 MTGOX<br>Rehabilitation Debtor: MTGOX Co., Ltd | |
| 再生管財人　弁護士　小林　信明<br>Rehabilitation Trustee: Nobuaki Kobayashi, Attorney-at-Law | No. |
| 届 出 期 間　日本時間２０１８年１０月２２日まで<br>Filing Period: Until October 22, 2018 (Japan time) | |

| | |
|---|---|
| 再 生 債 権 届 出 書<br>**Proof of Rehabilitation Claim** | 平成２９年（再）第３５号<br>書類受領事務担当<br>2017 (sai) No. 35<br>For Person who Receives This Proof |
| 作成日 2018 年　10 月　9 日<br>Date prepared: | 年　　月　　日受付<br>Date received: |

【重要】届出書式の入力欄ごとに、入力できる文字を記載していますので、当該記載に従ってください。仮に、日本で使われている文字（常用漢字、ひらがな、カタカナ）、アラビア数字（0〜9）及び/又はアルファベットのみで入力するよう記載している入力欄にそれら以外の文字を入力した場合には、記載がないものとみなされます。例えば、アキュート・アクセント、セディーユ、ウムラウトのような発音に関する記号等を使わないでください。

**Important: The types of characters that can be entered for each field are indicated in the relevant sections of this form. Please ensure that you comply with those indications. If any character other than those that are permitted are entered in fields where it is indicated that only Japanese characters (*kanji* in common use, *hiragana*, *katakana*), Arabic numerals (0-9), and/or letters of the Roman alphabet can be used, that portion of the form will be considered to contain no information. Please do not use any diacritical marks such as acute accents, cedillas and umlauts.**

印を使う場合、印は実印に限りませんが、再生計画に基づく弁済時まで使用できるものにしてください。

If you use a seal, and not a signature, the seal used need not be your registered seal, but please use a seal that you will be able to use until the time of payments pursuant to the rehabilitation plan.

届出書のコピーを手元に置いておくと、問い合わせ等の際に便利です。

It will be convenient to keep a copy of the filed proof in the event that you wish to make any inquiries, etc.

東京地方裁判所民事第２０部合議係
**Tokyo District Court, Collegiate Section of the 20th Civil Chamber**

**再生債権者の表示**

※本届出書に記載された氏名、住所、届出金額等は、法令の定めに従い利害関係人による裁判所での閲覧謄写等の対象になるほか、MTGOX のユーザーによるオンラインでの債権届出のために再生管財人が構築したシステム上で、他の再生債権者による閲覧の対象になる場合があります（但し、いずれの場合も、電話番号、FAX 番号、メールアドレスは除かれる予定です。）。

**Information on Rehabilitation Creditor:** *The name, address, amount of claim, etc. that are filled in this proof of claim will be made available for such purposes as inspection and copying at the court by any interested party in accordance with the laws and regulations, and may also be made available for inspection by other rehabilitation creditors, through the System built by the Rehabilitation Trustee for the online filing of proofs of rehabilitation claims by MTGOX users; however, in either case, it is being planned that your telephone number, fax number and e-mail address will be redacted.

**【国及び住所】〒** 39211　　　　4210 Quail Run Road Jackson, Mississippi

Country, zip/postcode and address:

※日本で使われている文字（常用漢字、ひらがな、カタカナ）、アラビア数字（0〜9）及び/又はアルファベットのみで入力してください。例えば、アキュート・アクセント、セディーユ、ウムラウトのような発音に関する記号等を使わないでください。

* Please enter using only Japanese characters (*kanji* in common use, *hiragana*, *katakana*), Arabic numerals (0-9), and/or letters of the Roman alphabet. Please do not use any diacritical marks such as acute accents, cedillas and umlauts.

**【氏名又は法人名及び代表者名】**　　　　　　　　　　　　　（押印又は署名）Seal or signature

Name of individual or company name and name of authorized representative:

Chris Raggio

※日本で使われている文字（常用漢字、ひらがな、カタカナ）、アラビア数字（0〜9）及び/又はアルファベットのみで入力してください。例えば、アキュート・アクセント、セディーユ、ウムラウトのような発音に関する記号等を使わないでください。

* Please enter using only Japanese characters (*kanji* in common use, *hiragana*, *katakana*), Arabic numerals (0-9), and /or letters of the Roman alphabet. Please do not use any diacritical marks such as acute accents, cedillas and umlauts.

※代理人名義で届け出る場合は、下欄も記入してください。（委任状原本添付必要）

* If your agent is filing your proof of rehabilitation claim as your proxy, please fill in the following information (the original of the power of attorney must be attached).

※代理人に関する入力も、日本で使われている文字（常用漢字、ひらがな、カタカナ）、アラビア数字（0〜9）及び/又はアルファベットのみで入力してください。例えば、アキュート・アクセント、セディーユ、ウムラウトのような発音に関する記号等を使わないでください。

* Entries concerning the agent must be made using only Japanese characters (*kanji* in common use, *hiragana*, *katakana*), Arabic numerals (0-9), and/or letters of the Roman alphabet. Please do not use any diacritical marks such as acute accents, cedillas and umlauts.

**代理人の住所**　〒 100-8124

Agent's address and zip/postcode:

　　　　　　Nishimura & Asahi Otemon Tower, 1-1-2 Otemachi, Chiyoda-ku, Tokyo, Japan

| | |
|---|---|
| 代理人の氏名 Agent's name | （押印又は署名）Seal or signature |
| Yuri Sugano,Kazuki Takada | |

1

**EXHIBIT E**

RAGGIO00344

## 1. 届出再生債権の表示 Your Rehabilitation Claim

届出再生債権の内容としては、MTGOX に預けていた①金銭及び②ビットコイン等（ビットコイン及びビットコインから分岐した他の仮想通貨を総称しています。以下同じ。）のそれぞれの返還に関する債権です。金銭については金額を、ビットコイン等については数量を、それぞれ次の頁に入力してください。

The rehabilitation claims are comprised of the rights to claim for return of (i) cash and (ii) **Bitcoin, Etc.** (meaning Bitcoin and other cryptocurrencies split from Bitcoin collectively; the same applies hereafter) deposited with MTGOX.   Please enter the following in the next page: (i) for cash, its amount; and (ii) for Bitcoin Etc., its quantity.

①金銭の返還に関する債権については、以下のとおり想定しています。

The following treatment is expected to apply to the right to claim for cash:

ⅰ）日本円以外の金銭の返還に関する債権は、破産手続においては破産法の規定に従い一定の評価額で円換算していましたが、**本民事再生手続**（東京地方裁判所平成 29 年（再）第 35 号をいいます。以下同じ。）においては円換算せずに当該外国通貨の返還に関する債権として届け出ること

(i)   The right to claim for return of cash denominated in currencies other than Japanese yen is filed as a monetary claim in such currencies, not converted into Japanese yen, under the **Civil Rehabilitation Proceedings** (referring to Tokyo District Court 2017 (sai) Case No. 35; the same applies hereinafter) whereas such right was converted into Japanese yen at a specific exchange rate in accordance with the provisions of the Bankruptcy Act of Japan under the bankruptcy proceedings.

ⅱ）MTGOX のビットコイン取引所において金銭取引が停止した日（日本時間 2014 年 2 月 26 日）から本民事再生手続開始前日（日本時間 2018 年 6 月 21 日）まで、年 6%の遅延損害金が生じており、それも届出の対象となること

(ii)   Delay damages at the rate of 6% per annum had accrued for the period from the date on which the MTGOX Bitcoin exchange stopped operating its cash transaction (*i.e.*, February 26, 2014 Japan time) till the day before the commencement of the Civil Rehabilitation Proceedings (June 21, 2018, Japan time); this delay damages are also included in a proof of rehabilitation claim that you file.

ⅲ）本民事再生手続開始後の遅延損害金（額未定）も届出の対象となること（但し、民事再生手続開始後の遅延損害金については、民事再生の実務では、再生計画において免除されることが多くなっております。）。

(iii)   Delay damages which have accrued subsequent to the commencement of the Civil Rehabilitation Proceedings (which amount is unliquidated) are also included in a proof of rehabilitation claim that you file; please note, however, that it is the common practice in the recent civil rehabilitation proceedings that delay damages subsequent to the commencement of civil rehabilitation proceedings are fully released and discharged under rehabilitation plans.

②ビットコイン等の返還に関する債権については、以下のとおり想定しています。

The following treatment is expected to apply to the right to claim for return of Bitcoin, Etc..

ⅰ）破産手続においては破産法の規定に従い一定の評価額で金銭債権とみなしていましたが、本民事再生手続では非金銭債権として届け出ること

(i)   The right to claim for return of Bitcoin, Etc. is filed as a non-monetary claim under the Civil Rehabilitation Proceedings whereas such right was deemed as a monetary claim that was evaluated at a certain amount in accordance with the provisions of the Bankruptcy Act of Japan under the Bankruptcy Proceedings.

ⅱ）MTGOX に預けていたビットコインから分岐した他の仮想通貨（通常の方法により売却が可能であり、かつ財産的価値のあるものに限ります。ビットコインキャッシュはこれに含まれます。）に関しても届け出ること。但し、ビットコイン以外の仮想通貨の返還に関する債権は、届け出たビットコインの数に応じて、届け出たものとみなされるため、独自に記載する必要はありません（なお、ビットコインキャッシュは下記の議決権額の算定のために表示されています。）。

(ii)   A proof of rehabilitation claim will also be filed for other cryptocurrencies split from Bitcoin that were deposited with MTGOX (limited to those that can be sold in an ordinary manner and that have property value; Bitcoin Cash is included therein). The filing of a proof of rehabilitation claim for cryptocurrencies other than Bitcoin is deemed to have been made in proportion to the number of the filed Bitcoin for which the proof of rehabilitation claim has been filed, and thus does not need to be filed separately; however, Bitcoin Cash is shown below for the purpose of computing the amount of voting rights.

ⅲ）非金銭債権であるため遅延損害金は発生しないこと

(iii)   No delay damages will accrue because such right is regarded as a non-monetary claim.

RAGGIO00345

| 債権の種類<br>Type of claim | 債権額<br>Amount of claim | | 遅延損害金<br>Delay Damages | | 合計額<br>Total | | 債権の内容及び原因<br>Details and cause of claim |
|---|---|---|---|---|---|---|---|
| （1）金銭の返還に関する債権<br>The Right to Claim for Return of Cash<br>※金額をアラビア数字で入力してください。<br>*Please enter the amount by using Arabic numerals<br>※日本円以外の金銭の返還に関する債権は、円換算せずに入力してください。<br>* If you have the right to claim for return of cash in a currency other than Japanese yen please enter it in such currency **without converting into Japanese yen.** | | 円 yen | 0 | 円 yen | 0 | 円 yen | 再生債務者に対する金銭の返還に関する債権<br>The right to claim for return of cash against the Rehabilitation Debtor.<br><br>遅延損害金は、MTGOXのビットコイン取引所において金銭取引が停止した日（日本時間2014年2月26日）から本民事再生手続開始日（日本時間2018年6月21日）まで年6％の割合で計算している。<br>Delay damages are computed at the rate of 6% per annum for the period from the date on which the MTGOX Bitcoin exchange stopped operating its cash transaction (*i.e.* February 26, 2014 Japan time) until the day before the commencement of the Civil Rehabilitation Proceedings (June 21, 2018 Japan time). |
| | USD | 0.00 USD | | | 0.00 USD | | |
| | EUR | 0.00 EUR | | | 0.00 EUR | | |
| | GBP | 0.00 GBP | | | 0.00 GBP | | |
| | AUD | 0.00 AUD | | | 0.00 AUD | | |
| | CAD | 0.00 CAD | | | 0.00 CAD | | |
| | CHF | 0.00 CHF | | | 0.00 CHF | | |
| | PLN | 0.00 PLN | | | 0.00 PLN | | |
| | NZD | 0.00 NZD | | | 0.00 NZD | | |
| | HKD | 0.00 HKD | | | 0.00 HKD | | |
| | RUB | 0.00 RUB | | | 0.00 RUB | | |
| | NOK | 0.00 NOK | | | 0.00 NOK | | |
| | SEK | 0.00 SEK | | | 0.00 SEK | | |
| | DKK | 0.00 DKK | | | 0.00 DKK | | |
| | SGD | 0.00 SGD | | | 0.00 SGD | | |
| | CZK | 0.00 CZK | | | 0.00 CZK | | |
| | INR | 0.00 INR | | | 0.00 INR | | |
| | CNY | 0.00 CNY | | | 0.00 CNY | | |
| | THB | 0.00 THB | | | 0.00 THB | | |
| | KRW | 0 KRW | | | 0 KRW | | |
| （2）ビットコイン等の返還に関する債権 The Right to Claim for Return of Bitcoin, Etc.<br>※ビットコイン等の返還に関する債権は、金額ではなく**数量**をアラビア数字で入力してください。<br>* For the right to claim for return of Bitcoin, Etc., please enter the **quantity,** not the amount. | | | | | 9,406.33000000 BTC<br>（ビットコインの数量）<br>（Quantity of Bitcoin） | | 再生債務者に対するビットコイン等の返還に関する債権<br>The right to claim for return of Bitcoin, Etc. against the Rehabilitation Debtor.<br><br>ビットコイン等の返還に関する債権は、非金銭債権であるため、遅延損害金が発生しない。<br>No delay damages will accrue for the right to claim for return of Bitcoin, Etc. because such right is regarded as a non-monetary claim. |
| | | | | | 9,406.33000000 BCH<br>（ビットコインキャッシュの数量）<br>（Quantity of Bitcoin Cash） | | |

私/当社は、ビットコインから分岐した他の仮想通貨（通常の方法により売却が可能であり、かつ財産的価値のあるものに限り、ビットコインキャッシュはこれに含まれる。）についても、届け出たビットコインの数量に応じて届け出る。
I/We hereby file other cryptocurrencies split from Bitcoin (limited to those that can be sold in an ordinary manner and that have property value; Bitcoin Cash is included therein) in proportion to the quantity of the filed Bitcoin for which the proof of rehabilitation claim has been filed.

私/当社は、金銭に関する債権については、本民事再生手続開始後の遅延損害金（額未定）も再生債権として届け出る。
I/We hereby also file, as a rehabilitation claim, delay damages which have accrued subsequent to the commencement of the Civil Rehabilitation Proceedings (which amount is unliquidated) in respect of the right to claim for return of cash.

3

RAGGIO00346

## 2. 届出再生債権すべてに係る議決権の合計額の表示
### Total Amount of Voting Rights on All Filed Rehabilitation Claims

日本の民事再生法上、再生債権とは別に議決権（再生計画案の決議の際に行使されることになります。）の額を届け出なければなら
ないことになっています。この議決権の額については、民事再生法上、日本円以外の金銭債権及びビットコイン等の非金銭債権は、
民事再生手続開始時における評価額（円での換算レート）で算定することになっています。

Under the Civil Rehabilitation Act of Japan, apart from the amount of claims, the amount of voting rights (which will be exercised at the time of
voting on a proposed rehabilitation plan) is also required to be filed.   Such amount of voting rights in respect of monetary claims denominated in
currencies other than Japanese yen and non-monetary claims such as Bitcoin Etc. are required under the Civil Rehabilitation Act to be computed
based on the appraisal value (*i.e.*, a specific conversion rate to Japanese yen) as of the time of commencement of civil rehabilitation proceedings.

換算レートについては、①日本円以外の金銭の返還に関する債権については本民事再生手続開始前日（日本時間 2018 年 6 月 21 日）
の東京外国為替市場・電信為替売相場、②ビットコイン及びビットコインキャッシュの返還に関する債権については日本時間 2018
年 6 月 21 日 23 時 59 分の CoinDesk が発表するビットコイン及びビットコインキャッシュの米国ドル建て相場を①の相場により日本
円に換算した金額によって、それぞれ日本円に換算されます（下記の換算レート一覧表をご確認ください。）。ビットコインキャッシ
ュ以外のビットコインから分岐した他の仮想通貨については額未定として取り扱い、議決権には含めません。

The conversion rate into Japanese yen is as follows: (i) for the right to claim for return of cash in a currency other than Japanese yen, the
exchange rate publicly announced as the Tokyo Foreign Currency Market / Telegraphic Transfer Selling Rate on the day before the
commencement of the Civil Rehabilitation Proceedings (June 21, 2018, Japan time); and (ii) for the right to claim for return of Bitcoin and
Bitcoin Cash, the amount obtained by converting the prices of Bitcoin and Bitcoin Cash denominated in USD published by CoinDesk at 23:59 on
June 21, 2018 (Japan time) into Japanese yen using the exchange rate referred to in the above (i).   The amount of other cryptocurrencies split
from Bitcoin other than Bitcoin Cash will be treated as unliquidated and will not be included in the amount of voting rights.

| 届出再生債権すべてに係る議決権の合計額（但し、民事再生法 87 条 2 項、3 項に該当する部分を除く。）<br>The total of voting rights on all the filed rehabilitation claims (excluding the portion subject to Article 87, Paragraphs 2 and 3 of the Civil Rehabilitation Act) | 7,965,280,431 円 yen |
|---|---|

私/当社は、上記の要領に従って届出再生債権すべてに係る議決権額を届け出ます。
I/We hereby file the amount of voting rights in respect of all the filed rehabilitation claims as set out above.

【換算レート一覧表】【Table of Conversion Rates】

| 通貨の種類<br>Currency | 換算レート<br>Conversion Rate | 通貨の種類<br>Currency | 換算レート<br>Conversion Rate |
|---|---|---|---|
| USD | 111.43 | SEK | 12.82 |
| EUR | 129.34 | DKK | 17.45 |
| GBP | 149.46 | SGD | 82.12 |
| AUD | 83.39 | CZK | 5.07 |
| CAD | 84.60 | INR | 1.79 |
| CHF | 111.75 | CNY | 17.35 |
| PLN | 30.80 | THB | 3.45 |
| NZD | 77.69 | KRW | 0.1 |
| HKD | 14.51 | BTC | 749318.83 |
| RUB | 1.98 | BCH | 97481.19 |
| NOK | 13.80 | | |

4

RAGGIO00347

### 3. 訴訟の有無（訴訟等が係属している再生債権者のみ記入）

**Existence of lawsuits, etc. (please complete only if such lawsuits, etc. are currently pending)**

※日本で使われている文字（常用漢字、ひらがな、カタカナ）、アラビア数字（0〜9）及び/又はアルファベットのみで入力してください。例えば、アキュート・アクセント、セディーユ、ウムラウトのような発音に関する記号などを使わないでください。
* Please enter using only Japanese characters (*kanji* in common use, *hiragana*, *katakana*), Arabic numerals (0–9), and/or letters of the Roman alphabet. Please do not use any diacritical marks such as acute accents, cedillas and umlauts.

| 再生債権につき係属する訴訟又は行政庁に係属する事件<br>Pending lawsuit or administrative proceedings related to the rehabilitation claim | 国 Country: | United States of America | | |
| --- | --- | --- | --- | --- |
| | 裁判所又は行政庁名<br>Name of Court or Government organization: | Circuit Court of Hinds Country, Mississippi | | |
| | 当事者名<br>Parties: | Dr. Donald Raggio, Dr. Chris Raggio, Jed McCaleb, Code Collective, LLC, Mt. Gox, Inc. | | |
| | 事件番号<br>Case no.: | CI1:14-cv-00071 | 事件名<br>Case name: | Raggio v. MTGOX, et al. |

### 4. 執行力ある債務名義又は終局判決（届出再生債権について執行力ある債務名義を有する再生債権者のみ記入）

**Existence of enforceable title of obligation or final judgment (please complete only if you are rehabilitation creditor with enforceable title of obligation in respect of the rehabilitation claim filed under the proof of claim)**

執行力ある債務名義有り　　　　　　　　　合計　　通（コピーを提出してください。）
I/We have enforceable title of obligation;　　Total number:　(please submit copies)

---

**同意事項 Terms**

　私/当社は、頭書事件について、再生債権の届出をするにあたり、以下の事項について同意及び表明いたします。
I/We hereby agree to the following terms and represent as set forth in the following terms, in relation to the filing of my/our rehabilitation claim for the case indicated above.

1. 　私/当社は、届出名義人本人であり、私/当社が届け出た情報は真実、正確かつ完全であること。その違反に起因又は関連して生じるあらゆる損害、損失、債務、コスト又は費用（以下「損害等」という。）について、株式会社MTGOX（以下「MTGOX」という。）及びMTGOXの民事再生手続（東京地方裁判所平成29年（再）第35号。以下「本民事再生手続」という。）における管財人（その代理及び補佐を含み、以下「再生管財人」という。）は一切の責任を負わず、私/当社はMTGOX及び再生管財人に対して当該損害等に関して損害賠償請求、補償請求その他一切の請求をしないこと。

   I am/We are the person/entity that has filed this proof of rehabilitation claim, and I/we represent that the information that I/we have provided therein is true, accurate, and complete.    MtGox Co., Ltd ("**MTGOX**") and the trustee (including deputy trustees and assistant trustees; the "**Rehabilitation Trustee**") of the MTGOX civil rehabilitation proceedings (Tokyo District Court; 2017 (sai) Case No. 35; the "**Civil Rehabilitation Proceedings**") are not liable in any respect for any damage, loss, liability, cost or expense ("**Damages**") arising out of or in connection with any breach of such representation, and I/we will not make any claim for damages or compensation, or make any other claim with respect to such Damages against MTGOX or the Rehabilitation Trustee.

2. 　再生管財人の故意によらず、ビットコイン及びビットコインから分岐した他の仮想通貨（以下「フォークコイン」といい、ビットコインと総称して「ビットコイン等」という。）の技術上の問題・障害等に起因又は関連して生じるあらゆる損害等（ビットコイン等又は金銭による弁済を受領できないことによる損害を含むが、これに限られない。）について、MTGOX及び再生管財人は一切の責任を負わず、私/当社はMTGOX及び再生管財人に対して当該損害等に関して損害賠償請求、補償請求その他一切の請求をしないこと。

   MTGOX and the Rehabilitation Trustee are not liable in any respect for any Damages arising out of or in connection with any technical issue, impediment, or other ground, in the absence of without willful misconduct by the Rehabilitation Trustee, regarding Bitcoin or any other cryptocurrency split from Bitcoin (a "**Fork Coin**"; collectively with Bitcoin, "**Bitcoin, Etc.**") (including, but not limited to, any damage related to payments in Bitcoin, Etc. or cash not being received), and I/we will not make any claim for damages or compensation, or make any other claim with respect to such Damages against MTGOX or the Rehabilitation Trustee.

RAGGIO00348

3. 私/当社は、本書式のダウンロードその他のために必要なコンピュータ等の機器、ソフトウェアその他のアプリケーション、通信回線その他の通信環境等の準備（必要なアプリケーションのインストールを含む。）及び維持、並びに自らの利用環境に応じたコンピュータ・ウイルスの感染の防止、不正アクセス及び情報漏洩の防止等のセキュリティ対策を、自らの費用及び責任において行うこと。本項に定める事項の違反に起因又は関連して生じるあらゆる損害等について、MTGOX 及び再生管財人は一切の責任を負わず、私/当社は MTGOX 及び再生管財人に対して当該損害等に関して損害賠償請求、補償請求その他一切の請求をしないこと。私/当社は、MTGOX 及び再生管財人が利用環境を推奨した場合であっても動作保証は行わないことを認識し、これに同意していること。

I/We will, at my/our expense and responsibility, setup and maintain computers and other equipment, software and other applications, telecommunication lines and other telecommunication environments, among others, necessary to download this form (including installing necessary applications) and, in accordance with my/our use environment, take security measures, such as preventing infection by computer viruses, unauthorized access and information divulgence.  MTGOX and the Rehabilitation Trustee are not liable in any respect for any Damages arising out of or in connection with any breach of any matter stipulated in this paragraph, and I/we will not make any claim for damages or compensation, or make any other claim with respect to such Damages against MTGOX or the Rehabilitation Trustee.  I/We acknowledge and agree that notwithstanding that MTGOX and the Rehabilitation Trustee have recommended a use environment its operation is not guaranteed in any respect.

4. 私/当社は、自らの責任において、MTGOX のビットコイン取引所に登録していたユーザーネーム、メールアドレス及びパスワード、MTGOX の破産手続（東京地方裁判所平成 26 年（フ）第 3830 号。以下「本破産手続」という。）において債権者情報として登録した連絡先メールアドレス等私/当社であることの確認のために必要な情報及びこれに関連するもの（以下、総称して「パスワード等」という。）を管理、保管するものとし、パスワード等を第三者に利用させたり、貸与、譲渡、名義変更、売買その他処分をしたりしないこと。再生管財人は、私/当社のパスワード等により行われた一切の行為を、私/当社の行為とみなすことができ、パスワード等の管理不十分、使用上の過誤、漏洩、第三者の使用、盗用等に起因又は関連して生じるあらゆる損害等について、MTGOX 及び再生管財人は一切の責任を負わず、私/当社は MTGOX 及び再生管財人に対して当該損害等に関して損害賠償請求、補償請求その他一切の請求をしないこと。

I/We will, at my/our responsibility, manage and store user names, email address and passwords registered on the MTGOX Bitcoin exchange; the contact address registered as creditor information in the bankruptcy proceedings (Tokyo District Court; 2014 (fu) Case No. 3830; the "**Bankruptcy Proceedings**"); or any other information necessary for identity confirmation and anything related thereto (collectively, the "**Passwords**") and will neither permit any third party to use the Passwords nor lend, assign, transfer ownership, trade, or handle the Passwords in any other manner. The Rehabilitation Trustee may deem all acts conducted with my/our Passwords as mine/our act; and MTGOX and the Rehabilitation Trustee are not liable in any respect for any Damages arising out of or in connection with insufficient management, erroneous use, divulgence, third party use, illegal use, or otherwise of the Passwords, and I/we will not make any claim for damages or compensation, or make any other claim with respect to such Damages against MTGOX or the Rehabilitation Trustee.

5. 私/当社は、再生管財人が定めている又は今後定める、再生管財人が用意した方式・方法による届出・通知及びこれに関連する事項を行う際のルール（今後の変更を含む。）を理解した上でこれに従うものとし、当該ルールに違反し、又は違反しようとしたことに起因又は関連して生じるあらゆる損害等について、MTGOX 及び再生管財人は一切の責任を負わず、私/当社は MTGOX 及び再生管財人に対して当該損害等に関して損害賠償請求、補償請求その他一切の請求をしないこと。

I/We will  familiarize myself/ourselves with  and follow current rules   or future rules (as amended from time to time) for any filing/notifying with the form/method the Rehabilitation Trustee provided and anything related thereto   stipulated, by the Rehabilitation Trustee; and MTGOX and the Rehabilitation Trustee are not liable in any respect for any Damages arising out of or in connection with any breach of or any attempted breach of the rules, and I/we will not make any claim for damages or compensation, or make any other claim with respect to such Damages against MTGOX or the Rehabilitation Trustee.

6. 他のウェブサイトから MTGOX のウェブサイトへのリンクが提供されている場合においても、MTGOX のウェブサイト以外のウェブサイト及びそこから得られる情報並びにそれに起因又は関連して生じる損害等について、MTGOX 及び再生管財人

RAGGIO00349

は一切の責任を負わず、私/当社は MTGOX 及び再生管財人に対して当該損害等に関して損害賠償請求、補償請求その他一切の請求をしないこと。

MTGOX and the Rehabilitation Trustee are not liable in any respect for any website other than MTGOX's website, any information obtained therefrom, and any Damages arising out of or in connection with the same, notwithstanding that MTGOX's website may be linked on another website, and I/we will not make any claim for damages or compensation, or make any other claim with respect to such Damages against MTGOX or the Rehabilitation Trustee.

7. 私/当社と他の再生債権者その他の者との間において生じた取引、連絡、紛争等については、私/当社の責任において処理及び解決するものとし、かかる事項及びそれに起因又は関連して生じるあらゆる損害等について、MTGOX 及び再生管財人は一切の責任を負わず、私/当社は MTGOX 及び再生管財人に対して当該損害等に関して損害賠償請求、補償請求その他一切の請求をしないこと。

I/we will, at my/our responsibility, handle and resolve any and all transactions, communication, disputes, among others, arising between me/us, another rehabilitation creditor, or any other person; and MTGOX and the Rehabilitation Trustee are not liable in any respect for any relevant matter and any Damages arising out thereof or in connection therewith, and I/we will not make any claim for damages or compensation, or make any other claim with respect to such Damages against MTGOX or the Rehabilitation Trustee.

8. 法律、政令、法令、命令、通達、条例、ガイドラインその他の規制（以下「法令等」という。）又は消費税を含む税制の将来の制定又は変更に起因又は関連して生じるあらゆる損害等について、MTGOX 及び再生管財人は一切の責任を負わず、私/当社は、MTGOX 及び再生管財人に対して当該損害等に関して損害賠償請求、補償請求その他一切の請求をしないこと。また、法令等又は消費税を含む税制の将来の制定又は変更が過去に遡及する場合に、これに起因又は関連して生じるあらゆる損害等について、MTGOX 及び再生管財人は一切の責任を負わず、私/当社は MTGOX 及び再生管財人に対して当該損害等に関して損害賠償請求、補償請求その他一切の請求をしないこと。

MTGOX and the Rehabilitation Trustee are not liable in any respect for any Damages arising out of or in connection with a future enactment or amendment to a law, cabinet order, ordinance, order, directive, bylaw, guideline, or any other regulation ("Laws") or the tax system, including consumption tax; and I/we will not make any claim for damages or compensation, or make any other claim with respect to such Damages against MTGOX or the Rehabilitation Trustee.   Further, MTGOX and the Rehabilitation Trustee are not liable in any respect for any Damages arising out of or in connection with any future enactment or amendment with a retroactive effect on Laws or the tax system including consumption tax, and I/we will not make any claim for damages or compensation, or make any other claim with respect to such Damages against MTGOX or the Rehabilitation Trustee.

9. 裁判所又は再生管財人が、私/当社が申述書欄に入力した連絡先メールアドレス宛に電子メールにより通知を送信することによって、私/当社に対する適法な通知があったものとみなすこと。当該メールアドレスの不備等（メールアドレスの記載漏れを含む。）に起因又は関連して、当該メールアドレスに宛てた電子メールを送信することができず又は電子メールが到達しない場合（到達が確認できない場合を含む。）であっても同様とすること。

An appropriate notification is deemed to have been made to me/us if the court or the Rehabilitation Trustee sends a notification via email to the email address I/we entered in the Statement.   The same applies notwithstanding that, due to, or in connection with, an inadequacy, inaccurateness or incompleteness, or any other issue (including omission of the email address), in or with that email address, an email addressed to that email address cannot be sent or the email is not delivered including where receipt is unconfirmed.

10. 私/当社が本届出書を利用して行った再生債権の届出の内容について、再生管財人が裁判所その他必要な第三者に提出すること。

The Rehabilitation Trustee may submit the proof of rehabilitation claim filed by me/us using this form to the court and other third parties as necessary.

11. 私/当社は、本民事再生手続においてパスワード等を用いて入手することができる一切の情報（他の再生債権者に関する情報を含むが、これに限られない。）を、本民事再生手続における権利行使の目的のみに使用することとし、第三者に提供、開

RAGGIO00350

示又は漏洩しないこと。

I/We will use information (including, but not limited to, information related to any other rehabilitation creditors) acquired by using the Passwords in the Civil Rehabilitation Proceedings only for the purpose of exercising rights in the Civil Rehabilitation Proceedings and will not provide, disclose, or divulge such information to any third party.

12. 私/当社の本民事再生手続における議決権の額は、再生管財人が提示する次の為替レートによって、円換算されて評価されること。

The amount of my/our voting rights in the Civil Rehabilitation Proceedings is computed through conversion to Japanese Yen (JPY) using the following exchange rates provided by the Rehabilitation Trustee:

(a) 外国通貨　平成 30 年 6 月 21 日（日本時間）の東京外国為替市場・電信為替売相場として三菱 UFJ リサーチ＆コンサルティング株式会社が公表した相場

Foreign currency;

the exchange rates publicly announced by Mitsubishi UFJ Research and Consulting Co., Ltd. as the Tokyo Foreign Exchange Market / Telegraphic Transfer Selling Rate on June 21, 2018 (Japan Time)

(b) ビットコイン　平成 30 年 6 月 21 日 23 時 59 分（日本時間）時点の CoinDesk が発表する米国ドル建てのビットコイン相場を(a)の相場により日本円に換算した金額（1 BTC＝6,724.57 米国ドル＝749,318.83 円）。1 米国ドル＝111.43 JPY）

Bitcoin:

the amount obtained by converting the Bitcoin price denominated in USD announced by CoinDesk at 23:59 on June 21, 2018 (Japan Time) to JPY using the exchange rate referred to in the above (a). (1 BTC＝6,724.57 USD ＝ 749,318.83 JPY; 1 USD = 111.43 JPY)

(c) ビットコインキャッシュ　平成 30 年 6 月 21 日 23 時 59 分（日本時間）時点の CoinDesk が発表する米国ドル建てのビットコインキャッシュ相場を(a)の相場により日本円に換算した金額（1 BCH＝874.82 米国ドル＝97,481.19 円。1 米国ドル＝111.43 円）

Bitcoin Cash:

the amount obtained by converting the Bitcoin Cash Price denominated in USD announced by CoinDesk at 23:59 on June 21, 2018 (Japan time) to JPY using the exchange rate referred to in the above (a). (1 BCH = 874.82 USD = 97,481.19 JPY; 1 USD = 111.43 JPY)

(d) その他の仮想通貨　金額は未定

Amounts for other cryptocurrencies: not determined

13. 本民事再生手続においては、ビットコイン等の返還請求権は非金銭債権として取り扱われ、当該返還請求権に係る遅延損害金は生じないこととすること。

In the Civil Rehabilitation Proceedings, the right to claim for return of Bitcoin Etc. is treated as a non-monetary claim, and no delay damages pertaining to such right to claim for return will accrue.

14. 再生管財人の私/当社への弁済（金銭及びビットコイン等の弁済を含む。）及びこれに関連する行為が、日本国の外国為替及び外国貿易法、米国財務省の金融制裁（OFAC 規制）その他私/当社に関して適用のあるいかなる法令等にも抵触しないこと。再生管財人は、再生管財人の実施する私/当社への弁済及びこれに関連する行為が、日本国外の法令等に抵触しないことをいかなる意味においても保証しないこと。これらの法令等への抵触に起因又は関連して生じるあらゆる損害等について、MTGOX 及び再生管財人は一切の責任を負わず、私/当社は MTGOX 及び再生管財人に対して当該損害等に関して損害賠償請求、補償請求その他一切の請求をしないこと。再生管財人の私/当社への弁済に起因又は関連して私/当社に課される一切の公租公課（当該弁済の態様によって公租公課の額が増減する場合を含む。）は、私/当社が負担し、当該公租公課又はその増減に起因又は関連して生じるあらゆる損害等について、MTGOX 及び再生管財人は一切の責任を負わず、私/当社は MTGOX 及び再生管財人に対して当該損害等に関して損害賠償請求、補償請求その他一切の請求をしないこと。

Any payment (including payment of cash and Bitcoin Etc.) to me/us by the Rehabilitation Trustee and any act related thereto do not

RAGGIO00351

conflict with the Foreign Exchange and Foreign Trade Act of Japan, the United States Department of the Treasury's financial sanctions (OFAC regulations) and any other applicable Laws.   The Rehabilitation Trustee does not guarantee, in any respect, that payment to me/us by the Rehabilitation Trustee and any act related thereto do not conflict with Laws outside of Japan.   MTGOX and the Rehabilitation Trustee are not liable in any respect for any Damages arising out of or in connection with any conflict with any applicable Laws, and I/we will not make any claim for damages or compensation, or make any other claim with respect to such Damages against MTGOX or the Rehabilitation Trustee.   I/We will bear all taxes and other public charges (including any increases or decreases in the amount of taxes and other public charges due to the manner of the payment) levied on me/us arising out of or in connection with any payment to me/us by the Rehabilitation Trustee; and MTGOX and the Rehabilitation Trustee are not liable in any respect for any Damages arising out of or in connection with such taxes and other public charges and increase or decrease thereof, and I/we will not make any claim for damages or compensation, or make any other claim with respect to such Damages against MTGOX or the Rehabilitation Trustee.

15. 再生管財人が、仮想通貨取引所（日本国内の仮想通貨交換業者を含むが、これに限られない。以下同じ。）又は金融機関（資金移動業者を含む。以下同じ。）に開設された再生債権者の口座に対して弁済金を振り込む場合、私/当社は、再生管財人の指定する方法により届け出た氏名・名称と同一名義の仮想通貨取引所又は金融機関の口座で受け取ること。

If the Rehabilitation Trustee transfers the money for distribution to an account of a rehabilitation creditor opened at a cryptocurrency exchange (including, but not limited to, cryptocurrency exchangers in Japan; the same applies below) or a financial institution (including fund transfer operators; the same applies below), I/we will receive the same in the account at the cryptocurrency exchange or the financial institution under the same name as that name I/we notified in the manner designated by the Rehabilitation Trustee.

16. 私/当社が再生管財人の指定する仮想通貨取引所に開設した口座でビットコイン等及び/又は金銭で弁済を受ける場合には、次の各事項。

If I/we receive payment in Bitcoin Etc. and/or in cash in an account opened at the cryptocurrency exchange designated by the Rehabilitation Trustee, the following applies:

(a) 私/当社は、送付先等の必要情報を正確に提供しなければならず、その誤りから結果的にビットコイン等及び/又は金銭を受領できなかったとしても、それに起因又は関連して生じるあらゆる損害等について、MTGOX 及び再生管財人は一切の責任を負わず、私/当社は MTGOX 及び再生管財人に対して当該損害等に関して損害賠償請求、補償請求その他一切の請求をしないこと。

I/we must accurately provide necessary information about my/our accounts, among others, and, notwithstanding that an error therein results in my/our not receiving Bitcoin, Etc. or cash, MTGOX and the Rehabilitation Trustee are not liable in any respect for any Damages arising out of or in connection with such non-receipt, and I/we will not make any claim for damages or compensation, or make any other claim with respect to such Damages against MTGOX or the Rehabilitation Trustee.

(b) 再生管財人がビットコイン等及び/又は金銭を当該仮想通貨取引所に交付した時点で弁済が完了し、MTGOX 及び再生管財人の弁済義務は消滅するものとし、再生管財人による当該仮想通貨取引所へのビットコイン等及び/又は金銭の交付後、私/当社が何らかの理由（仮想通貨のブロックチェーンの不具合、仮想通貨取引所のシステムの不具合を含むが、これらに限られない。）により仮想通貨取引所からのビットコイン等及び/又は金銭の適切な弁済を受けることができなかったとしても、それに起因又は関連して生じるあらゆる損害等について、MTGOX 及び再生管財人は一切の責任を負わず、私/当社は MTGOX 及び再生管財人に対して当該損害等に関して損害賠償請求、補償請求その他一切の請求をしないこと。

The instant the Rehabilitation Trustee sends Bitcoin, Etc. or cash to the cryptocurrency exchange, the payment by MTGOX and the Rehabilitation Trustee is deemed complete, and the payment obligation of MTGOX and the Rehabilitation Trustee is deemed to be discharged; and, after Bitcoin Etc. or cash has been sent to the cryptocurrency exchange by the Rehabilitation Trustee, notwithstanding that I/we fail to receive appropriate payment of Bitcoin Etc. or cash from the cryptocurrency exchange for any reason (including, but not limited to, a malfunction in the blockchain of the cryptocurrency or a system malfunction at the cryptocurrency exchange), MTGOX and the Rehabilitation Trustee are not liable in any respect for any Damages arising out of or in

9

RAGGIO00352

connection with such failure, and I/we will not make any claim for damages or compensation, or make any other claim with respect to such Damages against MTGOX or the Rehabilitation Trustee.

17. 私/当社が金融機関の口座において金銭で弁済を受ける場合には、次の各事項。

If I/we receive cash in an account at a financial institution, the following applies:

(a) 私/当社は、送付先等の必要情報を正確に提供しなければならず、その誤りから結果的に金銭を受領できなかったとしても、それに起因又は関連して生じるあらゆる損害等について、MTGOX 及び再生管財人は一切の責任を負わず、私/当社は MTGOX 及び再生管財人に対して当該損害等に関して損害賠償請求、補償請求その他一切の請求をしないこと。

I/We must accurately provide necessary information about my/our accounts, among others, and, notwithstanding that an error therein results in my/our not receiving cash, MTGOX and the Rehabilitation Trustee are not liable in any respect for any Damages arising out of or in connection with that, and I/we will not make any claim for damages or compensation, or make any other claim with respect to such Damages against MTGOX or the Rehabilitation Trustee.

(b) 取扱通貨の種別や送金元銀行との取引の有無、日本国内外の法令等及び各金融機関の内部基準への抵触並びに諸手数料の発生その他要因に基づき弁済金を受領できなかったとしても、それに起因又は関連して生じるあらゆる損害等について、MTGOX 及び再生管財人は一切の責任を負わず、私/当社は MTGOX 及び再生管財人に対して当該損害等に関して損害賠償請求、補償請求その他一切の請求をしないこと。

Notwithstanding that I/we fail to receive cash for distribution due to unavailability of the designated currencies or transactions with the designated financial institutions, any conflict with Laws in or outside Japan or an internal standard of any relevant financial institution, various processing charges and fees, or any other causes, MTGOX and the Rehabilitation Trustee are not liable in any respect for any Damages arising out of or in connection with that, and I/we will not make any claim for damages or compensation, or make any other claim with respect to such Damages against MTGOX or the Rehabilitation Trustee.

(c) 諸手数料等を差し引いた金額の弁済金を受け取る場合であっても、当該諸手数料等に起因又は関連して生じるあらゆる損害等について、MTGOX 及び再生管財人は一切の責任を負わず、私/当社は MTGOX 及び再生管財人に対して当該損害等に関して損害賠償請求、補償請求その他一切の請求をしないこと。

Notwithstanding that I/we have received payment from which various processing charges and fees have been deducted, MTGOX and the Rehabilitation Trustee are not liable in any respect for any Damages arising out of or in connection with such processing charges and fees, and I/we will not make any claim for damages or compensation, or make any other claim with respect to such Damages against MTGOX or the Rehabilitation Trustee.

18. フォークコインに係る再生債権の届出については、ビットコインに関する再生債権の届出をもって、届け出たビットコインの数に応じて、フォークコインに係る再生債権についても届け出たものとみなし、再生債権者は独自にフォークコインに係る再生債権を届け出ないこと。再生債権の届出があるとみなされるフォークコインは、通常の方法により売却可能であり、かつ、財産的価値のあるものに限られ、それ以外のフォークコインについては、再生債権の届出があるとは認められないこと。なお、ビットコインキャッシュは再生債権の届出があるとみなされるフォークコインに含まれること。

The filing of a proof of rehabilitation claim for a Fork Coin is deemed to have been made in proportion to the number of the filed Bitcoin for which the proof of rehabilitation claim has been filed, and the rehabilitation creditor cannot file its own proof of rehabilitation claim for a Fork Coin.  Fork Coins that are deemed to have been filed are limited to those that can be sold in an ordinary manner and that have property value, and no other Fork Coin will be recognized as being deemed to have been filed.    Bitcoin Cash is included in Fork Coins that are deemed to have been filed.

19. 私/当社が届け出た債権を契約により第三者に譲渡する場合には、当該譲渡契約の準拠法は日本法にするものとし、MTGOX 及び再生管財人に当該譲渡を対抗するためには、日本法に基づく債権譲渡の対抗要件その他再生管財人が指定する要件を備えることが必要であること。再生管財人は、各国の法令等の定め及び債権譲渡契約で定められた準拠法の定めにかかわらず、

10

RAGGIO00353

日本法のみに基づき債権譲渡契約の有効性及び対抗要件具備の有無を判断すること。再生管財人が日本法に基づき債権譲渡契約の有効性及び対抗要件具備の有無を判断することに起因又は関連して生じるあらゆる損害等について、MTGOX 及び再生管財人は一切の責任を負わず、私/当社は MTGOX 及び再生管財人に対して当該損害等に関して損害賠償請求、補償請求その他一切の請求をしないこと。

If I/we intend to transfer or assign any rehabilitation claim that I/we have filed to any third party pursuant to an agreement, the governing law for such agreement shall be Japanese law, and the perfection requirements in accordance with the relevant Japanese law and any other requirements specified by the Rehabilitation Trustee shall be fully satisfied to perfect such claim transfer or assignment against MTGOX and the Rehabilitation Trustee.   The Rehabilitation Trustee will determine the validity of such claim transfer or assignment and perfection thereof pursuant only to Japanese law, irrespective of any statute in each country's Laws and any governing law provided for in such agreement.   MTGOX and the Rehabilitation Trustee are not liable in any respect for any Damages arising out of or in connection with the Rehabilitation Trustee determining the validity of such claim transfer or assignment and perfection thereof pursuant to Japanese law, and I/we will not make any claim for damages or compensation, or make any other claim with respect to such Damages against MTGOX or the Rehabilitation Trustee.

20. 再生管財人による債権譲渡の承認が、債権譲渡の承認に必要な手続（譲渡人及び譲受人の本人確認、譲渡を証明する文書の検証を含むが、これらに限られない。）その他の理由により遅滞した場合であっても、これに起因又は関連して生じるあらゆる損害等について、MTGOX 及び再生管財人は一切の責任を負わず、私/当社は MTGOX 及び再生管財人に対して当該損害等に関して損害賠償請求、補償請求その他一切の請求をしないこと。

Notwithstanding that approval by the Rehabilitation Trustee of a claim transfer or assignment is delayed by the procedures necessary for approval of a claim transfer or assignment (including, but not limited to, identity check of the transferor/assignor and transferee/assignee and verification of documents proving transfer or assignment) or any other reason, MTGOX and the Rehabilitation Trustee are not liable in any respect for any Damages arising out of or in connection with such delay, and I/we will not make any claim for damages or compensation, or make any other claim with respect to such Damages against MTGOX or the Rehabilitation Trustee.

21. ある再生債権を譲渡する場合、当該再生債権の全部を譲渡することとし、その一部のみを譲渡しないこと。

If a rehabilitation claim is transferred or assigned, all of such rehabilitation claim, not part thereof, shall be transferred or assigned.

22. ビットコイン等に係る再生債権を譲渡する場合には、対象となるビットコイン及び当該ビットコインから分岐したフォークコインを併せて譲渡するものとし、ビットコイン又はフォークコインに係る再生債権を個別に譲渡しないこと。

If a rehabilitation claim pertaining to Bitcoin, Etc. is transferred or assigned, the Bitcoin subject to such transfer or assignment and the Fork Coin split from such Bitcoin shall be transferred or assigned collectively, and a rehabilitation claim pertaining to Bitcoin or Fork Coin shall not be transferred or assigned individually.

23. 情報の取扱いに関する同意事項

Matters of consent related to information management

(a) 再生管財人が、以下の情報（個人情報の保護に関する法律（平成 15 年法律第 57 号）第 2 条第 1 項により定義される個人情報その他識別された又は識別可能な自然人に関する一切の情報を含むが、これに限られない。以下同じ。）を収集すること。

The Rehabilitation Trustee may collect the information below (including, but not limited to, personal information defined under Article 2(1) of the Act on the Protection of Personal Information (Act No. 57 of 2003) and any other information relating to an identified or identifiable natural person; the same applies below)

i. 私/当社が再生債権の届出を行うときに再生管財人に提供する情報
information that I/we provided to the Rehabilitation Trustee when I/we file a proof of rehabilitation claim;

ii. 私/当社以外の情報源（身元証明サービス機関を含むが、これに限られない。）から収集する私/当社の情報
information concerning me/us provided by an information source (including, but not limited to, organizations providing ID

11

RAGGIO00354

verification services) other than myself/ourselves;

    iii.    本破産手続において、私/当社が本破産手続の破産管財人に提供した一切の情報
all information that I/we provided to the bankruptcy trustee of the Bankruptcy Proceedings;

    iv.    私/当社が、MTGOX に提供した一切の情報
all information that I/we provided to MTGOX; and

    v.    その他再生管財人が適正な方法により取得し、又は今後取得する情報
any other information acquired, or to be acquired going forward, by the Rehabilitation Trustee using an appropriate method

(b)  再生管財人が、収集した上記(a)の情報を、以下の目的で日本国内外で管理及び利用すること。
The Rehabilitation Trustee may manage and use collected information stated in (a) above for the purposes below in and outside of Japan.

    i.    再生債権の届出、調査、再生計画の立案、再生計画に基づく弁済その他の本民事再生手続の適切な遂行
filing proofs of rehabilitation claim, investigations of rehabilitation claims, drafting a rehabilitation plan, distribution in accordance with a rehabilitation plan, or any other appropriate execution of the Civil Rehabilitation Proceedings;

    ii.    公益的な目的のためにする、日本国内外の行政官庁・捜査機関・司法機関への上記(a)の情報の開示又は提供
disclosing or providing information stated in (a) above to any government office, any investigation agency, or any judicial agency in or outside of Japan for the purpose of serving public interests; and

    iii.    その他上記目的に付随する目的
any other purposes incidental to the above purposes.

(c)  再生管財人が、上記(b)の目的のため、上記(a)の情報を、第三者（以下の者を含むが、これらに限られない。）に開示又は提供する場合があること。これらの第三者には、①米国、②カナダ、③イギリス、④私/当社が所在する国及び⑤私/当社が再生債権の弁済の受領のために利用する金融機関又は仮想通貨取引所が所在する国に、それぞれ所在する第三者が含まれること。
The Rehabilitation Trustee may disclose or provide information stated in (a) above for the purpose of (b) above to any third party (including, but not limited to, the persons below).    The third parties hereunder include third parties located in (i) the United States of America, (ii) Canada, (iii) the United Kingdom, (iv) the country in which I am/we are located, and (v) the country in which the financial institution or cryptocurrency exchange that I/we use to receive payment for the rehabilitation claim is located.

東京地方裁判所その他裁判所（日本国外の裁判所を含む。）、本民事再生手続及び本破産手続（併せて以下「**本民事再生手続等**」という。）における調査委員（その代理及び補佐を含む。）その他の機関、日本国内外の行政官庁・捜査機関、管財人が本民事再生手続等の遂行のために依頼する法律事務所及びデロイトトーマツコンサルティング合同会社等の専門家、金融機関、仮想通貨取引所、他の再生債権者、E メールサービスプロバイダー、及び詐欺行為検証サービスプロバイダー
Tokyo District Court and other courts (including courts outside of Japan); the Examiner (chosa iin) (including deputy examiners and assistant examiners) and other officers or bodies in the Civil Rehabilitation Proceedings or the Bankruptcy Proceedings (collectively, the "**Civil Rehabilitation Proceedings, Etc.**"); government offices and investigation agencies in or outside of Japan; counsel and experts including the law firms and Deloitte Tohmatsu Consulting LLC. which the trustee has retained to proceed with the Civil Rehabilitation Proceedings, Etc.; financial institutions; cryptocurrency exchangers; other rehabilitation creditors; email service providers; and fraudulent act verification service providers

(d)  管財人は、本民事再生手続等に必要な限りで私/当社のブラウザ設定により影響されない特定の永続クッキーを使用する可能性があること。
The trustee might, to the extent necessary for the Civil Rehabilitation Proceedings, Etc., use a specific permanent cookies setting that will be unaffected by my/our browser setting.

RAGGIO00355

24. 私/当社が「再生債権者の表示」及び「届出再生債権の表示」に記載した再生債権届出の内容が、オンライン上で他の再生債権者による閲覧の対象となり、また、東京地方裁判所において本民事再生手続の利害関係人の閲覧及び謄写の対象となる場合があること。

The information regarding my/our filed rehabilitation claim completed by me/us in the columns "Information on Rehabilitation Creditor" and "Your Rehabilitation Claim" may be available online to other rehabilitation creditors, and may be subject to the inspection and copying thereof at the Tokyo District Court by an interested party in the Civil Rehabilitation Proceedings.

25. 私が死亡した場合、本民事再生手続との関係では、再生管財人が、日本の法令等及び実務に従って、相続に関する各種関係資料の提出を求め、また、誰を再生債権者として取り扱うかについて判断すること、及び、当該判断に起因又は関連して生じるあらゆる損害等について、MTGOX及び再生管財人は一切の責任を負わず、私及び私の相続人はMTGOX及び再生管財人に対して当該損害等に関して損害賠償請求、補償請求その他一切の請求をしないこと。

For the purpose of the Civil Rehabilitation Proceedings, in the event that I died, the Rehabilitation Trustee may, in accordance with the Laws and practices of Japan, request for relevant evidence and explanation on the inheritance and determine who to be treated as the rehabilitation creditor; and MTGOX and the Rehabilitation Trustee are not liable in any respect for any Damages arising out of or in connection with such determination, and I and my heir(s)/successor(s) will not make any claim for damages or compensation, or make any other claim with respect to such Damages against MTGOX or the Rehabilitation Trustee.

26. 本同意事項は日本語を正文とすること。本同意事項につき作成される英語の翻訳文は参考にすぎず、日本語と英語との間で相互に内容の相違、矛盾がある場合であっても、日本語のみが効力を有すること。

The governing language of these terms of consent shall be the Japanese language.   The English-language translation thereof is merely for reference purposes only; and notwithstanding any discrepancy or contradiction in details between the Japanese-language original and the English-language translation the Japanese-language original shall prevail.

27. 本民事再生手続等及びこれに関連又は付随して生じる一切の請求又は紛争は日本法に準拠し、東京地方裁判所を専属的合意管轄裁判所とすること。

The Civil Rehabilitation Proceedings, Etc. and all claims and disputes arising out of, in connection with, or incidental to, the Civil Rehabilitation Proceedings, Etc. are governed by Japanese law, and the Tokyo District Court shall have exclusive jurisdiction.

28. 再生管財人が、本同意事項を必要に応じ変更すること。但し、再生管財人が変更について www.mtgox.com において告知したものに限る。

The Rehabilitation Trustee will, as necessary, amend these terms of consent. However, amendments are limited to those that the Rehabilitation Trustee has notified on the website www.mtgox.com.

RAGGIO00356

事件番号　平成２９年（再）第３５号
Case No.: 2017 (sai) No.35
再生債務者　株式会社 MTGOX
Rehabilitation Debtor: MTGOX Co., Ltd.

申　述　書 Statement

**2018** 年　**10** 月　**9** 日
**Date:　Year/Month/Day**

再生債務者株式会社 MTGOX
Rehabilitation Debtor: MTGOX Co., Ltd.

再生管財人　弁護士　小林　信明　殿
To Rehabilitation Trustee: Nobuaki Kobayashi, Attorney-at-Law

※以下の表内については、日本で使われている文字（常用漢字、ひらがな、カタカナ）、アラビア数字（0〜9）及び/又はアルファ
ベットのみで入力してください。例えば、アキュート・アクセント、セディーユ、ウムラウトのような発音に関する記号等を使わ
ないでください。
* Please enter the following using only Japanese characters (*kanji* in common use, *hiragana, katakana*), Arabic numerals (0-9), and/or letters
of the Roman alphabet. Please do not use any diacritical marks such as acute accents, cedillas and umlauts.

| 【国及び住所】 Country, zip/postcode and address: <br> 〒39211 <br> 4210 Quail Run Road Jackson, Mississippi | 【代理人の住所】 Agent's address and zip/postcode: <br> 〒 100-8124 <br> Nishimura & Asahi Otemon Tower, 1-1-2 Otemachi, Chiyoda-ku, Tokyo, Japan |
|---|---|
| 【氏名又は法人名及び代表者名】 <br> Name of individual or corporation name and name of CEO/managing director: <br><br> Chris Raggio <br><br><br> （押印又は署名）　Seal or signature | 【代理人の氏名】 <br> Agent's name <br><br> Yuri Sugano,Kazuki Takada <br><br><br> （押印又は署名）　Seal or signature |
| 【電話】 Telephone number: | 【代理人の電話】 Agent's telephone number: <br> +81-3-6250-6200 |
| 【FAX】 Facsimile number: | 【代理人の FAX】 Agent's facsimile number: <br> +81-3-6250-7200 |
| 【連絡先メールアドレス】 Contact e-mail address: <br> ※今後通知メールを受領することのできるメールアドレスを記載してください。 <br> *Please enter e-mail address at which you can receive e-mail notifications hereafter. <br><br> donald.raggio@gmail.com | 【代理人のメールアドレス】 Agent's e-mail address: <br><br><br><br> 18-00-08797@case.jurists.co.jp |
| 【（法人が届け出る場合のみ）事務担当者名】 (To be completed by corporations only) Name of contact person: ||
| 【（法人が届け出る場合のみ）事務担当者の住所】 (To be completed by corporations only) Address of contact person: ||
| 【（法人が届け出る場合のみ）事務担当者の電話番号】 (To be completed by corporations only) Telephone number of contact person: ||
| 【（法人が届け出る場合のみ）事務担当者の FAX 番号】 (To be completed by corporations only) Facsimile number of contact person: ||

1

RAGGIO00357

（１）　希望する弁済方法のアンケート
**Questionnaire Regarding Preferred Method of Payment.**

※ビットコインの返還に関する債権を届け出た再生債権者のみ、ビットコインと金銭のいずれによる弁済を希望するか、ご回答をお願いいたします（金銭の返還に関する債権については、ビットコインによる弁済を行うことは予定しておりません。）。
* Only the creditors who have filed a proof of rehabilitation claim that contains the right to claim for return of Bitcoin are asked to reply whether they want to receive payment in Bitcoin or in cash. We do not plan to make any payment in Bitcoin for the right to claim for return of cash.

※このアンケートは、あくまでビットコインの返還に関する債権を届け出る再生債権者の希望を参考情報として調査することを目的としており、選択した弁済方法による弁済を行うことを保証するものではなく、またそれに再生管財人が拘束されるものではありません。弁済方法について、再生管財人の方針が決まった場合には、その段階でお知らせします。
* The purpose of this questionnaire is merely to obtain reference information regarding the preferences of rehabilitation creditors filing proofs of rehabilitation claim that contain the right to claim for return of Bitcoin.  There is no guarantee that you will be paid with the method that you selected, and the Rehabilitation Trustee will not be bound by your answers in any respect.  You will be notified when the Rehabilitation Trustee's policy for distribution is determined.

※なお、ビットコインによる弁済を行う場合には、次のことが想定されます。
* Please note that if payment in Bitcoin is made it is anticipated that:
①再生管財人の指定する仮想通貨交換業者の取引所を通じた弁済以外は行わず、再生債権者がビットコインでの弁済を受けるためには、再生管財人の指定する仮想通貨交換業者の取引所にユーザーとして登録することが必要となること。
(i) Payment will be made only through the exchanger designated by the Rehabilitation Trustee and in order for a rehabilitation creditor to receive payment in Bitcoin it will be necessary to register as a user at such designated exchanger.
②再生計画に基づくビットコインの弁済が実施されるまでには長期間を要する可能性があり、その間にビットコインの価格が変動する場合があること。
(ii) It may take a longer period of time to make distribution in Bitcoin pursuant to the rehabilitation plan and the price of Bitcoin may fluctuate during such period of time.

下記を選択してください。
Please select from the following:

- [■] 届出を行うビットコインの返還に関する債権について、ビットコインでの弁済を希望します。
  I want to receive Bitcoin for the right to claim for return of Bitcoin.
- [ ] 届出を行うビットコインの返還に関する債権について、再生管財人が適宜のタイミングでビットコインを売却し、その売却代金での弁済を希望します。
  I want to receive cash from the proceeds from the sales of Bitcoin that will be made by the Rehabilitation Trustee at appropriate timings for the right to claim for return of Bitcoin.
- [ ] どちらか分からない。
  I do not have any preference at this moment.

（２）　MTGOX のビットコイン取引所において登録していたユーザー情報
**User Information Registered with the MTGOX Bitcoin Exchange**

※MTGOX のビットコイン取引所に登録していた言語で入力してください。
* Please enter the following using the language used in registering with the MTGOX Bitcoin exchange.
※貴殿/貴社が MTGOX のビットコイン取引所に登録されているユーザーであることを確認するために必要な情報ですので、可能な限り入力してください。入力された情報が不十分であり、貴殿/貴社がユーザーであることを確認できなかった場合には、貴殿/貴社の届出債権が認められない場合があります。
* This information is necessary to confirm that you are a User registered with the MTGOX Bitcoin exchange. Please enter the information to the extent possible. If the information entered is insufficient and it is not possible to confirm that you are a User, your claim might be rejected.

| ①氏名・名称<br>Name of individual or corporation name | |
|---|---|
| 名　First name | Donald |
| ミドルネーム　Middle name | |
| 姓　Last name | Raggio |
| 会社名　Corporation name | |
| ②生年月日（個人の場合）<br>Date of birth (in the case of an individual) | Month(mm)　　　　/Day(dd)　　　　/Year(yyyy) |

2

RAGGIO00358

| | |
|---|---|
| ③国、郵便番号及び住所<br>Country, zip/postcode and address | |
| 住所１　Address Line 1 | |
| 住所２　Address Line 2 | |
| 市区町村　City/Town | |
| 都道府県　State/Province | |
| 国　　Country | |
| 郵便番号　Zip/Postcode | |
| ④メールアドレス<br>E-mail address | donald.raggio@gmail.com |
| ⑤銀行口座情報<br>Account information | |
| 金融機関名・支店名<br>Name of financial institution and branch | |
| 預金種目 Account type | |
| 口座番号 Account number | |
| 口座名義人 Account holder | |
| ⑥ユーザーネーム User name | DonRaggio |
| ⑦パスワード Password | |
| ⑧電話番号 Telephone number | |
| ⑨FAX 番号 Facsimile number | |
| ⑩ユビキー又は OTP カードのシリアルナンバー<br>YubiKey or OTP card serial number | |
| ⑪アカウントナンバー<br>Account number | |

（３）破産手続における債権者番号
**Creditor Number in Bankruptcy Proceedings**

参考情報として、MTGOX の破産手続において破産債権を届け出ていた場合には、破産管財人から付与された債権者番号（A 又は
B から始まる番号）を下記に記載してください。

As reference information, please enter below your creditor number assigned by the bankruptcy trustee (which number begins with "A" or "B"),
provided that you filed the proof of bankruptcy claim in the MTGOX bankruptcy proceedings.

| |
|---|
| |

RAGGIO00359

検索結果 詳細 - 日本郵便

**JP POST 郵便局**    そばにいるから、できることがある。    企業情報 | お知らせ・プレスリリース | よくあるご質問・お問い合わせ | サイトマップ | English

キーワードを入力してください    検索

## 検索結果 詳細
## [郵便物等]

### 配達状況詳細

| お問い合わせ番号 | 商品種別 |
|---|---|
| 5271-4483-2620 | レターパックプラス |

### 履歴情報

| 状態発生日 | 配送履歴 | 詳細 | 取扱局 / 郵便番号 | 県名等 |
|---|---|---|---|---|
| 2018/10/16 17:30 | 引受 | | 銀座郵便局 / 100-8799 | 東京都 |
| 2018/10/17 04:32 | 到着 | | 麹町郵便局 / 102-8799 | 東京都 |
| 2018/10/17 11:53 | お届け先にお届け済み "Already delivered" | | 麹町郵便局 / 102-8799 | 東京都 |

### お問い合わせ窓口局

| 取扱区分 | 取扱局 | 電話番号 |
|---|---|---|
| 引受 | 銀座郵便局 | 03-3524-2170 |
| 配達 | 麹町郵便局 | 03-3263-1865 |

※取扱局をクリックするとお問い合わせ先詳細情報が表示されます。

**取扱局を調べる** ▶

日本郵便株式会社    企業沿革 | サイトのご利用について | プライバシーポリシー | 勧誘方針 | 採用情報 | ソーシャルメディア

**JP 日本郵政グループ**    Copyright (C) JAPAN POST Co.,Ltd.  All Rights Reserved.

https://trackings.post.japanpost.jp/services/srv/search/direct?reqCodeNo1=527144832620&locale=ja[2018/11/02 16:40:15]

RAGGIO00360