David J. Molton
Gerard T. Cicero
BROWN RUDNICK LLP
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
Email: dmolton@brownrudnick.com
Email: gcicero@brownrudnick.com

- and -

Marcus A. Helt (TX 24052187)
Thomas Scannell (TX 24070559)
Foley & Lardner LLP
2021 McKinney Avenue, Suite 1600
Dallas, TX 75201
Telephone: (214) 999-3000
Facsimile: (214) 999-4667
Email: mhelt@foley.com
Email: tscannell@foley.com

*Counsel for Nobuaki Kobayashi, in his capacity
as the Civil Rehabilitation Trustee and Foreign Representative
of MtGox Co., Ltd., a/k/a MtGox KK*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re: | Chapter 15 |
| Mt Gox Co., Ltd. (a/k/a Mt Gox KK), | Case No. 14-31229-sgj-15 |
| Debtor in a Foreign Proceeding. | |

**NOTICE REGARDING FOREIGN MAIN PROCEEDING**

PLEASE TAKE NOTICE that on October 18, 2019, an update regarding the submission of claims in respect of the civil rehabilitation proceeding of Mt Gox Co. Ltd. a/k/a Mt Gox KK (the "Debtor") under Japanese law currently pending before the Twentieth Civil Division of the

Tokyo District Court, Japan (the "Civil Rehabilitation Proceeding") was posted by Nobuaki Kobayashi, in his capacity as Civil Rehabilitation Trustee of the Debtor (the "Trustee"), on the Trustee's website: https://www.mtgox.com/ (the "Claims Submission Update"). The Claims Submission Update and an English translation of the same are attached hereto as **Exhibit A**. This notice is for informational purposes only and is not intended to be construed as providing legal advice with respect to the statements made in the Claims Submission Update.

Dated: October 21, 2019                                     Respectfully submitted,

                                                            **FOLEY & LARDNER LLP**

                                                             /s/ *Thomas C. Scannell*
                                                            Marcus A. Helt (TX 24052187)
                                                            Thomas Scannell (TX 24070559)
                                                            2021 McKinney Avenue, Suite 1600
                                                            Dallas, TX 75201
                                                            Telephone: (214) 999-3000
                                                            Facsimile: (214) 999-4667
                                                            Email: mhelt@foley.com
                                                            Email: tscannell@foley.com

                                                            **-** and -

                                                            **BROWN RUDNICK LLP**
                                                            David J. Molton
                                                            Gerard T. Cicero
                                                            BROWN RUDNICK LLP
                                                            Seven Times Square
                                                            New York, New York 10036
                                                            Telephone: (212) 209-4800
                                                            Facsimile: (212) 209-4801
                                                            Email: dmolton@brownrudnick.com
                                                            Email: gcicero@brownrudnick.com

                                                            *Counsel for Nobuaki Kobayashi, in his capacity as the Civil Rehabilitation Trustee and Foreign Representative of MtGox Co., Ltd., a/k/a MtGox KK*