**EXHIBIT A**

令和元年 10 月 18 日

関係者各位

再生債務者　株式会社ＭＴＧＯＸ

再生管財人　弁護士　小　林　信　明

## 債権届出期間経過後の再生債権届出に関するお知らせ

　株式会社 MTGOX（以下「MTGOX」といいます。）の民事再生手続における再生債権の届出期間は、平成 30 年 10 月 22 日（日本時間）で終了しました。

　債権者の責めに帰することのできない事由によって債権届出期間内に再生債権の届出ができなかった場合には、その事由が消滅した後 1 か月以内に限り届出を行うことができます。債権届出期間経過後になされた再生債権の届出が有効なものとして認められるかどうかは、裁判所によって判断されますが、債権者の多くが日本国外に居住していることに鑑み、再生管財人は、本年 11 月 18 日までに管財人室に到達した債権届出書については、原則として適法な届出として取り扱うべきとの意見を、東京地方裁判所へ上申する方針です。

　しかし、既に債権届出期間の末日から 1 年を経過しようとしており、これまでも債権届出に関するお知らせを複数回してきたことから、その後に管財人室に到達した債権届出書については、原則として再生管財人は裁判所に対してその旨の意見を述べない予定です。

　これから再生債権の届出を行うことを希望する債権者は、以下のリンクから再生債権届出書の書式をダウンロードし、コンピュータ上で必要事項を入力し、印刷して署名又は記名押印したものを、<u>至急</u>、以下の再生管財人室宛てに郵送してください（以下「オフライン方法」といいます。）。上記のとおり、債権届出期間経過後になされた再生債権の届出が有効なものとして認められるかどうかは、最終的には裁判所によって判断されることにご留意ください。

- 再生債権届出書の郵送先
  株式会社 MTGOX 再生管財人室
  〒102-0083 東京都千代田区麹町三丁目 4 番地 1 麹町 3 丁目ビル　202 号室

- 再生債権届出書の書式は以下のリンクからダウンロードしてください。
  https://claims.mtgox.com/files/mtgox-offline-claim.pdf

1

- オフライン方法で再生債権の届出を行う方法は、以下の記載要領をご参照ください。
  https://www.mtgox.com/img/pdf/201810_offline_how_to_ja.pdf

また、再生管財人は、以下のとおり、再生債権の届出に関する Q&A 及び FAQ を掲載しておりますので、併せてご参照ください。

- 再生債権の届出に関する Q&A：
  https://www.mtgox.com/img/pdf/20180823_qa_ja.pdf
- 再生債権届出についてよくあるご質問：
  https://www.mtgox.com/img/pdf/20180921_faq_ja.pdf
- 債権届出期間経過後の再生債権届出に関する基本的な Q&A：
  https://www.mtgox.com/img/pdf/20190628_qa_ja.pdf

再生債権の届出に関する不明点の問合せの窓口は以下のとおりです。

- コールセンター
  電話番号　03-4588-3921
  受付時間　月曜日～金曜日（日本の祝日を除く）
  　　　　　午前 10 時～午後 5 時（日本時間）

- メールサポート
  support@mtgox.com
  なお、メールサポートでは多数の問合せを受領しているため、返信がタイムリーになされない可能性があることにつき、予めご了承ください。

再生管財人の事務所への直接のお問い合わせ、E メールによるお問い合わせ等は対応ができませんので、おやめくださいますようお願いいたします。

以上

October 18, 2019

To whom it may concern:

                Rehabilitation Debtor:  MTGOX Co., Ltd.

                Rehabilitation Trustee: Nobuaki Kobayashi, Attorney-at-law

**Announcement regarding Proofs of Rehabilitation Claims Filed after Deadline**

The period for filing proofs of rehabilitation claims in the civil rehabilitation proceedings for MTGOX Co., Ltd. ("**MTGOX**") ended on October 22, 2018 (Japan time).

If filings are delayed for reasons not attributable to creditors, they may file a proof of their rehabilitation claim only within one month after the relevant grounds cease to exist. The court will determine whether proofs of rehabilitation claims filed after the deadline will be accepted is determined by the court.  However, taking into consideration that the majority of the creditors reside outside Japan, the Rehabilitation Trustee intends to submit an opinion to the Tokyo District Court that proofs of rehabilitation claims being delivered to the Office of the Rehabilitation Trustee by November 18 of this year should be accepted in principle.

However, in light of the fact that it has been almost one year since the end of the period for filing proofs of rehabilitation claims and further that the Rehabilitation Trustee made announcement on the filing of proofs of rehabilitation claims several times, in principle, THE REHABILITATION TRUSTEE PLANS NOT TO SUBMIT AN OPINION TO THE SAME EFFECT TO THE TOKYO DISTRICT COURT FOR THE PROOFS OF REHABILITATION CLAIMS DELIVERED TO THE OFFICE OF THE REHABILITATION TRUSTEE THEREAFTER.

Going forward, for creditors who wish to file proofs of rehabilitation claims, please download a proof of rehabilitation claim form from the link below, fill in the necessary information thereon on your computer, and then send a printed version, on which you have affixed your seal or signature, to the Office of the Rehabilitation Trustee by post to the address below (the "**Offline Method**") <u>immediately</u>.  Please note that, as explained above, whether proofs of rehabilitation claims filed after deadline will be accepted shall be determined by the court.

1

- Postal address for proof of rehabilitation claim forms:
  MTGOX Co., Ltd. Office of Rehabilitation Trustee
  Suite 202, Kojimachi 3-chome Building
  3-4-1 Kojimachi, Chiyoda-ku,
  Tokyo Japan 102-0083

- Please download the proof of rehabilitation claim form found by accessing the following link: https://claims.mtgox.com/files/mtgox-offline-claim.pdf

- Please refer to the guideline found by accessing the following link for how to file a proof of rehabilitation claim by the Offline Method:
  https://www.mtgox.com/img/pdf/201810_offline_how_to_en.pdf

Please also refer to the Q&A and FAQ regarding the filing of proofs of rehabilitation claims posted by the Rehabilitation Trustee as below when filing proofs of rehabilitation claims.

- Q&As for Filing Proofs of Rehabilitation Claims:
  https://www.mtgox.com/img/pdf/20180823_qa_en.pdf
- Frequently Asked Questions regarding Filing Proofs of Rehabilitation Claims:
  https://www.mtgox.com/img/pdf/20180921_faq_en.pdf
- Basic Q&A regarding Proofs of Rehabilitation Claims Filed after Deadline
  http://www.mtgox.com/img/pdf/20190628_qa_en.pdf

For inquiries about filing proofs of rehabilitation claims, kindly contact the following:

- Call center
  Telephone Number: +81-3-4588-3922
  Operation hours: Monday to Friday (excluding Japanese public holidays)
  1:00 pm to 10:00 pm (Japan time)

- E-mail support
  mailto: support@mtgox.com
  Please note that our responses to your inquiries may not necessarily be timely since we have received many inquiries.

2

3

Inquiries made directly to the Office of the Rehabilitation Trustee, whether by email or otherwise, cannot be responded to, so please refrain from directly contacting the Office.

[End of Document]