*David J. Molton (*admitted *pro hac vice)*
Howard S. Steel
Gerard T. Cicero
**BROWN RUDNICK LLP**
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
Email:  dmolton@brownrudnick.com
Email:  hsteel@brownrudnick.com
Email:  gcicero@brownrudnick.com

- and -

Marcus A. Helt (TX 24052187)
Thomas Scannell (TX 24070559)
**FOLEY & LARDNER LLP**
2021 McKinney Avenue
Dallas, Texas 75201
Telephone: (214) 999-4289
Email: mhelt@foley.com
Email: tscannell@foley.com

*Counsel for Nobuaki Kobayashi,*
*In His Capacities as the Bankruptcy Trustee*
*and Foreign Representative and Trustee of the*
*Second Civil Rehabilitation Proceeding*
*and Proposed Foreign Representative*
*of MtGox Co., Ltd., a/k/a MtGox KK*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In re: <br><br> MtGox Co., Ltd. (a/k/a MtGox KK), <br><br> Debtor in a Foreign Proceeding. | Chapter 15 <br><br> Case No. 14-31229-sgj-15 |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, a true and correct copy of the *Notice Regarding Foreign Main Proceeding* [Docket No. 197] was served: (A) on October 21, 2019 (i) via this Court's PACER system on all parties receiving electronic notifications in this case, and (ii) via

**CERTIFICATE OF SERVICE – Page 1**
4812-3861-9562.1

email on the parties included on the list attached hereto as **Exhibit A**; and (iii) via First Class Mail on the parties included on the list attached hereto as **Exhibit B**.

Dated:  October 21, 2019

Respectfully submitted,

**FOLEY &LARDNER LLP**

*/s/ Thomas Scannell*
Marcus A. Helt (TX 24052187)
Thomas Scannell (TX 24070559)
**Foley & Lardner LLP**
2021 McKinney Avenue, Suite 1600
Dallas, TX 75201
Telephone:  (214) 999-3000
Facsimile:  (214) 999-4667
Email:  mhelt@foley.com
Email:  tscannell@foley.com

- and -

**BROWN RUDNICK LLP**
David J. Molton
Daniel J. Saval
Seven Times Square
New York, New York 10036
Telephone:  (212) 209-4800
Facsimile:  (212) 209-4801
Email:  dmolton@brownrudnick.com
Email:  dsaval@brownrudnick.com

*Counsel for Nobuaki Kobayashi, in his capacity as the Trustee and Foreign Representative of MtGox Co., Ltd., a/k/a MtGox KK*

**Exhibit A**

ahinkley@novackmacey.com
ahwang@edelson.com
bbarnett@susmangodfrey.com
bthomassen@edelson.com
cdore@edelson.com
dbradford@jenner.com
dfumagalli@chuhak.com
dmolton@brownrudnick.com
docketdal@perkinscoie.com
dsaval@brownrudnick.com
emacey@novackmacey.com
esargent@susmangodfrey.com
filing@jgarrettlaw.com
fshort@susmangodfrey.com
mhelt@gardere.com
JBeiswenger@brownrudnick.com
jbg@hcmp.com
jedelson@edelson.com
jeffrey.resetarits@shearman.com
jfortinsky@shearman.com
jgarrett@jgarrettlaw.com
john.nathanson@shearman.com
jpenn@perkinscoie.com
jquinn@ngelaw.com
KHiensch@mofo.com
Kim.Morzak@haynesboone.com
kmalone@susmangodfrey.com
ldp@hcmp.com
leccles@susmangodfrey.com
LEngel@mofo.com
Lisa.L.Lambert@usdoj.gov
meurich@chuhak.com
mlindsey@edelson.com
prietema@jenner.com
rac@cliffordlaw.com
rdouglass@novackmacey.com
robin.phelan@haynesboone.com
rtownsend@bjtlegal.com
tscannell@gardere.com
skitei@honigman.com
SMM@CliffordLaw.com
stephen.manz@haynesboone.com
swoodrow@edelson.com
ustpregion06.da.ecf@usdoj.gov
VNovak@mofo.com

# **Exhibit B**

Alicia E. Hwang
Edelson PC
350 N. LaSalle St., Suite 1300
Chicago, IL 60654

Christopher L. Door
Edelson PC
350 N. LaSalle St., Suite 1300
Chicago, IL 60654

Edgar Sargent
Susman Godfrey LLP
1201 3rd Avenue, Suite 3800
Seattle, WA 98101-3087

Jay Edelson
Edelson PC
350 N. LaSalle St., Suite 1300
Chicago, IL 60654

Josephine Garrett
Josephine Garrett, P.C.
3119 West 5th Street
Fort Worth, TX 76107

Barry C. Barnett
Susman Godfrey L.L.P.
901 Main St., Suite 5100
Dallas, TX 75202

Kristin A. Hiensch
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 941052383

Rosa A. Shirley
Baker & McKenzie LLP
2001 Ross Avenue, Suite 2300
Dallas, TX 75201

Jean-Denis Marx
Baker & McKenzie
(Gaikokuho Joint Ent.)
Ark Hills Sengokuyama Mori
Tower 28th Fl
1-9-10 Roppongi
   Tokyo 106-0032 Japan

Lisa L. Lambert
U.S. Trustee
Office of the U.S. Trustee
1100 Commerce Street
Dallas, TX 75242

Mark Karpeles
6-28-3302, Aobadai 3-chome,
Meguro-ku
Tokyo, Japan

Megan Lindsey
Edelson PC
999 West 18th St., Suite 3000
Denver, CO 80202

MtCox, Co. Ltd. a/k/a MtGox KK
11-5, Shibuya 2-chome, Shibuya-ku
Tokyo, Japan

John D. Penn
Perkins Cole LLP
500 N. Akard St., Suite 3300
Dallas, TX 75201

G. Larry Engel
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2383

David W. Parham
Baker & McKenzie LLP
2001 Ross Avenue, Suite 2300
Dallas, TX 75201

John M. Murphy
Baker & McKenzie LLP
300 East Randolph, Suite 5000
Chicago, IL 60601

Roger M. Townsend
Breskin Johnson & Townsend
PLLC
1000 2nd Ave., Suite 3670
Seattle, WA 98104

Scott B. Kitei
Honigman Miller Schwarts and
Cohn LLP
2290 First National Bldg.
660 Woodward Ave.
Detroit, MI 48226

Ian Peck
Haynes and Boone, LLP
2323 Victory Avenue, Suite 700
Dallas, TX 75219

Steven L. Woodrow
Edelson PC
350 N. LaSalle St., Suite 1300
Chicago, IL 60654

The Honorable Jeh Johnson
Secretary of Homeland Security
Department of Homeland Security
Washington, DC 20528

Vincent J. Novak
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2383

John E. Mitchell
Baker & McKenzie LLP
2001 Ross Avenue, Suite 2300
Dallas, TX 75201

Erin E. Broderick
Baker & McKenzie LLP
300 East Randolph, Suite 5000
Chicago, IL 60601