David J. Molton
Gerard T. Cicero
BROWN RUDNICK LLP
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
Email: dmolton@brownrudnick.com
Email: gcicero@brownrudnick.com

- and -

Marcus A. Helt (TX 24052187)
Thomas Scannell (TX 24070559)
Foley & Lardner LLP
2021 McKinney Avenue, Suite 1600
Dallas, TX 75201
Telephone: (214) 999-3000
Facsimile: (214) 999-4667
Email: mhelt@foley.com
Email: tscannell@foley.com

*Counsel for Nobuaki Kobayashi, in his capacity
as the Civil Rehabilitation Trustee and Foreign Representative
of MtGox Co., Ltd., a/k/a MtGox KK*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| In re: | Chapter 15 |
| Mt Gox Co., Ltd. (a/k/a Mt Gox KK), | Case No. 14-31229-sgj-15 |
| Debtor in a Foreign Proceeding. | |

### NOTICE REGARDING FOREIGN MAIN PROCEEDING

PLEASE TAKE NOTICE that on February 26, 2020, an announcement regarding a February 14, 2020 Order by the Tokyo District Court to "Set the Period of Special Investigation" to examine new proofs of rehabilitation claims in respect of the civil rehabilitation proceeding of Mt Gox Co. Ltd. a/k/a Mt Gox KK (the "Debtor") under Japanese law currently pending before

the Twentieth Civil Division of the Tokyo District Court, Japan (the "Civil Rehabilitation Proceeding") was posted by Nobuaki Kobayashi, in his capacity as Civil Rehabilitation Trustee of the Debtor (the "Trustee"), on the Trustee's website: https://www.mtgox.com/ (the "Special Investigation Order Announcement").  The Special Investigation Order Announcement, and an English translation of the same are attached hereto as **Exhibit A**.  This notice is for informational purposes only and is not intended to be construed as providing legal advice with respect to the statements made in the Special Investigation Order Announcement.

| | |
|---|---|
| Dated: March 3, 2020 | Respectfully submitted, |
| | **FOLEY & LARDNER LLP** |
| | */s/ Thomas C. Scannell* |
| | Marcus A. Helt (TX 24052187) |
| | Thomas Scannell (TX 24070559) |
| | 2021 McKinney Avenue, Suite 1600 |
| | Dallas, TX 75201 |
| | Telephone: (214) 999-3000 |
| | Facsimile: (214) 999-4667 |
| | Email: mhelt@foley.com |
| | Email: tscannell@foley.com |
| | **-** and - |
| | **BROWN RUDNICK LLP** |
| | David J. Molton |
| | Gerard T. Cicero |
| | BROWN RUDNICK LLP |
| | Seven Times Square |
| | New York, New York 10036 |
| | Telephone: (212) 209-4800 |
| | Facsimile: (212) 209-4801 |
| | Email: dmolton@brownrudnick.com |
| | Email: gcicero@brownrudnick.com |
| | *Counsel for Nobuaki Kobayashi, in his capacity as the Civil Rehabilitation Trustee and Foreign Representative of MtGox Co., Ltd., a/k/a MtGox KK* |

**NOTICE REGARDING FOREIGN MAIN PROCEEDING**   **PAGE 2**