David J. Molton
Gerard T. Cicero
BROWN RUDNICK LLP
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
Email: dmolton@brownrudnick.com
Email: gcicero@brownrudnick.com

- and -

Marcus A. Helt (TX 24052187)
Thomas Scannell (TX 24070559)
Foley & Lardner LLP
2021 McKinney Avenue, Suite 1600
Dallas, TX 75201
Telephone: (214) 999-3000
Facsimile: (214) 999-4667
Email: mhelt@foley.com
Email: tscannell@foley.com

*Counsel for Nobuaki Kobayashi, in his capacity
as the Civil Rehabilitation Trustee and Foreign Representative
of MtGox Co., Ltd., a/k/a MtGox KK*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re: | Chapter 15 |
| Mt Gox Co., Ltd. (a/k/a Mt Gox KK), | Case No. 14-31229-sgj-15 |
| Debtor in a Foreign Proceeding. | |

**NOTICE REGARDING FOREIGN MAIN PROCEEDING**

PLEASE TAKE NOTICE that on February 25, 2021, an update regarding the referral of the Draft Rehabilitation Plan by the Tokyo District Court for voting by Rehabilitation creditors in respect of the civil rehabilitation proceeding of Mt Gox Co. Ltd. a/k/a Mt Gox KK (the "Debtor") under Japanese law currently pending before the Twentieth Civil Division of the

**NOTICE REGARDING FOREIGN MAIN PROCEEDING**                                           P a g e | **1**

P a g e | 2

Tokyo District, Court, Japan (the "Civil Rehabilitation Proceeding") was posted by Nobuaki Kobayashi, in his capacity as Civil Rehabilitation Trustee of the Debtor (the "Trustee"), on the Trustee's website: https://www.mtgox.com/ (the "Plan Referral Update").  The Plan Referral Update and an English translation of the same are attached hereto as **Exhibit A**.  Additionally, the Tokyo Court Order referring the Draft Rehabilitation Plan for voting by Rehabilitation creditors, dated February 22, 2021, referred to in the Plan Referral Update, along with an English translation of the same are attached hereto as **Exhibit B**.  This notice is for informational purposes only and is not intended to, nor should be construed as providing legal advice with respect to the statements made in the Claims Submission Update.

Dated: March 2, 2021

Respectfully submitted,

**FOLEY & LARDNER LLP**

*Thomas C. Scannell*
Marcus A. Helt (TX 24052187)
Thomas C. Scannell (TX 24070559)
Foley & Lardner LLP
2021 McKinney Avenue, Suite 1600
Dallas, TX 75201
Telephone: (214) 999-3000
Facsimile: (214) 999-4667
Email: mhelt@foley.com
Email: tscannell@foley.com

- and -

**BROWN RUDNICK LLP**
David J. Molton
Gerard T. Cicero
BROWN RUDNICK LLP
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
Email: dmolton@brownrudnick.com

**NOTICE REGARDING FOREIGN MAIN PROCEEDING**                              P a g e | 2

Email: gcicero@brownrudnick.com

*Counsel for Nobuaki Kobayashi, in his capacity as the Civil Rehabilitation Trustee and Foreign Representative of MtGox Co., Ltd., a/k/a MtGox KK*