# **<u>Exhibit B</u>**

平成２９年（再）第３５号再生手続開始申立事件

# 決　　　定

5　　再生債務者　株式会社ＭＴＧＯＸ

1　本件につき，再生計画案を決議に付する。
2　議決権の行使は，次項記載の債権者集会の期日において行使する方法又は第４項記載の書面投票によって行使する方法のうち，議決権者が選択する方法により行う。
3　債権者集会を令和３年１０月２０日午後２時当庁に招集する。
4　書面投票により議決権を行使する場合の投票期間を令和３年１０月８日までと定める。
5　議決権を不統一行使する場合の通知期限を令和３年９月１０日までと定める。
6　議決権者確定の基準日を令和３年３月２４日と定める。

　　　　令和３年２月２２日
　　　　東京地方裁判所民事第２０部
　　　　　　　裁判長裁判官　谷　口　安　史

　　　　　　　裁判官　菊　池　浩　也

　　　　　　　裁判官　堀　内　隼

　　　これは正本である。
　　　同日同庁
　　　　　裁判所書記官　柴　田　英　樹



*Reference Purpose Only*

[Translation]

2017 (sai) No. 35, In the Matter of a Petition for Commencement of Rehabilitation Proceedings

# Decision

Rehabilitation Debtor: MtGox Co., Ltd.

1. With respect to the proceedings, the draft rehabilitation plan shall be resolved by a vote of the voting rights holders.
2. The voting rights shall be exercised through the method selected by the voting rights holders between the method of exercising the voting rights on the date of the creditors' meeting as described in the following paragraph and the method of exercising the voting rights by mail as described in paragraph 4.
3. The creditors' meeting shall be held at the Tokyo District Court at 2 p.m. on October 20, 2021.
4. The voting period for exercising voting rights by mail shall be until October 8, 2021.
5. In the case of a non-uniform exercise of voting rights, the deadline for giving notice shall be September 10, 2021.
6. The record date for determining voting rights holders shall be March 24, 2021.

February 22, 2021

Tokyo District Court, 20th Civil Division

Chief Judge: Yasushi Taniguchi

Judge: Hiroya Kikuchi

Judge: Hayato Horiuchi

This is an authenticated copy of the Decision    .
February 22, 2021
Tokyo District Court, 20th Civil Division
Court Clerk: Hideki Shibata