David J. Molton (admitted *pro hac vice*)
Gerard T. Cicero
**BROWN RUDNICK LLP**
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
Email: dmolton@brownrudnick.com
Email: gcicero@brownrudnick.com

- and –

Thomas Scannell (TX 24070559)
**FOLEY & LARDNER LLP**
2021 McKinney Avenue
Dallas, Texas 75201
Telephone: (214) 999-4289
Email: tscannell@foley.com

*Counsel for Nobuaki Kobayashi,*
*In His Capacities as the Bankruptcy Trustee*
*and Foreign Representative and Trustee of the*
*Second Civil Rehabilitation Proceeding*
*and Foreign Representative of MtGox Co., Ltd.,*
*a/k/a MtGox KK*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>MTGOX Co., LTD. (a/k/a MTGOX KK),<br><br>Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 14-31229-sgj-15 |

**NOBUAKI KOBAYASHI IN HIS CAPACITY AS FOREIGN REPRESENTATIVE**
**STATUS UPDATE**

**PLEASE TAKE NOTICE** that on October 6, 2022, an update regarding creditor repayment mechanics in respect of the approved Rehabilitation Plan in respect of the civil rehabilitation proceeding of Mt Gox Co. Ltd. a/k/a Mt Gox KK (the "Debtor") under Japanese law currently pending before the

1

Twentieth Civil Division of the Tokyo District, Court, Japan (the "Civil Rehabilitation Proceeding" and the "Court") has been made by Nobuaki Kobayashi, in his capacity as the rehabilitation trustee of the Debtor (the "Trustee"), to the Trustee's website: (https://claims.mtgox.com/).[1] The Trustee's website now includes creditor repayment mechanisms, as well as a system whereby creditors can select a repayment method and register payee information (the "Selection and Registration") pursuant to the repayment procedures in accordance with the Rehabilitation Plan. The deadline for Selection and Registration is January 10, 2023 (Japan time); any creditor must complete Selection and Registration on the system by such deadline. In addition, the Trustee petitioned for amendments to certain provisions of the Rehabilitation Plan, and the Court made an order to grant these amendments on September 29, 2022. The order has become final and binding on October 27, 2022 pursuant to the Japanese Civil Rehabilitation Act.[2] This notice is for informational purposes only and is not intended to, nor should be construed as providing legal advice with respect to the statements made in this notice.

Dated: October 28, 2022          Respectfully submitted,
       Dallas, Texas

                                 **FOLEY &LARDNER LLP**

                                 */s/ Thomas C. Scannell*
                                 Thomas Scannell (TX 24070559)
                                 2021 McKinney Avenue
                                 Dallas, Texas 75201
                                 Telephone: (214) 999-4289
                                 Email: tscannell@foley.com

                                 - and –

                                 **BROWN RUDNICK LLP**
                                 David J. Molton (admitted *pro hac vice*)
                                 Gerard T. Cicero (admitted *pro hac vice*)
                                 Seven Times Square

---

[1] *See* the announcement about the Setting of Assignment, etc. Restriction Reference Period. (https://www.mtgox.com/img/pdf/20220831_announcement_en.pdf).

[2] *See* the announcement about the Amendment of Rehabilitation Plan Becoming Final and Binding. (https://www.mtgox.com/img/pdf/20221028_announcement_en.pdf).

        New York, New York 10036
        Telephone: (212) 209-4800
        Facsimile: (212) 209-4801
        Email: dmolton@brownrudnick.com
        Email: gcicero@brownrudnick.com

*Counsel for Nobuaki Kobayashi,*
*In His Capacities as the Bankruptcy Trustee*
*and Foreign Representative and Trustee of the*
*Second Civil Rehabilitation Proceeding*
*and Foreign Representative of MtGox Co.,*
*Ltd., a/k/a MtGox KK*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies a true and correct copy of the foregoing was served on October 28, 2022 in compliance with the Federal Rules of Bankruptcy Procedure via the Court's CM/ECF electronic service protocols on all parties registered to receive electronic notice in the above-captioned bankruptcy case.

        /s/ Thomas C. Scannell
        Thomas C. Scannell