David J. Molton (admitted *pro hac vice*)
Gerard T. Cicero
**BROWN RUDNICK LLP**
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
Email: dmolton@brownrudnick.com
Email: gcicero@brownrudnick.com

- and –

Thomas Scannell (TX 24070559)
**FOLEY & LARDNER LLP**
2021 McKinney Avenue
Dallas, Texas 75201
Telephone: (214) 999-4289
Email: tscannell@foley.com

*Counsel for Nobuaki Kobayashi,*
*In His Capacities as the Bankruptcy Trustee*
*and Foreign Representative and Trustee of the*
*Second Civil Rehabilitation Proceeding*
*and Foreign Representative of MtGox Co., Ltd.,*
*a/k/a MtGox KK*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In re: | Chapter 15 |
| MTGOX Co., LTD. (a/k/a MTGOX KK), | Case No. 14-31229-sgj-15 |
| Debtor in a Foreign Proceeding. | |

**NOBUAKI KOBAYASHI IN HIS CAPACITY AS FOREIGN REPRESENTATIVE**
**STATUS UPDATE**

**PLEASE TAKE NOTICE** that on May 29, 2023, an update regarding Notice Concerning Amendment of Rehabilitation Plan and Acquisition of Permission Regarding Repayments, in respect of the approved Rehabilitation Plan in respect of the civil rehabilitation proceeding of Mt Gox Co. Ltd. a/k/a Mt

1

Gox KK (the "Debtor") under Japanese law currently pending before the Twentieth Civil Division of the Tokyo District, Court, Japan (the "Civil Rehabilitation Proceeding" and the "Court") has been made by Nobuaki Kobayashi, in his capacity as the rehabilitation trustee of the Debtor (the "Trustee"), to the Trustee's website: (https://www.mtgox.com/). Attached hereto as Exhibit A is such May 29, 2023 informational notice detailing, among other things, modification of the Rehabilitation Plan, and confirmation of its effective implementation with respect to creditor repayment mechanisms. On June 8, 2023, a further update has been made on the Trustee's website with respect to the Court's final and binding order concerning creditor repayment mechanisms. Attached hereto as Exhibit B is a copy of such June 8, 2023 update, noting the content of the Court's final order concerning amendments to the Rehabilitation Plan.

This notice and exhibits are for informational purposes only and are not intended to, nor should be construed as providing legal advice with respect to the statements made in this notice and exhibits

Dated: June 16, 2023
Dallas, Texas

Respectfully submitted,

**FOLEY &LARDNER LLP**

*Thomas C. Scannell*
Thomas Scannell (TX 24070559)
2021 McKinney Avenue
Dallas, Texas 75201
Telephone: (214) 999-4289
Email: tscannell@foley.com

- and –

**BROWN RUDNICK LLP**
David J. Molton (admitted *pro hac vice*)
Gerard T. Cicero (admitted *pro hac vice*)
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
Email: dmolton@brownrudnick.com
Email: gcicero@brownrudnick.com

*Counsel for Nobuaki Kobayashi,
In His Capacities as the Bankruptcy Trustee
and Foreign Representative and Trustee of the
Second Civil Rehabilitation Proceeding
and Foreign Representative of MtGox Co.,
Ltd., a/k/a MtGox KK*

3