[English Translation for Reference Purposes Only]

**[Important]**

June 8, 2023

To Whom It May Concern:

Rehabilitation Debtor: MtGox Co., Ltd.

Rehabilitation Trustee: Nobuaki Kobayashi

Attorney-at-law

### Notice of Amendment of Rehabilitation Plan Becoming Final and Binding

The Tokyo District Court made an order to grant the amendments to certain provisions of the Rehabilitation Plan on May 8, 2023, upon the petition of the Rehabilitation Trustee, and the order became final and binding on June 7, 2023.

The purpose of the amendments is to enable rehabilitation creditors to receive repayments under the Rehabilitation Plan smoothly, fairly, and safely, and to clarify matters that had not been made entirely clear in the Rehabilitation Plan. Therefore, the amendments have no adverse effect on rehabilitation creditors.

The Rehabilitation Trustee has uploaded the Amended Rehabilitation Plan and "Notice Concerning Amendment of Rehabilitation Plan and Acquisition of Permission Regarding Repayments (2)," which explains the details and reasons for the amendments to the MTGOX Online Rehabilitation Claim Filing System (the system accessible via https://claims.mtgox.com/ ; the "System"), so please log in to the System and see it.

End of document