David J. Molton (admitted *pro hac vice*)
Gerard T. Cicero
**BROWN RUDNICK LLP**
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
Email: dmolton@brownrudnick.com
Email: gcicero@brownrudnick.com

- and –

Thomas Scannell (TX 24070559)
**FOLEY & LARDNER LLP**
2021 McKinney Avenue
Dallas, Texas 75201
Telephone: (214) 999-4289
Email: tscannell@foley.com

*Counsel for Nobuaki Kobayashi,*
*In His Capacities as the Bankruptcy Trustee*
*and Foreign Representative and Trustee of the*
*Second Civil Rehabilitation Proceeding*
*and Foreign Representative of MtGox Co., Ltd.,*
*a/k/a MtGox KK*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In re: <br><br> MTGOX Co., LTD. (a/k/a MTGOX KK), <br><br> Debtor in a Foreign Proceeding. | Chapter 15 <br><br> Case No. 14-31229-sgj-15 |

**NOBUAKI KOBAYASHI IN HIS CAPACITY AS FOREIGN REPRESENTATIVE**
**STATUS UPDATE**

      **PLEASE TAKE NOTICE** that on September 21, 2023, an update regarding Notice

Concerning Change of Repayment Deadlines, in respect of the approved Rehabilitation Plan in

respect of the civil rehabilitation proceeding of Mt Gox Co. Ltd. a/k/a Mt Gox KK (the "Debtor")

1

under Japanese law currently pending before the Twentieth Civil Division of the Tokyo District, Court, Japan (the "Civil Rehabilitation Proceeding" and the "Court") has been made by Nobuaki Kobayashi, in his capacity as the rehabilitation trustee of the Debtor (the "Trustee"), to the Trustee's website: (https://www.mtgox.com/). Attached hereto as Exhibit A is such September 21, 2023 informational notice detailing, among other things, adjustments to the deadlines of "the Base Repayment, the Early Lump-Sum Repayment, and the Intermediate Repayment" from October 31, 2023 (Japan Time) to October 31, 2024 (Japan Time). The notice details further that "for rehabilitation creditors who have not yet provided the Rehabilitation Trustee with the necessary information, the Rehabilitation Trustee continues to request such rehabilitation creditors to provide the necessary information. . . ."

This notice and exhibits are for informational purposes only and are not intended to, nor should be construed as providing legal advice with respect to the statements made in this notice and exhibits.

Dated: October 26, 2023  
      Dallas, Texas

Respectfully submitted,

**FOLEY &LARDNER LLP**

   *draft*                              
*/s/ Thomas C. Scannell*  
Thomas Scannell (TX 24070559)  
2021 McKinney Avenue  
Dallas, Texas 75201  
Telephone: (214) 999-4289  
Email: tscannell@foley.com

- and –

**BROWN RUDNICK LLP**  
David J. Molton (admitted *pro hac vice*)  
Gerard T. Cicero (admitted *pro hac vice*)

Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
Email: dmolton@brownrudnick.com
Email: gcicero@brownrudnick.com

*Counsel for Nobuaki Kobayashi,*
*In His Capacities as the Bankruptcy Trustee*
*and Foreign Representative and Trustee of the*
*Second Civil Rehabilitation Proceeding*
*and Foreign Representative of MtGox Co.,*
*Ltd., a/k/a MtGox KK*