# Exhibit A

[English Translation for Reference Purposes Only]

[Important]

September 21, 2023

To Whom It May Concern:

Rehabilitation Debtor: MtGox Co., Ltd.
Rehabilitation Trustee: Nobuaki Kobayashi
Attorney-at-law

## Notice Concerning Change of Repayment Deadlines

### 1.    The Change of Repayment Deadlines

The Rehabilitation Trustee is currently preparing to make the Base Repayment, the Early Lump-Sum Repayment, and the Intermediate Repayment. However, given the time required for rehabilitation creditors to provide the necessary information, and for the Rehabilitation Trustee to confirm such information and engage in discussions and share information with banks, fund transfer service providers, and Designated Cryptocurrency Exchanges etc., involved in the repayments, which are required before the repayments can be made, the Rehabilitation Trustee will not be able to complete the repayments above by the deadline of the Base Repayment, the Early Lump-Sum Repayment, and the Intermediate Repayment, all of which were set for October 31, 2023.

Therefore, with the permission of the Tokyo District Court, the Rehabilitation Trustee has changed the deadline of the Base Repayment, the Early Lump-Sum Repayment, and the Intermediate Repayment from October 31, 2023 (Japan Time) to **October 31, 2024 (Japan Time)**, respectively.

However, for rehabilitation creditors who have provided the Rehabilitation Trustee with the necessary information, repayments will be made in sequence as early as the end of this year. Please note that the schedule is subject to change depending on the circumstances, and the specific timing of repayments to each rehabilitation creditor has not yet been determined.

On the other hand, for rehabilitation creditors who have not yet provided the Rehabilitation Trustee with the necessary information, the Rehabilitation Trustee continues to request such rehabilitation creditors to provide the necessary information prior to repayments being made, as repayment is not yet in a position to commence.

[English Translation for Reference Purposes Only]

<span style="color:red">[Important]</span>

**2.    <u>Inquiries</u>**

For any inquiries, please log into the MTGOX Online Rehabilitation Claim Filing System (i.e., the system accessible via https://claims.mtgox.com/ the "System") and use the inquiry form accessible from the "FREQUENTLY ASKED QUESTIONS (FAQ)" button in the upper right corner of the screen.

You can also make inquiries using the inquiry form accessible from the URL below without logging into the System. However, if any inquiries are made in such manner, we may not be able to verify the identities of the inquirers and creditors, which may make it difficult to respond to such inquiries smoothly. Accordingly, if possible, please make inquiries after logging into the System.
https://claims.mtgox.com/faq

Please note that, due to the large number of inquiries, we may not be able to respond in a timely manner. We would greatly appreciate your understanding.

End of document