David J. Molton (admitted *pro hac vice*)
Gerard T. Cicero
**BROWN RUDNICK LLP**
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
Email: dmolton@brownrudnick.com
Email: gcicero@brownrudnick.com

- and –

Thomas Scannell (TX 24070559)
**FOLEY & LARDNER LLP**
2021 McKinney Avenue
Dallas, Texas 75201
Telephone: (214) 999-4289
Email: tscannell@foley.com

*Counsel for Nobuaki Kobayashi,*
*In His Capacities as the Bankruptcy Trustee*
*and Foreign Representative and Trustee of the*
*Second Civil Rehabilitation Proceeding*
*and Foreign Representative of MtGox Co., Ltd.,*
*a/k/a MtGox KK*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In re: | Chapter 15 |
| MTGOX Co., LTD. (a/k/a MTGOX KK), | Case No. 14-31229-sgj-15 |
| Debtor in a Foreign Proceeding. | |

**NOBUAKI KOBAYASHI IN HIS CAPACITY AS FOREIGN REPRESENTATIVE**
**STATUS UPDATE**

**PLEASE TAKE NOTICE** that on October 10, 2024, an update regarding Notice Concerning Change of Repayment Deadline, in respect of the approved Rehabilitation Plan in respect of the civil rehabilitation proceeding of Mt Gox Co. Ltd. a/k/a Mt Gox KK (the "Debtor")

1

under Japanese law currently pending before the Twentieth Civil Division of the Tokyo District, Court, Japan (the "Civil Rehabilitation Proceeding" and the "Court") has been made by Nobuaki Kobayashi, in his capacity as the rehabilitation trustee of the Debtor (the "Trustee"), to the Trustee's website: (https://www.mtgox.com/).  Attached hereto as Exhibit A is the English translation (for reference purposes only) of such October 10, 2024 informational update noting, among other things, that "[w]ith the exception of certain types of repayments, the Rehabilitation Trustee has largely completed the Base Repayment, Early Lump-Sum Repayment, and Intermediate Repayment (collectively, the 'Repayments') for rehabilitation creditors who have completed the necessary procedures for receiving repayments and have not encountered any issues during the Repayments process," but that "many rehabilitation creditors still have not received their Repayments because they have not completed the necessary procedures for receiving Repayments" and "a considerable number of rehabilitation creditors have not received their Repayments due to various reasons, such as issues arising during the Repayments process."  Due to the foregoing, the Rehabilitation Trustee, with the permission of the court, has changed the deadline for the Repayments from October 31, 2024 (Japan Standard Time) **to October 31, 2025** (Japan Standard Time).

      This notice and exhibits are for informational purposes only and are not intended to, nor should be construed as providing legal advice with respect to the statements made in this notice and exhibits.

Dated: October 16, 2024
      Dallas, Texas

Respectfully submitted,

**FOLEY &LARDNER LLP**

 *Thomas C. Scannell*     
*/s/ Thomas C. Scannell*
Thomas Scannell (TX 24070559)
2021 McKinney Avenue
Dallas, Texas 75201
Telephone: (214) 999-4289
Email: tscannell@foley.com

- and –

**BROWN RUDNICK LLP**
David J. Molton (admitted *pro hac vice*)
Gerard T. Cicero (admitted *pro hac vice*)
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
Email: dmolton@brownrudnick.com
Email: gcicero@brownrudnick.com

*Counsel for Nobuaki Kobayashi,*
*In His Capacities as the Bankruptcy Trustee*
*and Foreign Representative and Trustee of the*
*Second Civil Rehabilitation Proceeding*
*and Foreign Representative of MtGox Co.,*
*Ltd., a/k/a MtGox KK*

# **Exhibit A**

[English Translation for Reference Purposes Only]

**[Important]**

October 10, 2024

To Whom It May Concern:

Rehabilitation Debtor: MtGox Co., Ltd.
Rehabilitation Trustee: Nobuaki Kobayashi
Attorney-at-law

**Notice Concerning Change of Repayments Deadline**

1. **Change of Repayments Deadline**

With the exception of certain types of repayments, the Rehabilitation Trustee has largely completed the Base Repayment, Early Lump-Sum Repayment, and Intermediate Repayment (collectively, the "**Repayments**") for rehabilitation creditors who have completed the necessary procedures for receiving repayments and have not encountered any issues during the Repayments process.

However, many rehabilitation creditors still have not received their Repayments because they have not completed the necessary procedures for receiving Repayments. Additionally, a considerable number of rehabilitation creditors have not received their Repayments due to various reasons, such as issues arising during the Repayments process.

As it is desirable to make the Repayments to such rehabilitation creditors to the extent reasonably practicable, the Rehabilitation Trustee, with the permission of the court, has changed the deadline for the Repayments from October 31, 2024 (Japan Standard Time) to **October 31, 2025 (Japan Standard Time)**.

2. **Inquiries**

For any inquiries, please log into the MTGOX Online Rehabilitation Claim Filing System (i.e., the system accessible via https://claims.mtgox.com/; the "**System**") and use the inquiry form accessible from the "FREQUENTLY ASKED QUESTIONS (FAQ)" button in the upper right corner of the screen.

You can also make inquiries using the inquiry form accessible from the URL below without logging into the System. However, if any inquiries are made in such manner, we may not be able to verify the identities of the inquirers and creditors, which may make it difficult to respond to such inquiries smoothly. Accordingly, if possible, please make inquiries after logging into the System.

[English Translation for Reference Purposes Only]

**[Important]**

https://claims.mtgox.com/faq

 Please note that, due to the large number of inquiries, we may not be able to respond in a timely manner. We would greatly appreciate your understanding.

End of document